1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re: | Case No.: 3:20-mc-05026 |
| DMCA SUBPOENA TO CLOUDFLARE, INC., | DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC. |
| Service Provider. | |

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, ANIS BABA, hereby declare as follows:

1.      I am the Director of MG Premium Ltd (hereinafter, "MG") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2.      I submit this declaration in support of MG's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), relating to the posting of MG's copyrighted material on the domain, GoUnlimited.to, a webpage hosted by Cloudflare.

3.      I have personal knowledge of the copyrights owned by MG and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that MG's copyrighted works have been posted without MG authorization to GoUnlimited.to.

4.      On July 28, 2020, authorized agent for MG Jason Tucker issued and served a copyright infringement notification on Cloudflare's DMCA Agent relating to posts on GoUnlimited.to. Pursuant to Section 512(c)(3)(A), the notification was properly signed by MG's agent, identified the copyrighted material being infringed, set forth a listing of the 845 URLs containing posts of infringing material, confirmed that such use of MG's copyrighted works was not authorized by MG, and gave contact information such that the DMCA Agent could reach him with questions. A true and correct copy of the July 28, 2020 notification is attached as Exhibit A.

5.      The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from MG, posted material to the webpage GoUnlimited.to, which infringed copyrights held by MG. The information received as a result of the Subpoena will only be used by MG to protect its rights under Title 17 of the United States Code.

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

1

I declare under penalty of perjury under the laws of the United States of America that the

2

foregoing is true and correct.

3

DATED this <u>5th</u> day of August, 2020, at Nicosia, Cyprus.

4

5

6



_____

ANIS BABA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ████████████████████ |
| **Sent:** | Tuesday, July 28, 2020 2:23 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement – MG – 845 Links |

via Email:

RE: DMCA Takedown Notice for Copyright Infringement – MG – 845 Links

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████, Phoenix, AZ 85016 USA
Email: ██████████████████

Location of original works owned by and registered to MG Premium Ltd: http://www.realitykings.com

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.; MG Limited Cyprus; MG Content DP Ltd; MG Content RK Limited; MG Freesites Ltd

Links to Infringing Material that we request be REMOVED:
https://gounlimited.to/003m16khh309/trueamateurs.20.06.05.hayliexo.mp4
https://gounlimited.to/00cfdpq64neg/0xxx.ws_FakeHostel.20.02.21.Jennifer.Mendez.And.Adara.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/00gtafyfktfe
https://gounlimited.to/00o0chxbi10n/Www.brazzersbox.in_WeLikeToSuck.20.06.05.Lily.Cat.Lovely.Lily.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/00selm1atb1p/_WeLiveTogether_-_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_-_Color_Me_Horny_(PervyVideos.com).mp4
https://gounlimited.to/0129frubgbdz/publicpickups.20.02.01.sasha.coxx.supporting.the.arts.mp4
https://gounlimited.to/012ku9519par/www.0xxx.ws_TrueAmateurs.20.03.19.Danika.Mori.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/01bc5qhgqh31/Jane_Wilde,_Emily_Willis_-_Face-To-Face_Emily_&_Jane_(RKPrime_11_06_2020_1080p)_VHQ_[CENTURION].mp4
https://gounlimited.to/01ctzw321rnx/RK_Prime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.mp4
https://gounlimited.to/01srodlxvfsl/Vina.Sky.Anal.In.The.Sun.TeensLoveHugeCocks.mp4
https://gounlimited.to/01yticvc551c/PornstarsLikeItBig_-_Amia_Miley_-_Laying_Pipe_For_A_Pornstar_(18_04_2018).mp4
https://gounlimited.to/023xq8btw4zk/www.0xxx.ws_Lesbea.20.06.01.Cindy.Shine.And.Alina.Crystall.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/026otq52wevv/www.0xxx.ws_IKnowThatGirl.20.04.03.Kendra.Spade.Kendras.Squirting.Workout.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/02hyzkywwdri/Www.brazzersbox.in_TeamSkeetXCamSoda.20.06.04.Alexis.Monroe.Underwater.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/02mxzkzjp90q/Bailey.Brooke.Surprised.By.The.Big.Package.RKPrime.hardcore.mp4
https://gounlimited.to/038iew90i81i
https://gounlimited.to/03cxpwel5jgk/FakeTaxi_Sabrina_Spice_ALLWAYSWELL.mp4
https://gounlimited.to/03hxhv42opni/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/03k8o7b9nrge/Halle_Hayes_-_A_Wild_&_Crazy_Cock_Stuffing_Party_(BrazzersExxtra.01.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/03lrdghbq9n1/Www.brazzersbox.in_BrazzersExxtra.20.06.14.Nicolette.Shea.School.Of.Hard.Knockers.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/03qrxpae381x/Casca_Akashova,_Xander_Corvus_-_All_Dolled_Up_Beauty_Queen_Edition_-_Pornstars_Like_It_Big_-_Brazzers.mp4
https://gounlimited.to/045sl66waohx/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06.09.2020).mp4
https://gounlimited.to/04qkcfkf09nw/[Brazzers]_Luna_Star_-_Honeymoon_Rubdown_(06.06.2020).mp4
https://gounlimited.to/04svbo5t2q8u/[FakehubOriginals]_Best_Of_Ebony_Babes_(05.31.2020).mp4
https://gounlimited.to/05kuwbqeuq3z
https://gounlimited.to/05rk2u4vh9ww/DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/05vlchj4vomw/Luna_Star,_Markus_Dupree_-_Honeymoon_Rubdown_-_Dirty_Masseur_-_Brazzers.mp4
https://gounlimited.to/064i4754h65w/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4
https://gounlimited.to/0660wk726w5b/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/06ch27i628kp/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/06no1eqc5y0y/RealWifeStories_Portia_Paris_.mp4
https://gounlimited.to/06oiq7zveuux
https://gounlimited.to/06vhxytpzm94/FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/072m7kjgtehi/[DirtyMasseur]_Luna_Star_(Honeymoon_Rubdown_/_06.06.2020).mp4

https://gounlimited.to/073q1ip24crb
https://gounlimited.to/07etcwpr5r2i/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/07spyhoufd51/RealityKings_-_RKPrime_presents_Abella_Danger_-_The_Pirate_Gets_The_Booty__02.06.2020.mp4
https://gounlimited.to/07tcl710renz/SneakySex_-_Gabriela_Lopez_-_Family_Road_Trip_Dick.mp4
https://gounlimited.to/080f5vc7e04u/[FakeHostel]_Jennifer_Mendez,_Adara_Love_-_Sex_Preacher_(21.02.2020)_rq.mp4
https://gounlimited.to/080xaodup7kf/We.Live.Together.-.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.-.Reality.Kings.mp4
https://gounlimited.to/087t7gdyrh9t/Www.brazzersbox.in_bangbros18.20.06.11.kira.perez.mp4
https://gounlimited.to/090tu7gbkr2x
https://gounlimited.to/091bb55zlkyn/RK_Prime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.mp4
https://gounlimited.to/099o5b2azcoe/DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/09lvui9hqic5/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4
https://gounlimited.to/09rmf1z97k04/www.0xxx.ws_IKnowThatGirl.20.05.20.Nella.Jones.The.Interview.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/09su59mbzztu/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0a5kzsfchcg0/bex.20.06.09.best.of.brazzers.sharing.stepsiblings.mp4
https://gounlimited.to/0a6rs7cr01ab/welivetogether.20.06.03.lily.rader.and.zoey.taylor.poolside.mp4
https://gounlimited.to/0agjgue7tlej/www.0xxx.ws_FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0aluojknu86w/LetsTryAnal.Mia.Bandini.1080p.mp4
https://gounlimited.to/0amti2vlq074/www.0xxx.ws_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0aq865dfdf0i/Www.brazzersbox.in_drilled.20.06.01.casey.calvert.learning.to.love.ass.fucking.mp4
https://gounlimited.to/0av7rdkvzr4m/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0b0n0bo47hxa
https://gounlimited.to/0b47wtikmt5q/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(05.06.2020).mp4
https://gounlimited.to/0b9qsf6uq6fg/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4
https://gounlimited.to/0bim7866czk5/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0bl44pnwb84z/MilfsLikeItBig_-_Sarah_Jessie_-_Shipped_and_Stripped_(21_07_2018).mp4
https://gounlimited.to/0bt9h18xe63j
https://gounlimited.to/0c7uqh72u4zo
https://gounlimited.to/0ckwnk7utt9d
https://gounlimited.to/0csou0s0plkg/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0dkew82sg860/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/0dxfb2je4jqa
https://gounlimited.to/0ebd286t5hjv/Suck_My_Disinfected_Burning_Cock_-_Lady_Dee_-_FakeDrivingSchool_-_FakeHub.mp4
https://gounlimited.to/0ec02m125cgt/[RKDupes]_Edible_Aubrey_(Meter_Maid_/_06.09.2020).mp4

https://gounlimited.to/0esqhqjtjgvq/Angela_White_-
_Jean_Queen_(BigWetButts.16.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/0etwlphlyp8i/[Twistys]_Dakota_(On_Display_/_06.08.2020).mp4
https://gounlimited.to/0f7ykfwunqur
https://gounlimited.to/0ff4undk7atp/JulesJordan_-_Skylar_Vox_-
_19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals.mp4
https://gounlimited.to/0fjrm3jqmtac
https://gounlimited.to/0g2d9ed8wcuo/Twistys_presents_Vina_Sky_-
_Not_a_Cloud_in_the_Sky___10.06.2020.mp4
https://gounlimited.to/0gf7phlcn1m2/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-
Face.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0gfy2tkt0u58/Big.Wet.Butts.-.Angela.White.Jean.Queen.-.Brazzers.mp4
https://gounlimited.to/0havu7p655np
https://gounlimited.to/0hg9pjl36lwd
https://gounlimited.to/0hgofpsf2qj3/twistys.20.06.17.jewelz.blu.mp4
https://gounlimited.to/0hijeh60uza4/Nadia_Jay,_Lala_Ivey,_Will_Pounder_-_Girlfriend_Meets_Side_Chick_-
_Share_My_BF_-_Mofos.mp4
https://gounlimited.to/0i7okbx5q6zm/fakehuboriginals.20.05.31.best.of.ebony.babes.mp4
https://gounlimited.to/0icrtqlqsfrt
https://gounlimited.to/0ja6ekqyo7u1/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4
https://gounlimited.to/0jc95c9ngn0t/RKPrime.-.Bailey.Brooke.Surprised.By.The.Big.Package.-
.Reality.Kings.mp4
https://gounlimited.to/0jt1dg79d2pn/[BrazzersExxtra]_Valentina_Nappi_-
_Jumping_For_Jizz_(16.05.2020)_rq.mp4
https://gounlimited.to/0k2doyguq9kp
https://gounlimited.to/0l2dk494wyb3/Www.brazzersbox.in_SexArt.20.06.03.Georgie.Lyall.Romantic.Getaway.
XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/0l2p54cw0snt/Vina_Sky,_JMac_-_Anal_In_the_Sun_-_Teens_Love_Huge_Cocks_-
_Reality_Kings.mp4
https://gounlimited.to/0l3ghhheyx4j/Day.With.A.Pornstar.-.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.-
.Brazzers.mp4
https://gounlimited.to/0l3k9ssrrt3y/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.SD.MP4
-KLEENEX.mp4
https://gounlimited.to/0l4sldrkmn43/PublicPickUps_-_Shae_Celestine_-
_Nerdy_Cutie_Straddles_Huge_Cock_(19_04_2018).mp4
https://gounlimited.to/0l6i6v04fcb6
https://gounlimited.to/0liajiyz81p8
https://gounlimited.to/0lx70fpt1s7q/Www.brazzersbox.in_SexArt.20.06.05.Ella.Hughes.Black.And.Hughes.XX
X.SD.MP4-KLEENEX.mp4
https://gounlimited.to/0m81n10kobme/Best_Of_Brazzers___Sharing_Stepsiblings_Anya_Olsen.mp4
https://gounlimited.to/0ma9pgjopa2c
https://gounlimited.to/0mcrot9uizyx/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4
https://gounlimited.to/0mi3j6aqxjge/PublicPickUps_-_Martina_Smeraldi_-_New_Study_Buddies.mp4
https://gounlimited.to/0mpat53bkdag/LilHumpers_-_Alexis_Fawx_-_Lil_Jailbird.mp4
https://gounlimited.to/0n1wex2351t3/www.0xxx.ws_DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Gr
ace.Part.3.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0nhkqgksdnaj
https://gounlimited.to/0o27pfxonlwp/RealityKings_-_London_River_-_Daycare_Milf_(26_04_2018).mp4
https://gounlimited.to/0o4g25nsrycu/brazzersexxtra-halle-hayes-a-wild-and-crazy-cock-stuffi_720p.mp4
https://gounlimited.to/0p92ttayjzh1
https://gounlimited.to/0pli2n0hv4kj

https://gounlimited.to/0pn3a6ae1j7f
https://gounlimited.to/0pn4l4xihnbz
https://gounlimited.to/0pp3ltnvnwmo/Www.brazzersbox.in_LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.S ome.Tea.And.Anal.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/0pv25w8ywfq6/Www.brazzersbox.in_Private.20.05.30.Martina.Smeraldi.Juicy.Ass.Teen. Enjoys.Hard.Anal.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/0pvbfddu7gzh/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020 ).mp4
https://gounlimited.to/0q51vpoayzb1/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled. Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0qd883ot4uek/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Bud dies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0qtkgofv9i08
https://gounlimited.to/0qutm0zahqqn/Casca-Akashova-Brazzers-All-Dolled-Up:-Beauty-Queen-Edition-2020- 06-10.mp4
https://gounlimited.to/0r50r87q3r48
https://gounlimited.to/0r7fw3zo7dmc/Luna.Star.Honeymoon.Rubdown.DirtyMasseur.massage.mp4
https://gounlimited.to/0rk6yaseyb2v/www.0xxx.ws_PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepm om.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0rn55izngaxx/Twistys_-_Cherie_Deville_-_A_Taste_Of_Cherie.mp4
https://gounlimited.to/0s1v38letw93
https://gounlimited.to/0sfig421gnxm/rkprime.20.06.12.aidra.fox.a.cock.for.your.thots.mp4
https://gounlimited.to/0sjbe6pppozm/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XX X.1080p.MP4-KTR.mp4
https://gounlimited.to/0sycligy7y6h/Erito.20.06.12.Creampie.For.Harukas.Pretty.Pussy.JAPANESE.XXX.1080 p.MP4-TRASHBIN.mp4
https://gounlimited.to/0uetwcie3kzq/Simplyanal_- _Alina_V_And_Sofia_Like_Share_My_Boyfriend_[720p_HD].mp4
https://gounlimited.to/0um0v4sdmg12/[Dirty_Masseur]_Luna_Star_- _Honeymoon_Rubdown_(PervyVideos.com).mp4
https://gounlimited.to/0unwvc1uboas/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.SD.MP4- KLEENEX.mp4
https://gounlimited.to/0ur8cirdxvww
https://gounlimited.to/0ur8cirdxvww/_Twistys_Vina_Sky_.mp4
https://gounlimited.to/0v5d8yf6py03
https://gounlimited.to/0v8x0t61odnr/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020). mp4
https://gounlimited.to/0vdm5o41yk9t/TransAngels.20.05.29.Casey.Kisses.Spring.Cleaning.Part.2.XXX.1080p. MP4-WEIRD.mp4
https://gounlimited.to/0vix3byc9y24/Ana_Foxxx,_Scott_Nails_-_It_Happened_One_Night_Part_Four_- _Elegant_Anal_-_Babes.mp4
https://gounlimited.to/0vti54wpvzcs/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.M P4-KTR.mp4
https://gounlimited.to/0vymelwepxb8/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.SD. MP4-KLEENEX.mp4
https://gounlimited.to/0w25a1a58pfc/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4
https://gounlimited.to/0wk9oorobp1i/Alena_Croft,_Xander_Corvus_-_But_Her_Mom_Will_- _Mommy_Got_Boobs_-_Brazzers.mp4
https://gounlimited.to/0wpkb3jw45ev
https://gounlimited.to/0wqcw8uorihy.html
https://gounlimited.to/0y6mitilhxov

https://gounlimited.to/0ycts1ymwkth
https://gounlimited.to/0ygkz63bkmnt/RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/0ykl8g7rfa4l/[Twistys]_Cherie_Deville_(A_Taste_Of_Cherie_/_06.03.2020).mp4
https://gounlimited.to/0ypnzk3eza2u/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/0z4n77ksa4vq/Dirty.Masseur.-.Luna.Star.Honeymoon.Rubdown.-.Brazzers.mp4
https://gounlimited.to/0zbahkapd2ce/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4
https://gounlimited.to/0zdq9repx19k/Jayden-Starr-Brazzers-Surprise-Bathtub-Banging-2020-06-24.mp4
https://gounlimited.to/0zoh9o77df6k/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4
https://gounlimited.to/0zrgia8fqnrq/[RKDupes]_Edible_Aubrey_(Meter_Maid_/_06.09.2020).mp4
https://gounlimited.to/10meesu24nng.html
https://gounlimited.to/10rh5r6qhwij/Www.brazzersbox.in_exotic4k.20.05.29.maya.farrell.maya.facialed.mp4
https://gounlimited.to/113o0x2pvnee/Best_Of_Brazzers_-_Sneakiest_Moments_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/119olpqtonn4/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/11e722yd565c/rkprime.20.06.16.anya.ivy.one.day.fare.mp4
https://gounlimited.to/11jd9z2wwu44/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4
https://gounlimited.to/11rprkbjuggm/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4
https://gounlimited.to/12g14v3u52kh/BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/130njbyns5w8/mofosbsides.20.06.02.lexie.fux.porn.pleasure.mp4
https://gounlimited.to/13r64yqpp8sv
https://gounlimited.to/13t6fjvsxwo0/Kennedy_Leigh,_Danny_Mountain_-_21_Hump_Street_Remastered_-_Teens_Like_It_Big_-_Brazzers.mp4
https://gounlimited.to/140szc6kqpug/daywithapornstar-lenina-crowne-gets-a-workout.mp4
https://gounlimited.to/144keej71gca/ZZ_Series_Abigail_Mac_ALLWAYSWELL.mp4
https://gounlimited.to/14cj6pxnoz2c/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/14j7sq5hjucv/Pervs_On_Patrol_-_Kiara_Edwards_-_Pervy_Yoga_Spy.mp4
https://gounlimited.to/14nliow319jy/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/14wc9eyul2d8/Dirty_Masseur_Anissa_Kate_ALLWAYSWELL.mp4
https://gounlimited.to/156lbpjf9wsh/ZZSeries_-_Bridgette_B_-_Rich_Fucks_Part_3_(26_04_2018).mp4
https://gounlimited.to/15dmlj2i29v9
https://gounlimited.to/16dgbk7p1nv7/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/16y4z7hass55/PornstarsLikeItBig.20.06.10.Casca.Akashova.35.RU.All.Dolled.Up.Beauty.Queen.Edition.ek84.ws.mp4
https://gounlimited.to/17fharq3ptap
https://gounlimited.to/17hvpb19ef6m
https://gounlimited.to/17uxpbgb2s01/www.0xxx.ws_TrueAmateurs.20.06.01.Mia.Bandini.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/182q4jtevo7a/SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/18ih5zq3rxmc/Teens_Like_It_Big_Carolina_Sweets_-
_Dear_Diary,_I_Want_to_Fuck_My_Stepbrother.mp4
https://gounlimited.to/18nee1ylmu5n
https://gounlimited.to/18u1x7g67b5z/_RKPrime_Nicolette_Shea_Big_Dick_Energy_.mp4
https://gounlimited.to/18usnmdh96ka
https://gounlimited.to/191mk4bzj05g/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.108
0p.MP4-KTR.mp4
https://gounlimited.to/1958ttjenflh/trueamateurs.20.06.12.reislin.solo.mp4
https://gounlimited.to/19d0nktbnwia/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cle
aning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/19fhzbhx3ezt/PervsOnPatrol_-_Kiara_Edwards_-_Pervy_Yoga_Spy.mp4
https://gounlimited.to/1aff1902w6yi/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4
https://gounlimited.to/1aiavp6oywye/FakehubOriginals_presents_Creampies_Compilation___07.05.2020.mp4
https://gounlimited.to/1aptr6g3ax5f/Public_Pick_Ups_Winter_Bell_ALLWAYSWELL.mp4
https://gounlimited.to/1bccwqd5smob.html
https://gounlimited.to/1bhux06f50b9/Whengirlsplay.20.05.30.Alex.Blake.and.Scarlit.Scandal.XXX.1080p.MP4
-KTR.mp4
https://gounlimited.to/1cdu4j13uzu0/[Twistys]_Cherie_Deville_-_A_Taste_Of_Cherie_(03.06.2020).mp4
https://gounlimited.to/1d6c1adi6720
https://gounlimited.to/1dh3oj6zmtcl/[FakehubOriginals]_Best_Of_Ebony_Babes_(05.31.2020).mp4
https://gounlimited.to/1dhq3e81smui
https://gounlimited.to/1di5590lomch/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.M
P4-KTR.mp4
https://gounlimited.to/1dnskgpboyng
https://gounlimited.to/1dnskgpboyng/TeensLikeItBig.20.06.13.Kennedy.Leigh.21.Hump.Street.REMASTERE
D.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/1e1sfut9183c/PervsOnPatrol_-_Kiara_Edwards_-_Pervy_Yoga_Spy.mp4
https://gounlimited.to/1e2hvcgzo8u6
https://gounlimited.to/1eijk7z527na/leolulu-trueamateurs-08-02-19.mp4
https://gounlimited.to/1f9iujelt0re/Mofos_-_Blanka_Grain_gets_picked_up_in_public_(_720P_).mp4
https://gounlimited.to/1fjurszxv44c/LetsTryAnal_presents_Mia_Bandini_-
_Come_In_For_Some_Tea_and_Anal___25.05.2020.mp4
https://gounlimited.to/1flzm2supuxn/PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4
-KTR.mp4
https://gounlimited.to/1fvg5h8h63uc
https://gounlimited.to/1gfwcv95boef
https://gounlimited.to/1gj3oo6u74z0/Maya.Kendrick.and.Alex.Coal.Midnight.Threesome.ShareMyBF.mp4
https://gounlimited.to/1gmaqbeny6vd
https://gounlimited.to/1gr7ykvqabev
https://gounlimited.to/1gr7ykvqabev/teenslovehugecocks.20.06.10.dolly.little.a.little.love.mp4
https://gounlimited.to/1h3inz3wkd3o/brazzersexxtra-halle-hayes-a-wild-and-crazy-cock-stuffi.mp4
https://gounlimited.to/1h86shpbg9f1/Realitykings_-_Take_A_Bite_porn_%E2%80%93_Pornmz.mp4
https://gounlimited.to/1hj8xyctjwhz/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.U
p.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1i57aar4cvso/[ElegantAnal]_Ana_Foxxx_(It_Happened_One_Night_Part_4_/_06.02.202
0).mp4
https://gounlimited.to/1i59j65v5b0g/Pedicure_Her_-_Kimmy_Granger_-_LookAtHerNow_-_RealityKings.mp4
https://gounlimited.to/1igx2y8u137n/Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1iivs39nwdz6/Anny_Walker_in_003_Public_Agent_Anna_Walker-
Blowjob_for_Money.mp4

https://gounlimited.to/1ir8ia2tz8j3/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/1jak6yl85kj6/FakeHostel_Anissa_Kate_Lola_ALLWAYSWELL.mp4
https://gounlimited.to/1jmgvuhabci8
https://gounlimited.to/1jw2a7xr5jlb
https://gounlimited.to/1lfayg9ny4rr
https://gounlimited.to/1liddcfugryx/[RK_Prime]_Luna_Star:_Fuck_My_Girl_(PervyVideos.com).mp4
https://gounlimited.to/1liea33u263x/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4
https://gounlimited.to/1ljtt2yzrc51
https://gounlimited.to/1m3qdjvose0q/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1mdwegifdmyx/Www.brazzersbox.in_NewSensations.20.05.29.Aften.Opal.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/1mjos4e7p34c/Www.brazzersbox.in_ExxxtraSmall.20.06.04.Daphne.Dare.Onesie.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/1mpp8sf860yv/Diva_For_A_Day_-_Azul_Hermosa_-_BrazzersExxtra_-_Brazzers.mp4
https://gounlimited.to/1myl0bh9qh7j/teenslovehugecocks.20.06.08.vina.sky.anal.in.the.sun.mp4
https://gounlimited.to/1nrhuwfzybm4/fakedrivingschool.20.06.10.lady.dee.mp4
https://gounlimited.to/1nxoypbt9gqz/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4
https://gounlimited.to/1nzujouvxr77/BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.XXX.1080p.mp4
https://gounlimited.to/1ootk7ymn9dy/Www.brazzersbox.in_5KTeens_-_Halle_Hayes_-_Caught_In_The_Hayes_2.mp4
https://gounlimited.to/1osh1yeihdq6/www.0xxx.ws_TrueAmateurs.20.06.01.Mia.Bandini.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1p1si94amei3/MommyGotBoobs_-_Alena_Croft_-_Sneaky_Mom_2_(05_05_2018).mp4
https://gounlimited.to/1qa816cawu1c/RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1qzq0hxswbnc/Fakehub.Originals.-.Best.Of.Ebony.Babes.mp4
https://gounlimited.to/1r60vigw2fo8/Brazzers_Exxtra_Canela_Skin_ALLWAYSWELL.mp4
https://gounlimited.to/1rbul4ad34vy/www.0xxx.ws_RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1rc7pa0sayuq/Www.brazzersbox.in_mbb.20.06.03.rachael.cavalli.dry.mommy.off.mp4
https://gounlimited.to/1rjxu7v96ffj/RK_Prime_%E2%80%93_Tip_The_Waiter_Again_Rose_Monroe.mp4
https://gounlimited.to/1rq7z37zpjdi
https://gounlimited.to/1t6dsmcmmo2e/rkprime.20.06.08.luna.star.fuck.my.girl.mp4
https://gounlimited.to/1t9gz9ep8aar
https://gounlimited.to/1to6ivxfa4ho/www.0xxx.ws_DayWithAPornstar.20.05.24.Anny.Aurora.And.Texas.Patti.Clean.Up.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/1tqiztq5pxcz/[DirtyMasseur]_Luna_Star_(Honeymoon_Rubdown_/_06.06.2020).mp4
https://gounlimited.to/1txnrs4029iz
https://gounlimited.to/1tyv2ed9s18g/DaneJones_Best_Of_Intimate_Anal.mp4
https://gounlimited.to/1vq8ro8w2csl/Ariella-Ferrera-Brazzers-Best-Of-Brazzers:-Sneakiest-Moments-2020-06-02.mp4
https://gounlimited.to/1w9znf6omuar
https://gounlimited.to/1wbgrl542owe/Hot_And_Mean_-_Bridgette_B_&_Kiara_Cole.mp4
https://gounlimited.to/1woddn67e859
https://gounlimited.to/1wrd8ag7wzke
https://gounlimited.to/1wybj6jn4d5q
https://gounlimited.to/1wys1442e7ne/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4

https://gounlimited.to/1x5sx3pb1lje/PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1xkd0z43ap01/www.0xxx.ws_MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1xm5bz9st0f0/BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1yjcadriuppp/www.0xxx.ws_RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1ypm3iexjahg

https://gounlimited.to/1ypm3iexjahg/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1ysx7e0zuhhe/Fakehuboriginals.20.05.31.Best.of.Ebony.Babes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1z3a7pkunul8/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/1zxqdc35n3y9/Www.brazzersbox.in_MyFamilyPies.20.05.29.Stacy.Cruz.Keep.It.Up.And.Youll.Get.Fucked.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/20665ari7xkb/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/209ayoh1tmq7

https://gounlimited.to/209ayoh1tmq7/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/20r5u6aksfoy/www.0xxx.ws_Lesbea.20.06.01.Cindy.Shine.And.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/21b63ijubwxf/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4

https://gounlimited.to/21fasj5ffxcm

https://gounlimited.to/21fnpd49n22d

https://gounlimited.to/21o7mo3modle/Www.brazzersbox.in_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/21r037upnmoj/Www.brazzersbox.in_ClubSeventeen.20.05.29.Candy.Teen.Hardcore.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/22s14aikfcf4/Best_Of_Brazzers_Sharing_Stepsiblings_-_Anya_Olsen,_April_Brookes,_Ariella_Ferrera,_Casey_Calvert,_Cassidy_Banks,_Gia_Milana,_Kendall.mp4

https://gounlimited.to/22uygk0nbnih/Mommy_Got_Boobs_Katie_ALLWAYSWELL.mp4

https://gounlimited.to/23cuxbgetawb/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4

https://gounlimited.to/23e6pqw1c4fq/www.0xxx.ws_Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/23r2c85c5wns/fakedrivingschool.20.06.10.lady.dee.mp4

https://gounlimited.to/23y4d5n3ojsy

https://gounlimited.to/24hh7vatx0oq/Joanna_Angel,_Small_Hands_-_Getting_Joanna_Out_Of_The_Shower_-_Day_With_A_Pornstar_-_Brazzers.mp4

https://gounlimited.to/25em62u10dtj/BrazzersExxtra_Abella_Danger.mp4

https://gounlimited.to/25gbpuuu1l8c/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4

https://gounlimited.to/25ni0jjyqz3g/www.0xxx.ws_MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/25tweus1a9a7/RKDupes.20.06.02.Lesbehonest.Part.1.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/26dgsqa2456d/Brazzers_Exxtra_Romi_Rain_ALLWAYSWELL.mp4

https://gounlimited.to/27crua1yd28c/Dahlia_Sky_-_Step_Brazzers.mp4

https://gounlimited.to/27g5mz6uli10/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020
).mp4

https://gounlimited.to/27komtphqw9x/LilHumpers_-_Alexis_Fawx_-_Lil_Jailbird.mp4

https://gounlimited.to/27s4pmz21f37

https://gounlimited.to/27ur6skl5r03

https://gounlimited.to/27zt8oedtxkl/Brazzers_Exxtra_-
_Best_Of_Brazzers:_Sharing_Stepsiblings_(PervyVideos.com).mp4

https://gounlimited.to/28bd00f6zqv2

https://gounlimited.to/28txv9qhhev2/Lily_Rader,_Zoey_Taylor_-_Poolside_-_We_Live_Together_-
_Reality_Kings.mp4

https://gounlimited.to/28wetv4x060c/RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-
Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/299bltgxisfe

https://gounlimited.to/29f0zfzofpii/RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.SD.
MP4-.mp4

https://gounlimited.to/2a6mdqmo0aaj/Www.brazzersbox.in_BrattySis.20.05.29.Lexie.Fux.So.You.Want.To.Be.
A.Stripper.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/2ajpiwm8bv2k/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/2ao6hcqoemqs/RealityKings_-_Victoria_June_-
_A_Squirt_for_a_cheat_(04_04_2018).mp4

https://gounlimited.to/2bd56zwbdmmp/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sund
erland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2bqqfs5r4p7y

https://gounlimited.to/2bt4xkyvu3t8/RKDupes_-Making_The_Sale_[720p_HD].mp4

https://gounlimited.to/2c5mvtuqvs6r/[PervsOnPatrol]_Kiara_Edwards_(Pervy_Yoga_Spy_/_05.31.2020).mp4

https://gounlimited.to/2c7nf9axgley/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderl
and.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2c7o4uw7qweg/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).
mp4

https://gounlimited.to/2d8ol7zfd25n

https://gounlimited.to/2dbv3vz2qh00

https://gounlimited.to/2dd3jh9vhrfp/DaneJones_-
_Connie_Carter,_Rita_Peach,_Eufrat_Mai,_Claudia_Bavel,_Lucy_Li_etc.mp4

https://gounlimited.to/2e0y6ycc0447/Bigwetbutts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.in.Her.Jeans.X
XX.1080p.MP4-KTR.mp4

https://gounlimited.to/2einc586u01q/Telegram_@getnewlink_dani_daniels_Fuck_the_Law_-
_BRAZZERS.mp4

https://gounlimited.to/2emhf1a8tupc/Brazzers_-_MilfsLikeItBig_presents_Tommie_Jo_-
_MILF_In_The_Closet__30.05.2020.mp4

https://gounlimited.to/2evll6ir1ga3/Brazzers_-
_Phat_ass_busty_babes_Karma_Rx_&_Lela_Star_&_Nicolette_Shea_share_(_720P_).mp4

https://gounlimited.to/2ezg3lgsgi9h/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4

https://gounlimited.to/2f7dunkozi85

https://gounlimited.to/2fo8qyd7rlbf/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/2fu6sldduu0j/DaneJones_-_Kaisa_Nord_-_Isolation_self_love_and_anal_play.mp4

https://gounlimited.to/2gax5e0gjn6c

https://gounlimited.to/2hrl3c5j3w7i/Real_Wife_Stories_Raylene_ALLWAYSWELL.mp4

https://gounlimited.to/2i2g7zm0w543/_RKDupes_Lesbehonest_.mp4

https://gounlimited.to/2j8ryk64dnkx/TeensLoveHugeCocks.20.06.15.Aften.Opal.Massage.Mutiny.XXX.SD.MP
4-KLEENEX.mp4

https://gounlimited.to/2jbi42100ojk/BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2jzif9p4hh85/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2kg39jbvjd0e

https://gounlimited.to/2l1purpej7wj

https://gounlimited.to/2lbc5iglt48y/Nicolette_Shea,_Markus_Dupree_-_Smart_Ho-me_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/2ld6e19munl3/www.0xxx.ws_TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2lmeb7zzsbbu/Fitness_Rooms__Extreme_Anal__Yoga_Girl_Fucks_in_all_Holes_.mp4

https://gounlimited.to/2lov3ltvnllg/BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2lz4xe3nspbi/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4

https://gounlimited.to/2m97fe68xfyq/BrazzersExxtra_-_Alena_Croft,_Chloe_Cherry_-_The_Fuckerfly_Effect_(02_07_2018).mp4

https://gounlimited.to/2mam003xruvp/Brazzers_Exxtra_-_Eliza_Ibarra_-_Cuff_Me_And_Fuck_Me.mp4

https://gounlimited.to/2metlrsort63

https://gounlimited.to/2mquac5wclm9/Aubree_Valentine,_Kyle_Mason_-_Soaking_Wet_And_Fully_Satisfied_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/2mxfbdjvzhtg

https://gounlimited.to/2n4qqnfaajuh/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2nvm9axsvr4l

https://gounlimited.to/2o9etuehye4o

https://gounlimited.to/2ojjhy6tzr88/[PervsOnPatrol]_Kiara_Edwards_(Pervy_Yoga_Spy_/_05.31.2020).mp4

https://gounlimited.to/2q5z0o2h6sjq/Www.brazzersbox.in_vixen.20.05.29.teanna.trump.and.vicki.chase.mp4

https://gounlimited.to/2qbq9jdp9x84/Alexis_Fawx_-_Lil_Jailbird_(LilHumpers.11.06.2020.720p)_VHQ.mp4

https://gounlimited.to/2r9vjhcI5izs/RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2rcvxvlia1y1

https://gounlimited.to/2rwhtj4548v6

https://gounlimited.to/2s09nm7fkbhp/[DigitalPlayground]_Vanessa_Sky_(Falling_From_Grace_Part_3_/_06.01.2020).mp4

https://gounlimited.to/2s2eni839tz1/Erito.20.06.12.Creampie.For.Harukas.Pretty.Pussy.JAPANESE.XXX.1080p.mp4

https://gounlimited.to/2shvsiwun066/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2sn5c2gn0u3a/brazzersexxtra-abella-danger-his-hands-are-tied.mp4

https://gounlimited.to/2ss9obrm3xwh/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2ssxpydfhfjy/RealityKings_-_RKPrime_presents_Luna_Star_in_Fuck_My_Girl___08.06.2020.mp4

https://gounlimited.to/2t4i1yvznd28/Day_With_A_Pornsta.r_Josephine_Jackson.mp4

https://gounlimited.to/2tb5u0t6oxgm/Www.brazzersbox.in_RKDupes.20.06.05.Lesbehonest.Part.2.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/2tja8jx2i1yc/Lil_Humpers.Candice.Dare.720p.mp4

https://gounlimited.to/2to3jk8zp3oc

https://gounlimited.to/2u3xrjblmifg/BigWetButts.20.05.29.Keira.Croft.25.US.Keiras.Ass.Craves.Cock.0free2all.ws.mp4

https://gounlimited.to/2u4rrf8yvsig/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.SD.MP4-.mp4

https://gounlimited.to/2um9zu83frew/[DontBreakMe]_Pamela_Morrison_(Breaking_Pamela_/_06.05.2020).mp4

https://gounlimited.to/2uus7htq1qga/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4

https://gounlimited.to/2v3w9b21ul98/www.0xxx.ws_TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2v8aug3dkwj9

https://gounlimited.to/2v8zvronpfx8/[BigWetButts]_Kagney_Linn_Karter_(Anally_Reamed_In_Her_Jeans_/_05.31.2020).mp4

https://gounlimited.to/2vc5h4oiz1fe/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2vkyaoyn8qti/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.mp4

https://gounlimited.to/2vocv482zq5l/DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2vstv1fkg726/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_/_06.11.2020).mp4

https://gounlimited.to/2vumes60xc3b/[RKDupes]_Edible_Aubrey_(Meter_Maid_/_06.09.2020).mp4

https://gounlimited.to/2w4v4rlkr535/[FakeTaxi]_Mia_Rose_(4_Loads_of_Spunk_for_Teen_/_06.01.2020).mp4

https://gounlimited.to/2wst9urb63e2/[BigWetButts]_Keira_Croft_(Keira's_Ass_Craves_Cock_/_05.29.2020).mp4

https://gounlimited.to/2wwcxhuq99t3/Www.brazzersbox.in_IHaveAWife.20.05.29.Anissa.Kate.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/2xxsn7qf0fju/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4

https://gounlimited.to/2xz6y4mm7q01/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/2xz8i2njv05o/sneakysex.20.06.01.gabriela.lopez.family.road.trip.dick.mp4

https://gounlimited.to/2y5tf5porehp/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4

https://gounlimited.to/2yer9jthqlsi/ZZ_Series_Nikki_Benz_ALLWAYSWELL.mp4

https://gounlimited.to/2yk0vkchyx32/rkprime.20.06.04.nicolette.shea.big.dick.energy.mp4

https://gounlimited.to/2ypbdare0hj0/DaneJones_presents_Alexis_Crystal_-_Sweet_sexy_school_uniform_roleplay___09.06.2020.mp4

https://gounlimited.to/2zlieue1wyrn/www.0xxx.ws_TeensLoveHugeCocks.20.06.17.Makenna.Reise.Tiny.Makenna.Takes.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/30eaynbbtza5/Alice_Pink,_Maserati_-_Dommed_By_Her_Dads_Girlfriend_Part_1_-_Hot_And_Mean_-_Brazzers.mp4

https://gounlimited.to/30elkf9wymt3/Martina_Smeraldi,_Erik_Everhard_-_The_Stripper_In_The_Mountains_-_Public_Agent_-_FakeHub.mp4

https://gounlimited.to/30m9lrfynio7/DayWithAPornstar_-_Lenina_Crowne_-_Lenina_Gets_A_Workout.mp4

https://gounlimited.to/30qiat974zuv/[Brazzers_Exxtra]_Aubree_Valentine:_Soaking_Wet_And_Fully_Satisfied_(PervyVideos.com).mp4

https://gounlimited.to/30raddl76nh9

https://gounlimited.to/314hae4xem2z

https://gounlimited.to/318cir4j3n9e

https://gounlimited.to/3199rgvx0gds/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/31mgdwki6rvf

https://gounlimited.to/31mswq60p8z5

https://gounlimited.to/31rudjhb2n1z/Www.brazzersbox.in_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/327qwqpvrsiz/[BrazzersExxtra]_Halle_Hayes_-_A_Wild_and_Crazy_Cock_Stuffing_Party_(01.06.2020)_rq.mp4
https://gounlimited.to/32ch7nvagmzm/Www.brazzersbox.in_passion.hd.20.06.13.sybil.tryst.in.the.tub.mp4
https://gounlimited.to/32dsylq8fy28/BrazzersExxtra_-_Best_Of_Brazzers_First_Anals_[720p_HD].mp4
https://gounlimited.to/32p0e9sdvgst
https://gounlimited.to/32p1lrpkry3s/teenslovehugecocks.20.06.17.makenna.reise.tiny.makenna.takes.it.mp4
https://gounlimited.to/33kwa205bzas/TrueAmateurs.20.06.08.Portia.Paris.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/345uu0veqad1
https://gounlimited.to/34gj1ijoctjd/Emily_Addison_-_Humper_Therapy.mp4
https://gounlimited.to/34krsv2n3t7b/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/34stenmklk12/rkprime.20.06.11.jane.wilde.and.emily.willis.face.to.face.mp4
https://gounlimited.to/350401is6rr4
https://gounlimited.to/35k2a4lmdohb/RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/35sewl6z15w2/TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.mp4
https://gounlimited.to/360znz15tvnd/WeLiveTogether_-_Lily_Rader,_Zoey_Taylor_-_Poolside.mp4
https://gounlimited.to/36918k6emyyc/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4
https://gounlimited.to/36z4ybx4v7e0/RealityKings_-_TeensLoveHugeCocks_presents_Vina_Sky_in_Anal_In_the_Sun__08.06.2020.mp4
https://gounlimited.to/374s76dnnpw4/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4
https://gounlimited.to/37a7h9pk52bu/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/37edtknddsea/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4
https://gounlimited.to/37fkkowz7pxw/Nicolette_Shea,_Kyle_Mason_-_Mrs._Shea's_Room_Service_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/37gcrpv210i0
https://gounlimited.to/37tdgs2x9ln0/Www.brazzersbox.in_TeamSkeetExtras.20.05.30.Jill.Kassidy.Typist.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/37wtyh3f2kpe/Tommie_Jo,_el_estereotipo_de_siliconada_de_Brazzers.mp4
https://gounlimited.to/386hgpxsxe9n/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/398jlbs6wbqj
https://gounlimited.to/39wfoww4tsxu/DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3a67wvus6tu4/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3a7trs4jh6ck/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3aj9fnr7bd63.html
https://gounlimited.to/3ayvz9mjv0uy/Look_At_Her_Now_-_Gabriella_Paltrova_&_Candice_Dare.mp4
https://gounlimited.to/3b84hh9doifc/WhenGirlsPlay.20.05.30.Alex.Blake.And.Scarlit.Scandal.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3bzl0mp4ajpi/ElegantAnal.-.Ana.Foxxx.It.Happened.One.Night.Part.4.mp4
https://gounlimited.to/3chwx0an0mhh/Www.brazzersbox.in_MomXXX.20.06.13.Florane.Russell.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/3crltsdezhnx/publicpickups.20.06.11.martina.smeraldi.new.study.buddies.mp4
https://gounlimited.to/3dj1rnrq49c2/Www.brazzersbox.in_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/3dnyl01ml6lm/Ashley.Fires.Sock.My.Cock.BigButtsLikeItBig.anal.mp4

https://gounlimited.to/3e1k41fjulpa

https://gounlimited.to/3e4t2hmw1kxr/True_Amateurs.20.06.05.Hayliexo.XXX.1080p.mp4

https://gounlimited.to/3ebiwtddg3cj/DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3ec9epoaafhh

https://gounlimited.to/3fh7ees52w5x

https://gounlimited.to/3frxzkohca0d/Www.brazzersbox.in_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/3g1ss98r7z27/Real_Wife_Stories_Lisa_Ann_ALLWAYSWELL.mp4

https://gounlimited.to/3g512uy35l6k/RKPrime_Nicolette_Shea_.mp4

https://gounlimited.to/3g5mshhmnkis/TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/3ggvx21927cv/Fakehub_Originals.20.06.12.Eva.Elfie.Solo.XXX.1080p.mp4

https://gounlimited.to/3gnppvuyqq46/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4

https://gounlimited.to/3gtlj5fvxczz/www.0xxx.ws_DaneJones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3h2hqn2npret

https://gounlimited.to/3h9bh0miuobt/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition_/_06.10.2020).mp4

https://gounlimited.to/3hawpe2shzih/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3hcw60w0tj24/Rkprime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3hs071w4y34v/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3i4y3tzc4ox6/www.0xxx.ws_TrueAmateurs.20.06.15.No.Face.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3i6lupsaco1z/_StrandedTeens_Mackenzie_Mace_ALLWAYSWELL.mp4

https://gounlimited.to/3isdzo3drfgr/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3jsqadpxrxse/rkprime.20.06.09.angela.white.vs.rob.piper.mp4

https://gounlimited.to/3jtvf9lom3y7/RealWifeStories_-_Nicolette_Shea_-_ZZ_Kenfucky_Derby_(06_08_2018).mp4

https://gounlimited.to/3k1rgdywxxvm/LookAtHerNow_Ellie_Eilish_Taste.mp4

https://gounlimited.to/3kbmvlkorj4v/Www.brazzersbox.in_BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/3leb36sp915n/Telegram_@getnewlink_dani_daniels_Inmate_in_my_Puss_-_BRAZZERS.mp4

https://gounlimited.to/3lxhmvrf1n2r/[BrazzersExxtra]_Abella_Danger_(His_Hands_Are_Tied_/_06.02.2020).mp4

https://gounlimited.to/3lzjtwv96yji/Www.brazzersbox.in_deeper.20.06.11.scarlett.bloom.mp4

https://gounlimited.to/3mcq6xsraomt/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3mkvx1mu5ngo/_DaneJones_Kaisa_Nord.mp4

https://gounlimited.to/3mlgu7lfd3w2/MomXXX.20.06.13.Florane.Russell.31.CZ.Naughty_couple_break_lockdown_rules.0free2all.ws.ek84.mp4

https://gounlimited.to/3n4tm3ifgweh/Brazzers_Exxtra_-_Julie_Cash_-_Julie's_Seductive_Yoga.mp4

https://gounlimited.to/3npxz1gbfnv5/Katie_And_Kenzie_Get_Flexible_-_Katie_Kush,_Kenzie_Madison_-_DayWithAPornstar_-_Brazzers.mp4

https://gounlimited.to/3o3is8zy4aq5/We_Live_Together_-
_Molly_Stewart_And_Aubree_Valentine_Finish_For_Me.mp4
https://gounlimited.to/3odqpflyl4za/Gia_Paige,_Tory_Lane_-_Disrespecting_The_Maid_-
_MomsInControl.mp4
https://gounlimited.to/3oy1sx2i9d6s/[BrazzersExxtra]_Halle_Hayes_-
_A_Wild_And_Crazy_Cock_Stuffing_Party_(01.06.2020).mp4
https://gounlimited.to/3pagh5tjlal8/MofosBSides_-_Lexie_Fux_-_Porn_Pleasure.mp4
https://gounlimited.to/3pns0y0m49ve
https://gounlimited.to/3prjsph2pn9k/_WeLiveTogether_Lily_Rader_.mp4
https://gounlimited.to/3pu3gohqjfe4/DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.
SD.MP4-KLEENEX.mp4
https://gounlimited.to/3qtdttz05ivk/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddi
es.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3qvvapzbzgne/Taste_Tester_-_Ellie_Eilish_-_LookAtHerNow.mp4
https://gounlimited.to/3qy0usy9m7dg/RKPrime_-_Asia_Rae_-_Boyfriend_Snatcher.mp4
https://gounlimited.to/3r1z3z4vtz5u/www.0xxx.ws_PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.X
XX.1080p.MP4-KTR.mp4
https://gounlimited.to/3r78s0cqkelh/WhenGirlsPlay_Abigail_Mac.mp4
https://gounlimited.to/3r825ves3f0k
https://gounlimited.to/3r9t6xrvku7g/www.0xxx.ws_RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fuck
ed.Your.Boyfriend.To.Make.You.Mad.XXX.720p.MP4-MaMi.mp4
https://gounlimited.to/3rb2phlh8z16/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fuckin
g.Fight.Me.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3rcfkrn2rim0/Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.BrazzersExxtra.hardcor
e.mp4
https://gounlimited.to/3sim84kjsgxn/[DontBreakMe]_Pamela_Morrison_(Breaking_Pamela_/_06.05.2020).mp4
https://gounlimited.to/3t34qemhriqj/[MilfsLikeItBig]_Tommie_Jo_-_MILF_In_The_Closet_(30.05.2020).mp4
https://gounlimited.to/3ts0hqtwkvrn/[FakehubOriginals]_Best_Of_Ebony_Babes_(05.31.2020).mp4
https://gounlimited.to/3ue242izysf1/ZZ_Kenfucky_Derby_-_Nicolette_Shea_-_RealWifeStories_-
_Brazzers.mp4
https://gounlimited.to/3ugo8lftfn9k
https://gounlimited.to/3uh0e5hhsbp5/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucki
ng.Fight.Me.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/3ui25umiut5i/HotAndMean_-_Bridgette_B,_Kiara_Cole_-_Fucking_Fight_Me.mp4
https://gounlimited.to/3v9qq0bn35qs/MilfsLikeItBig_-_Kaylani_Lei_-
_Are_You_Worthy_Of_My_Ass_(26_07_2018).mp4
https://gounlimited.to/3vkpw3fbalf6/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4
https://gounlimited.to/3vxv6inmgppz
https://gounlimited.to/3w4b7a7o724f
https://gounlimited.to/3w4b7a7o724f/Nicole_Aniston_-_Happy_Anniversary,_Darling.mp4
https://gounlimited.to/3w682kfwt472/TrueAmateurs.20.05.29.Aila.Donovan.XXX.1080p.mp4
https://gounlimited.to/3w8cqqi6yavu
https://gounlimited.to/3weksce80o4w/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_
06.11.2020).mp4
https://gounlimited.to/3wgzbm984guz/www.0xxx.ws_RKPrime.20.06.15.Gianna.Dior.Sex.Inherited.XXX.1080
p.MP4-KTR.mp4
https://gounlimited.to/3wlejju7d747/Anya.Ivy.One.Day.Fare.RKPrime.hardcore.mp4
https://gounlimited.to/3wqgzqzn9upf/[BrazzersExxtra]_Abella_Danger_(His_Hands_Are_Tied_/_06.02.2020).
mp4
https://gounlimited.to/3wrv3vgfwqlo

https://gounlimited.to/3ws1bovrs8b4/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3xutibqk8p98/[RK_Dupes]_Gabriella_Paltrova,_Candice_Dare:_Lesbehonest_Part_1.mp4

https://gounlimited.to/3y7m0s9uzkh3/RKPrime.-.Nicolette.Shea.Big.Dick.Energy.-.Reality.Kings.mp4

https://gounlimited.to/3yvv4l4mc3qz

https://gounlimited.to/3yyhrsc7nkbx/Meter_Maid_-_Edible_Aubrey_-_LookAtHerNow_-_RealityKings.mp4

https://gounlimited.to/3z3tfzrwqvtw/TrueAmateurs.20.06.05.Hayliexo.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/3z5y8ylxukqq

https://gounlimited.to/3z846r1d9ap3/www.0xxx.ws_RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/3zeq99wh7491/RKPrime_Sweet_Cat.mp4

https://gounlimited.to/3zo9lnko31ah/Showering_Catalina_-_Catalina_Ossa_-_PervsOnPatrol_-_Mofos.mp4

https://gounlimited.to/40ftnaf0eae5/Www.brazzersbox.in_stayhomepov.20.05.31.eliza.eves.quarantined.in.college.mp4

https://gounlimited.to/40nxg3llu0rj/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4188bs5cfge8

https://gounlimited.to/41cq9zyr9bqf/RK_Prime_-_Bridgette_B.mp4

https://gounlimited.to/41mbbl47wkny/BrazzersExxtra_Best_Of_Brazzers_Sneakiest.mp4

https://gounlimited.to/41rv1qi2qrsx/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/420m64pl63ue/fakehuboriginals.20.06.08.best.of.cosplay.mp4

https://gounlimited.to/42489h1hebbl

https://gounlimited.to/42adhz62qdye/Www.brazzersbox.in_SisLovesMe.20.06.12.Sera.Ryder.She.Loves.Erotica.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/42ngieyk5qie/www.shhprn.uno.mp4

https://gounlimited.to/42oa98844t6r/TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/42sl1lxfaz6y/[MofosBSides]_Lexie_Fux_(Porn_Pleasure_/_06.02.2020).mp4

https://gounlimited.to/442d8h9hpzm3/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/44d1ouy6rstt

https://gounlimited.to/45autqflax92.html

https://gounlimited.to/45fr9ha9mje8

https://gounlimited.to/45fr9ha9mje8/Fakehub_Originals_Josephine_Jackson_ALLWAYSWELL.mp4

https://gounlimited.to/45twujudg0mt/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/463d5w31tjq9/Big_Naturals_Kendra_Sunderland_ALLWAYSWELL.mp4

https://gounlimited.to/46j2mnim8h80/DayWithAPornstar_Joanna_Angel_.mp4

https://gounlimited.to/46r0rvfakqmt/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/470hh3k81g50/MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/47cednhvfoh8/Brazzers_Exxtra_Luna_Star_ALLWAYSWELL.mp4

https://gounlimited.to/47f76f1kuu1o/RealityKings_-_Nina_Dolci,_Lexxxus_Adams_-_Sex_With_Lexxxus_(25_06_2018).mp4

https://gounlimited.to/47legh4eeybe/Telegram_@getnewlink_dani_daniels_The_Whore_of_Wall_Street_Ep-1-_A_Whore_Is_Born_-_BRAZZERS.mp4

https://gounlimited.to/47t435jtti8e

https://gounlimited.to/47xyagarju9d/Reality_Kings_-_Bored_Latina_housewife_Katana_Kombat_cucks_her_beta_husband_(_720P_).mp4

https://gounlimited.to/49s1kvjgnbdq/Telegram_@getnewlink_dani_daniels_My_Husbands_Mistress-_Part_One_-_BRAZZERS.mp4

https://gounlimited.to/49wupbrp83kl/www.0xxx.ws_Twistys.20.06.17.Jewelz.Blu.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4an13m0fweuf/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4ast7ft2kg5t/Dane_Jones.20.06.16.Jenny.Wild.Solo.XXX.SD.mp4

https://gounlimited.to/4aya8thsa6oj

https://gounlimited.to/4b0d1r8otyr4/Brazzers_-_DayWithAPornstar_presents_Rebecca_More_-_Rebecca_s_Shower_Time_Fun___07.06.2020.mp4

https://gounlimited.to/4bjd38umzj2x/RKPrime_Julie_Kay.mp4

https://gounlimited.to/4c0gag7dwo8e/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4c7d9jzi0btq/WhenGirlsPlay_Anny_Aurora_.mp4

https://gounlimited.to/4c9kn3lc2err/[FakeTaxi]_Romy_Indy_-_The_Dominatrix_and_the_Big_D_(05.06.2020).mp4

https://gounlimited.to/4cqrhffppuv0/www.0xxx.ws_WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4d5s37s04vta

https://gounlimited.to/4d819actymga/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome_/_06.12.2020).mp4

https://gounlimited.to/4ddvuw1gxvbs/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4

https://gounlimited.to/4dsj4xfdc746/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/4e63trmodhm4/www.fxpornhd.com_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4e934t4h1zmx/[LetsTryAnal]_Mia_Bandini_(Come_In_For_Some_Tea_And_Anal_/_05.29.2020).mp4

https://gounlimited.to/4ekb9n4i24lj/Gabriela_Lopez.mp4

https://gounlimited.to/4f4kd5ptnnaa/DirtyMasseur.20.06.06.Luna.Star.31.CU.Honeymoon.Rubdown.0free2all.ws.mp4

https://gounlimited.to/4feztxnh4v59/Www.brazzersbox.in_dpfanatics.20.06.15.siya.jey.black.lace.seduction.mp4

https://gounlimited.to/4flu9e7nwul5/Www.brazzersbox.in_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/4g8k1923it3z/[PervsOnPatrol]_Kiara_Edwards_-_Pervy_Yoga_Spy_(31.05.2020).mp4

https://gounlimited.to/4gk9p55p1f05/www.0xxx.ws_TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4gswdzhpc8xg

https://gounlimited.to/4gx2t9k4bmrf/Telegram_@getnewlink_dani_daniels_The_Whore_of_Wall_Street_Ep-5-_One_Last_Orgy_-_BRAZZERS.mp4

https://gounlimited.to/4gxs289agglq

https://gounlimited.to/4h0j27kcq4sx/TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4h291jkcbk4z/Girlsgonepink.20.06.08.Aidra.FOX.and.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4hmokrlza3ei/ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4ho1ub56b87e/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/4hp4wymivblm

https://gounlimited.to/4hujpgz47wra/CAUGHT_ON_THE_CAM_WITH_TWO_GIRLS.mp4
https://gounlimited.to/4i58jtakla0p/Asia_Rae_-
_Boyfriend_Snatcher_(RKPrime.01.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/4i93k4qpzjcv/[9xMovie.Kim]_A_Wild_&_Crazy_Cock_Stuffing_Party_2020_BraZZers
_Adult_Video_480p_HDRip_280MB_[HDMoviesFlix.Com].mp4
https://gounlimited.to/4it3d857f88v/DaneJones_presents_Billie__Denisa_Heaven__Alexis_Crystal__Jessie_Jaz
z__Lola__Cherry_Kiss__Morgan_Rodriguez__Iwia__Lady_Bug__Uma__Sasha_Zima__Celine_Noiret__Cryst
al_Caitlin_-_Creampies___07.06.2020.mp4
https://gounlimited.to/4iuem2pyv58c/Www.brazzersbox.in_passion.hd.20.06.06.skylar.vox.alluring.reflection.
mp4
https://gounlimited.to/4iwusk1l08lp
https://gounlimited.to/4jf35f5hcn6y/RKPrime_Sofia.mp4
https://gounlimited.to/4jnj5y5jrtvk/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/4k3qzjt0a5kw/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.M
P4-KTR.mp4
https://gounlimited.to/4k9emdt7hj3k/Angela-White-Brazzers-Jean-Queen-2020-06-16.mp4
https://gounlimited.to/4kaiv06wm8wl/rkprime.20.06.02.abella.danger.the.pirate.gets.the.booty.mp4
https://gounlimited.to/4kdqzpz0a9tv
https://gounlimited.to/4l4h6vm4dbxh/trueamateurs.20.06.05.hayliexo.mp4
https://gounlimited.to/4lb8q6apy0zt/BrazzersExxtra_Best_Of_Brazzers_ALLWAYSWELL.mp4
https://gounlimited.to/4m4206wlbscn
https://gounlimited.to/4mbb11ziq49u/[RKPrime]_Kira_Queen,_Aruna_Aghora_(Threesome_/_05.30.2020).mp
4
https://gounlimited.to/4megj62cp4rk/Gianna.Dior.Sex.Inherited.RKPrime.hardcore_(PervyVideos.COM).mp4
https://gounlimited.to/4mjxsrqmb1n3/[ElegantAnal]_Ana_Foxxx_-
_It_Happened_One_Night_Part_4_(02.06.2020).mp4
https://gounlimited.to/4newed01pmdt/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4
https://gounlimited.to/4nrxyp32vgam/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4
https://gounlimited.to/4ogqmzhpw7cr/[StrandedTeens]_Nella_Jones_(Fucking_Stepdad_For_A_Ride_/_05.27.
2020).mp4
https://gounlimited.to/4oqgu9whl15u
https://gounlimited.to/4ot6fp4zcoqo/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/4p5ket0rqr7g/RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.SD.MP4-.mp4
https://gounlimited.to/4p9fmi81ymma/Wild_Sky_-_Liv_Wild,_Vanessa_Sky_-_RKPrime_-_RealityKings.mp4
https://gounlimited.to/4psifb0fhc2s
https://gounlimited.to/4qqxckxdqid6/[RKPrime]_Kataljna_Kittin_(Wet_Kittin_/_05.29.2020).mp4
https://gounlimited.to/4r3mh7p7oxgj/Www.brazzersbox.in_DevilsFilm.20.06.05.Nyomi.Star.No.Need.To.Be.S
hy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/4s01rtsc2q2t
https://gounlimited.to/4s52s38o36ip
https://gounlimited.to/4srxtkdfkd93/LilHumpers_-_Jasmine_Jae_-_Keep_It_In_Your_Pants.mp4
https://gounlimited.to/4symlpcjcu8y/FakehubOriginals.20.06.17.Best.Of.Sexy.Squirters.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/4t21qlfsji20
https://gounlimited.to/4t82azwlx4ht/Sina_Velvet_-_Milf_Hunter_Meets_Austrian_Pussy.mp4
https://gounlimited.to/4t92zlmtsctp/RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.108
0p.MP4-KTR.mp4
https://gounlimited.to/4t9nq4d3u7gi/MommyGotBoobs_Rebecca_More_-_Just_One_Clit_Away_XXX.mkv
https://gounlimited.to/4v2irt45v44a/_RKPrime_Asia_Rae_.mp4

https://gounlimited.to/4v8rblc7bppq/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.20
20).mp4
https://gounlimited.to/4vbznch2tpnb/www.0xxx.ws_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock
.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/4x0495ynmeqe/BrazzersExxtra_-_Riley_Reid_-
_Riley_s_Private_Show_(03_08_2018).mp4
https://gounlimited.to/4x2q16yguwr3/DaneJones_presents_Alina_Crystall-
_Intimate_love_with_gorgeous_Russian___11.06.2020.mp4
https://gounlimited.to/4xlk76p9mahf
https://gounlimited.to/4xn9etwvxcyl
https://gounlimited.to/4xtlf9qxwpoj/Dane_Jones.20.06.11.Alina.Crystall.XXX.1080p.mp4
https://gounlimited.to/4xuv0i4gfo57/MOFOSLab_-_Athena_Palomino_Risque_Photoshoot_(04_05_2018).mp4
https://gounlimited.to/4y4k24xga1nb.html
https://gounlimited.to/4y4llw856s6b/StrandedTeens.20.06.17.Scarlit.Scandal.Helpful.Neighbor.XXX.SD.MP4-
.mp4
https://gounlimited.to/4yfysr615j5z
https://gounlimited.to/4yl4npblvnvz/Gia_And_Scarlit_Share_A_Guy_-_Gia_Derza,_Scarlit_Scandal_-
_DayWithAPornstar_-_Brazzers.mp4
https://gounlimited.to/4yzm9do7jqt9/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Ma
id.For.A.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/4z82ntoyk3yo/Lesbea_-_Cindy_Shine_And_Alina_Crystall_-
_Redhead_rebound_sex_with_Asian_bff.mp4
https://gounlimited.to/4z8hazhgxgq6
https://gounlimited.to/4z8kng1ak4ok/Getting_Joanna_Out_Of_The_Shower_-_BRAZZERS.mp4
https://gounlimited.to/4zq8xs9yvavm/danejones.20.06.04.kaisa.nord.mp4
https://gounlimited.to/4zu4acmnbks1/Www.brazzersbox.in_sexart.20.05.31.naomi.swann.have.a.nice.day.mp4
https://gounlimited.to/4zxexkzc6uof/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).
mp4
https://gounlimited.to/509ykihmk6f2
https://gounlimited.to/50z3ztpthvg1
https://gounlimited.to/51mi1dkbzi0o
https://gounlimited.to/51nfd2md769l/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/51rdxcrvu2g8/Rkprime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/51vpsnc2nmzy/BigButtsLikeItBig.20.05.28.Kendra.Spade.Asses.In.Pajamas.[Telegram@
BR_ZZ].mp4
https://gounlimited.to/5342x2ff3e7j
https://gounlimited.to/53gx7ovh2h3c/Www.brazzersbox.in_TeamSkeetExtras.20.06.16.Katana.Dessert.XXX.S
D.MP4-KLEENEX.mp4
https://gounlimited.to/53iyf82ajrr8/www.0xxx.ws_IKnowThatGirl.20.05.20.Nella.Jones.The.Interview.XXX.10
80p.MP4-KTR.mp4
https://gounlimited.to/53tk7rd0xzgj/Reality_Kings_Dani_Daniels_ALLWAYSWELL.mp4
https://gounlimited.to/53zi5yxnxmjk/Mia_Rose_-
_4_Loads_of_Spunk_for_Teen_(FakeTaxi.01.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/54cq85q9cfmg/www.0xxx.ws_SneakySex.20.06.17.Scarlit.Scandal.Sneaking.In.With.Sca
rlit.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/54d95keqf301/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/54gm9hmf0gal
https://gounlimited.to/54rj1w6vegqk

https://gounlimited.to/54won6itnbwl/RK_Prime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-_To-_Face.XXX.1080p.mp4

https://gounlimited.to/5523cm43cll5

https://gounlimited.to/552pkvh5otts/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/55kh4ikp4ls1/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/56qbmjjijviw

https://gounlimited.to/56u5g54xg251/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4

https://gounlimited.to/5736j4xg1asv/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4

https://gounlimited.to/57bsggteu3os/www.0xxx.ws_SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/57ctx3jk1u9m/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.mp4

https://gounlimited.to/57k76g4tkg2n

https://gounlimited.to/57mf5z8tra2t/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4

https://gounlimited.to/57o2yzj8jt9c/BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.mp4

https://gounlimited.to/57p1j1113rbw

https://gounlimited.to/57p1j1113rbw/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/57v71gjpbv76/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/582sazg3hsnv/Humped_And_Focused_-_Alice_Judge_-_LilHumpers_-_RealityKings.mp4

https://gounlimited.to/588lhvdnycee

https://gounlimited.to/58ms9vju6t2r/Pornstars.Like.It.Big.-.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.-.Brazzers.mp4

https://gounlimited.to/58v8b8dmqc31

https://gounlimited.to/58z6271h32ce

https://gounlimited.to/597pj6qczvmp/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/59pnrjjjbugf/_PublicAgent_Lydia_Black.mp4

https://gounlimited.to/59syjqg9lufl/Telegram_@getnewlink_dani_daniels_Brazzers_House_Episode_Five_Bonus_Part_1_-_BRAZZERS.mp4

https://gounlimited.to/59tuo3lzboc1/www.0xxx.ws_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5a0dwglkgopr

https://gounlimited.to/5awqiunnmpc6/DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5bgljyy69jg0

https://gounlimited.to/5cev7wdgsr88/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5cg2r6ryyxp7/TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.SD.MP4-.mp4

https://gounlimited.to/5cnl7rabjbhr/_FakehubOriginals_Best_Of_Big_Black_Cock_.mp4

https://gounlimited.to/5cqxjmes4equ

https://gounlimited.to/5dfnyq8tuksl

https://gounlimited.to/5e7svsrozb69

https://gounlimited.to/5eekbzf8r1wn/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4
https://gounlimited.to/5ekr1glmx4c4/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5epts5o8gnwb/DoctorAdventures_-_Kendra_Spade_-_Feeling_Blue_(Balls)_(07_08_2018).mp4
https://gounlimited.to/5fal87wd13e3/[RKDupes]_Emily_Willis_(Making_The_Sale_/_05.27.2020).mp4
https://gounlimited.to/5ff0kt3oty81/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5fu6tidjjp4z/[WhenGirlsPlay]_Alex_Blake,_Scarlit_Scandal_(05.30.2020).mp4
https://gounlimited.to/5fwhdzqxved4/RKPrime_Adriana_Chechik_ALLWAYSWELL.mp4
https://gounlimited.to/5g8pyo8u57ov/Www.brazzersbox.in_brattysis.20.06.05.scarlett.fall.talking.about.sex.with.my.step.sis.mp4
https://gounlimited.to/5g9ddt5lugb5/[Brazzers_Exxtra]_Best_Of_Brazzers_First_Anals_(PervyVideos.com).mp4
https://gounlimited.to/5ga4bx8e9iyb/LookAtHerNow.19.12.26.Lacy.Lennon.Operatic.Warm.Up.XXX.SD.MP4-.mp4
https://gounlimited.to/5gk7rcjc6gdf/Soaking_Wet_And_Fully_Satisfied_-_BRAZZERS.mp4
https://gounlimited.to/5h2id1h7no5z/Www.brazzersbox.in_Anal-Beauty.20.06.14.Juicy.Leila.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/5hprda2t27qg/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5hq50d0vtcnw/RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5hxu8v3v7i1f/iknowthatgirl.20.05.20.nella.jones.the.interview.mp4
https://gounlimited.to/5i6nzsta3mgo/leolulu-trueamateurs-08-14-19.mp4
https://gounlimited.to/5j1664fra8gp/Fake.Driving.School.-.Lady.Dee.Suck.My.Disinfected.Burning.Cock.mp4
https://gounlimited.to/5j7q2fo6ehs9/Rough_And_Raunchy_Group_Fuck_-_Bella_Rolland,_Scarlit_Scandal_-_BrazzersExxtra_-_Brazzers.mp4
https://gounlimited.to/5j9gg2nrir27/Stalkfucking_-_Abella_Danger_-_BigButtsLikeItBig_-_Brazzers.mp4
https://gounlimited.to/5jejcto3kohq/[Lil_Humpers]_Alexis_Fawx_-_Lil_Jailbird_(PervyVideos.com).mp4
https://gounlimited.to/5jich3fcunu8
https://gounlimited.to/5k68xl802qqm/[RKPrime]_Abella_Danger_(The_Pirate_Gets_The_Booty_/_06.02.2020).mp4
https://gounlimited.to/5kv0n7xutbow/StrandedTeens_-_Marley_Brinx_-_Rooftop_Locked_Out_(19_07_2018).mp4
https://gounlimited.to/5kzqptbwp5ev
https://gounlimited.to/5l6rnk7pvz83
https://gounlimited.to/5l9ip6f5a8bh/DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5l9yha85wk8o/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5lh46lun6hiq
https://gounlimited.to/5ljdci1bbe5e/Day_WithAPornstar_Lenina_ALLWAYSWELL.mp4
https://gounlimited.to/5lm5pgmuj00k/Big_Tits_at_Work_Bridgette_B_ALLWAYSWELL.mp4
https://gounlimited.to/5lr2tcdtr1el
https://gounlimited.to/5luuyd16pipb/www.0xxx.ws_BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/5mannru3wxtx/Brandi_Love,_Holly_Hotwife,_Keiran_Lee_-_Creampie_My_Wife_-_Real_Wife_Stories_-_Brazzers.mp4
https://gounlimited.to/5meqc1pikqn1/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4
https://gounlimited.to/5n1avswmaidr

https://gounlimited.to/5n6vektqcxrd/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5ngnu76sr2th/DayWithAPornstar.20.06.15.Jewelz.Blu.Jewelz.Has.Cock.For.Breakfast.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/5nizczqidf0p

https://gounlimited.to/5njq8ebjdiqf/www.0xxx.ws_TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5nk3evryioxy/RealityKings_-_WeLiveTogether_presents_Lily_Rader__Zoey_Taylor_-_Poolside___03.06.2020.mp4

https://gounlimited.to/5nu0jb2y8lzy/www.0xxx.ws_Twistys.20.06.03.Cherie.Deville.A.Taste.Of.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5nu2d067fwuu/Siouxsie_Q,_Michael_Vegas_-_Siouxsie_Q's_Anal_Kitchen_Cleaning_-_Day_With_A_Pornstar_-_Brazzers.mp4

https://gounlimited.to/5nuwv6h0ospy

https://gounlimited.to/5o713ktjd3n6

https://gounlimited.to/5od0j1gz9hhv/Casca_Akashova,_Xander_Corvus_-_All_Dolled_Up_Beauty_Queen_Edition_-_Pornstars_Like_It_Big_-_Brazzers.mp4

https://gounlimited.to/5oeuuktvsaaf/BrazzersExxtra.Best.Of.Brazzers.First.Anals.XXX.1080p.mp4

https://gounlimited.to/5oivqie15ftg/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5ovyko8052ve/Angela_White_-_RKPrime_20_06_09_Vs_Rob_Piper_XXX.mp4

https://gounlimited.to/5ox6fxzujtjg/TrueAmateurs.20.05.25.Sativa.Booty.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5oztj5t7jpf7

https://gounlimited.to/5qnjzw7zqntf.html

https://gounlimited.to/5qnnu70cx6n7/www.0xxx.ws_ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5qzor9vx7j6w/RKPrime_-_Kira_Queen_And_Aruna_Aghora_-_Threesome.mp4

https://gounlimited.to/5r152w1izchl/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.SD.MP4-.mp4

https://gounlimited.to/5r89w0zabas1/RealityKings_-_Blair_Williams,_Cory_Chase_-_Dirty_Little_Step_Mommy_(09_04_2018).mp4

https://gounlimited.to/5rm3cts9mzv0/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5rmkv2oo1srf

https://gounlimited.to/5rtsraiybi23/Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5scakfw71gx5/www.0xxx.ws_DaneJones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5t9iifi5oahg/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/5ueezamhg9ws

https://gounlimited.to/5urrhs7nuurv/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/5vj7v1xjtf7p

https://gounlimited.to/5w2tryzkxius

https://gounlimited.to/5w3pmqi675sa/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5wnv4x0lbf6o/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5wtr92f9l41i

https://gounlimited.to/5xgps37wnoza

https://gounlimited.to/5xm08b5t7q8h/Www.brazzersbox.in_LookAtHerNow.19.12.26.Lacy.Lennon.Operatic.Warm.Up.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/5yal7n4l8ei5

https://gounlimited.to/5yjp6lyszwm7/[BrazzersExxtra]_Abella_Danger_-_His_Hands_Are_Tied_(02.06.2020).mp4

https://gounlimited.to/5yqdug4d2m97/RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/5yr2ruzo1wao/626197508_Rkprime.20.02.27.Eliza.Ibarra.Into.Eliza.Xxx.1080P-1.m4v

https://gounlimited.to/5zfqbdmpt2pz/Best_Of_Brazzers_-_First_Anals_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/5zfrsb99gk5a/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/5zvhdbprq19p/Aila_Donovan_-_Babe_Gets_Facial_-_True_Amateurs.mp4

https://gounlimited.to/606surueadsz

https://gounlimited.to/60rlo8fi310c

https://gounlimited.to/616fqcheppoc/MILFsLikeItBig_%E2%80%93_Dee_Williams_%E2%80%93_Making_Assmends.mp4

https://gounlimited.to/618arm6onpuu/www.0xxx.ws_FakeTaxi.20.06.15.Nathaly.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/61b4dkbyafnc/Www.brazzersbox.in_NewSensations.20.06.06.Lyra.Lockhart.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/61jti98rvy3z/Bella.Rolland.and.Scarlit.Scandal.Rough.And.Raunchy.Group.Fuck.BrazzersExxtra.threesome.mp4

https://gounlimited.to/61vxgj32a8iy/www.0xxx.ws_PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/621gcsigwjtc/Www.brazzersbox.in_RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/62mhnimt6s2j/Mia.Bandini.TrueAmateurs.anal.mp4

https://gounlimited.to/62ufr8r7124b/twistys.20.05.25.maria.fun.in.the.sun.mp4

https://gounlimited.to/631le4fbl70k/www.0xxx.ws_MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/637cgm119oin

https://gounlimited.to/637cgm119oin/MommyGotBoobs_Cherie_Deville_ALLWAYSWELL.mp4

https://gounlimited.to/6475shu5wnew/trueamateurs.20.06.01.mia.bandini.mp4

https://gounlimited.to/648ld8gj1tjk

https://gounlimited.to/64ftc2o08tj6/1080.mp4

https://gounlimited.to/64ggdvf5yx38/Rkprime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/64ki37wvbsgi/PublicPickUps_Briana_Banderas.mp4

https://gounlimited.to/65bbya9uvhlt/[WeLiveTogether]_Lily_Rader,_Zoey_Taylor_(Poolside_/_06.03.2020).mp4

https://gounlimited.to/65vlo8kl4nh6

https://gounlimited.to/66bctxi4iqjc

https://gounlimited.to/66tlk1tzz8f0/DaneJones_-_Alexis_Crystal_-_Sweet_sexy_school_uniform_roleplay.mp4

https://gounlimited.to/66w05mbeuo3g/bex.20.06.02.best.of.brazzers.sneakiest.moments.mp4

https://gounlimited.to/678t7330niz2/[DigitalPlayground]_Vanessa_Sky_(Falling_From_Grace_Part_3_/_06.01.2020).mp4

https://gounlimited.to/67q8h4ph91o3/MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/67u8q1s1pkao/The_MILF_Next_Door_2_1080.mp4

https://gounlimited.to/68caxssd7doo

https://gounlimited.to/68wx0chi94bp/Its_Just_Wrestling_-_MJFresh_-_TeensLikeItBig_-_Brazzers.mp4

https://gounlimited.to/696bfnl9an3l/Brazzersexxtra.20.06.01.Halle.Hayes.A.Wild.and.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/69g5xlzna6sa/TrueAmateurs.20.06.08.Portia.Paris.1080p.mp4

https://gounlimited.to/69r4ke6uy4et/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6a40rb8bewdo/MilfsLikeItBig_Cherie_Deville_Bohemian_Asspussy.mkv

https://gounlimited.to/6abbry3679vp/Vicky_Love,_Yasmin_Scott,_Kathy_Anderson,_Izzy_Delphine,_Aubrey_Black,_Stacey_Saran,_Foxxi_Black,_Marilyn_Sugar,_Lexxi_Lash_-_Filthy_MILFS_of_FAKEhub.mp4

https://gounlimited.to/6bc7urlcp5tf/[FakehubOriginals]_Best_Of_Ebony_Babes_(05.31.2020).mp4

https://gounlimited.to/6bs33hjwq283/Vanessa_Sky_-_Falling_From_Grace_Scene_3_(DigitalPlayground.01.06.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/6c5fff53an2r/PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/6cimeepwn9e1/Martina_Smeraldi,_Jordi_-_New_Study_Buddies_-_Public_Pickups_-_Mofos.mp4

https://gounlimited.to/6d52fda5rzcq/Nicolette_Shea,_Jordi_El_Nino_Polla_-_School_Of_Hard_Knockers_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/6d5zah56txor/Reality_Kings_-_Dirty_Phat_Ass_Miami_Cop_Cuffs_herself_a_big_cock_(_720P_).mp4

https://gounlimited.to/6duck4bl1bd3/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6e20pwfklopz

https://gounlimited.to/6e9oaddfwubd/www.0xxx.ws_BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6eqanx91hmn5/MommyGotBoobs_-_Kendra_Lust_-_Rub_A_Tug_Tug_(03_06_2018).mp4

https://gounlimited.to/6esa1ggmftr9/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6esuhrub34f6/Girls.Gone.Pink.-.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.-.Mofos.mp4

https://gounlimited.to/6f379fp3up6i/MommyGotBoobs_-_Brandi_Love_-_Mounted_By_My_Mother-In-Law_(17_05_2018).mp4

https://gounlimited.to/6fch8rb2d3qd/goodzona.net_MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6fcv9okccg9n

https://gounlimited.to/6g3xc2ajz4to/Www.brazzersbox.in_GotMylf.20.06.05.Penny.Pax.Freak.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/6gcixzwijvz3/MomsInControl_-_Jill_Kassidy,_Lela_Star_-_Bed_and_Sweatfest_(03_07_2018).mp4

https://gounlimited.to/6gkznj4r3j74

https://gounlimited.to/6h0glxw15icc/Kira.Queen.and.Aruna.Aghora.Threesome.RKPrime.mp4

https://gounlimited.to/6h5hmc80j4fc/Lenina_Crowne,_Dick_Dixxon_-_Lenina_Gets_A_Workout_-_Day_With_A_Pornstar_-_Brazzers.mp4

https://gounlimited.to/6ha66yvvyx0y

https://gounlimited.to/6hhb2ef49t7r/Kagney_Cums_With_You_-_Kagney_Linn_Karter.mp4

https://gounlimited.to/6i15mlp6e4hx/Aubree_Valentine,_Kyle_Mason_-_Soaking_Wet_And_Fully_Satisfied_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/6i6a83ypt7tq/Sneaky_Sex___Realitykings_-_Gabriela_Lopez,_Johnny_The_Kid_Family_Road_Trip_Dick.mp4

https://gounlimited.to/6k24yn6k29ds/www.0xxx.ws_BrazzersExxtra.20.06.14.Nicolette.Shea.School.Of.Hard.Knockers.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6lgktlsq9m1b/Lydia.Black.Public.Agent.POV.mp4

https://gounlimited.to/6li40equioza/www.0xxx.ws_DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valent ine.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6lko6ijbvquj/BigWetButts_-_Remy_LaCroix_-_Remy's_Ring_Toss_Remastered.mp4
https://gounlimited.to/6ltm55wj1jie/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6m351hsk1yys/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p. MP4-KTR.mp4
https://gounlimited.to/6n3jw1i3z9so/Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6nmik8bnn7yb
https://gounlimited.to/6nx0280dur8y/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_0 6.11.2020).mp4
https://gounlimited.to/6o5z5k80n4gj
https://gounlimited.to/6o5z5k80n4gj/WeLiveTogether_Episode_1_ALLWAYSWELL.mp4
https://gounlimited.to/6ocsp3maecjq/Monster_Curves_Canela_Skin_ALLWAYSWELL.mp4
https://gounlimited.to/6omt61y8bzwt/BrazzersExxtra_-_Aubree_Valentine_Soaking_Wet_And_Fully_Satisfied_[720p_HD].mp4
https://gounlimited.to/6q13xnfmc27a/Sneaksysex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p. MP4-KTR.mp4
https://gounlimited.to/6qc97we4wzqv
https://gounlimited.to/6qe7yrrlugcj/[TurningTwistys]_Sabina_Rouge,_Liv_Wild_(Even_Cowgirls_Get_Horny_ /_06.01.2020).mp4
https://gounlimited.to/6qguqvvavvtn/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderl and.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6qy2s9wxjrsv/Fucking_Stepdad_For_A_Ride_-_Nella_Jones_-_StrandedTeens_-_Mofos.mp4
https://gounlimited.to/6r7xg2job810
https://gounlimited.to/6rb34fd9l7ul
https://gounlimited.to/6riwe2ds7qe1/[DaneJones]_Kaisa_Nord_-_Isolation_Self_Love_And_Anal_Play_(04.06.2020).mp4
https://gounlimited.to/6syv7mnhnz9j/BrazzersExxtra_Best_Of_Brazzers_ALLWAYSWELL.mp4
https://gounlimited.to/6tcxfxwxnxg3/RKPrime_Nicolette_Shea_.mp4
https://gounlimited.to/6tiou2f5xbh6/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Pran k.Wars.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6tj9f19z25vc/www.0xxx.ws_Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.MI LF.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6tno7ik54raf/Portia_Paris_-_Blonde_With_Big_Boobs_Gets_Facial_-_True_Amateurs.mp4
https://gounlimited.to/6tsqhxaoq34i/BrazzersExxtra_480p-_Kendra_Sunderland,_Madison_Ivy_-_Bodacious_Bikini_Threesome.mp4
https://gounlimited.to/6ty0wrqzqzm3/Jewelz.Blu.Jewelz.Has.Cock.For.Breakfast.DayWithAPornstar.POV.mp4
https://gounlimited.to/6ukpdo8guisj/FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6usoal4uu4q2/FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6uyq07qzcn7d/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020 ).mp4
https://gounlimited.to/6vo54w2pygp7/Brazzersexxtra.20.06.05.Best.of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6vond4vyda2m/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience. XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/6w14monkxzsz
https://gounlimited.to/6wikc7iw1fef/Ella-Hughes-Brazzers-Shy-Redheads-Want-Anal:-Remastered-2020-06-20.mp4

https://gounlimited.to/6wthwdsavn6b/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4

https://gounlimited.to/6xberhtjhxax/Twistys.20.05.25.Maria.Fun.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6xpuf2qii9x5/www.0xxx.ws_SneakySex.20.06.17.Scarlit.Scandal.Sneaking.In.With.Scarlit.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/6xy5uv5827ha/[RealWifeStories]_Nicolette_Shea_-_I_m_Not_Cheating!_(21.05.2020)_rq.mp4

https://gounlimited.to/6y3qpzv60dz6/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4

https://gounlimited.to/6ynhdqy8d10w/Www.brazzersbox.in_blackmeatwhitefeet.20.06.13.elsa.jean.mp4

https://gounlimited.to/6yrn1rlex0zw/We_Live_Together_-_Lily_Rader_&_Zoey_Taylor.mp4

https://gounlimited.to/6zjofxixc7lj/Alex_Blake,_Scarlit_Scandal_-_(WhenGirlsPlay.30.05.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/6zoev35j2tl5/DaneJones_presents_-_Creampies_Compilation___07.06.2020.mp4

https://gounlimited.to/704wbigqcc9s/Mia_Rose,_George_Uhl_-_4_Loads_Of_Spunk_For_Teen_-_Fake_Taxi_-_FakeHub.mp4

https://gounlimited.to/70uh9c3oxk9y

https://gounlimited.to/71jk8hxdu7mt/DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.mp4

https://gounlimited.to/71u8rcij8qyu/Trueamateurs.20.05.29.Aila.Donovan.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/71z6bxctpbdq/FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.mp4

https://gounlimited.to/72p8duidynbl/DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/72qwjui9198e

https://gounlimited.to/72tf3c5wqpfz/twistys.20.05.25.maria.fun.in.the.sun.mp4

https://gounlimited.to/734nm1bcyjki/[Public_Agent]_Lydia_Black:_The_Pre-Lockdown_Fuck.mp4

https://gounlimited.to/736tth8f3mtq/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition___06.10.2020).mp4

https://gounlimited.to/737mikeyl6jj/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/73hvu4v5qafi

https://gounlimited.to/73qo2px5kcrm/Alex.Blake.and.Scarlit.Scandal.WhenGirlsPlay.lesbian.mp4

https://gounlimited.to/741jqf9dpudm/PublicAgent_Alexis_B_ALLWAYSWELL.mp4

https://gounlimited.to/7460fkb9snsa

https://gounlimited.to/74abmou1cwx4/MommyGotBoobs_-_Tana_Lea_-_Cougar_Training_(22_06_2018).mp4

https://gounlimited.to/74c8gza2ov3n/BrazzersExxtra_-_Madison_Ivy_And_Kendra_Sunderland_-_Bodacious_Bikini_Threesome.mp4

https://gounlimited.to/74dz9e9jj771

https://gounlimited.to/74g0ieziauvx/Joanna-Angel-Brazzers-Getting-Joanna-Out-Of-The-Shower-2020-06-01.mp4

https://gounlimited.to/74kt7k5lq0f0/www.0xxx.ws_RKDupes.20.06.05.Lesbehonest.Part.2.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/74mj4aufgr6i/FakeTaxi.20.06.15.Nathaly.Cherie.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/751r97ifoiz1/Www.brazzersbox.in_TheRealWorkout.20.06.05.Kiara.Edwards.Eighties.Chick.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/75g37d01g8dh

https://gounlimited.to/766qklfm5lmm/www.0xxx.ws_Erito.20.06.12.Creampie.For.Harukas.Pretty.Pussy.JAPANESE.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/76966g67jamr

https://gounlimited.to/774zdn2z0kr

https://gounlimited.to/77c87xdg7e3s/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/77ce1d7vnz6l/Www.brazzersbox.in_BBCParadise.20.06.01.Alex.Chance.Car.Trouble.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/785j89m5k2my/[Day_With_A_Pornstar]_Rebecca_More_-_Rebecca%E2%80%99s_Shower_Time_Fun_(PervyVideos.com).mp4

https://gounlimited.to/788zi9u1tpxt

https://gounlimited.to/789mrjee13e4/Azul.Hermosa.Sizing.Up.SneakySex.bigtits.mp4

https://gounlimited.to/78apiurrgluy/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/78imh1mfvxxt/bex.20.05.22.best.of.brazzers.ava.addams.mp4

https://gounlimited.to/78lmxra5l99s/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.2020).mp4

https://gounlimited.to/78p4b3d5dfws

https://gounlimited.to/78wc62750i1v/Alessandra_Jane,_Anastasia_Doll_-_A_Hot_And_Mean_Proposition_-_Hot_And_Mean_-_Brazzers.mp4

https://gounlimited.to/78xe37ccdlql/Twistys_-_Vina_Sky_-_Not_A_Cloud_In_The_Sky.mp4

https://gounlimited.to/79aj87kobhnc

https://gounlimited.to/79h4vxpkjsoz/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/79m4ntohm5jc/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2020).mp4

https://gounlimited.to/79t3wxrzqrmj/Massage_Mutiny_-_Aften_Opal_-_TeensLoveHugeCocks_-_RealityKings.mp4

https://gounlimited.to/7ahyk755rziy/Mofos.Martina.Smeraldi.11.6.2020.1080p.mp4

https://gounlimited.to/7aitrctxpp9x/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7aiwf62hy2j0/Www.brazzersbox.in_povd.20.06.02.sera.ryder.creampied.while.parents.gone.mp4

https://gounlimited.to/7alastvsjtck/PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.mp4

https://gounlimited.to/7aofwe2i676k

https://gounlimited.to/7bm4byjvd7xr

https://gounlimited.to/7bsxccd03krl

https://gounlimited.to/7bu67abrgsuv/Victoria_Summers,_Danny_D_-_The_Very_Last_Fuck_Ever_-_Big_Tits_At_Work_-_Brazzers.mp4

https://gounlimited.to/7c7yz7drjiu8

https://gounlimited.to/7c7yz7drjiu8/DayWithAPornstar_Whitney_Wright.mp4

https://gounlimited.to/7cwww8kr7ick/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4

https://gounlimited.to/7cy6l3hjrjgi/SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7d5if9r30vdn/Look_At_Her_Now_-_Brooklyn_Gray_Climb_That_Dick.mp4

https://gounlimited.to/7dzf1q0np5vw/Best_Of_Brazzers-_Peta_Jensen.mp4

https://gounlimited.to/7e1hxojjpun9/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4

https://gounlimited.to/7ez665fb0lks/Angela_White,_Rob_Piper_-_Angela_White_vs_Rob_Piper_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/7f4gp8wjw2m3/www.0xxx.ws_PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7f9kbwis78zi/Nadia_Jay,_Lala_Ivey,_Will_Pounder_-_Girlfriend_Meets_Side_Chick_-_Share_My_BF_-_Mofos.mp4

https://gounlimited.to/7fexwm4q8hvg

https://gounlimited.to/7fg5k1iyo3ka/GoodzonaNET_IKnowThatGirl.20.05.20.Nella.Jones.The.Interview.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7g2wxeqjfisq/DigitalPlayground_presents_Vanessa_Sky_-_Falling_From_Grace__Scene_3___01.06.2020.mp4

https://gounlimited.to/7g6gvhx3teqn/Nicolette_Shea,_Jordi_El_Nino_Polla_-_ZZ_Kenfucky_Derby_-_Real_Wife_Stories_-_Brazzers.mp4

https://gounlimited.to/7gcf1i445amy/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4

https://gounlimited.to/7gdc9xq6hkyj/A_Cock_For_Your_Thots_-_Aidra_Fox_-_RKPrime_-_RealityKings.mp4

https://gounlimited.to/7gqnxoo6gk9d

https://gounlimited.to/7gr9fhmsj5sy/_FakeTaxi_Mia_Rose.mp4

https://gounlimited.to/7gtarelbel4m/MofosBSides_Lexie_Fux_.mp4

https://gounlimited.to/7hmojva059xz/RKPrime_-_Abella_Danger_-_The_Pirate_Gets_The_Booty.mp4

https://gounlimited.to/7i32z0nytyp3/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4

https://gounlimited.to/7id8wnbxs7yh/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7imopzxn05cb/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7j7phgjcqn6l

https://gounlimited.to/7jf0owf5p2xw/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7jivi18trejl/www.0xxx.ws_ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7jk872rp9zrm/[LetsTryAnal]_Mia_Bandini_(Come_In_For_Some_Tea_And_Anal_/_05.29.2020).mp4

https://gounlimited.to/7jp54a4gl91q/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7jt2lmxt90js/_RKDupes_Lesbehonest_.mp4

https://gounlimited.to/7jy6gre283cu

https://gounlimited.to/7k67f0vx7m7p/[DayWithAPornstar]_Joanna_Angel_(Getting_Joanna_Out_Of_The_Shower_/_06.01.2020).mp4

https://gounlimited.to/7ke255gbf5lf/Day_WithAPornstar_Anny_ALLWAYSWELL.mp4

https://gounlimited.to/7kn17nfgnj5b/RK_Prime___Realitykings_-_Brad_Knight,_Aidra_Fox_A_Cock_For_Your_Thots.mp4

https://gounlimited.to/7liypofuhgow/Big_Wet_Butts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.mp4

https://gounlimited.to/7mvbckrw87vd/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7mwfvqgogj4r/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4

https://gounlimited.to/7mxgvsl4lccs/[RKPrime]_Kira_Queen,_Aruna_Aghora_-_Aruna_And_Kira_(30.05.2020).mp4

https://gounlimited.to/7ng9loe55th5/RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.mp4

https://gounlimited.to/7ngimyxn1hrp.html

https://gounlimited.to/7njpp06n8ot5/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.mp4

https://gounlimited.to/7nxugnwxutbc/[SneakySex]_Gabriela_Lopez_(Family_Road_Trip_Dick_/_06.01.2020).mp4

https://gounlimited.to/7o2ju6ehw0ok/ZZSeries_-_Brazzers_House_3_Episode_2_(25_09_2018).mp4

https://gounlimited.to/7ouxhk4pzc3j/Madison.Ivy.and.Kendra.Sunderland.Bodacious.Bikini.Threesome.BrazzersExxtra.mp4

https://gounlimited.to/7p6e8bfl80ub/Digitalplayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7paatds52s2q/MilfsLikeItBig_-_Diamond_Jackson_-_Sucked_By_The_Soccer_Milf_(04_04_2018).mp4

https://gounlimited.to/7pfgfbcsasgj/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7pk3ow46otkk

https://gounlimited.to/7pqovku67a0h/Brazzers_Exxtra_Nikki_Benz_Danny_ALLWAYSWELL.mp4

https://gounlimited.to/7q3x5qqn7by9/www.0xxx.ws_FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7q9b7pk39jw8

https://gounlimited.to/7r46gdwyekx7/Www.brazzersbox.in_blacksonblondes.20.06.09.febby.twigs.and.zoe.sparx.mp4

https://gounlimited.to/7rc0bmd2yhou/[PervsOnPatrol]_Kiara_Edwards_(Pervy_Yoga_Spy_/_05.31.2020).mp4

https://gounlimited.to/7rncr52rscsb/Www.brazzersbox.in_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/7s7err80iwgt/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/7sfq3qkuo6o6

https://gounlimited.to/7sk467kns3rt/Day_With_A_Pornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.mp4

https://gounlimited.to/7sz73tokzdsa

https://gounlimited.to/7txu2b38ezse/twistys.20.06.03.cherie.deville.a.taste.of.cherie.mp4

https://gounlimited.to/7urzqyyfheag

https://gounlimited.to/7v5p7gx8rnmx/Cassidy_Klein_&_Isis_Love_&_Jenna_Ivory_&_Karma_Rx_&_Kiara_Mia_&_Romi_Rain_-_Best_Of_Brazzers_First_Anals.mp4

https://gounlimited.to/7vd76gu6h6sv

https://gounlimited.to/7vitp9a6zram/PublicAgent_Yana_the_street_dancer_fucks_to_be_on_talent_TV_Show_(_720P_).mp4

https://gounlimited.to/7vqwl5c25gd2/PublicAgent_presents_Lydia_Black_-_The_Pre-Lockdown_Fuck___03.06.2020.mp4

https://gounlimited.to/7vtxpuz129ke/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7wfoox4m8f83/Best_Of_Brazzers__Sneakiest_Moments_Ariella_Ferrera,.mp4

https://gounlimited.to/7wnwr0nwk387

https://gounlimited.to/7wnxeoql6d0n/www.0xxx.ws_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/7xhru2kgj9rq

https://gounlimited.to/7yfvl4neoqov/720.mp4

https://gounlimited.to/7zp9fa4hceyt/brazzersexxtra-best-of-brazzers-anal-extravaganza.mp4

https://gounlimited.to/7zq6wfjtussb

https://gounlimited.to/7zthkygnabau/publicagent.20.06.03.lydia.black.mp4

https://gounlimited.to/8033mvpyu7t9/Abella_Danger,_Manuel_Ferrara_-_His_Hands_Are_Tied_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/8092tmxxlhfn/[FakehubOriginals]_Eva_Elfie_(Solo_/_06.12.2020).mp4

https://gounlimited.to/80rpgmatpitn/www.0xxx.ws_MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/81fdzfmf61dr/FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/81xgsoujd5zx/MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/82kux0qbuuug/RealityKings_-_RKPrime_presents_Angela_White_vs_Rob_Piper___09.06.2020.mp4

https://gounlimited.to/82p8ev3fl5y1/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4

https://gounlimited.to/82pzkt8cddrc/Nicolette_Shea,_Jordi_El_Nino_Polla_-_ZZ_Kenfucky_Derby_-_Real_Wife_Stories_-_Brazzers.mp4

https://gounlimited.to/836wg4b2xac5/FakeTaxi_-_Mia_Rose_-_4_Loads_of_Spunk_for_Teen.mp4

https://gounlimited.to/83jrzlnc57df/PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.SD.MP4-.mp4

https://gounlimited.to/83pm0l29lbj5

https://gounlimited.to/83y5rji0bhzf/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/840nehofdmqp/_PervsOnPatrol_Paige_Owens_.mp4

https://gounlimited.to/84n7szwzvma1/Www.brazzersbox.in_cucked.20.06.15.alix.lynx.so.you.like.watching.other.people.fuck.mp4

https://gounlimited.to/84u5ohm4bb6p/www.0xxx.ws_BrazzersExxtra.20.05.15.Best.Of.Brazzers.Squirt.Fest.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/851xr0b7q4o4/IKnowThatGirl.20.05.20.Nella.Jones.The.Interview.XXX.SD.MP4-.mp4

https://gounlimited.to/85lrkuruv26r/sneakysex.20.06.01.gabriela.lopez.family.road.trip.dick.mp4

https://gounlimited.to/85nouh7rihus/Www.brazzersbox.in_RoccoSiffredi.20.05.30.Anna.De.Ville.Fitness.Slut.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/85u8id3mjzss/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/86lt79x3hcau/www.0xxx.ws_PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/86y7e8dabm9b/Www.brazzersbox.in_MylfXJoyBear.20.06.16.Jasmine.Jae.Box.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/877rdyv74md3/Peta_Jensen_-_Best_Of_Brazzers:_Peta_Jensen.mp4

https://gounlimited.to/877rir2mumyn

https://gounlimited.to/87yi74zy247p/Pervmom.20.05.30.Havana.Bleu.Rekindling.with.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/87yw4gevtefm

https://gounlimited.to/885etd7s1c99

https://gounlimited.to/889x0ndb193f/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.mp4

https://gounlimited.to/88f8vnt449l0/Trueamateurs_-_Hayliexo_[720p_HD].mp4

https://gounlimited.to/89agj1az386p

https://gounlimited.to/89beqti3s87z/Share_My_BF.20.06.14.Nadia.Jay.Lala.Ivey.1080p.mp4

https://gounlimited.to/89ip17pp78yf/RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/8a0aft71cee7/Lil_Humpers_Aubrey_Black_ALLWAYSWELL.mp4

https://gounlimited.to/8a43vhkgp5nk/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.mp4

https://gounlimited.to/8a8om34p8qvj

https://gounlimited.to/8airx70m603h/Bridgette-B-Brazzers-Fucking-Fight-Me-2020-06-03.mp4

https://gounlimited.to/8b41n7w8zpbq/Lacy_Lennon_%E2%80%93_Operatic_Warm_Up_%E2%80%93_Look AtHerNow.mp4

https://gounlimited.to/8bd9h9e13ym7/rkprime.20.05.30.kira.queen.and.aruna.aghora.threesome.mp4

https://gounlimited.to/8bghukxdabyg/[Teens_Love_Huge_Cocks]_Vina_Sky:_Anal_In_The_Sun_(PervyVideos.com).mp4

https://gounlimited.to/8bjjerivloot/Www.brazzersbox.in_Petite.20.06.08.Anna.Claire.Clouds.Doctor.Helps.Petite.Babe.Handle.Big.Cock.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/8brizyf6x9ii/twistys.20.06.03.cherie.deville.a.taste.of.cherie.mp4

https://gounlimited.to/8bxgbjxiekoy/FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/8byrwcbabw7v/[PervsOnPatrol]_Kiara_Edwards_(Pervy_Yoga_Spy_/_05.31.2020).mp4

https://gounlimited.to/8ccnwc57kjnl/Luna.Star.Honeymoon.Rubdown.DirtyMasseur.massage.mp4

https://gounlimited.to/8dcdrfhju31u/Realitykings_-
_The_Pornstar_Experience_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/8dug8wf5ud8k/[Twistys]_Dakota_(On_Display_/_06.08.2020).mp4

https://gounlimited.to/8dvc0zovmcpt/rkprime.20.05.31.bae.egypt.desperately.seeking.panties.mp4

https://gounlimited.to/8f0ph4jne749/MomsInControl_Alexis_Fawx_.mp4

https://gounlimited.to/8f42wg2ekl3p/Trueamateurs.20.06.01.Mia.Bandini.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8f8zyl0jvgjt/ALL_DOLLED_UP.mp4

https://gounlimited.to/8fjbhrdib8ev/TrueAmateurs_GiveMeYourSoul_.mp4

https://gounlimited.to/8fwqygg8r52g/Brazzers_-_BigWetButts_presents_Remy_LaCroix_-
_Remy_s_Ring_Toss__Remastered___03.06.2020.mp4

https://gounlimited.to/8fxc7wbm8s87/GirlsGonePink_presents_Lilu_Moon__Mia_Bandini_-
_Soap_Swap___07.05.2020.mp4

https://gounlimited.to/8gfhz0bpcfng/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/8ggr3q70vxim

https://gounlimited.to/8ghhdcysueqr/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Clea
ning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8ghi400jbmm9

https://gounlimited.to/8idh3osw5t16/StrandedTeens.20.06.17.Scarlit.Scandal.Helpful.Neighbor.XXX.1080p.M
P4-KTR.mp4

https://gounlimited.to/8iwkyqbatrlb/Www.brazzersbox.in_ClubSeventeen.20.05.29.Candy.Teen.Hardcore.XXX
.SD.MP4-KLEENEX.mp4

https://gounlimited.to/8j058gcz58c8/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_0
6.07.2020).mp4

https://gounlimited.to/8jao0w821fd0/Jayden-Starr-Brazzers-Surprise-Bathtub-Banging-2020-06-24.mp4

https://gounlimited.to/8jdg4jr8h4a8/TransAngels_presents_Korra_Del_Rio_Long_Distance_Love___12.06.202
0.mp4

https://gounlimited.to/8jix273e69tq/Gianna.Dior.Sex.Inherited.RKPrime.hardcore.mp4

https://gounlimited.to/8kf2bs5asu2d/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/8kpzg6rstlh8/Sneak,_Peek_and_Fuck_-_Alexis_Fawx,_Aubree_Valentine_-
_MomsInControl_-_Brazzers.mp4

https://gounlimited.to/8kqd4egbee5e/Fake_Taxi_In_Spain_With_Petite_Babe_-_Scarlet_-_FakeTaxi_-
_FakeHub.mp4

https://gounlimited.to/8ksd6jy6rxws

https://gounlimited.to/8l66cgvha3v2/Www.brazzersbox.in_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.
Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/8lpr9yt04v45/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Pran
k.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8lqfsxzkoeoi/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/8m41gz64pekq/[FakehubOriginals]_Eva_Elfie_(Solo_/_06.12.2020).mp4

https://gounlimited.to/8m71x76seb3a/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/8mlqtswz49vl/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.108
0p.mp4

https://gounlimited.to/8mns8npj98yc

https://gounlimited.to/8n1fdu3b8kvt/GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1
080p.MP4-KTR.mp4

https://gounlimited.to/8n376nxoj89n/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8n5y8y0n5myn/HotAndMean_-_Bridgette_B,_Kiara_Cole_-_Fucking_Fight_Me.mp4

https://gounlimited.to/8ngudthdrev5/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8nnw6liykx6u/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8oczft8jjk75

https://gounlimited.to/8p3s2junnyzp/True_Amateurs_-_No_Face_Girl.mp4

https://gounlimited.to/8pbg3u5atqrm/RKPrime.-.Bridgette.B.The.Pornstar.Experience.-.Reality.Kings.mp4

https://gounlimited.to/8ph42nif97am/Telegram_@getnewlink_dani_daniels_Oiled_Up_Babes_-_BRAZZERS.mp4

https://gounlimited.to/8py0blt49nyz/twistys.20.06.13.alexis.fawx.alexis.faux.the.boudoir.milf.mp4

https://gounlimited.to/8pzpvxac2rm7

https://gounlimited.to/8q13ky277b0l/RK_Prime_-_Angela_White_-_Angela_White_vs_Rob_Piper_(PervyVideos.com).mp4

https://gounlimited.to/8qnw021vqgcy/www.0xxx.ws_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8qqs5f5yrnm8/[MofosBSides]_Lexie_Fux_(Porn_Pleasure_/_06.02.2020).mp4

https://gounlimited.to/8r36rk2uvr2n/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4

https://gounlimited.to/8rh4puo5um0z/BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8rt81c62xcft/TransAngels_-_Korra_Del_Rio_Long_Distance_Love.mp4

https://gounlimited.to/8s5833y6dnci/RKPrime_-_Nicolette_Shea_-_Big_Dick_Energy.mp4

https://gounlimited.to/8sj6y26pp2ns/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/8sw2ch9zveiv

https://gounlimited.to/8swng2gd2dko

https://gounlimited.to/8tf3dasfbp7z

https://gounlimited.to/8tjv8qolqbj5/Www.brazzersbox.in_deeper.20.05.28.scarlit.scandal.mp4

https://gounlimited.to/8tzliagj501b/BrazzersExxtra_Abella_Danger.mp4

https://gounlimited.to/8u59khjb42eq/Brazzers_-_DayWithAPornstar_presents_Kenzie_Taylor_-_Kenzie_Chooses_Dick_Over_Dishes___31.05.2020.mp4

https://gounlimited.to/8u8998hno0fy/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4

https://gounlimited.to/8upj6cpk60pn/Kira_Noir,_Luna_Star,_Xander_Corvus_-_Group_Pers-Anal_Training_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/8uq0m19ecupk/Angela_White-Jean_Queen-Brazzers.mp4

https://gounlimited.to/8uu8qjw7gfhp

https://gounlimited.to/8vdhhil4slgn/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.SD.MP4-.mp4

https://gounlimited.to/8vtmrzbtrpqn/Www.brazzersbox.in_PixAndVideo.20.06.06.Caty.Kiss.Sparkling.And.Sensual.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/8vtnq503aa0m/Massage_Mutiny_-_Aften_Opal_-_TeensLoveHugeCocks_-_RealityKings.mp4

https://gounlimited.to/8vuthqf0cujg

https://gounlimited.to/8w5mqngz2jmu

https://gounlimited.to/8w7iu6yp9nbj

https://gounlimited.to/8wfkh0ulglo1/FakeTaxi.20.06.01.Mia.Rose.XXX.SD.MP4-.mp4

https://gounlimited.to/8wfvh8xprf8o/Turning_Twistys_-_Sabina_Rouge_&_Liv_Wild.mp4

https://gounlimited.to/8ws5fokrl9n0/www.0xxx.ws_FakeTaxi.20.06.15.Nathaly.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/8x4y8l46ymhz/RealWifeStories_-_Rebecca_More_-_Poker_Face_(18_04_2018).mp4
https://gounlimited.to/8xelr07f7ath/[DontBreakMe]_Pamela_Morrison_(Breaking_Pamela_/_06.05.2020).mp4
https://gounlimited.to/8xn8np6o1jws
https://gounlimited.to/8xqdy70r4jd5/FakeTaxi_presents_Romy_Indy_-
_The_Dominatrix_and_the_Big_D___05.06.2020.mp4
https://gounlimited.to/8y44jgr6lhfh/FakeHubOriginals_Canela_SkinALLWAYSWELL.mp4
https://gounlimited.to/8ys50jd20o9o/FakeHubOriginals_Canela_SkinALLWAYSWELL.mp4
https://gounlimited.to/8yt8d5f9pt89/girlsgonepink.20.06.08.aidra.fox.and.desiree.dulce.prank.wars.mp4
https://gounlimited.to/8z5k6wg7qawn/FakehubOriginals_-_Eva_Elfie_-_Teen_Dream_Masturbation.mp4
https://gounlimited.to/8zgd92j4alb7/1080.mp4
https://gounlimited.to/8znj6gkuw7z2/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_M
e_Horny_/_06.11.2020).mp4
https://gounlimited.to/8zoatdg3uk2n/Www.brazzersbox.in_SisLovesMe.20.05.29.Tana.Waters.My.Stepsis.Is.C
urious.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/905n73lmxdyq/All_Dolled_Up_Beauty_Queen_Edition_-_Casca_Akashova_-
_PornstarsLikeItBig_-_Brazzers.mp4
https://gounlimited.to/90acq0rnphtt/TransAngels_presents_Daisy_Taylor_Bitch_Craft_Part_1___05.06.2020.m
p4
https://gounlimited.to/90xviwtx31pb/RKDupes_-_Lesbehonest_-_Part_2.mp4
https://gounlimited.to/91m9capip0xw/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4
-KTR.mp4
https://gounlimited.to/91w2cf6vyk6f/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4
https://gounlimited.to/91wiybg8joh3/Fake_Taxi_-_Mia_Rose.mp4
https://gounlimited.to/9243p74ttual/DaneJones.20.06.11.Alina.Crystall.XXX.1080p.mp4
https://gounlimited.to/92g44xu18mww/Telegram_@getnewlink_dani_daniels_Naughty_Nurse_Horny_Housew
ife_-_BRAZZERS.mp4
https://gounlimited.to/92ppamz1cpdh/Big_Tits_at_Work_Romi_Rain_Work_Hard_Fuck_Harder.mp4
https://gounlimited.to/92ulsbzolvk8
https://gounlimited.to/92v4rj5ixcmq/BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.X
XX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/92wtobtdzwwi/[Twistys]_Dakota_(On_Display_/_06.08.2020).mp4
https://gounlimited.to/92yvl4miwn4w/Rkprime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/93cd2e75h24h/Lola-Marie-Brazzers-Dick-In-The-Box-2020-06-18.mp4
https://gounlimited.to/93hsw1f06gac/RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.S
D.MP4-.mp4
https://gounlimited.to/93hu38yof3wr/[Twistys]_Sabina_Rouge,_Liv_Wild_-
_Even_Cowgirls_Get_Horny_(01.06.2020).mp4
https://gounlimited.to/93r264haptzz/Www.brazzersbox.in_spyfam.20.06.07.bella.rose.sugar.bunny.creep.mp4
https://gounlimited.to/940c0hpkh63p/RK_Prime_-_Asia_Rae.mp4
https://gounlimited.to/94nus7per6lf
https://gounlimited.to/94p7exb7gq0b/Martina_Smeraldi,_Jordi_-_New_Study_Buddies_-_Public_Pickups_-
_Mofos.mp4
https://gounlimited.to/953f5sg541l1
https://gounlimited.to/95ly62nya3z2/Best_Of_Brazzers_-_Nurse_Appreciation_Day_-_Brazzers_Exxtra_-
_Brazzers.mp4
https://gounlimited.to/971mfon8fuoj/Brazzers_-_BigWetButts_presents_Kagney_Linn_Karter_-
_Anally_Reamed_In_Her_Jeans___31.05.2020.mp4
https://gounlimited.to/972qy5pj1och.html
https://gounlimited.to/977m7o6ehgp0/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.
MP4-KTR.mp4
https://gounlimited.to/97fti0nfm1pb

https://gounlimited.to/97nei2acjxmz/[RKPrime]_Abella_Danger_(The_Pirate_Gets_The_Booty_/_06.02.2020).mp4

https://gounlimited.to/98p987ywsa82/Real_Wife_Stories_-__Rachel_Starr__Private_Eyeful_.mp4

https://gounlimited.to/9929dnrnz9kx/Brazzers_-_BrazzersExxtra_presents_Abella_Danger_in_His_Hands_Are_Tied___02.06.2020.mp4

https://gounlimited.to/99e27rniy3f8

https://gounlimited.to/9a0jbe7glaft/Hot_And_Mean_Lela_Star_ALLWAYSWELL.mp4

https://gounlimited.to/9argnlqqmqq1

https://gounlimited.to/9b17qu2dhyx5/www.0xxx.ws_DaneJones.20.05.29.Aislin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/9bdeoci0zx42/www.0xxx.ws_DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/9bhfruj76ovg/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/9bt4s7r1qjuw/RKDupes.20.06.16.Pedicure.Her.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/9c7q1un9jl4r/TeensLoveHugeCocks_-_Vina_Sky_-_Anal_In_the_Sun.mp4

https://gounlimited.to/9cfme90qcc08/Luna_Star_Jasmine_Caro_&_Kiara_Mia_Rose_Monroe_-_El_Pelon_de_Brazzers_aka_Johnny_Mexico.mp4

https://gounlimited.to/9chchkdup3m6/RKDUPES_-_[Look_At_Her_Now]_Kimmy_Granger:_Pedicure_Her_(PervyVideos.COM).mp4

https://gounlimited.to/9cqbh1sukght

https://gounlimited.to/9ctqyv1n7f7f/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4

https://gounlimited.to/9d27ywdh5pyn/Mofos.Scarlit.Scandal.17.6.2020.1080p.mp4

https://gounlimited.to/9d57w8kmdgur/BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.SD.MP4-.mp4

https://gounlimited.to/9dasc40fejky/Ashley.Fires.Sock.My.Cock.BigButtsLikeItBig.anal.mp4

https://gounlimited.to/9dmj858bogqv/www.0xxx.ws_RealWifeStories.20.05.21.Nicolette.Shea.Im.Not.Cheating.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/9ef7zg13sddq/[FakeTaxi]_Mia_Rose_(4_Loads_of_Spunk_for_Teen_/_06.01.2020).mp4

https://gounlimited.to/9efao01als5j/Best_Of_Brazzers_-_Ava_Addams_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/9f5kpeh8rdl3/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).mp4

https://gounlimited.to/9f7ekaatatrq/Keira.Croft.Keiras.Ass.Craves.Cock.BigWetButts.anal.mp4

https://gounlimited.to/9fa9r0zp67ou/Aidra.Fox.A.Cock.For.Your.Thots.RKPrime.hardcore.mp4

https://gounlimited.to/9fc5s5s883j7/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/9fjv8ythzt9s/Vyvan_Hill,_Alexis_Crystal,_Claudia_Bavel,_Melody_Petite,_Angel_Wicky,_Veronica_Leal,_Lindsey_Cruz,_Skyler_Mckay,_Lola_Marie_,_Megan_Inky,_Poopea,_Licky_Lex,_Louise_Lee,_Foxy_Sanie_-_Sexy_Squirters_of_FAKEhub.mp4

https://gounlimited.to/9flhyyjfagtf

https://gounlimited.to/9flhyyjfagtf/FakeHostel_Leanne_Lace_ALLWAYSWELL.mp4

https://gounlimited.to/9fr81qz3pd9n

https://gounlimited.to/9gaaimbe1eeb/RKPrime_-_Bae_Egypt_-_Desperately_Seeking_Panties.mp4

https://gounlimited.to/9gfz3i9623nd/FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/9gsh53ds69c0

https://gounlimited.to/9gz6qcznmc27/Www.brazzersbox.in_nubilefilms.20.06.11.sabrina.spice.spice.things.up.mp4

https://gounlimited.to/9h01yw8ihcho

https://gounlimited.to/9hd999adrp4s/TransAngels.20.06.05.Daisy.Taylor.Bitch.Craft.Part.1.XXX.1080p.MP4-WEIRD.mp4

https://gounlimited.to/9hj65e1po2pg
https://gounlimited.to/9hzfmb764ikx/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4
https://gounlimited.to/9hzk2sanv5wt/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4
https://gounlimited.to/9ih34okc3w52/TrueAmateurs.20.06.12.Reislin.Solo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9ivuokh2kh9t/brazzerspremium.xyz_Natasha_Malkova_Fucks_Friends_Brother.mp4
https://gounlimited.to/9j85i6lab1ao/RKDupes.20.06.02.Lesbehonest.Part.1.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/9jc84edhk7lw/Welivetogether.20.06.03.Lily.Rader.and.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9jjl8edtzhkh
https://gounlimited.to/9jvk2fdzrc2g/[MomsInControl]_Becky_Bandini,_Vanna_Bardot_-_To_The_Stepmom_Goes_The_Threesome_(18.05.2020)_rq.mp4
https://gounlimited.to/9jyk3z24tfsr/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9ln2ykqku735
https://gounlimited.to/9lptvz7yibu4/Brazzers_Exxtra_Nina_Elle_ALLWAYSWELL.mp4
https://gounlimited.to/9m4eg0ygpqhq/Www.brazzersbox.in_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/9mfehwogbr0h/www.0xxx.ws_TrueAmateurs.20.06.12.Reislin.Solo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9mlwlsvjwoz4/PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmom.XXX.SD.MP4-.mp4
https://gounlimited.to/9mqfv0egjvd3/[Twistys]_Cherie_Deville_(A_Taste_Of_Cherie_/_06.03.2020).mp4
https://gounlimited.to/9mxhaunvq4um
https://gounlimited.to/9n46uk8w0m1a
https://gounlimited.to/9nliw1z0hf3u/www.0xxx.ws_RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9nlo7j1fb62e
https://gounlimited.to/9ns4ae6zj58l/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9o3qm0f9ct08/Lacy_Lennon,_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.mp4
https://gounlimited.to/9obfdvubpc0t/Www.brazzersbox.in_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/9oiwyp036ii2/Brazzer_xtra_Best_Of_Brazzers_Hottest_Bosses_XXX.mkv
https://gounlimited.to/9ovx8tfsqkmx/publicpickups.20.06.11.martina.smeraldi.new.study.buddies.mp4
https://gounlimited.to/9p5ij6ah7e7b/MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.SD.MP4-.mp4
https://gounlimited.to/9pab7tkpfsnp
https://gounlimited.to/9pab7tkpfsnp/PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/9ptn78qc5pf8/Serena_Santos,_Tony_Rubino_-_Hey_Sugar_Baby_-_Public_Pickups_-_Mofos.mp4
https://gounlimited.to/9pv4mrmpk0fx/TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9pyf4qks2tls
https://gounlimited.to/9q0p059hlpa9
https://gounlimited.to/9q27wl0cossc/Romi_Rain,_Scott_Nails_-_She_Slithers_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/9qj88ynni9ut

https://gounlimited.to/9qpw6tc2f473/[We_Live_Together]_Lily_Rader,_Zoey_Taylor:_Poolside.mp4
https://gounlimited.to/9qqpc4c3t1yg/TransAngels_presents_Korra_Del_Rio_Long_Distance_Love___12.06.2020.mp4
https://gounlimited.to/9qypx2fsh5k4/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4
https://gounlimited.to/9r21xowgh4ie/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9r4iloegxfmx
https://gounlimited.to/9rfuedn5n6db.html
https://gounlimited.to/9rle2svfnt60/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4
https://gounlimited.to/9rywzuxlt57l.html
https://gounlimited.to/9s91uhnee7dl/Teens.Love.Huge.Cocks.-.Vina.Sky.Anal.In.The.Sun.-.Reality.Kings.mp4
https://gounlimited.to/9sn7791l77uo/Www.brazzersbox.in_Anilos.20.06.03.Annabelle.More.Hardcore.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/9sp6qrdbgf6e
https://gounlimited.to/9stubk3ixocv
https://gounlimited.to/9tcuwhw3b2kd/daywithapornstar-lenina-crowne-gets-a-workout_720p.mp4
https://gounlimited.to/9tj5fni6cvbz/PornstarsLikeItBig_Casca_Akashova_.mp4
https://gounlimited.to/9uq6j38jqyr5/Anya_Ivy_-_One_Day_Fare_(RKPrime.16.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/9urt4hbfvwva/BigWetButts_-_Kagney_Linn_Karter_-_Anally_Reamed_In_Her_Jeans.mp4
https://gounlimited.to/9ushox5xe7l0
https://gounlimited.to/9vbmjmwam9wf
https://gounlimited.to/9vkcv362kfk5/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/9vni3s536g8v/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9vzomoj4ge1p
https://gounlimited.to/9vzv76oxnr3v/bigwetbutts-kagney-linn-karter-anally-reamed-in-her-jea.mp4
https://gounlimited.to/9wuapxk29ga2/www.0xxx.ws_TeensLoveHugeCocks.20.06.15.Aften.Opal.Massage.Mutiny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9x35i5wguyqs/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9xjqdhfoa9ki/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.SD.MP4-.mp4
https://gounlimited.to/9xwzn8svjzqk/_ElegantAnal_Ana_Foxxx_.mp4
https://gounlimited.to/9y47kpcawkcn
https://gounlimited.to/9y82ryw9x2lq
https://gounlimited.to/9yb08cgbns3t
https://gounlimited.to/9ye6wo8ixcsw
https://gounlimited.to/9yerp037o4gh/TeensLikeItBig_-_Gina_Valentina_-_Traffic_Violation_(22_06_2018).mp4
https://gounlimited.to/9yeuy83h1187
https://gounlimited.to/9yx6ktpkrpd1/BrazzersExxtra.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.mp4
https://gounlimited.to/9yxs1ccq3nng/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/9z2mtukgovxy/Mofos_-_MofosBSides_presents_Lexie_Fux_-_Porn_Pleasure___02.06.2020.mp4
https://gounlimited.to/9z3bolc686lb

https://gounlimited.to/9z8w0jesrx5m/[9xMovie.Kim]_Anally_Reamed_In_Her_Jeans_2020_BraZZers_Adult_Video_480p_HDRip_220MB_[HDMoviesFlix.Com].mp4
https://gounlimited.to/9zk3vd4w7ynz
https://gounlimited.to/9zxf3wnorfz5
https://gounlimited.to/a09alrer09gv/www.0xxx.ws_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/a0ukwijakgl0/MomsBangTeens_-_Olivia_Fox,_Avery_Adair_-_Ms_Fox_Busts_The_Teens_(23_04_2018).mp4
https://gounlimited.to/a140tz41wn3k/Www.brazzersbox.in_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/a1icxtp2t8ti/[BigWetButts]_Kagney_Linn_Karter_(Anally_Reamed_In_Her_Jeans_/_05.31.2020).mp4
https://gounlimited.to/a1jijp8c8srr/RealityKings_-_RKPrime_presents_Kira_Queen__Aruna_Aghora_-_Aruna_And_Kira___30.05.2020.mp4
https://gounlimited.to/a1pitekjqj5z/Www.brazzersbox.in_puremature.20.06.13.katrina.jade.swinger.fantasy.mp4
https://gounlimited.to/a2h14snk1ham
https://gounlimited.to/a2hzbxjrbxa7/[RKPrime]_Bae_Egypt_(Desperately_Seeking_Panties_/_05.31.2020).mp4
https://gounlimited.to/a2k0lt6qe45i
https://gounlimited.to/a3c546z8wwxa/Revel_In_A_Blue_Dress_-_Madison_Ivy_-_BrazzersExxtra_-_Brazzers.mp4
https://gounlimited.to/a3ggjd0x1zgp/[RKDupes]_Edible_Aubrey_(Meter_Maid_/_06.09.2020).mp4
https://gounlimited.to/a3wte4r6hqi6/Public_Agent_Outdoor_orgasms_for_Serbian_beauty.mp4
https://gounlimited.to/a4bomrrb3kd6
https://gounlimited.to/a4bomrrb3kd6/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/a4hqfts85t64
https://gounlimited.to/a50ngjbm6gy8
https://gounlimited.to/a5dsaoh1qihm
https://gounlimited.to/a5g6m16koz8x/[DirtyMasseur]_Luna_Star_(Honeymoon_Rubdown_/_06.06.2020).mp4
https://gounlimited.to/a5n8d4mfezb1/www.0xxx.ws_TrueAmateurs.20.06.12.Reislin.Solo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/a649pk4sgkjs/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).mp4
https://gounlimited.to/a64s9epzjl9m/Adriana_Chechik,_Penny_Pax_-_The_Malcontent_Mistress_Part_1_-_Hot_And_Mean_-_Brazzers.mp4
https://gounlimited.to/a6d286b34s9p/Maid_For_A_Threesome_-_Abella_Danger,_Kira_Noir_-_BrazzersExxtra_-_Brazzers.mp4
https://gounlimited.to/a6fh93olxywp/Nicolette.Shea.Big.Dick.Energy.RKPrime.MILF.bigtits.mp4
https://gounlimited.to/a7476661gxi1/Www.brazzersbox.in_sweetsinner.20.06.06.naomi.swann.forbidden.affairs.mp4
https://gounlimited.to/a76iytpyx3yf
https://gounlimited.to/a7cztuptrgqg/Doctor_Adventures_Kendra_Lust_ALLWAYSWELL.mp4
https://gounlimited.to/a7dz0pwzoxtm/PornstarsLikeItBig_-_Bonnie_Rotten_The_Cumback_(27_08_2018).mp4
https://gounlimited.to/a7rurqrc4pyd/_BigTitsAtSchool_Stacy_Cruz_.mp4
https://gounlimited.to/a8g0eeitclru/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4
https://gounlimited.to/a8gxsnkj9jh1
https://gounlimited.to/a8jeijrwq2gb/Www.brazzersbox.in_[LookAtHerNow]_Kimmy_Granger_-_Pedicure_Her_(16.06.2020)_rq.mp4
https://gounlimited.to/a9bf0gp5vgax/Www.brazzersbox.in_otb.20.06.11.paige.owens.dont.tell.mom.i.got.detention.mp4

https://gounlimited.to/aamon00lduwo

https://gounlimited.to/aauq4sa18hat/Realitykings_-
_Desperately_Seeking_Panties_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/aaxoiunskmif

https://gounlimited.to/ab7rq1gjfuzn/Nicolette_Shea,_Tyler_Nixon_-_The_Dick_Pic_Trick_-
_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/abdzklbwp8iq/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Ma
id.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/abevbtgi5438

https://gounlimited.to/abom4c3d3s8p/Danejones.20.06.07.Best.of.Creampies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/abttfhqgi9vz/Telegram_@getnewlink_dani_daniels_Brazzers_House_Episode_Five_-
_BRAZZERS.mp4

https://gounlimited.to/ac4mwzysktl6/Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.10
80p.MP4-KTR.mp4

https://gounlimited.to/ac7yg0kjsizx/LilHumpers_-_Joslyn_James_-_Lil_Lawn_Gnome.mp4

https://gounlimited.to/acf140wmsij2

https://gounlimited.to/acmtzyiufju2

https://gounlimited.to/acnan6rh70yq

https://gounlimited.to/ad5m7o4o760o/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.108
0p.MP4-KTR.mp4

https://gounlimited.to/ad7g8znpdeqs/Best_Of_Brazzers-_Sneakiest_Moments_-_BRAZZERS.mp4

https://gounlimited.to/adfhcuzmj3e9/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/adg6sc4uwclf/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080
p.MP4-KTR.mp4

https://gounlimited.to/adiee7x7g6hk/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/ae5s1lx4x48o/Asia.Rae.Boyfriend.Snatcher.RKPrime.brown.mp4

https://gounlimited.to/aelap0nalaro/Telegram_@getnewlink_dani_daniels_Brazzers_House_Episode_Three_-
_BRAZZERS.mp4

https://gounlimited.to/aep60oe999pr/RealWifeStories_-_Rachel_Starr_-_Private_Eyeful_(15_09_2018).mp4

https://gounlimited.to/af49yni3u2t6/www.0xxx.ws_Erito.20.05.29.Airis.Unlimited.Erotic.Appetites.JAPANES
E.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/af84rqhnh9dz/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.M
P4-KTR.mp4

https://gounlimited.to/af9kcczbhqjt/Mia_Bandini_-
_Braided_Hair_Cutie_Gets_Anal_Creampie_(TrueAmateurs.01.06.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/af9ud2mjsb85/TrueAmateurs.20.06.05.Hayliexo.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/afg70i0bnrl1/Www.brazzersbox.in_dm.20.05.26.rachel.starr.stranger.danger.remastered.
mp4

https://gounlimited.to/afti6aubh1zo/Dolly.Little.A.Little.Love.TeensLoveHugeCocks.redhead.mp4

https://gounlimited.to/afxtmspcvfdw/www.0xxx.ws_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.
A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ag8khljvrciw/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP
4-KTR.mp4

https://gounlimited.to/agaq3fak23jp/www.0xxx.ws_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.X
XX.1080p.MP4-KTR.mp4

https://gounlimited.to/agblk7chi6dw/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_0
6.11.2020).mp4

https://gounlimited.to/agdk3zdb37fk

https://gounlimited.to/agijqhxxz4wz/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ah0fvkatxdup/www.0xxx.ws_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ah1pbb3kktev/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2020).mp4

https://gounlimited.to/ah8lo7fr4tes/www.0xxx.ws_DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valentine.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ah9yhlcznwf1/bex.20.05.20.best.of.brazzers.hottest.bosses.mp4

https://gounlimited.to/ahk25nrg1e0q

https://gounlimited.to/ahpvt1ympf6o/danejones.20.06.04.kaisa.nord.mp4

https://gounlimited.to/ai0kya4khkil

https://gounlimited.to/ai439gyhn8lq/Remy-LaCroix-Brazzers-Remy's-Ring-Toss:-Remastered-2020-06-03.mp4

https://gounlimited.to/aibyat10h6c7/momxxx.20.06.13.florane.russell.mp4

https://gounlimited.to/aibzh7hh3yph/brazzersexxtra-abella-danger-his-hands-are-tied_360p.mp4

https://gounlimited.to/aildbzn9c20a

https://gounlimited.to/aimvve0ci7ax/Asia.Rae.Boyfriend.Snatcher.RKPrime.brown.mp4

https://gounlimited.to/aj7d8z5zt1ea/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4

https://gounlimited.to/ajsxyvtx9so5/Ariella_Ferrera,_India_Summer,_Jordi_El_Nino_Polla_-_Roommate_Rivalry_-_Lil_Humpers_-_Reality_Kings.mp4

https://gounlimited.to/akcd1w9oa6tm

https://gounlimited.to/aku8ju75t1u3/PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/akvo39x0u421/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian___06.11.2020).mp4

https://gounlimited.to/ald7rl69r1jc/Share_My_BF_-_Nadia_Jay_&_Lala_Ivey_-_Girlfriend_Meets_Side_Chick.mp4

https://gounlimited.to/alf8bo2x7htu/[ElegantAnal]_Ana_Foxxx_(It_Happened_One_Night_Part_4_/_06.02.2020).mp4

https://gounlimited.to/alu2rygatyg5/Pervmom.20.06.13.Becky.Bandini.Sticking.Up.for.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ambz3y7x7yho/Doctoradventures.16.05.30.Holly.Michaels.Doctors.Whoreders.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/amwb57c94qlp/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4

https://gounlimited.to/amzxgsnv1nuk/www.0xxx.ws_RKDupes.20.06.02.Lesbehonest.Part.1.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/anhc0n6006lt/PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/anm9cfhprylx/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/anocxueuzr9r/[9xMovie.Kim]_Soaking_Wet_And_Fully_Satisfied_2020_BraZZers_Adult_Video_480p_HDRip_330MB_[HDmoviesFlix.Com].mp4

https://gounlimited.to/aoeg9aulykac/RealWifeStories_-_Rachel_Starr_-_Domestic_Disruption_(09_06_2018).mp4

https://gounlimited.to/aokfy4owlwvj

https://gounlimited.to/aom2qcuxb3ah/TransAngels_presents_Casey_Kisses_Spring_Cleaning_Part_1___08.05.2020.mp4

https://gounlimited.to/ap76e09csfra/[RKPrime]_Bae_Egypt_(Desperately_Seeking_Panties_/_05.31.2020).mp4

https://gounlimited.to/apdbfav44qn5/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/apr59y3fi9ax/[DayWithAPornstar]_Kenzie_Taylor_-
_Kenzie_Chooses_Dick_Over_Dishes_(31.05.2020).mp4
https://gounlimited.to/apxevmm96yry/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome
_/_06.12.2020).mp4
https://gounlimited.to/aq0r4hq6pfng
https://gounlimited.to/aq8lllyzk52i/MommyGotBoobs_-_Candi_Kayne_-
_A_View_of_the_English_Cuntryside_(19_07_2018).mp4
https://gounlimited.to/aqfqti1l87x7
https://gounlimited.to/aqo6ukct3rig
https://gounlimited.to/ar5l5cem4yqv/Www.brazzersbox.in_Blacked.20.06.13.Alina.Lopez.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/arg77yzlak55/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.20
20).mp4
https://gounlimited.to/arn09dl3jrz4/www.0xxx.ws_LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.
And.Anal.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/arxmfeiplb8p/Telegram_@getnewlink_dani_daniels_Three_Fingers_Deep_Doc_-
_BRAZZERS.mp4
https://gounlimited.to/asbn9o8lyae3/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.A
nd.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/aschixlp2w8z/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threes
ome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/asedeezqdctt/RKPrime_One_Day_Fare_Anya_Ivy,_Damon_Dice_16.06.2020.mp4
https://gounlimited.to/asilh7tl5j5t.html
https://gounlimited.to/asoy0wesebhe
https://gounlimited.to/asoy0wesebhe/_FakeTaxi_Victoria_Pure_ALLWAYSWELL.mp4
https://gounlimited.to/asqrtbo1q2x8/DaneJones.20.06.09.Alexis.Crystal.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ata2ycexnq64/RKDupes.20.06.05.Lesbehonest.Part.2.XXX.INTERNAL.1080p.MP4-
TRASHBIN.mp4
https://gounlimited.to/au7660y8wvju/TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.mp4
https://gounlimited.to/aufrki4j4sej
https://gounlimited.to/aufrki4j4sej/PornstarsLikeItBig_Casca_Akashova_.mp4
https://gounlimited.to/auu76cbv7c9n/Out_From_The_Deep_-_Desiree_Dulce_-_BrazzersExxtra_-
_Brazzers.mp4
https://gounlimited.to/av2fx6e6tdmv/Www.brazzersbox.in_tiny4k.20.06.04.skye.blue.sexy.kitty.mp4
https://gounlimited.to/av7t36ibrhq3/SneakySex_Gabriela_Lopez_.mp4
https://gounlimited.to/avor4y2ux7c2/RKPrime_-_Luna_Star_-_Fuck_My_Girl.mp4
https://gounlimited.to/avshpndiv504/GirlsGonePink.20.05.19.Alice.Bong.And.Leah.Meow.mp4
https://gounlimited.to/avu7m4amtvmu/Katsuni,_Riley_Steele,_Stoya,_Angelina_Armani,_Jesse_Jane_%E2%8
0%93_Teachers.mp4
https://gounlimited.to/awbkmdc8byps/www.0xxx.ws_DaneJones.20.05.29.Aislin.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/awfaul2f4rkr/brazzerspremium.xyz_Hot_N_Sexy_Natasha_Malkova_Threesome.mp4
https://gounlimited.to/awu50y7h6ypb/FakeHostel_Anissa_Kate_Lola_ALLWAYSWELL.mp4
https://gounlimited.to/awx41tifwnvi/TeensLoveHugeCocks.20.06.15.Aften.Opal.Massage.Mutiny.XXX.SD.MP
4-KLEENEX.mp4
https://gounlimited.to/axbobudded1n/TrueAmateurs_-_Reislin.mp4
https://gounlimited.to/axgt0dk4pfci
https://gounlimited.to/axm5tupjpxdq
https://gounlimited.to/ayfauncj2g93
https://gounlimited.to/ayjplem7j5pf/fakehuboriginals.20.06.17.best.of.sexy.squirters.mp4
https://gounlimited.to/az313gtw8wm0
https://gounlimited.to/az313gtw8wm0/I_Know_That_Girl_Kiara_Cole_ALLWAYSWELL.mp4

https://gounlimited.to/azl7w8eb8o8g/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/b03j0sug7fzr/rkprime.20.06.04.nicolette.shea.big.dick.energy.mp4

https://gounlimited.to/b0vgrvti9663/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4

https://gounlimited.to/b0vsxeltcvzo/Telegram_@getnewlink_dani_daniels_My_Husbands_Mistress-_Part_Two_-_BRAZZERS.mp4

https://gounlimited.to/b0xialisak0f/Brazzersexxtra.20.05.29.Best.of.Brazzers.Peta.Jensen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/b153vkaywbui/Www.brazzersbox.in_Private.20.06.10.Polina.Maxim.Debuts.In.Interracial.DP.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/b1al4enntc6p/RealityKings_-_WeLiveTogether_presents_Emily_Willis__Scarlett_Bloom__Liv_Wild_-_Color_Me_Horny___10.06.2020.mp4

https://gounlimited.to/b1d07r81e8pt

https://gounlimited.to/b1x2klkw7bq6/Alive_Bell_-_Tiny_Russian_Curbside_Pickup.mp4

https://gounlimited.to/b1zn0u6d3poo/RKPrime.-.Bae.Egypt.Desperately.Seeking.Panties.-.Reality.kings.mp4

https://gounlimited.to/b26q19fsc69h

https://gounlimited.to/b26q19fsc69h/Chanel_Preston_&_Kristina_Rose_&_Phoenix_Marie_%E2%80%93_Brazzers_New_Years_Eve_Party.mp4

https://gounlimited.to/b2jjzw14g38r/RKPrime_Rosalyn_Sphinx.mp4

https://gounlimited.to/b2kvxwxpowp5/Look_At_Her_Now_-_Edible_Aubrey_-_Meter_Maid.mp4

https://gounlimited.to/b2mjwazsy61b/WLT_S01E03_Bonding_Time_-_We_Live_Together_-_Reality_Kings.mp4

https://gounlimited.to/b33etjvktcmm/Fakehuboriginals.20.06.08.Best.of.Cosplay.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/b3kd5eo87tqv/Wild_Sky___Reality_Kings_-_XxxFiles.com.mp4

https://gounlimited.to/b4ecw089tmq3/DoctorAdventures_-_Alina_Lopez_-_Pumping_Under_Pressure_(30_04_2018).mp4

https://gounlimited.to/b4i2d5q5gjcc/Www.brazzersbox.in_MonstersOfCock.20.06.07.Valentina.Nappi.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/b4pczolr7zt5/Www.brazzersbox.in_DDFBusty.20.06.03.Angel.Wicky.Busty.Blonde.Orders.BBC.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/b4vcjemqfdz6/Www.brazzersbox.in_ModelTime.20.06.03.September.Reign.Septembers.Anal.Experiment.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/b547ylf53rr8/www.0xxx.ws_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/b5dnk145wyz8

https://gounlimited.to/b66dw57nzwwy/Valentina_Nappi_-_Motorcycles_And_Monster_Curves.mp4

https://gounlimited.to/b689tiwf0hjw/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome_/_06.12.2020).mp4

https://gounlimited.to/b78smrse4axa/Teenslovehugecocks.20.06.08.Vina.Sky.Anal.in.the.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/b7e96wavi3fx/Www.brazzersbox.in_TeamSkeetExtras.20.06.08.Samantha.Rone.Sun.Beach.And.And.Sex.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/b7vwx91xivbb/Telegram_@getnewlink_dani_daniels_Lets_Get_Facials_2_-_BRAZZERS.mp4

https://gounlimited.to/b7vywmtdojpu

https://gounlimited.to/b841nc5pri4m

https://gounlimited.to/b8cmfh69wod8/[LookAtHerNow]_Candice_Dare_-_Lesbehonest_Part_2_(05.06.2020).mp4

https://gounlimited.to/b8erilf304xd/Alina_Crystall,_Ricky_Rascal_-_Intimate_Love_With_Gorgeous_Russian_-_Dane_Jones_-_SexyHub.mp4

https://gounlimited.to/b8skmoy031b4/SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/b8v01afk9h8g/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/b8zmyr5vrzw1/Www.brazzersbox.in_TeamSkeetSelects.20.06.07.Best.Of.Threesomes.Compilation.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/b92enjazxndj/BigWetButts_Remy_Lacroix_.mp4

https://gounlimited.to/b98y6zmritno

https://gounlimited.to/b9ipx9hq6vjs/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2020).mp4

https://gounlimited.to/ba4x8nkk7715/RK_Prime___Realitykings_-_Sabby,_Kira_Queen,_Aruna_Aghora_Aruna_And_Kira.mp4

https://gounlimited.to/bad0c1sn7tjr/FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.mp4

https://gounlimited.to/bbrimurmfnpc/[BrazzersExxtra]_Dani_Daniels,_Nikki_Benz_(Lets_Get_Facials_2_-_15.08.16)_rq_(1k).mp4

https://gounlimited.to/bbsfc0l7ptw3/Brazzers_-_BrazzersExxtra_presents_Aubree_Valentine_-_Soaking_Wet_And_Fully_Satisfied___04.06.2020.mp4

https://gounlimited.to/bbzujgyvqgpi

https://gounlimited.to/bco9giimeg3c/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.mp4

https://gounlimited.to/bcvbfrafwsjk

https://gounlimited.to/bd6ch8vmerzn/Georgie_Lyall,_Jordi_El_Nino_Polla_-_The_Lil_Freak_Under_the_Sheets_-_Lil_Humpers_-_Reality_Kings.mp4

https://gounlimited.to/bd7ikxdq6dzs/WhenGirlsPlay_Luna_Star_ALLWAYSWELL.MP4-KTR.mp4

https://gounlimited.to/bdkxnmtapaxi/BrazzersExxtra.20.04.29.Siri.And.Angela.White.Sneaky.Shower.Threesome..480p.MP4-XXX.mp4

https://gounlimited.to/bdnam1wrz2zj/Aften.Opal.Massage.Mutiny.TeensLoveHugeCocks.massage.mp4

https://gounlimited.to/bdomad5779i1/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition_/_06.10.2020).mp4

https://gounlimited.to/bdpkb80f98il

https://gounlimited.to/bdup0rcru5t0/[RKPrime]_Abella_Danger_-_The_Pirate_Gets_The_Booty_(02.06.2020).mp4

https://gounlimited.to/bdwuxm2r8kms/1080.mp4

https://gounlimited.to/bedk0ypdoqv0/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bes7sjqsppxu

https://gounlimited.to/bev2cz2e3ucd/BrazzersExxtra_-_Best_Of_Brazzers_Anal_Extravaganza.mp4

https://gounlimited.to/bf64brqp5ary/Www.brazzersbox.in_PetiteHDPorn.20.06.08.Lottie.Magne.Tiny.Girlfriend.Loves.To.Fuck.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bfknxqjdcyzu/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bgnnl8f0fo3y/sneakysex.20.06.17.scarlit.scandal.sneaking.in.with.scarlit.mp4

https://gounlimited.to/bgw8cxkdkg4n/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition_/_06.10.2020).mp4

https://gounlimited.to/bh7bcmav3s6e

https://gounlimited.to/bh9ceg0d6qig/Realitykings_-_Boyfriend_Snatcher_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/bhb901pu35v6/www.0xxx.ws_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bhjc0dsreb7q/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bhvymij7gmsp/[SneakySex]_Gabriela_Lopez:_Family_Road_Trip_Dick_PervyVideos.com_.mp4

https://gounlimited.to/bhzk4wx98gbm/MommyGotBoobs.20.05.26.Rebecca.More.Just.One.Clit.Away.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bi93875ko2k9/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4

https://gounlimited.to/bj19dc4t7g1j/FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bjhyr63c6602

https://gounlimited.to/bjqrn2da7r2l/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4

https://gounlimited.to/bjtm5sl79rbw/Www.brazzersbox.in_RKPrime.20.06.15.Gianna.Dior.Sex.Inherited.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bjtphocw5o6l

https://gounlimited.to/bk6sout9eh9s/Www.brazzersbox.in_SweetSinner.20.06.16.Scarlit.Scandal.Obsessed.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bk9bygaebx0i

https://gounlimited.to/bk9fjumk9amz/pervsonpatrol.20.05.31.kiara.edwards.pervy.yoga.spy.mp4

https://gounlimited.to/bl4d3qkajpjk

https://gounlimited.to/blgtr5z1cmcw/www.0xxx.ws_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/blpzoyyroqh1/Brazzers_-_DayWithAPornstar_presents_Siouxsie_Q_-_Siouxsie_Q_s_Anal_Kitchen_Cleaning___11.06.2020.mp4

https://gounlimited.to/bltka3kj9pqj/BrazzersExxtra_-_Lela_Star_Pays_Her_Dues_(27_06_2018).mp4

https://gounlimited.to/bm4n3bfl8bj0/LilHumpers_-_Alexis_Fawx_-_Lil_Jailbird.mp4

https://gounlimited.to/bmqst5z6xciq

https://gounlimited.to/bmrqnag0wj6v/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/bn2w7kix5vjl/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bn8ei17iqtw0/Www.brazzersbox.in_Blacked_-_Natalia_Starr_-_Up_For_Anything.mp4

https://gounlimited.to/bo2ltlatv8nc/MomXXX_-_Florane_Russell_-_Naughty_couple_break_lockdown_rules.mp4

https://gounlimited.to/booirkr1fe8b/Sizing_Up_-_Azul_Hermosa_-_SneakySex_-_RealityKings.mp4

https://gounlimited.to/boxip5rgmz9n

https://gounlimited.to/bpa0g1mr5efu/Brazzer_xtra_Best_Of_Brazzers_Anal_Extravaganza_xXx.mkv

https://gounlimited.to/bpid945343ow

https://gounlimited.to/bq2i5e58kcrf/www.0xxx.ws_ShareMyBF.20.06.14.Nadia.Jay.And.Lala.Ivey.Girlfriend.Meets.Side.Chick.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bqa79kog92g0

https://gounlimited.to/bqai9ax82hw6/Www.brazzersbox.in_YoungSexParties.20.05.07.Kiara.Gold.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bqb3o76xcrnb/[WeLiveTogether]_Lily_Rader,_Zoey_Taylor_(Poolside_/_06.03.2020).mp4

https://gounlimited.to/bqyffsexs14n/Www.brazzersbox.in_Private.20.05.30.Martina.Smeraldi.Juicy.Ass.Teen.Enjoys.Hard.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/brgak5pd9lbl/TeensLikeItBig_-_Jade_Kush_-_How_To_Lose_Your_Virginity_In_10_Days_(07_04_2018).mp4

https://gounlimited.to/brwm05bfcid7/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bs41kzpiq5z2/Www.brazzersbox.in_DaneJones.20.06.09.Alexis.Crystal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/bsbf4my15hxp/www.0xxx.ws_RKDupes.20.06.16.Pedicure.Her.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/bsr9bowgtfup

https://gounlimited.to/bssllgetw2jx/TrueAmateurs_Jessica_Kyle.mp4

https://gounlimited.to/bssy3s4v8x4z/720_(2).mp4

https://gounlimited.to/bt11me82090r/_MassageRooms_Sofia_Lee_ALLWAYSWELL.mp4

https://gounlimited.to/bt1pxlhdhkl6/www.0xxx.ws_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bt7sofkmt49x/Teenslovehugecocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/btbwzylvtoen/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4

https://gounlimited.to/btgm7r98joaj/Maserati,_Markus_Dupree_-_Dommed_By_Her_Dads_Girlfriend_Part_2_-_Mommy_Got_Boobs_-_Brazzers.mp4

https://gounlimited.to/btj5ltja8d35/MofosBSides_Lexie_Fux_.mp4

https://gounlimited.to/btu8795panjv/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.XXX.1080p.MP4-MaMi.mp4

https://gounlimited.to/btud2g4v9evy/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/btxq5zmu255j/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bu45g4lu26qd/faketaxi.20.06.05.romy.indy.mp4

https://gounlimited.to/buig0yp9340k/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/buo2rjmxu6fb

https://gounlimited.to/buxgbg729cj4

https://gounlimited.to/buyvoyhju68x/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06.07.2020).mp4

https://gounlimited.to/bv3ijk3oqroe/_BrazzersExxtra_Desiree_Dulce_.mp4

https://gounlimited.to/bvl4aqx5oaf4/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4

https://gounlimited.to/bwyiwob18mhg/teenslovehugecocks.20.06.15.aften.opal.massage.mutiny.mp4

https://gounlimited.to/bxas273ho7bm/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bxel5bu9e6en/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4

https://gounlimited.to/bxn8aju3lary/leolulu-trueamateurs-11-06-19.mp4

https://gounlimited.to/bxufzl875wce/Teens_Love_Huge_Cocks_-_Leah_Gotti.mp4

https://gounlimited.to/bxv7j444g28s/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bxvgghhd8jyk/Abella_Danger,_Chad_White_-_Bright_Booty_-_Monster_Curves_-_Reality_Kings.mp4

https://gounlimited.to/bxwzoommybnf/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/by069iozzywy/Www.brazzersbox.in_TeamSkeetXCamSoda.20.06.04.Alexis.Monroe.Underwater.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/byc3mzzqp8r0/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/bycebnhklncw/RealityKings_-_RKPrime_presents_Nicolette_Shea_-_Big_Dick_Energy___04.06.2020.mp4

https://gounlimited.to/byw2fp4ucw6k

https://gounlimited.to/byx5obf8ewe6

https://gounlimited.to/bz4v63g10tn9

https://gounlimited.to/bzl6p3vg832x/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4

https://gounlimited.to/bzoe2oqr8x8m/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06.07.2020).mp4

https://gounlimited.to/bzojlxp26jld/Luna-Star-Brazzers-Honeymoon-Rubdown-2020-06-06.mp4

https://gounlimited.to/bzth5csz788w.html

https://gounlimited.to/bzzmay5iraaq/Mom_Knows_Best_17_(2020)_Family_Roleplay_Porn_Movie.mp4

https://gounlimited.to/c0fz9sjw0xej/[9xMovie.Kim]_Remy's_Ring_Toss_Remastered_2020_BraZZers_Adult_Video_480p_HDRip_250MB_[HDmoviesFlix.Com].mp4

https://gounlimited.to/c0r7n6k2yx6b/[WeLiveTogether]_Lily_Rader,_Zoey_Taylor_(Poolside_/_06.03.2020).mp4

https://gounlimited.to/c1dc5eq1zz73

https://gounlimited.to/c26c5aggtxky/Sit_On_It_-_Rosalyn_Sphinx,_Kylie_Kingston_-_RKPrime_-_RealityKings.mp4

https://gounlimited.to/c2e59s8he3dg/Www.brazzersbox.in_Hustler.20.06.04.Anissa.Kate.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/c2pegwyf2v8d/Dont.Break.Me.-.Pamela.Morrison.Breaking.Pamela.-.Mofos.mp4

https://gounlimited.to/c3ekygpctykr

https://gounlimited.to/c3o4whwvu6df

https://gounlimited.to/c3qni6dzw0gu/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4

https://gounlimited.to/c3tq1t27xur3/_Twistys_Sabina_Rouge_.mp4

https://gounlimited.to/c45z2ihyigq0/Www.brazzersbox.in_PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/c4l0ib7fk16d/Brazzers_Live_ALLWAYSWELL.mp4

https://gounlimited.to/c4l89eujl0zo/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/c4lpg4ab8ss7/DaneJones_-_Alina_Crystall_-_Intimate_love_with_gorgeous_Russian.mp4

https://gounlimited.to/c56mcy4xu0hn/[Girls_Gone_Pink]_Aidra_Fox,_Desiree_Dulce:_Prank_Wars_(PervyVideos.com).mp4

https://gounlimited.to/c5phqi5svuq6/_BigButtsLikeItBig_Abella_Danger_.mp4

https://gounlimited.to/c66mhhysbmwr

https://gounlimited.to/c6afeisyh39z/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/c6nzgs47coi9/[RKPrime]_Aidra_Fox_(A_Cock_For_Your_Thots_/_06.12.2020).mp4

https://gounlimited.to/c6rb6zo3sk03

https://gounlimited.to/c6t3ykm2gz3h

https://gounlimited.to/c737df15vlqs/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/c7cc1bsbw123/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/c82uke595w9t/RealityKings_-_Abigail_Mac,_Adriana_Chechik_-_Stepsister_Succubus_(12_05_2018).mp4

https://gounlimited.to/c8f5k4eltjp4/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp4

https://gounlimited.to/c8mql5tl7i06/_FakeTaxi_Romy_Indy_05.06.2020.mp4

https://gounlimited.to/c8tmhv36z2zy/twistys.20.05.25.maria.fun.in.the.sun.mp4

https://gounlimited.to/c94fz2yvdm8o/TrueAmateurs.20.05.29.Aila.Donovan.XXX.SD.MP4-.mp4

https://gounlimited.to/c955rfwmgzr3/RKPrime_One_Day_Fare_Anya_Ivy,_Damon_Dice_16.06.2020.mp4
https://gounlimited.to/c9j0jawo0mre
https://gounlimited.to/c9skhzhdx8v3/DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/c9tnneogcmcj/Nicolette_Shea,_Tyler_Nixon_-_The_Dick_Pic_Trick_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/caau0jzldkuq/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.2020).mp4
https://gounlimited.to/calxz9nsd8ja/www.0xxx.ws_StrandedTeens.20.06.17.Scarlit.Scandal.Helpful.Neighbor.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/cbjvi0wd6mok/Jane_Wilde,_Alex_Legend,_Sam_Shock_-_Jane's_Wild_DP_-_Don't_Break_Me_-_Mofos.mp4
https://gounlimited.to/cbtur8gpmr2l.html
https://gounlimited.to/cc88yuueo8tn/MilfsLikeItBig_Ava_Addams_Sinking_Some_Balls.mkv
https://gounlimited.to/ccggl9au0q3d
https://gounlimited.to/ccu2e17ehi26/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/cd6l0xsjuh3q/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4
https://gounlimited.to/cd9vhjnsnxsw/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4
https://gounlimited.to/cdftv8bqq7ie/Www.brazzersbox.in_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/cdhkppgo7arx
https://gounlimited.to/ce1t33u2ynx8/Azul.Hermosa.Sizing.Up.SneakySex.bigtits.mp4
https://gounlimited.to/cefn2u0uvwjw/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/cf2ltzsnpa0z/FakehubOriginalsMay_Thai_Lexi_Dona_Little_Caprice_ALLWAYSWELL.mp4
https://gounlimited.to/cfvpaxxrbrd9/RealityKings_-_RKPrime_presents_Aidra_Fox_-_A_Cock_For_Your_Thots___12.06.2020.mp4
https://gounlimited.to/cfzk4yz9rzvx/FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.mp4
https://gounlimited.to/cg29asj7n0bi
https://gounlimited.to/cgesoht8g97i/MilfsLikeItBig_-_Cherie_Deville_-_Plasster_Cast_(02_05_2018).mp4
https://gounlimited.to/cgg04co8xq77
https://gounlimited.to/cghdc0ehx99q/Brandi_Love,_Holly_Hotwife,_Keiran_Lee_-_Creampie_My_Wife_-_Real_Wife_Stories_-_Brazzers.mp4
https://gounlimited.to/ch6u8365tf28.html
https://gounlimited.to/chtbq4evc7sg
https://gounlimited.to/ci11wsvoa8uc/www.0xxx.ws_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/cibkdbdztsi9/www.0xxx.ws_FakehubOriginals.20.06.17.Best.Of.Sexy.Squirters.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/cid4ru05cuc2
https://gounlimited.to/cityuc3bjc2t/Peta_Jensen_-_Best_Of_Brazzers.mp4
https://gounlimited.to/ciuqqgchgaw9/www.0xxx.ws_RKDupes.20.06.05.Lesbehonest.Part.2.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/civso6gg9lq4
https://gounlimited.to/cizk3fp2d1pw
https://gounlimited.to/cjbbvscg9p47
https://gounlimited.to/cjlbudaqa0zi/Angela.White.Jean.Queen.BigWetButts.anal.mp4
https://gounlimited.to/ck0gccb2943v/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4

https://gounlimited.to/cl9wu2wguq15/PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cldhn5f1m43r/Luna.Star.Fuck.My.Girl.RKPrime.anal.mp4

https://gounlimited.to/clokxr5vpm1f/Www.brazzersbox.in_NewSensations.20.06.12.Megan.Marx.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/clvkrh8nuw3r/www.0xxx.ws_BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cm4no8mt6el3/Brazzers_-_DayWithAPornstar_presents_Joanna_Angel_-_Getting_Joanna_Out_Of_The_Shower___01.06.2020.mp4

https://gounlimited.to/cn2g9oz2tv8t

https://gounlimited.to/cnlg8a9142sd

https://gounlimited.to/cnq06nfnnm4l/RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cnuebtjzb61c/PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.mp4

https://gounlimited.to/coufxx7x6rul/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/covyk75enrp3/Mom_Knows_Best_17_(2020)_Family_Roleplay_Porn_Movie.mp4

https://gounlimited.to/cp4hzhp3i1gg/Best_Of_Brazzers_-_First_Anals_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/cph9ztsikcqe/DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cpn85k80yflo/Www.brazzersbox.in_BrattySis.20.06.12.Winter.Bell.Convincing.My.Princess.Step.Sister.To.Fuck.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/cq8idapslcur/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cqgj5qtsmo39

https://gounlimited.to/cqhjofrkvebx

https://gounlimited.to/cqory9wx54xy/www.0xxx.ws_MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cr8c3ayodzsa/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/crh5n5wy1qb5/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/crjtibjh9o1f/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/crkswj4odk0r/[TurningTwistys]_Sabina_Rouge,_Liv_Wild_(Even_Cowgirls_Get_Horny_/_06.01.2020).mp4

https://gounlimited.to/crnurbodon93/Www.brazzersbox.in_ExxxtraSmall.20.06.04.Daphne.Dare.Onesie.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/crr6nk2n31ef/[RK_Prime]_Aidra_Fox:_A_Cock_For_Your_Thots_(PervyVideos.com).mp4

https://gounlimited.to/csfu482zifwb/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/csj8i4malgi9/Dolly.Little.A.Little.Love.TeensLoveHugeCocks.redhead.mp4

https://gounlimited.to/csokrj7rpn77/TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/csw4woe6fajk/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ctnar6a483az/Www.brazzersbox.in_otb.20.05.28.aria.banks.dont.tell.mp4

https://gounlimited.to/ctwvweiyhoup/www.0xxx.ws_BrazzersExxtra.20.06.17.Riley.Reid.And.Melissa.Moore.Almost.Sisters.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ctx63nmfd3be

https://gounlimited.to/cu7t0ha46b93/PornstarsLikeItBig_-_Casca_Akashova_-_All_Dolled_Up:_Beauty_Queen_Edition_(PervyVideos.com).mp4

https://gounlimited.to/cud0vspxdj1c/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cuq4sl0quxum/WeLiveTogether_Adriana_Maya.mp4

https://gounlimited.to/cvebybq94cej/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_/_06.11.2020).mp4

https://gounlimited.to/cvprk86xdty2/TrueAmateurs.20.05.29.Aila.Donovan.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/cw2nautpcmsn/Www.brazzersbox.in_BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/cwerjlo7aqkj

https://gounlimited.to/cwr3ktngqyes/WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.mp4

https://gounlimited.to/cx1rhxpro3rm/Kaisa.Nord.DaneJones.solo.mp4

https://gounlimited.to/cxtnd2on2z3h/teenslovehugecocks.20.06.10.dolly.little.a.little.love.mp4

https://gounlimited.to/cxxkzdq1a0rt/www.0xxx.ws_RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cy065i0s30l5/Pamela_Morrison,_Alex_Legend_-_Breaking_Pamela_-_Don't_Break_Me_-_Mofos.mp4

https://gounlimited.to/cyaw6h98z11x/BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/cyg4u3aya9by/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/cytg5ptouu21/Kendra_Sunderland,_Madison_Ivy,_Mick_Blue_-_Bodacious_Bikini_Threesome_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/cz9e1ug58l3/www.0xxx.ws_FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/d08bgcs50af9/Brooklyn_Chase_&_Phoenix_Marie_&_Romi_Rain_&_Veronica_Avluv_%E2%80%93_The_Brazzers_Halftime_Show_II.mp4

https://gounlimited.to/d0gjqbav0rti/Siouxsie_Q,_Michael_Vegas_-_Siouxsie_Q's_Anal_Kitchen_Cleaning_-_Day_With_A_Pornstar_-_Brazzers.mp4

https://gounlimited.to/d0h6ct0o02ti/rkprime.20.06.16.anya.ivy.one.day.fare.mp4

https://gounlimited.to/d0lh96dm5dvf/RealWifeStories_-_Brandi_Love,_Holly_Hotwife_-_Creampie_My_Wife.mkv

https://gounlimited.to/d0w1awgop1iq/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4

https://gounlimited.to/d0xnsn5z5sug/BrazzersExxtra.20.06.08.Madison.Ivy.30.DE.And.Kendra.Sunderland.24.US.Bodacious.Bikini.Threesome.ek84.mp4

https://gounlimited.to/d12daqyhnx89/bigbuttslikeitbig-kendra-spade-asses-in-pajamas_720p.mp4

https://gounlimited.to/d12iscrq875f

https://gounlimited.to/d176jxtrmnw9/RKPrime_Nicolette_Shea_Big_Dick_Energy.mp4

https://gounlimited.to/d1i3r1ql6eaw/[DontBreakMe]_Pamela_Morrison_(Breaking_Pamela_/_06.05.2020).mp4

https://gounlimited.to/d1vexe0jwhtx/DaneJones.20.06.09.Alexis.Crystal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/d2ag72y1pn2e/bex.20.05.22.best.of.brazzers.ava.addams.mp4

https://gounlimited.to/d2bo3c5jqc5o

https://gounlimited.to/d2zst9mxnmkz

https://gounlimited.to/d32f07mim7bw/RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/d33gvqduy8j4/WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/d39ymynfig8c

https://gounlimited.to/d3cmkz60oebm/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4
https://gounlimited.to/d3f08ujew4jz/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/d3kxmrz2g9ld/Lesbea_Scarlet_ALLWAYSWELL.mp4
https://gounlimited.to/d4fn655rj9om/DontBreakMe_-_Paisley_Pepper_-_Tiny_Babe_Rides_Dick_Around_The_Room_(26_04_2018).mp4
https://gounlimited.to/d4gsi9jsrelr/[MofosBSides]_Lexie_Fux_-_Porn_Pleasure_(02.06.2020).mp4
https://gounlimited.to/d4xwj0dgdoxa/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/d56r5wnqv66k/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2020).mp4
https://gounlimited.to/d5nexh1ocxqy
https://gounlimited.to/d5udy8necpw6/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4
https://gounlimited.to/d5zgqqfd3223/RKDupes_Ariella_Ferrera_ALLWAYSWELL.mp4
https://gounlimited.to/d611sq466ken/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/d68c3hjjawhb
https://gounlimited.to/d68c3hjjawhb/LilHumpers_London_River_ALLWAYSWELL.mp4
https://gounlimited.to/d6cdnyqb9257/MilfsLikeItBig_Anissa_Kate_Not_Here_For_The_Coffee-[xFilmas].mkv
https://gounlimited.to/d6dtkawemnre/Fashionistas_Safado_Sc10_Flower_Tucci_Katsuni.mp4
https://gounlimited.to/d6o9rv2a6ki6
https://gounlimited.to/d6okwydx51gs/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4
https://gounlimited.to/d7pkwkssh7nh
https://gounlimited.to/d7zrminsjaf8/Siouxsie-Q-Brazzers-Siouxsie-Q's-Anal-Kitchen-Cleaning-2020-06-11.mp4
https://gounlimited.to/d8lw7bhsouh9/RKPrime.-.Angela.White.Vs.Rob.Piper.-.Reality.Kings.mp4
https://gounlimited.to/d90w6hfgir96/TransAngels_presents_Casey_Kisses_Spring_Cleaning_Part_2.mp4
https://gounlimited.to/d94cj6vqw8fq/BrazzersExxtra.20.05.25.Bella.Rolland.And.Scarlit.Scandal.Rough.And.Raunchy.Group.Fuck.XXX.1080p.mp4
https://gounlimited.to/d9c17wq6mo6h
https://gounlimited.to/d9c4qj6n2tb7/RKPrime_-_Aidra_Fox_-_A_Cock_For_Your_Thots.mp4
https://gounlimited.to/d9ndbs7x0inv/Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1080p.mp4
https://gounlimited.to/d9q23yof94iq
https://gounlimited.to/d9shpfc7cy41/leolulu-trueamateurs-08-26-19.mp4
https://gounlimited.to/d9tnyc6k8r60
https://gounlimited.to/dam4q7l4zoaj
https://gounlimited.to/dam4q7l4zoaj/TrueAmateurs_Hayliexo.mp4
https://gounlimited.to/daw5awt0x2ui/[DayWithAPornstar]_Kenzie_Taylor_(Kenzie_Chooses_Dick_Over_Dishes_/_05.31.2020).mp4
https://gounlimited.to/db6jv1rv5axw/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/db7c1tqwic01/Angela_White,_Scott_Nails_-_Jean_Queen_-_Big_Wet_Butts_-_Brazzers.mp4
https://gounlimited.to/dch526zynvb6/www.0xxx.ws_WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/dcx964pitth5/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4
https://gounlimited.to/dd8wgyn4rsh4/BrazzersExxtra.-.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.-.Brazzers.mp4
https://gounlimited.to/ddgawzbvn8z6/welivetogether.20.05.25.abella.danger.and.havana.bleu.shes.the.boss.mp4
https://gounlimited.to/del74ov6pgen/_FakeTaxi_Mia_Rose.mp4

https://gounlimited.to/dfpiauqipke0/Edible_Aubrey,_Alex_Legend_-_Meter_Maid_-_Look_At_Her_Now_-_Reality_Kings.mp4

https://gounlimited.to/dg6wy571h5z5/Hotandmean.20.06.03.Bridgette.B.and.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/dgfjfu9auhgn

https://gounlimited.to/dghx5jc5c99i/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/dgkavkt26fvm/Nicolette_Shea,_Markus_Dupree_-_Smart_Ho-me_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/dgokwid454dz

https://gounlimited.to/dgtnfntzve28/[Twistys]_Cherie_Deville_(A_Taste_Of_Cherie_/_06.03.2020).mp4

https://gounlimited.to/dgtoiglsm4zt/BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/dgyjum7p341p

https://gounlimited.to/dhqxoc11vju3

https://gounlimited.to/dinfj9bwbops/Remy_LaCroix,_Keiran_Lee_-_Remy's_Ring_Toss_Remastered_-_Big_Wet_Butts_-_Brazzers.mp4

https://gounlimited.to/dipjdf8x2lyt/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/diyswupw7or9

https://gounlimited.to/djfp4sxgr96w/Www.brazzersbox.in_blackedraw.20.06.15.aria.lee.mp4

https://gounlimited.to/dk866jqic4mk/Pornstars_Like_it_Big_Isis_Love_ALLWAYSWELL.mp4

https://gounlimited.to/dk9ytbf8rlaz

https://gounlimited.to/dklbwonlfzqt/BrazzersExxtra_1080p-_Kendra_Sunderland,_Madison_Ivy_-_Bodacious_Bikini_Threesome.mp4

https://gounlimited.to/dkvji4wf0cx3/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4

https://gounlimited.to/dlxdec33alvj/DayWithAPornstar_Joanna_Angel.mp4

https://gounlimited.to/dm5t29a4wcyf

https://gounlimited.to/dmg7o1j5z9lc/[ElegantAnal]_Ana_Foxxx_(It_Happened_One_Night_Part_4_/_06.02.2020).mp4

https://gounlimited.to/dnb0bvzsewcd/Www.brazzersbox.in_Baeb_-_Riley_Reid_and_Lana_Rhoades_-_Step-Sisters_Of_Beverly_Hills.mp4

https://gounlimited.to/dnnw8zms9n9w/LilHumpers_-_Reagan_Foxx_-_I_Love_Yoga.mp4

https://gounlimited.to/do46v8sce3m6

https://gounlimited.to/do951zgnd9j4/PublicAgent.-.Lydia.Black.The.Pre-Lockdown.Fuck.mp4

https://gounlimited.to/doe8ovtesc8r/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/doell5s652jm/BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/dokhk8j05fm7/Lacy_Lennon,_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.mp4

https://gounlimited.to/dopwihh36rju/twistys.20.06.17.jewelz.blu.mp4

https://gounlimited.to/dpubojlsmwjt/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2020).mp4

https://gounlimited.to/dq27p9kkaetd/Www.brazzersbox.in_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/dq8m3pihz0ye/Jewelz_Has_Cock_For_Breakfast_-_Jewelz_Blu_-_DayWithAPornstar_-_Brazzers.mp4

https://gounlimited.to/dqaedel04qba/Www.brazzersbox.in_blackedraw.20.05.04.liya.silver.and.alyssia.kent.mp4

https://gounlimited.to/dqzxryfvfzcb/[FakeHostel]Leanne_Lace,Aaeysha_-
_Role_Play_Gone_Wrong_[02.16.20][HD].mp4

https://gounlimited.to/dr7l77w2qkww/RealWifeStories_-_Kissa_Sins_-
_Showering_His_Wife_With_Attention_(10_06_2018).mp4

https://gounlimited.to/dr99cgew5y6h

https://gounlimited.to/drifb3xvqber/SneakySex.20.06.17.Scarlit.Scandal.Sneaking.In.With.Scarlit.XXX.SD.MP
4-.mp4

https://gounlimited.to/drmfalicwezh/[BrazzersExxtra]_Halle_Hayes_(A_Wild_And_Crazy_Cock_Stuffing_Part
y_/_06.01.2020).mp4

https://gounlimited.to/drneccms2d04/MommyGotBoobs_-_Ryan_Keely_-
_I_m_Not_a_Regular_Mom,_I_m_a_Cool_Mom_(11_06_2018).mp4

https://gounlimited.to/dsl9m1jyllx1/twistys.20.06.08.dakota.on.display.mp4

https://gounlimited.to/dsoelfohhjn8/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p
.MP4-KTR.mp4

https://gounlimited.to/dt097xn7z8ob/Best_Of_Brazzers_-_Madison_Ivy_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/dt1c6t9k34rl

https://gounlimited.to/dt3xkeszt3es/bex.20.05.15.best.of.brazzers.squirt.fest.mp4

https://gounlimited.to/dt66q2igwth7/Kennedy-Leigh-Brazzers-21-Hump-Street:-Remastered-2020-06-13.mp4

https://gounlimited.to/dtmt7tx6ciwm/Www.brazzersbox.in_newsensations.20.06.03.brittany.andrews.mp4

https://gounlimited.to/dtt4jifu5m8a/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfrie
nd.To.Make.You.Mad.1080-MaMi.mp4

https://gounlimited.to/dtw87687xxp6/[DigitalPlayground]_Vanessa_Sky_(Falling_From_Grace_Part_3_/_06.01
.2020).mp4

https://gounlimited.to/dtxktz2pr2fr/fakehuboriginals.20.06.12.eva.elfie.solo.mp4

https://gounlimited.to/du210p573mfo

https://gounlimited.to/dua30et5mb2u/www.0xxx.ws_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p
.MP4-KTR.mp4

https://gounlimited.to/duseinqbsud7/Www.brazzersbox.in_GotMylf.20.05.29.Tiffany.Fox.Conquest.XXX.SD.
MP4-KLEENEX.mp4

https://gounlimited.to/duxm186gsqc2/Susy_Gala,_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work_-
_Brazzers.mp4

https://gounlimited.to/duzde9jh58mi/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-
Face_/_06.11.2020).mp4

https://gounlimited.to/dv81d12zfvl7/Fake_Hostel_Anissa_Kate_Kathy_ALLWAYSWELL.mp4

https://gounlimited.to/dvf5jagvs62g/Www.brazzersbox.in_TeamSkeetExtras.20.06.03.Skylar.Vox.Naturals.XX
X.SD.MP4-KLEENEX.mp4

https://gounlimited.to/dvk13ikjr9kw/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me
_Horny_/_06.11.2020).mp4

https://gounlimited.to/dvkwzs8w45xw

https://gounlimited.to/dvoxna6mrhrp/RealWifeStories_-_Monique_Alexander_-
_Two_To_Tango_(20_05_2018).mp4

https://gounlimited.to/dvq0t26qzka3/_Jewelz_Has_Cock_For_Breakfast_%E2%80%93_Jewelz_Blu_%E2%80
%93_DayWithAPornstar_%E2%80%93_Brazzers.mp4

https://gounlimited.to/dw78cm12hkw2

https://gounlimited.to/dwnrenako1pe/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_0
6.09.2020).mp4

https://gounlimited.to/dxegw1t3tq9z

https://gounlimited.to/dy8hnfklx0ha/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020)
.mp4

https://gounlimited.to/dyd1rdyvq8wn/RKDupes.20.06.16.Pedicure.Her.XXX.INTERNAL.1080p.MP4-
TRASHBIN.mp4

https://gounlimited.to/dyjdhko5r6nh/FakeTaxi.20.06.05.Romy.Indy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/dyp754o9dsr4
https://gounlimited.to/dypr2ygahhe1/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4
https://gounlimited.to/dyto62qajdsw/faketaxi.20.06.01.mia.rose.mp4
https://gounlimited.to/dzaiunlu3toq
https://gounlimited.to/dzaiunlu3toq/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/dzr9bp8a8yo9/Kataljna.Kittin.Wet.Kittin.RKPrime.hardcore.mp4
https://gounlimited.to/e036b5boln0h
https://gounlimited.to/e0i0p44w86uu
https://gounlimited.to/e0oe37m97nzt/Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.MILF.XXX.1080p.mp4
https://gounlimited.to/e0u6chltui1i/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/e0zfexdwjzh3/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4
https://gounlimited.to/e11d0lxt2lpw/FakeHostel_Anissa_Kate_Lola_ALLWAYSWELL.mp4
https://gounlimited.to/e13axv4obpb5/Best.Of.Brazzers.Ava.Addams[Telegram@BR_ZZ].mp4
https://gounlimited.to/e1tc8pp8ej73/Dahlia_Sky_-_Step_Brazzers.mp4
https://gounlimited.to/e32060hbrlgt/_TrueAmateurs_Jessica_Miller.mp4
https://gounlimited.to/e3450915jkdq/DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/e3c2rnr9ijyf/MommyGotBoobs_-_London_River_-_Slipping_It_In_The_Soccer_Milf_(14_07_2018).mp4
https://gounlimited.to/e3dpef8opr32/danejones.20.06.07.best.of.creampies.mp4
https://gounlimited.to/e3e06lrrw2na/Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.PornstarsLikeItBig.MILF.bigtits.mp4
https://gounlimited.to/e3gonplutbl4/MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.mp4
https://gounlimited.to/e3iggr8mxl5w
https://gounlimited.to/e40ivg9ow2ix/Aidra_Fox,_Brad_Knight_-_A_Cock_For_Your_Thots_-_RK_Prime_-_Reality_Kings.mp4
https://gounlimited.to/e45j5ueywjfp/[FakehubOriginals]_Canela_Skin_(Lockdown_Workout_with_Canela_Skin_/_05.28.2020).mp4
https://gounlimited.to/e4vs8xd77awh/www.0xxx.ws_RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/e4zkclvnmh6r/[RKPrime]_Bridgette_B_-_The_Pornstar_Experience_(03.06.2020).mp4
https://gounlimited.to/e5exypv69pal/[BigWetButts]_Remy_Lacroix_-_Remys_Ring_Toss_REMASTERED_(03.06.2020).mp4
https://gounlimited.to/e68g5jih49di/Telegram_@getnewlink_dani_daniels_They_Always_Come_Back_-_BRAZZERS.mp4
https://gounlimited.to/e6dlkeblikwu/www.0xxx.ws_RKDupes.20.06.16.Pedicure.Her.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/e6kexq4ksiez/RKPrime_-_Bailey_Brooke_-_Surprised_By_The_Big_Package.mp4
https://gounlimited.to/e6l37swks2w8
https://gounlimited.to/e6m7e4nb86r6
https://gounlimited.to/e6mf7nu83b4z/Big.Wet.Butts.-.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.-.Brazzers.mp4
https://gounlimited.to/e7g68fnwn2wy/[DayWithAPornstar]_Kenzie_Taylor_(Kenzie_Chooses_Dick_Over_Dishes_/_05.31.2020).mp4
https://gounlimited.to/e7rowmirf7yg.html

52

https://gounlimited.to/e7tjmu6fbayy/MommyGotBoobs_-_Rebecca_More_-_Flex_and_Sex_(13_05_2018).mp4
https://gounlimited.to/e7upm7snfat0/DayWithAPornstar_Joanna_Angel_.mp4
https://gounlimited.to/e8eeuy2veqwo/[BigNaturals]_Gabriela_Lopez_(Shower_Fight_/_02.12.2020).mp4
https://gounlimited.to/e8k7zmcazgws
https://gounlimited.to/e8t45vzongd8/BrazzersExxtra.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.
1080p.mp4
https://gounlimited.to/e8v4nmipos73/[WeLiveTogether]_Lily_Rader,_Zoey_Taylor_(Poolside_/_06.03.2020).
mp4
https://gounlimited.to/e91k7dvujz3z
https://gounlimited.to/e93x3b4rdbih/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/e94jewyvxke5/[Twistys]_Alexis_Fawx_(Alexis_Faux_The_Boudoir_MILF_/_06.13.202
0).mp4
https://gounlimited.to/e97x5t3326yg
https://gounlimited.to/e9nnwuv2c1tf/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/e9xf55k26yhh
https://gounlimited.to/eaeaffkjmri8
https://gounlimited.to/eah9lptcrry3
https://gounlimited.to/eavdvww96tmf
https://gounlimited.to/ebki3oxm0u67
https://gounlimited.to/ebopy9jlbddx/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ebxxv3osj4mi/DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.X
XX.SD.MP4-.mp4
https://gounlimited.to/ec8y61vy5sgw/Stranded_Teens_-_Victoria_Sweet.mp4
https://gounlimited.to/ec91bx5cor1a
https://gounlimited.to/ecj8rs5yg9gs/RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.108
0p.mp4
https://gounlimited.to/ed8rc3htmotp/www.fxpornhd.com_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.T
hreesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/edmtc4yf2jel
https://gounlimited.to/edp1kv8oekxe/ZZSeries_-_Brazzers_House_3_Unseen_Moments_(02_11_2018).mp4
https://gounlimited.to/ee10gihkin5g
https://gounlimited.to/ee3gb5ok1c5e/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/eeu0k3lxwyt1/Mofos_Pretty_Jeanie_Marie_Sullivan_In_Outdoor_Amateur_Porn.mp4
https://gounlimited.to/efc3ky7o2nte/Realitykings_-
_Homework_And_Cocksucking_porn_%E2%80%93_Pornmz.mp4
https://gounlimited.to/efcyh080818c/[MofosBSides]_Lexie_Fux_(Porn_Pleasure_/_06.02.2020).mp4
https://gounlimited.to/efg95c60qs58/Lydia.Black.Public.Agent.POV.mp4
https://gounlimited.to/efq1smg03grj/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).
mp4
https://gounlimited.to/efwg0jlxzpl7/1080.mp4
https://gounlimited.to/eg7q8af482g5/BrazzersExxtra_Madison_Ivy.mp4
https://gounlimited.to/eg8tia7nz6ew/Big_Tits_at_Work_Bridgette_B_ALLWAYSWELL.mp4
https://gounlimited.to/eh2qhoox8mfu/Brazzers_-
_BigWetButts_presents_Keira_Croft_in_Keira_s_Ass_Craves_Cock___29.05.2020.mp4
https://gounlimited.to/eh9i6p5d7zwg/_Joannas_Oily_Workout_-_Joanna_Angel_-_DayWithAPornstar_-
_Brazzers.mp4
https://gounlimited.to/eih3aczilsim/Brazzers_Exxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080
p.mp4

https://gounlimited.to/eiw11fgx3e8t/TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ej9rxhrn15ja/[DayWithAPornstar]_Kenzie_Taylor_Gets_Stuck_(18.05.2020)_rq.mp4
https://gounlimited.to/ejzjogfxiekp/Mofos.Martina.Smeraldi.11.6.2020.1080p.mp4
https://gounlimited.to/ek2y75ig1q19/_BrazzersExxtra_Best_Of_Brazzers_.mp4
https://gounlimited.to/eklh1uxfwheh/rkprime.20.06.01.asia.rae.boyfriend.snatcher.mp4
https://gounlimited.to/ekpppo49q6f2/www.shhprn.uno.mp4
https://gounlimited.to/ekt4yg9vr2vm/Jill_Kassidy,_Molly_Stewart_-_Twistys_Spring_Break_Part_2.mp4
https://gounlimited.to/eku3ustahjcf/[FakeTaxi]_Romy_Indy_(The_Dominatrix_and_the_Big_D_/_06.05.2020).mp4
https://gounlimited.to/elwdhdaq2kei/teenslovehugecocks.20.02.01.aften.opal.caught.her.on.cam.mp4
https://gounlimited.to/em43fhzoqpu9
https://gounlimited.to/embed
https://gounlimited.to/emeyiycb6g4i/Www.brazzersbox.in_mts.20.06.09.bella.rose.and.kiara.edwards.my.step.moms.a.freak.mp4
https://gounlimited.to/emxlok43z21f/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/emyt2q0qjimt/_DayWithAPornstar_Rebecca_More_.mp4
https://gounlimited.to/enafavejz6pq/DontBreakMe_Pamela_Morrison.mp4
https://gounlimited.to/enjc24vbhjre/www.0xxx.ws_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/eohvecu2noex/BrazzersExxtra_-_Chanel_Preston_-_Making_A_Mess_On_The_Maid_(27_06_2018).mp4
https://gounlimited.to/eow96eayvrpj/Alexis_Crystal,_Nick_Ross_-_Sweet_Sexy_School_Uniform_Roleplay_-_Dane_Jones_-_SexyHub.mp4
https://gounlimited.to/episxjcg9hum/Www.brazzersbox.in_AnalMom.20.06.11.Kenzie.Taylor.Jailbird.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/epj5t7708dql/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).mp4
https://gounlimited.to/eppxehr4qoe4/[Day_With_A_Pornstar]_Siouxsie_Q_-_Siouxsie_Q's_Anal_Kitchen_Cleaning_(PervyVideos.com).mp4
https://gounlimited.to/eq5vcg2r00a3/Rebeccas_Shower_Time_Fun_-_Rebecca_More_-_DayWithAPornstar_-_Brazzers.mp4
https://gounlimited.to/eqbw62iy1duk/RealityKings_-_Mary_Rock_-_Slutty_Mary_(20_06_2018).mp4
https://gounlimited.to/eqkxsycvrwuw/fakedrivingschool.20.06.10.lady.dee.mp4
https://gounlimited.to/er1ox86p3vg4
https://gounlimited.to/er7h2zugy8ht/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4
https://gounlimited.to/er9ycdawi2cv/BrazzersExxtra_-_Best_Of_Brazzers_Sneakiest_Moments.mp4
https://gounlimited.to/ery7fl5fj8jz/[PervsOnPatrol]_Kali_Roses_(Consoling_Kali_/_02.12.2020).mp4
https://gounlimited.to/esh3dz7pt3s8
https://gounlimited.to/esm9x7tkrajb/Realitykings_-_Big_Dick_Energy_porn_%E2%80%93_Pornmz.mp4
https://gounlimited.to/estg1vo8cqrg/[BrazzersExxtra]_Best_Of_Brazzers_Sneakiest_Moments_(06.02.2020).mp4
https://gounlimited.to/etd0igjav99h
https://gounlimited.to/etkfk3lzaoee.html
https://gounlimited.to/etkfwnfczww0
https://gounlimited.to/etkfwnfczww0/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/etx4dqkzp9hb

https://gounlimited.to/eui8g0m6hnkd/Jasmine_Caro_&_Kiara_Mia_&_Luna_Star_&_Rose_Monroe_-_El_Pelon_de_Brazzers_aka_Johnny_Mexico.mp4

https://gounlimited.to/euin8fcqar4f/Joanna_Angel_-_Getting_Joanna_Out_Of_The_Shower_(DayWithAPornstar.01.06.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/ev0hzbk1rc6k/Martina.Smeraldi.New.Study.Buddies.Public.PickUps.mp4

https://gounlimited.to/ev1q60qxnz7s/RKPrime.20.05.31.Bae.Egypt.22.US.Desperately.Seeking.Panties.0free2all.ws.mp4

https://gounlimited.to/ev6bgkq9ltki

https://gounlimited.to/evjnjtr2zbjw/Best_Of_Brazzers_Peta_Jensen_480p.mp4

https://gounlimited.to/evv78a9dnbel/fakehuboriginals.20.05.31.best.of.ebony.babes_x264.mp4

https://gounlimited.to/evvjqwys7sds/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4

https://gounlimited.to/ew1xubdkdqso/FakeTaxi.-.Romy.Indy.The.Dominatrix.And.The.Big.D.mp4

https://gounlimited.to/ew2qwpxuy458/www.0xxx.ws_BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ew3zuwtciiyn/www.0xxx.ws_RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ewb14ttyfbcf/Pornstars_Like_It_Big.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.mp4

https://gounlimited.to/ewme6isdlmq0/[9xMovie.Kim]_Maid_For_A_Threesome_2020_BraZZers_Adult_Video_480p_HDRip_310MB_[HDmoviesFlix.Com].mp4

https://gounlimited.to/ex69em8lmiwb/www.0xxx.ws_WhenGirlsPlay.20.05.30.Alex.Blake.And.Scarlit.Scandal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/exunr7yudycu/PornstarsLikeItBig_-_Brandi_Love_-_Keiran_Appreciates_Brandi_(11_04_2018).mp4

https://gounlimited.to/exvai4pqynzn/FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ey82ppqkixr7

https://gounlimited.to/eyb8nbhxkdy3/Rkprime_-_Nicolette_Shea_Big_Dick_Energy_[720p_HD].mp4

https://gounlimited.to/eyh7ucpuu42h

https://gounlimited.to/eysh4o6mhadc/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ez11ialj8meb

https://gounlimited.to/ezgsmd4eu9ae/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ezknxa8kiw9m/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ezv2yqq37jn1/brazzerspremium.xyz_Two_Girls_Lick_Each_Others_Cunts.mp4

https://gounlimited.to/f0b3s1s5cfd0

https://gounlimited.to/f0rktegf96l4/PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.SD.MP4-.mp4

https://gounlimited.to/fl424qos6gta

https://gounlimited.to/fl46qaswlk36

https://gounlimited.to/fl46qaswlk36/HotAndMean_Abella_Danger_ALLWAYSWELL.mp4

https://gounlimited.to/flb3lw75ohza

https://gounlimited.to/flghtzjnoowh/Www.brazzersbox.in_BlowJobFridays.20.05.29.Arietta.Adams.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/flo0qq22nrku/Brazzers_Exxtra_Canela_Skin_ALLWAYSWELL.mp4

https://gounlimited.to/flqcpic3l2aa/Www.brazzersbox.in_DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valentine.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/fltrtp0iinli

https://gounlimited.to/f2c5n2yangh6/Brazzers_-_BrazzersExxtra_presents_Ariella_Ferrera__Eva_Notty__Jasmine_James__Misty_Stone__Nicolette_Shea__Sarah_Banks__Skyler_Mckay_in_Best_Of_Brazzers__Sneakiest_Moments___02.06.2020.mp4

https://gounlimited.to/f2mex9rb0ulc/www.0xxx.ws_BrazzersExxtra.20.05.07.Anny.Aurora.A.Very.Anal.Maid.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/f34bwubx01aj

https://gounlimited.to/f3abxksz0quc

https://gounlimited.to/f3qkrzr7h2e0/[RKPrime]_Abella_Danger_(The_Pirate_Gets_The_Booty_/_06.02.2020).mp4

https://gounlimited.to/f558erhvwb3c/Twistys_presents_Cherie_DeVille_-_A_Taste_of_Cherie___03.06.2020.mp4

https://gounlimited.to/f5cvfwevr7j8/www.0xxx.ws_DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/f5qqr5u4u02i/BrazzersExxtra.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.mp4

https://gounlimited.to/f65hszq05uk1/momsbangteens.20.02.14.lexi.luna.and.vanna.bardot.red.with.envy.mp4

https://gounlimited.to/f67c8a2pipad/teamskeetselects.20.03.04.best.of.sneaky.sex.compilation.mp4

https://gounlimited.to/f6grzsjcfdah/[RK_Prime]_Bailey_Brooke_-_Surprised_By_The_Big_Package_(PervyVideos.com).mp4

https://gounlimited.to/f6w1tdsvjarr/[FakeTaxi]_Romy_Indy_(The_Dominatrix_and_the_Big_D_/_06.05.2020).mp4

https://gounlimited.to/f8qiqricd5e7/Gabriela.Lopez.Family.Road.Trip.Dick.SneakySex.bigtits.mp4

https://gounlimited.to/f8u1ujuayxqq

https://gounlimited.to/f8vkjpz144is/FakeHostel_-_Michael_Fly,_Josephine_Jackson,_Marilyn_Sugar_-_Sex_Slave_Not_Included.mp4

https://gounlimited.to/f8w1h9o2vl12

https://gounlimited.to/f8yr4c7cfsby/Sweet_Sexy_School_Uniform_Roleplay_-_Alexis_Crystal_-_DaneJones_-_SexyHub.mp4

https://gounlimited.to/f9ek5w9zp2y6/Www.brazzersbox.in_MyDirtyMaid.20.06.09.Dani.Blu.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/faewuojiq8rh/DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/fafv04lws8ub/www.0xxx.ws_MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/fah7ijxyvru4/Erito_-_Creampie_For_Harukas_Pretty_Pussy.mp4

https://gounlimited.to/faoku9gd8exk

https://gounlimited.to/fav81vo5kxzh/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4

https://gounlimited.to/fawbaaoajngn/Brazzers_-_Massage_-_Jenni_Lee.mp4

https://gounlimited.to/fb52007jbatr

https://gounlimited.to/fb6na9w1ucok

https://gounlimited.to/fbc9rioauiqt

https://gounlimited.to/fbr4kqvfwvyx/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp4

https://gounlimited.to/fc31td11ieez/Www.brazzersbox.in_HandsOnHardcore.20.06.10.Siya.Jey.Strictly.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/fcixfooemokr/RKDupes.20.05.Lesbehonest.Part.2.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/fct8zx2cagu4/LetsTryAnal_-_Maya_Bijou_Oh_My!_(18_06_2018).mp4

https://gounlimited.to/fd00ui7x6z4j/Gabriela.Lopez.Family.Road.Trip.Dick.SneakySex.bigtits.mp4

https://gounlimited.to/fdnlm92aihqn/DaneJones_-_Alina_Crystall_-_Intimate_love_with_gorgeous_Russian.mp4

https://gounlimited.to/fdovkwoqzmgo/RKPrime.-.Asia.Rae.Boyfriend.Snatcher.-.Reality.KIngs.mp4

https://gounlimited.to/feael68cftxb

https://gounlimited.to/fffamm324e1e/BrazzersExxtra_-
_Abigail_Mac_And_Azul_Hermosa_A_Mistress_For_All_Seasons_[720p_HD].mp4

https://gounlimited.to/ffwypfhe7mi5/Mofos_-_GirlsGonePink_presents_Alice_Bong__Leah_Meow_-
_Unfaithful_Turnaround_Part_2___19.05.2020.mp4

https://gounlimited.to/ffxo9vj7t2fx/www.0xxx.ws_RKPrime.20.06.15.Gianna.Dior.Sex.Inherited.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/fgk5z85b5ibz/[Look_At_Her_Now]_Candice_Dare:_Lesbehonest_Part_2_(PervyVideos.
com).mp4

https://gounlimited.to/fgluuu4b3jwe/www.0xxx.ws_BrazzersExxtra.20.05.19.Best.Of.Brazzers.Meanest.Lesbia
ns.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/fh0e1432d6i8/BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.
Bikini.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/fh522lx3kiis/PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/fhhv97tic7gs/RealityKings_-_RKPrime_presents_Asia_Rae_-
_Boyfriend_Snatcher___01.06.2020.mp4

https://gounlimited.to/fhia9gnlkr0r/erito.20.06.12.creampie.for.harukas.pretty.pussy.jp.mp4

https://gounlimited.to/fhnzg709lcr5

https://gounlimited.to/fhud0a2r033k/www.0xxx.ws_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Choose
s.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/fielhqd7gg4c

https://gounlimited.to/fjoo2xoxufzs

https://gounlimited.to/fjopo66l0pd3/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06
.07.2020).mp4

https://gounlimited.to/fjw0anw09f5d/elegantanal.20.06.02.ana.foxxx.it.happened.one.night.part.4.mp4

https://gounlimited.to/fjwwp4r8hogk/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_
/_06.11.2020).mp4

https://gounlimited.to/fl210nary9wg/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_
Threesome_/_06.08.2020).mp4

https://gounlimited.to/fl6rz89p51gh/Rebecca_More_-_Rebecca's_Shower_Time_Fun_-
_Day_With_A_Pornstar_-_Brazzers.mp4

https://gounlimited.to/flpbukan0j0z/Telegram_@getnewlink_dani_daniels_The_Whore_of_Wall_Street_Ep-3-
_Bitch_You_Work_For_Me_-_BRAZZERS.mp4

https://gounlimited.to/fm2dgm0zqbs0/Www.brazzersbox.in_deeper.20.06.04.paris.amour.and.catalina.ossa.mp4

https://gounlimited.to/fmchwd1c0dc9/Www.brazzersbox.in_Joymii.20.05.30.Cayla.Lyons.Blindfolded.XXX.S
D.MP4-KLEENEX.mp4

https://gounlimited.to/fmpsn1y8wnph/RKPrime_Kira_Queen_ALLWAYSWELL.mp4

https://gounlimited.to/fn5lf7q7s1o9/Day_WithAPornstar_Alexis_Fawx_ALLWAYSWELL.mp4

https://gounlimited.to/fnenn59boh1e/_BigTitsAtSchool_Stacy_Cruz_.mp4

https://gounlimited.to/fnvqqv1uqv08/Www.brazzersbox.in_blacksonblondes.20.06.02.kay.carter.mp4

https://gounlimited.to/fo10n0z7zcwn/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Su
n.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/fo2nn42jglwt/Gianna.Dior.Sex.Inherited.RKPrime.hardcore.mp4

https://gounlimited.to/fooz0cu0wexx/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-.mp4

https://gounlimited.to/foqvpxs5829o/www.0xxx.ws_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed
.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/foxsvhrsxn0b

https://gounlimited.to/fp0nqjhnz4ob/TransAngels_-_Daisy_Taylor_Bitch_Craft.mp4

https://gounlimited.to/fp6ebimh98qm

https://gounlimited.to/fpg360abvl0p/[BrazzersExxtra]_Best_Of_Brazzers_Sneakiest_Moments_(06.02.2020).m
p4

https://gounlimited.to/fpg9s0ajh72x/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fq1axs9cl8pz
https://gounlimited.to/fqgnz9j25y3x
https://gounlimited.to/fqkywnould9y/Nathaly_Cherie,_Cage_-_Nathaly_Doesn't_Like_It_Dirty_-_Fake_Taxi_-_FakeHub.mp4
https://gounlimited.to/fqpo9udpx9nn
https://gounlimited.to/fqzqfg1cbz0t/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4
https://gounlimited.to/fr157h5dd6io/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/friq5vvd3d1u/Mia_Bandini_-_Braided_Hair_Cutie_Gets_Anal_Creampie_-_True_Amateurs.mp4
https://gounlimited.to/frirws1icsjq/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4
https://gounlimited.to/frluylzpjt8d/www.0xxx.ws_FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/frxeh57c4s17/[9xMovie.Kim]_Siouxsie_Q's_Anal_Kitchen_Cleaning_2020_BraZZers_Adult_Video_480p_HDRip_350MB_[HDmoviesFlix.Com].mkv
https://gounlimited.to/ftqx7ep041tg/Www.brazzersbox.in_AnalMom.20.06.04.Cherie.Deville.Twerk.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ftwlq42tiv5y/DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.SD.MP4-.mp4
https://gounlimited.to/fu1echph54dm
https://gounlimited.to/fukmwuysd13p/twistys.20.06.10.vina.sky.not.a.cloud.in.the.sky.mp4
https://gounlimited.to/fv35izxqh8kl/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fver8gdmc0fj/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fvfykf1y94hw/IKnowThatGirl_Kylie_Rocket_ALLWAYSWELL.mp4
https://gounlimited.to/fw23ebstiomp
https://gounlimited.to/fw7nea3t41p9/TurningTwistys_-_Sabina_Rouge_And_Liv_Wild_-_Even_Cowgirls_Get_Horny.mp4
https://gounlimited.to/fwackx71ztam/Turningtwistys.20.06.01.Sabina.Rouge.and.LIV.Wild.Even.Cowgirls.Get.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fwjx6znmn7y3/TrueAmateurs_Aila_Donovan_ALLWAYSWELL.mp4
https://gounlimited.to/fx0hs8x0ldlm/Www.brazzersbox.in_assparade.20.06.08.valentina.jewels.mp4
https://gounlimited.to/fx2sfalvvuco/Day.With.A.Pornstar.-.Siouxsie.Q.Anal.Kitchen.Cleaning.-.Brazzers.mp4
https://gounlimited.to/fxi1dxjvouot/TrueAmateurs.20.06.08.Portia.Paris.1080p.mp4
https://gounlimited.to/fxic14xd2t5a/www.0xxx.ws_WhenGirlsPlay.20.06.15.Gianna.Dior.And.Jade.Baker.Girl.Crush.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fxkvllblpf2j/MommyGotBoobs_-_Ava_Addams_-_Getting_Her_Beauty_Peep_(16_08_2018).mp4
https://gounlimited.to/fxl37hvo172k/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.mp4
https://gounlimited.to/fxrmgecfasdf/Brazzers_-_HotAndMean_presents_Bridgette_B___Kiara_Cole_-_Fucking_Fight_Me___03.06.2020.mp4
https://gounlimited.to/fxz2f3y1wc7e/DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fy8pp2p4q1hn/brazzersexxtra-best-of-brazzers-anal-extravaganza_360p.mp4
https://gounlimited.to/fz47cl7py8ac/One_Day_Fare_-_Anya_Ivy_-_RKPrime_-_RealityKings.mp4
https://gounlimited.to/fzmip8q3c9d7/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/fzxsxhlitt14/Bridgette_B,_Jessy_Jones_-_The_Pornstar_Experience_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/g0anardna393/RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g0goeww57w8t

https://gounlimited.to/g0hf1jgxhi3q/RealityKings_Romi_Rain_ALLWAYSWELL.mp4

https://gounlimited.to/g0hlgfy1wlil

https://gounlimited.to/g0r81eeygy29/Abella_Danger,_Kira_Noir,_Danny_D_-_Maid_For_A_Threesome_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/g0u6hsmorz0o/Www.brazzersbox.in_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/g178h0wkytyl

https://gounlimited.to/g1dnvvlxlmfp/Telegram_@getnewlink_dani_daniels_Servicio_de_Limpieza_Mojado_y_Salvaje_-_BRAZZERS.mp4

https://gounlimited.to/g21pwwr1y3gm

https://gounlimited.to/g21pwwr1y3gm/fakehuboriginals.20.06.12.eva.elfie.solo.mp4

https://gounlimited.to/g2az7uh7jnat

https://gounlimited.to/g2b37h6tw493/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g2ywk2pbp0go/[RKPrime]_Abella_Danger_(The_Pirate_Gets_The_Booty_/_06.02.2020).mp4

https://gounlimited.to/g2z0vu7gilif/ElegantAnal_Angela_White.mp4

https://gounlimited.to/g30bucno8bw9/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g3g9gg75ibxt/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/g3jrxsmi5c3y/[MilfsLikeItBig]_Tommie_Jo_(MILF_In_The_Closet_/_05.30.2020).mp4

https://gounlimited.to/g3k7d72vhuok/Daywithapornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g45s0emp1jj2/FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/g4h2wwlh2exe/RealityKings_-_RKPrime_presents_Jane_Wilde__Emily_Willis_-_Face-To-Face__Emily___Jane___11.06.2020.mp4

https://gounlimited.to/g4iq2asn9phv/www.0xxx.ws_BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g4j1xqlqfv45/Vying_For_Morgan_-_Morgan_Lee,_Zac_Wild.mp4

https://gounlimited.to/g4mb6m2grown/www.0xxx.ws_DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valentine.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g4prm3kc10ag/Www.brazzersbox.in_HandsOnHardcore.20.06.13.Liya.Silver.Busty.Babes.Pussy.Destroyed.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/g52yoo21ulud/www.0xxx.ws_Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g5afjb6u8fnd/Www.brazzersbox.in_ThisGirlSucks.20.06.02.Ashley.Lane.Tonsils.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/g5eclagjrmxr/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4

https://gounlimited.to/g5y2ednt0yld/Public_PickUps_-_Martina_Smeraldi_-_New_Study_Buddies.mp4

https://gounlimited.to/g6l96mwsi8ti/Www.brazzersbox.in_bffs.20.06.14.jewelz.blu.and.emily.willis.lick.it.off.int.mp4

https://gounlimited.to/g6vxzamgzcqq/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me_Horny_/_06.11.2020).mp4

https://gounlimited.to/g75wu9nqqyqc

https://gounlimited.to/g7c4dtjp6aaj/BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g7d3xolvsmsd/Look_At_Her_Now_-_Edible_Aubrey_-_Meter_Maid_(PervyVideos.com).mp4

https://gounlimited.to/g7fi5hu3ug81

https://gounlimited.to/g8075ctaw1gc/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4

https://gounlimited.to/g89ooco7flqv/www.0xxx.ws_HotAndMean.20.04.14.Adriana.Chechik.And.Penny.Pax.The.Malcontent.Mistress.Part.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/g8e2b9c13k51/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/g8rzrm1xxk30

https://gounlimited.to/g8vi9jv57b1d/Pornstars_Like_it_Big_Isis_Love_ALLWAYSWELL.mp4

https://gounlimited.to/g9kbqd4msooj/TrueAmateurs.20.06.01.Mia.Bandini.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/gae5agnpubwj/[BrazzersExxtra]_Halle_Hayes_(A_Wild_And_Crazy_Cock_Stuffing_Party_/_06.01.2020).mp4

https://gounlimited.to/gaejl1avq2ww

https://gounlimited.to/gaw5zrif48zk

https://gounlimited.to/gbdwoa0wxjnh

https://gounlimited.to/gbntuhvf4jyt/Lacy_Lennon,_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.mp4

https://gounlimited.to/gbqqyoxffs53/RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/gbr6x7dn372l/Jessica_Jade,_Xander_Corvus_-_You_Splashed_My_Snatch_-_Milfs_Like_It_Big_-_Brazzers.mp4

https://gounlimited.to/gbuhsfhuo3w7

https://gounlimited.to/gc21fhxu67c4/TrueAmateurs_presents_Mia_Bandini_in_Braided_Hair_Cutie_Gets_Anal_Creampie___01.06.2020.mp4

https://gounlimited.to/gc5n5a0aj2np/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4

https://gounlimited.to/gc8xj14z598j/Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.DayWithAPornstar.bigtits.mp4

https://gounlimited.to/gcbbyceen859/welivetogether.20.05.25.abella.danger.and.havana.bleu.shes.the.boss.mp4

https://gounlimited.to/gcushvgmnisw/Www.brazzersbox.in_Private.20.06.05.Gabi.Gold.Enjoys.Passionate.Interracial.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/gdxs8rp0y703

https://gounlimited.to/ge8dc6yutist/BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ge9tmabtgnl6/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/gecwc2vmq7k4

https://gounlimited.to/gefkia5gm9pb/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.SD.MP4-.mp4

https://gounlimited.to/gekhbujpe77u/PornstarsLikeItBig_-_Ivy_Lebelle_-_Dream_Analysis_(06_06_2018).mp4

https://gounlimited.to/geyc8xt37vfo/MommyGotBoobs_-_Rebecca_More_-_Just_One_Clit_Away.mp4

https://gounlimited.to/gf3jln51s8b5/1080.mp4

https://gounlimited.to/gfvlaobgdspc

https://gounlimited.to/gfw4jjfx1qlg/BrazzersExxtra.-.Best.Of.Brazzers.Sharing.Stepsiblings.-.Brazzers.mp4

https://gounlimited.to/gg0w32c6n59z/LookAtHerNow.19.04.25.Candice.Dare.Lesbehonest.Part.2.XXX.SD.MP4-.mp4

https://gounlimited.to/gg3wjxux1wm3/[BigWetButts]_Keira_Croft_(Keira's_Ass_Craves_Cock_/_05.29.2020).mp4

https://gounlimited.to/ggdxh4hlitrc/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.X
XX.1080p.MP4-KTR.mp4
https://gounlimited.to/gh8q8lpa6uc1/Www.brazzersbox.in_TeenCurves.20.05.29.Ivy.Green.Pouty.XXX.SD.MP
4-KLEENEX.mp4
https://gounlimited.to/ghq7yqj35dib/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4
https://gounlimited.to/gi85nmuimo8k/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.SD.M
P4-.mp4
https://gounlimited.to/gietb5e4dc1e/Lenina.Crowne.Lenina.Gets.A.Workout.DayWithAPornstar.redhead.mp4
https://gounlimited.to/gig7sm78qme7/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock
_/_06.11.2020).mp4
https://gounlimited.to/giic3joh3mjo/Kendra-Sunderland-Brazzers-Bodacious-Bikini-Threesome-2020-06-
08.mp4
https://gounlimited.to/gipiniib97oo
https://gounlimited.to/giz9w7l1kpm4/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4
https://gounlimited.to/gj9rm8d861ol
https://gounlimited.to/gjig4ti72ko1/Jewelz_Blu,_Luke_Ryder_-_Jewelz_Has_Cock_For_Breakfast_-
_Day_With_A_Pornstar_-_Brazzers.mp4
https://gounlimited.to/gjtfbudzebip/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.
Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gke7jxvv0mh2/WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.10
80p.MP4-KTR.mp4
https://gounlimited.to/gkhdixaabxj4/BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.mp4
https://gounlimited.to/gkohxjpskqe2
https://gounlimited.to/gl2fm4m0rkx1/_ElegantAnal_Ana_Foxxx_.mp4
https://gounlimited.to/gm72wq7dasuh
https://gounlimited.to/gmd0g7kxihvk
https://gounlimited.to/gmd0g7kxihvk/RKPrime_Luna_Star_ALLWAYSWELL.mp4
https://gounlimited.to/gmpw3mnfz5ju/Www.brazzersbox.in_passion.hd.20.05.30.sybil.walking.dream.mp4
https://gounlimited.to/gms2wvqkr2py/[Brazzers]_Best_Of_Brazzers_Peta_Jensen.mp4
https://gounlimited.to/gmtjji0dc13x/www.0xxx.ws_FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.108
0p.MP4-KTR.mp4
https://gounlimited.to/gmwbuxyrjhvy
https://gounlimited.to/gn3i4vo79rvr
https://gounlimited.to/gn52lwyhnbra/_StrandedTeens_Mackenzie_Mace_ALLWAYSWELL.mp4
https://gounlimited.to/gnn5vxlcbb76/[9xMovie.Kim]_All_Dolled_Up_Beauty_Queen_Edition_2020_BraZZers
_Adult_Video_480p_HDRip_280MB_[HDmoviesFlix.Com].mkv
https://gounlimited.to/gnpcjcr2c1dz/RK_Prime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.mp4
https://gounlimited.to/gnunbwefi7ip/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_
Edition_/_06.10.2020).mp4
https://gounlimited.to/gny6z79fiqw5/RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.SD.
MP4-KLEENEX.mp4
https://gounlimited.to/go4svte78mif/RealityKings_-_RKPrime_presents_Anya_Ivy_-
_One_Day_Fare___16.06.2020.mp4
https://gounlimited.to/goyiqpyod3mg/GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.
1080p.MP4-KTR.mp4
https://gounlimited.to/gp08lvvfcvv9
https://gounlimited.to/gph4r44s0dw6/[DayWithAPornstar]_Kenzie_Taylor_(Kenzie_Chooses_Dick_Over_Dish
es_/_05.31.2020).mp4
https://gounlimited.to/gpu5uju4959o/BrazzersExxtra_-_Liza_Del_Sierra_-_Sexpionage_(21_07_2018).mp4
https://gounlimited.to/gpyjlneb726l/www.0xxx.ws_WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poo
lside.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/gql4sd19eci8/FakehubOriginals_Best_ALLWAYSWELL.mp4
https://gounlimited.to/gqvd1yf1zx87/Luna_Star,_Markus_Dupree_-_Honeymoon_Rubdown_-_Dirty_Masseur_-_Brazzers.mp4
https://gounlimited.to/gr0d5ypwq19j/TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gr7zw1vsdhzs
https://gounlimited.to/grl697hrfam9/Fake.Taxi.-.Mia.Rose.4.Loads.Of.Spunk.For.Teen.mp4
https://gounlimited.to/gs9kw9z3wdoo/DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gsfe79rki7fr/Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gsirb3qqxhkd/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome_/_06.12.2020).mp4
https://gounlimited.to/gsrlvptrv6bx
https://gounlimited.to/gstxrd31q08c/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4
https://gounlimited.to/gsw1fwwzddd8/Eliza_Ibarra,_Keiran_Lee_-_Diving_For_A_Good_Dicking_-_Baby_Got_Boobs_-_Brazzers.mp4
https://gounlimited.to/gszr41uuoc5j
https://gounlimited.to/gt3lusaqkefh/Www.brazzersbox.in_AnalTeenAngels.20.05.31.Kristi.Fox.Young.Exhibitionists.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/gt9l6iqrq0ga/Www.brazzersbox.in_HandsOnHardcore.20.06.16.Lenina.Crowne.Naughty.Office.Antics.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/gtnp5u6e745g/BigWetButts_Keira_Croft_ALLWAYSWELL.mp4
https://gounlimited.to/gtqi4e0yp6j9
https://gounlimited.to/gu1tgg0s0amk/ElegantAnal.-.Ana.Foxxx.It.Happened.One.Night.Part.4.mp4
https://gounlimited.to/guwuhoisq21z/BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gv081rfowhcr
https://gounlimited.to/gv7nhcd6ftca/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gvc48r1kx9bl/RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.SD.MP4-.mp4
https://gounlimited.to/gvcmkm3p3l2x/Www.brazzersbox.in_DeepLush.20.06.03.Paisley.Porter.A.Chance.With.Her.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/gve6tanu8qoh
https://gounlimited.to/gvipio9ej5v7/TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.SD.MP4-.mp4
https://gounlimited.to/gvvvja02w7gk/strandedteens.20.06.17.scarlit.scandal.helpful.neighbor.mp4
https://gounlimited.to/gvyl8kydvz7g/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4
https://gounlimited.to/gwe7qgp0z1yb/Real_Wife_Stories_Nicolette_Shea_ALLWAYSWELL.mp4
https://gounlimited.to/gwsmhddcgomz/Kiara.Edwards.Pervy.Yoga.Spy.PervsOnPatrol.POV.mp4
https://gounlimited.to/gwu1gl38bn63
https://gounlimited.to/gxmihpbn9yyu/Surprised_By_The_Big_Package_-_Bailey_Brooke_-_RKPrime_-_RealityKings.mp4
https://gounlimited.to/gxmjjvdf77hz/Rkprime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/gxu9w5ah34sm/Alexis.Fawx.Lil.Jailbird.LilHumpers.bigtits.mp4
https://gounlimited.to/gy20hnloal91/PervsOnPatrol_-_Kiara_Edwards_-_Pervy_Yoga_Spy.mp4
https://gounlimited.to/gyrr3602ivio/Anya_Ivy,_Damon_Dice_-_One_Day_Fare_-_RK_Prime_-_Reality_Kings.mp4
https://gounlimited.to/gyyffb9h8np7/zzpublic_agent.mp4

https://gounlimited.to/gzmohf7peoq0
https://gounlimited.to/gzw0bxkcvhhs/brazzersexxtra-abella-danger-his-hands-are-tied_720p.mp4
https://gounlimited.to/h0bzg4m6hufc/Share_My_BF_-_Nadia_Jay_&_Lala_Ivey.mp4
https://gounlimited.to/h0dhbsa9ivp3/Alexis_Fawx,_Juan_El_Caballo_Loco_-_Lil_Jailbird_-_Lil_Humpers_-_Reality_Kings.mp4
https://gounlimited.to/h0zlbkr5w4gt
https://gounlimited.to/h10x9rz31r9f/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4
https://gounlimited.to/h186xg2n6i6u.html
https://gounlimited.to/h1mxj8zi79yc/Www.brazzersbox.in_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/h2ejz5ek9z15/TurningTwistys_Sabina_Rouge_.mp4
https://gounlimited.to/h2glsij3kvrg/Big_Tits_In_Sports_Kendra_Lust_ALLWAYSWELL.mp4
https://gounlimited.to/h2lte29l9uw3/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/h2s1xs2t97wn/MommyGotBoobs_-_Chanel_Preston,_Julia_Ann_-_Night_Caps_(13_05_2018).mp4
https://gounlimited.to/h31w1zmuxttl/Kiara_Edwards,_John_Anthony_-_Pervy_Yoga_Spy_-_Pervs_On_Patrol_-_Mofos.mp4
https://gounlimited.to/h327r187epja/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/h35hozvtkk8k/www.0xxx.ws_Erito.20.05.29.Airis.Unlimited.Erotic.Appetites.JAPANESE.XXX.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/h35kv9it45ha/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).mp4
https://gounlimited.to/h42hoza23ras/Hayliexo.TrueAmateurs.blonde.mp4
https://gounlimited.to/h458t3ddyszu
https://gounlimited.to/h4627q56pon5/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4
https://gounlimited.to/h4dw3ud43ig7
https://gounlimited.to/h59l0q720hi2/Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.RKPrime.threesome.mp4
https://gounlimited.to/h5hlxpnrv5kh/Mommy_Got_Boobs_Reagan_Foxx_ALLWAYSWELL.mp4
https://gounlimited.to/h5lodu4zxasl/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/h633rz8salq2/Best_Of_Brazzers__First_Anals_Cassidy_Klein,_Isis_Love,.mp4
https://gounlimited.to/h64hxwsksjka/Sexy_Neighborhood_-_Demi_Sutra_-_RKPrime_-_RealityKings.mp4
https://gounlimited.to/h6b1efh21sfq/Dirty_Masseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.mp4
https://gounlimited.to/h6foeyshwk0o
https://gounlimited.to/h6qyr7911v1p
https://gounlimited.to/h75jw4pjkfmm
https://gounlimited.to/h7fywfphaxtx/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4
https://gounlimited.to/h7hlp83cng8j
https://gounlimited.to/h7s6lx6ecgyg/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_/_06.11.2020).mp4
https://gounlimited.to/h93j9cfwkf2z/Aidra.Fox.A.Cock.For.Your.Thots.RKPrime.hardcore.mp4
https://gounlimited.to/h99iulskchxb
https://gounlimited.to/h9nl9o6yaarc
https://gounlimited.to/ha9dfgwf53m2/Mofos_-_Flashing_her_tits_for_cash.mp4
https://gounlimited.to/haw1adx06yeo/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hbairri0dm69/rkprime.20.06.07.rosalyn.sphinx.and.kylie.kingston.sit.on.it.mp4
https://gounlimited.to/hbcxr8zd5emb/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hbk4uscgwonv
https://gounlimited.to/hbmlbg5g7pai
https://gounlimited.to/hbysmptjru1u/RealityKings_-_RKPrime_presents_Bailey_Brooke_-_Surprised_by_the_Big_Package___06.06.2020.mp4.mp4
https://gounlimited.to/hc7rtw7pypa/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4
https://gounlimited.to/hd4spc73nx2l/Kaisa.Nord.DaneJones.solo.mp4
https://gounlimited.to/hd8uth3wzmay/True_Amateurs_-_Mia_Bandini.mp4
https://gounlimited.to/hdwfrryuk416/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/he5xbx4ypqfu/www.0xxx.ws_DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hedpgmdzmo1p/www.0xxx.ws_PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hemg5d9ze6ax/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hf47m09uh5z0/BigWetButts_Keira_Croft_ALLWAYSWELL.mp4
https://gounlimited.to/hf5pabgn8log/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.720-MaMi.mp4
https://gounlimited.to/hf7sfmkurci5/[DirtyMasseur]_Luna_Star_(Honeymoon_Rubdown_/_06.06.2020).mp4
https://gounlimited.to/hfiorl75iuej/Dont_Break_Me_%E2%80%93_Rae_Lil_Black_Tiny_Rae_Fucks_Her_Trainer.mp4
https://gounlimited.to/hfu5kws95g8m/[BrazzersExxtra]_Best_Of_Brazzers_Peta_Jensen_(05.29.2020).mp4
https://gounlimited.to/hg9r7nshgdtm
https://gounlimited.to/hghyuc7f8pqu
https://gounlimited.to/hghyuc7f8pqu/zzDaneJones_-_Rita_Argiles_sensually_fucking.mp4
https://gounlimited.to/hgif9qd3pctr/bex.20.06.05.best.of.brazzers.first.anals.mp4
https://gounlimited.to/hhfv9wylpw92
https://gounlimited.to/hhjde9o9yk6k
https://gounlimited.to/hhm20prl8ubc/RKDupes.20.06.02.Lesbehonest.Part.1.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/hhnjw4zzoaes/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4
https://gounlimited.to/hi8f4e7s0i3y/DayWithAPornstar_Gia_Derza_.mp4
https://gounlimited.to/hiz3yu9wjqnu
https://gounlimited.to/hj41zr2dyhbc/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hj6fwximev09/[9xMovie.Kim]_Bodacious_Bikini_Threesome_2020_BraZZers_Adult_Video_480p_HDRip_220MB_[HDmoviesFlix.Com].mp4
https://gounlimited.to/hj8i3jlxh6y0/www.0xxx.ws_BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hjcz4ele6s7h/www.0xxx.ws_RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/hjh1wxzfli8b/Telegram_@getnewlink_dani_daniels_Brazzers_House_Episode_One_-_BRAZZERS.mp4
https://gounlimited.to/hjhqbzp065s8/trueamateurs.20.06.08.portia.paris.mp4
https://gounlimited.to/hjot1c0n5hvj
https://gounlimited.to/hjxavzgnnz5h/RK_Prime___Realitykings_-_Johnny_The_Kid,_Bae_Egypt_Desperately_Seeking_Panties.mp4
https://gounlimited.to/hkxif44zhh2m/[RKPrime]_Bridgette_B:_The_Pornstar_Experience.mp4

https://gounlimited.to/hlj41emoyq74

https://gounlimited.to/hlxwuclkf7q3

https://gounlimited.to/hm57z8hi8kfp/bex.20.05.29.best.of.brazzers.peta.jensen.mp4

https://gounlimited.to/hmft3kcts0os/FakehubOriginals_presents_Eva_Elfie_in_Teen_Dream_Masturbation___12.06.2020.mp4

https://gounlimited.to/hmg1k9zyvqtf

https://gounlimited.to/hmp2bz6zhlgn

https://gounlimited.to/hmxkhtkdquvs/MILF_Wants_To_Play_-_Alena_Croft,_Scarlit_Scandal_-_MomsLickTeens_-_RealityKings.mp4

https://gounlimited.to/ho5f94cmzwri/Iknowthatgirl.20.05.20.Nella.Jones.The.Interview.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hoclpg8l9zxd

https://gounlimited.to/hoz2jxgrjl2u/RKPrime.-.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.-.Reality.Kings.mp4

https://gounlimited.to/hp03ywcgvuws/lesbea.20.06.01.cindy.shine.and.alina.crystall.mp4

https://gounlimited.to/hplieudhwgib/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.2020).mp4

https://gounlimited.to/hq4ssbiegjx0/[BrazzersExxtra]_Best_Of_Brazzers_Peta_Jensen_(05.29.2020).mp4

https://gounlimited.to/hqsvpnbema8k/Luna_Star_-_Luna_Rides_The_Pole_-_Day_With_A_Pornstar_-_Brazzers.mp4

https://gounlimited.to/hrgo9it0jfp9/Telegram_@getnewlink_dani_daniels_ZZ_Lemonade-_Dani_Daniels_-_BRAZZERS.mp4

https://gounlimited.to/hrv43aelyyh9/Nathaly.Cherie.FakeTaxi.bigtits_(PervyVideos.COM).mp4

https://gounlimited.to/hrvb92ttzpeg/FakehubOriginals.20.05.28.Canela.Skin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hs7pey5g4lnk

https://gounlimited.to/hsta4u8cfcbs/Siouxsie.Q.Anal.Kitchen.Cleaning.DayWithAPornstar.mp4

https://gounlimited.to/hsyv9no49clg/Mofos_PublicPickup_-_Candy_Hot.mp4

https://gounlimited.to/ht095a08e4tv

https://gounlimited.to/htdeisf9pvtq/BrazzersExxtra.-.Best.Of.Brazzers.First.Anals.-.Brazzers.mp4

https://gounlimited.to/htedzipv5ddh/RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.SD.MP4-.mp4

https://gounlimited.to/htsvoi19r797/Www.brazzersbox.in_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/htu2plvqaoxe

https://gounlimited.to/hu0hrh7csirx/PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmom.XXX.SD.mp4

https://gounlimited.to/hucc1ot4g7a0/Katie.Kush.and.Kenzie.Madison.Get.Flexible.DayWithAPornstar.lesbian.mp4

https://gounlimited.to/huy3ep3tmbto/RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hvpr00spcmhw/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hvwgxp5wk9c2

https://gounlimited.to/hw3tx2o2fsp8

https://gounlimited.to/hw3tx2o2fsp8/_BabyGotBoobs_Sommer_Isabella_ALLWAYSWELL.mp4

https://gounlimited.to/hw7m1lloyrs2/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hwdrnf0fagzj/[WhenGirlsPlay]_Alex_Blake,_Scarlit_Scandal_(05.30.2020).mp4

https://gounlimited.to/hwe2h3yeaxiv/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4

https://gounlimited.to/hxfb6acs6aiy/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/hxxx1qa60l38/[DayWithAPornstar]_Kenzie_Taylor_(Kenzie_Chooses_Dick_Over_Dishes_/_05.31.2020).mp4

https://gounlimited.to/hyfp4bbw3njo/Www.brazzersbox.in_EuroTeenErotica.20.06.01.Marica.Chanelle.And.Gina.Mother.Daughter.Tag.Team.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/hyww3itbmm7g/Fake_Family_Ebony_Step_Siblings_-_Sofia_Lee,_Asia_Rae_-_FakehubOriginals_-_FakeHub.mp4

https://gounlimited.to/hz29loo2e6li/MommyGotBoobs_-_Diamond_Jackson_-_Eye_on_the_Infield_(09_05_2018).mp4

https://gounlimited.to/hz9rlzb8ym0c

https://gounlimited.to/hzh1snmz46d1/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4

https://gounlimited.to/hzmw68to5qba/[Big_Wet_Butts]_Angela_White_-_Jean_Queen_(PervyVideos.COM).mp4

https://gounlimited.to/hzrm3khazgjk/Kristina_Rose,_Phoenix_Marie,_Chanel_Preston_-_Brazzers_New_Years_Eve_Party.mp4

https://gounlimited.to/hzwqnj298qe6/[DontBreakMe]_Pamela_Morrison_(Breaking_Pamela_/_06.05.2020).mp4

https://gounlimited.to/i0cfbuvz4srl/Kiara.Edwards.Pervy.Yoga.Spy.PervsOnPatrol.POV.mp4

https://gounlimited.to/i1l2mjqqopwq/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/i26jeeow3kn1/Www.brazzersbox.in_RoccoSiffredi.20.06.06.Verona.Sky.Fitness.Slut.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/i2iaruk0glwt

https://gounlimited.to/i2l362bbpi1l/www.0xxx.ws_RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/i2odqn9nb8xv

https://gounlimited.to/i327kou73fd3/FakeDrivingSchool_-_Lady_Dee_-_Suck_My_Disinfected_Burning_Cock_(PervyVideos.com).mp4

https://gounlimited.to/i3epych0kezw/Lacy_Lennon,_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.mp4

https://gounlimited.to/i44a3n64k9g2/Lilith_Addams_-_Mofos.mp4

https://gounlimited.to/i4kzxaajhvqy/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4

https://gounlimited.to/i4ntn4povuvm

https://gounlimited.to/i4x2fk0346qb/[BigWetButts]_Kagney_Linn_Karter_(Anally_Reamed_In_Her_Jeans_/_05.31.2020).mp4

https://gounlimited.to/i5a9b4pvfbkx/Www.brazzersbox.in_SeducedByACougar.20.06.03.Eve.Laurence.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/i5duw08wuh7x/Pervs.On.Patrol.-.Kiara.Edwards.Pervy.Yoga.Spy.-.Mofos.mp4

https://gounlimited.to/i5le8xuqrz5t/Alex.Blake.and.Scarlit.Scandal.WhenGirlsPlay.lesbian.mp4

https://gounlimited.to/i5nmv9tr5hev/HotAndMean.20.05.27.Serena.Santos.And.Alina.Belle.Masseuse.Rivalry.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/i5q0zeuagsuq/Fake_Taxi.20.06.05.Romy.Indy.XXX.1080p.mp4

https://gounlimited.to/i614ctvjh0t3/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/i62bj1dfee3c/Www.brazzersbox.in_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/i6gzerem2hz5

https://gounlimited.to/i6iclnmkla0q/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/i6tw46cm48fe

https://gounlimited.to/i7i7lzagde60/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/i7t14t75csl4/Bailey.Brooke.Surprised.By.The.Big.Package.RKPrime.hardcore.mp4
https://gounlimited.to/i7xqiijo6z0g/[DigitalPlayground]_Vanessa_Sky_-_Falling_From_Grace_Part_3_(01.06.2020).mp4
https://gounlimited.to/i7zvxm28auz7/BrazzersExxtra_-_Codi_Vore_A_Room_With_A_Cock_[720p_HD].mp4
https://gounlimited.to/i85gc8yj9424/Milfs_Like_it_Big_Romi_Rain_ALLWAYSWELL.mp4
https://gounlimited.to/i89plyh5zl7b
https://gounlimited.to/i8jkm3vfii8s/[RKPrime]_Nicolette_Shea_-_Big_Dick_Energy_(04.06.2020).mp4
https://gounlimited.to/i8jre2ta0fro
https://gounlimited.to/i8uh1qrrhfkf
https://gounlimited.to/i8uh1qrrhfkf/Mommy_Got_Boobs_Kaylani_Lei_ALLWAYSWELL.mp4
https://gounlimited.to/i95oeoycypqq/Www.brazzersbox.in_ThisGirlSucks.20.06.09.Nala.Nova.Fixation.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/i95yjdick121/Twistys_presents_Sabina_Rouge__Liv_Wild_in_Even_Cowgirls_get_Horny___01.06.2020.mp4
https://gounlimited.to/i9m0y291ovzc/PornstarsLikeItBig_-_Lela_Star_-_Borrow_A_Boyfriend_(29_04_2018).mp4
https://gounlimited.to/iaomv26jbpoo
https://gounlimited.to/ib5srgpegac2/rkprime.20.06.06.bailey.brooke.surprised.by.the.big.package.mp4
https://gounlimited.to/ib9h797576y6/Www.brazzersbox.in_SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ibi4jbsz6601/BrazzersExxtra.-.Abella.Danger.His.Hands.Are.Tied.mp4
https://gounlimited.to/ibi8wd2ja3rw/RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ibzv7vdjmojs
https://gounlimited.to/ic1ea8kax5x1/DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/icdwi148fwr7/FakeHostel_Anissa_Kate_They_ALLWAYSWELL.mp4
https://gounlimited.to/icec8xdlcx68
https://gounlimited.to/ices5vquj2yl/fakeagent.20.03.29.may.thai.mp4
https://gounlimited.to/icfid0p3c4ee
https://gounlimited.to/icwyd8xxvy55/PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/id1qh7ojmwgh/Www.brazzersbox.in_[Shoplyfter.com]_-_2020.06.10_-_Val_Steele_-_Case_No._7906114_(720p).mp4
https://gounlimited.to/id28tqeu4z11/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/id52qp9h28z4/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/idcwajgpwicj/Public.Pick.Ups.-.Martina.Smeraldi.New.Study.Buddies.-.Mofos.mp4
https://gounlimited.to/idgjfv2mhsq3/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/idv1l4ogvz1q/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4
https://gounlimited.to/iekuczidw7pe
https://gounlimited.to/if0uaa9vn2ib/BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.SD.MP4-.mp4
https://gounlimited.to/if49yy2bdlj7/Www.brazzersbox.in_ddfb.20.05.31.josephine.babe.needs.a.good.pounding.mp4
https://gounlimited.to/ifa5foembr9p/[DayWithAPornstar]_Joanna_Angel_(Getting_Joanna_Out_Of_The_Shower_/_06.01.2020).mp4
https://gounlimited.to/ifp7ygojl917

https://gounlimited.to/ig7g2y05b088
https://gounlimited.to/ign7e6sq0v4p/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4
https://gounlimited.to/igoc6wnl5gg7/ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.SD.
MP4-KLEENEX.mp4
https://gounlimited.to/ih0lf06dxl81/danejones.20.06.07.best.of.creampies.mp4
https://gounlimited.to/ihix81m7es03/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/iia4xhtf5gfg/DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.SD.MP4-
.mp4
https://gounlimited.to/iio4wv8ju391/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/ij4ogdex39on/[FakehubOriginals]_Best_Of_Ebony_Babes_(05.31.2020).mp4
https://gounlimited.to/ijnnd403iff6/Look_At_Her_Now_-_Candice_Dare.mp4
https://gounlimited.to/ijvfxq0t1aq1
https://gounlimited.to/ijvfxq0t1aq1/_TeensLoveHugeCocks_Dolly_Little_.mp4
https://gounlimited.to/ikgxkv4wcxcs/www.0xxx.ws_DaneJones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/il7n402ebnmd/[RKDupes]_Georgie_Lyall_(The_Lil_Freak_Under_The_Sheets_/_05.28.
2020).mp4
https://gounlimited.to/ilq9j3af2h47/Pervsonpatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/imc92gw615xt/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.108
0p.MP4-KTR.mp4
https://gounlimited.to/immkjwu8q1rd/Www.brazzersbox.in_SweetSinner.20.06.13.Kasey.Warner.Obsessed.XX
X.SD.MP4-KLEENEX.mp4
https://gounlimited.to/in5r9qhl31az/GoodzonaNET_RKDupes.20.06.13.Operatic.Warm.Up.XXX.INTERNAL.
1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/indq6kslvdkd/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/inp32m4s3xml/RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1
080p.MP4-KTR.mp4
https://gounlimited.to/inq5sku10h1c/Fake_Agent_-_EPS-678.mp4
https://gounlimited.to/io1l8p2op90f/Kendra_Sunderland,_Madison_Ivy,_Mick_Blue_-
_Bodacious_Bikini_Threesome_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/ioey860lfeuh/Www.brazzersbox.in_BlackedRaw_-_Anny_Aurora_-
_All_Night_Long.mp4
https://gounlimited.to/ioit741wd5wh/Romy.Indy.FakeTaxi.hardcore.mp4
https://gounlimited.to/iokb7qatrm8l/Www.brazzersbox.in_TeacherFucksTeens.20.06.06.Siyaora.My.Russian.T
utor.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ip2chmwcv11s/[Brazzers_Exxtra]_Abella_Danger:_His_Hands_Are_Tied.mp4
https://gounlimited.to/ip3ltg3oxtf2/RKDupes_Ariella_Ferrera_ALLWAYSWELL.mp4
https://gounlimited.to/ip6djt7r2ebg/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_/_
06.11.2020).mp4
https://gounlimited.to/ipwzrcbzca1d/ZZ_Series_Romi_Rain_ALLWAYSWELL.mp4
https://gounlimited.to/iqy3gy513rjn/1080.mp4
https://gounlimited.to/ir65yrk8g64j/Luna.Star.Fuck.My.Girl.RKPrime.anal.mp4
https://gounlimited.to/irqdo776tn40/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/isntrrll1x47/[RKPrime]_Kira_Queen,_Aruna_Aghora_(Threesome_/_05.30.2020).mp4
https://gounlimited.to/it8uh3prt19a/RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.SD.M
P4-.mp4

https://gounlimited.to/itcgzdvjsv40/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4

https://gounlimited.to/itfmbgyoho2e/Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.MILF.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/itk42tf0hzog/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4

https://gounlimited.to/iu6h7hrivcj7/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4

https://gounlimited.to/iupu2kye3kjq/[FakeTaxi]_Romy_Indy_(The_Dominatrix_and_the_Big_D_/_06.05.2020).mp4

https://gounlimited.to/iv2d44qtmr44/[BrazzersExxtra]_Abella_Danger_(His_Hands_Are_Tied_/_06.02.2020).mp4

https://gounlimited.to/iv6muvmv2bi5

https://gounlimited.to/iv8njy48dnd6

https://gounlimited.to/ivxkmrso8ohw/GOOD_COP_,_BAD_GIRL.mp4

https://gounlimited.to/iw37ahrz80i1/BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.mp4

https://gounlimited.to/iwc6v4mq5moh

https://gounlimited.to/ix63u14gtjrj/Www.brazzersbox.in_TushyRaw.20.06.10.Evelina.Darling.And.Stefany.Moon.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ixcna3hbvok6

https://gounlimited.to/ixpeax0by4i6/Brazzers_Exxtra_-_Halle_Hayes.mp4

https://gounlimited.to/ixw0z7elj9vo/PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/iy48hbed6n35/[RKPrime]_Asia_Rae_(Boyfriend_Snatcher_/_06.01.2020).mp4

https://gounlimited.to/iydmz2ae0l0i

https://gounlimited.to/iyqxfro3s226/Www.brazzersbox.in_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/izn9piyjrgfc/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/izqmoefmgzu5/Www.brazzersbox.in_NubileFilms.20.06.08.Karla.Kush.Ace.In.The.Sheets.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/j0f42787tric/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/j0vghyh2dydi

https://gounlimited.to/j0zn6mrkmh5t/rkprime.20.06.09.angela.white.vs.rob.piper.mp4

https://gounlimited.to/j1pnq0v1hun1

https://gounlimited.to/j24thjs5077z/[DaneJones]_Aislin_(Oil_soaked_quarantine_masturbation_/_05.29.2020).mp4

https://gounlimited.to/j3476pe8kzcu/Mofos_B_Sides_-_Lexie_Fux.mp4

https://gounlimited.to/j3e87n8u1a9r/TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.mp4

https://gounlimited.to/j3skontd9v60/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/j4jhegt6rijm

https://gounlimited.to/j4ptfg6dwlh6/DayWithAPornstar.20.06.11.Siouxsie.Q.34.US.Anal.Kitchen.Cleaning.ek84.mp4

https://gounlimited.to/j4x2j9jln87t

https://gounlimited.to/j4xh9mqpvip1/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/j54gmvts0ikk/[DayWithAPornstar]_Joanna_Angel_(Getting_Joanna_Out_Of_The_Shower_/_06.01.2020).mp4

https://gounlimited.to/j5h1zo5dvn0m/_DigitalPlayground_Vanessa_Sky_.mp4

https://gounlimited.to/j5la1snrtbd0/Www.brazzersbox.in_[RawCouples]_Sony_Smile_-_Couple,_camera,_sex_(08.06.2020).mp4
https://gounlimited.to/j5przjwy1jzv/Anal_In_the_Sun_-_Vina_Sky_-_TeensLoveHugeCocks_-_RealityKings.mp4
https://gounlimited.to/j5qf2cva7eb9
https://gounlimited.to/j5x29tb73gpp
https://gounlimited.to/j65pktwkw079
https://gounlimited.to/j68faiocjxe9/BrazzersExxtra_-_Best_Of_Brazzers_Sneakiest_Moments.mp4
https://gounlimited.to/j6pfemtad08f/www.0xxx.ws_TrueAmateurs.20.05.29.Aila.Donovan.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/j6w9zwy1p0qs/Www.brazzersbox.in_vixen.20.06.05.liya.silver.mp4
https://gounlimited.to/j70g5cgocoo9/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome_/_06.12.2020).mp4
https://gounlimited.to/j70o70y8l1se
https://gounlimited.to/j83l3or20v1d/MommyGotBoobs_-_Lexi_Luna_-_Stepmom_Gets_Soaked_(05_06_2018).mp4
https://gounlimited.to/j8nity2np7lb/[BrazzersExxtra]_Kira_Noir,_Luna_Star_-_Group_Pers-Anal_Training_(19.05.2020)_rq_(2).mp4
https://gounlimited.to/j8svrolvyhfo.html
https://gounlimited.to/j9adzkwzbm2p
https://gounlimited.to/j9j2tf3nnjt3
https://gounlimited.to/j9snz053ly8h/Reality_Kings_-_pov_.mp4
https://gounlimited.to/j9y3jh5i1xqy/[TeensLikeItBig]_MJ_Fresh_(It's_Just_Wrestling_/_04.21.2020).mp4
https://gounlimited.to/ja04xx97fld0/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ja0yg324qxso/Mia_Milan_-_The_MILF_Hunters_Call_For_Action_It's_Gonna_Be_A_Blast_-_Of_Sperm.mp4
https://gounlimited.to/ja8ah405izpr/Www.brazzersbox.in__Joymii.20.04.11.Katy.Rose.The.Second.Date.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jad2u1swld4n/SneakySex_Gabbie_Carter.mp4
https://gounlimited.to/jaqhuzjydanw/[RKPrime]_Asia_Rae_(Boyfriend_Snatcher_/_06.01.2020).mp4
https://gounlimited.to/jax4o0llsyza/Telegram_@getnewlink_dani_daniels_Enfermere_Traviesa_Esposa_Caliente_-_BRAZZERS.mp4
https://gounlimited.to/jaz12i27a6br/BrazzersExxtra.20.04.06.Abigail.Mac.Body.Swap.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/jazfnxzxkn8l/Www.brazzersbox.in__BrazzersExxtra.20.03.23.Gina.Valentina.Squirtboarding.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jb5df3ytqs0e/StrandedTeens.20.03.05.Katana.Kombat.Naked.Neighbor.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/jbb4dqdn8ur4/Mofos_-_Busty_Perv_Flashes_her_Boobs.mp4
https://gounlimited.to/jbjbx4v83aps/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jblh12fs1vsb/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jbmhsaoz74d4
https://gounlimited.to/jbsv3ms9na5e/[Twistys]_Cherie_Deville_(A_Taste_Of_Cherie_/_06.03.2020).mp4
https://gounlimited.to/jbwmrt7izlyt/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/jc590l0ba7so
https://gounlimited.to/jcbrhz40kt5y/_DaneJones_Kaisa_Nord.mp4
https://gounlimited.to/jce24z18oiq9

https://gounlimited.to/jchkqxy018se/Www.brazzersbox.in_RealWifeStories.20.05.23.Abella.Danger.Til.Cock.Do.Us.Part.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jci8jdg6h4oi/[LookAtHerNow]_Melody_Foxx_(Oil_Routine_/_03.19.2020).mp4

https://gounlimited.to/jd18xapdqa2q/[DayWithAPornstar]_Katrina_Jade_(Katrina_Gets_A_Pervy_Massage_/_05.07.2020).mp4

https://gounlimited.to/jd6wvigq32zw/Twistys.20.05.02.Molly.Stewart.Poolside.With.Molly.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/jdav5y2lfylo/[RKPrime]_Bae_Egypt_(Desperately_Seeking_Panties_/_05.31.2020).mp4

https://gounlimited.to/jddat6p6waq8/TransAngels_presents_Daisy_Taylor_Peep_On_Daisy___15.02.2020.mp4

https://gounlimited.to/jdpjgvi3xzy0.html

https://gounlimited.to/jdtie1men39h/Realitykings_-_PAWG_Mia_Malkova_shows_off_her_flexibility_and_deepthroats_(_720P_).mp4

https://gounlimited.to/jdusl3zhiahx/faketaxi.20.03.11.candice.demellza.mp4

https://gounlimited.to/je1zsjbsncfo/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/je4typqnb4pb/ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jedgk0xmja0u/RKPrime.19.11.14.Rae.Lil.Black.Cant.Let.Rae.Go.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jeid0s1n7j7z/RkDupes_-_Lesbehonest_Part_2_[720p_HD].mp4

https://gounlimited.to/jeor588m4j84/Realitykings_-_Family_Road_Trip_Dick_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/jepaqx0m7aqq

https://gounlimited.to/jf5d863xe1nd

https://gounlimited.to/jfe6aa04rwlg/Brazzers_-_BrazzersExxtra_presents_Abella_Danger__Kira_Noir_in_Maid_For_A_Threesome___12.06.2020.mp4

https://gounlimited.to/jfgr10xpb8wx/RKPrime.19.12.21.Abella.Danger.And.Katana.Kombat.Drenched.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jfio9vacx1zm/Nicolette_Shea,_Kyle_Mason_-_Mrs._Shea's_Room_Service_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/jfp3n7sig00f/Fake_Taxi_Isabella_Deltore_ALLWAYSWELL.mp4

https://gounlimited.to/jftjs1bqwkjd/MommyGotBoobs.20.04.15.Cherie.Deville.Stuck.On.Your.Mom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/jfzf04g3r3l7/Www.brazzersbox.in__Cum4K.20.03.31.Kamryn.Jayde.Creamy.Dream.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/jg3p512htt0w

https://gounlimited.to/jg3p512htt0w/BrazzersExxtra_Abigail_Mac_Amber_Jade_ALLWAYSWELL.mp4

https://gounlimited.to/jg63tl3v0aez

https://gounlimited.to/jg98o508lnbv/Brazzers_Exxtra_Best_Brazzers_Ava_ALLWAYSWELL.mp4

https://gounlimited.to/jgc1f6nhjpud/IKnowThatGirl.20.02.04.Skylar.Vox.Domestic.Rewards.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jghh7k81w23w/RKPrime_Desiree_Dulce_Charles.mp4

https://gounlimited.to/jgn1uxl833d7/Www.brazzersbox.in__StepMomLessons.20.04.03.Lexi.Luna.And.Dee.Williams.The.Lesbians.Next.Door.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jgumfvgl1wog/TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jgv9l87a71aj/Www.brazzersbox.in_Babes.20.05.21.Eliza.Ibarra.Lazy.Day.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jgysmp4cimiy.html

https://gounlimited.to/jh5mtwuu6002/www.0xxx.ws_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jh5x0cut8b5j/Www.brazzersbox.in__LegalPorno.2020.Elen.Million.Kinky.Black.Sex.With.Double.Penetration.720p.XXX.MP4-CLiP.mp4

https://gounlimited.to/jh6buy0zzezn/transangels.19.06.20.shirley.let.her.inside.mp4

https://gounlimited.to/jh7k45ii20xh

https://gounlimited.to/jh9sh0ov87ls/www.0xxx.ws_Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jhfcv3un2jwe/letstryanal.20.05.29.mia.bandini.come.in.for.some.tea.and.anal.mp4

https://gounlimited.to/jhke8e3etgym/RKPrime.20.03.18.Roxy.Risingstar.Take.A.Bite.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jhsh2c4uato3/BrazzersExxtra_-_Gina_Valentina_-_I_Dream_Of_Gina_(16_04_2018).mp4

https://gounlimited.to/jhshyaxlshtm/RealWifeStories.20.03.24.Kylie.Le.Beau.Playbacks.A.Bitch.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ji7mdzi0jgx3/DigitalPlayground.19.12.25.Sabina.Rouge.And.Ivy.Lebelle.Survive.The.Night.Part.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jicwxf86ru4s/DaneJones.20.05.29.Aislin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jimos30ity7b/Www.brazzersbox.in_PixAndVideo.20.05.13.Nata.Ocean.Fuck.Buddies.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jir8avvupjhn/www.0xxx.ws_LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jj7kqi3n1zb2

https://gounlimited.to/jj7kqi3n1zb2/Alena_Croft_&_Jayden_Jaymes_&_Kayla_Kayden_&_Nina_Elle_&_Summer_Brielle_&_Susy_Gala_%E2%80%93_Best_Of_Brazzers_Hottest_Bosses.mp4

https://gounlimited.to/jjaq0rhq2nzj/1080.mp4

https://gounlimited.to/jjdbc07dto34/[Twistys]_Dakota_(On_Display_/_06.08.2020).mp4

https://gounlimited.to/jjdxzy4srnzq/Teens_Love_Huge_Cocks_20_05_04_Rachel_Rivers_Brave_Brace_Face.mp4

https://gounlimited.to/jjl9v3t90bgp/pervsonpatrol.20.05.17.paige.owens.building.peeper.mp4

https://gounlimited.to/jjwiz19ws7nw/Www.brazzersbox.in_2ChicksSameTime.20.04.30.Jewelz.Blu.And.Kenna.James.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jk1bpxiq7rrk/danejones.20.04.24.best.of.asian.girls.mp4

https://gounlimited.to/jk4gja1hlm7l/PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jk9acg3esswc

https://gounlimited.to/jkgjagyi10c8

https://gounlimited.to/jki33h1fpeeb/RKPrime.20.05.02.Demi.Sutra.Sexy.Neighborhood.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jkl39x08cocu/www.0xxx.ws_TeensLoveHugeCocks.20.06.17.Makenna.Reise.Tiny.Makenna.Takes.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jkph2nf8kbab/BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jks9ntbl2cu1

https://gounlimited.to/jkwk8cvzn8go/Mofos_-_IKnowThatGirl_presents_Nella_Jones_The_Interview.mp4

https://gounlimited.to/jl0c1s3vwcc2/FakeAgent.20.03.29.May.Thai.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/jl9ezs0y9bno/Www.brazzersbox.in__HerLimit.20.04.21.Alexa.Flexy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jlfw63wl97fw/Www.brazzersbox.in__TushyRaw.20.04.15.Adira.Allure.And.Ashley.Lane.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jlszbi1juai9/danejones.20.06.16.jenny.wild.solo.mp4

https://gounlimited.to/jmb4kpd55ktv/rkprime.20.06.03.bridgette.b.the.pornstar.experience.mp4

https://gounlimited.to/jmx378e0zceu/PervsOnPatrol_-_Megan_Rain.mp4
https://gounlimited.to/jmyh6uu9w6k0/erito.20.03.17.nuru.nympho.will.make.you.feel.good.jp.mp4
https://gounlimited.to/jn2x5c548peq/RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.mp4
https://gounlimited.to/jn4lak4jc6fd/DaneJones_-_Alina_Crystall_-_Intimate_love_with_gorgeous_Russian.mp4
https://gounlimited.to/jnta0nmnm9g9/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/jo55u9zavisw/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4
https://gounlimited.to/jo7pa6lsee1l/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jod0qpd87vhh/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/jog8p03tckng/RealWifeStories_-_Tia_Cyrus_-_Tia_s_Sneaky_Steam_(04_06_2018).mp4
https://gounlimited.to/johjjj2s51be/Jewelz-Blu-Brazzers-Jewelz-Has-Cock-For-Breakfast-2020-06-15.mp4
https://gounlimited.to/jokaozr6870g/[RK_Prime]_Anya_Ivy_-_One_Day_Fare_(PervyVideos.COM).mp4
https://gounlimited.to/jomk9gyr7lce/fakehostel.20.02.16.leanne.lace.and.aaeysha.mp4
https://gounlimited.to/jpaz5pnuqmkh
https://gounlimited.to/jpik11gee5kv/[BabyGotBoobs]_Autumn_Falls_(Vip_Treatment_/_04.09.2020).mp4
https://gounlimited.to/jpjtht849vak/TransAngels_presents_Alexa_Scout_Morning_Call___10.04.2020.mp4
https://gounlimited.to/jpklgfaa4ow8
https://gounlimited.to/jpklgfaa4ow8/Luna_Star,_Madison_Ivy_&_Scott_Nails_-_Treat_Us_Right.mp4
https://gounlimited.to/jps220ztfmxn/[MomsBangTeens]_Lexi_Luna,_Vanna_Bardot_(Red_With_Envy_/_02.14.2020).mp4
https://gounlimited.to/jpsbpfmvcnzz
https://gounlimited.to/jpt4vs76bci4/Www.brazzersbox.in_MassageRooms.20.05.15.Romy.Indy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/jpv09d01jvxz/[RKPrime]_Alyssa_Reece_(Slaving_For_Alyssa_/_02.13.2020).mp4
https://gounlimited.to/jpyi6snn2j85/Www.brazzersbox.in__BangBros18.20.03.31.Jocelyn.Stone.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jq0a1gyfnfjq/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/jqm4b5l99zk5/Liza_Del_Sierra,_Jordi_El_Nino_Polla_-_Mail_Order_Dominatrix_-_Milfs_Like_It_Big_-_Brazzers.mp4
https://gounlimited.to/jqpoulf0ywls
https://gounlimited.to/jqpxrmukgdo5
https://gounlimited.to/jqpxrmukgdo5/StrandedTeens.20.04.29.Carmen.Caliente.Helpful.Local.Gets.Pussy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/jqrw2t8x0tud
https://gounlimited.to/jqwxyw4swe7b/Www.brazzersbox.in_BangPOV.20.05.30.Julz.Gotti.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/jr0uz0hpsl46/TransAngels_presents_Casey_Kisses_Spring_Cleaning_Part_2___29.05.2020.mp4
https://gounlimited.to/jr41t6pgl5co/strandedteens.20.06.17.scarlit.scandal.helpful.neighbor.mp4
https://gounlimited.to/jr7sdfo49t77/WeLiveTogether.20.03.25.Aria.Kai.And.Indica.Flower.My.Secret.Wet.Hookup.Part.1.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/jrc2nfq5763v/FakeTaxi.20.03.08.Marina.Maya.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/jrcsw40e385v/Brazzers_Exxtra_-_Bella_Rolland_-_Man_Nequin_Up_And_Fuck.mp4
https://gounlimited.to/jrgc8jzbwj95/Www.brazzersbox.in__Passion-HD.20.04.18.Samantha.Reigns.Soapy.And.Sweet.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/js9vl9v3bx8t/WhenGirlsPlay_presents_Alex_Blake__Scarlit_Scandal_in_Scarlit_Scandal___Alex_Blake___30.05.2020.mp4

https://gounlimited.to/jsi80nhs1x3d/Www.brazzersbox.in_HandsOnHardcore.20.06.16.Lenina.Crowne.Naughty.Office.Antics.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jsoac92mdwnh/Bridgette_B,_Kiara_Cole_-_Fucking_Fight_Me_-_Hot_And_Mean_-_Brazzers.mp4

https://gounlimited.to/jst5co6airnn

https://gounlimited.to/jst5k69r01qq/BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/jt6j8oa9hnru/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/jtar20qxjyzi/Lesbea_Lady_Dee_.mp4

https://gounlimited.to/jtbvpz1hgc6x/Www.brazzersbox.in_Private.20.06.12.Julia.De.Lucia.Forbidden.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jth8al68m6c2/Lesbea_Cindy_Shine_.mp4

https://gounlimited.to/jtp5nelf395u/_TrueAmateurs_Camila_ALLWAYSWELL.mp4

https://gounlimited.to/jtqxedla2twc

https://gounlimited.to/jtxkatymusih/FakeHostel.19.12.27.Nesty.And.Martina.Smeraldi.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jueinzm8mala/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jumendf6ln5i/[RKPrime]_Mary_Rock_(Can't_Resist_Mary_/_03.29.2020).mp4

https://gounlimited.to/jungthneafd7/www.0xxx.ws_Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jv604b3k7q85/[BrazzersExxtra]_Azul_Hermosa_(Introducing_Azul_/_02.21.2020).mp4

https://gounlimited.to/jvb5g4csycml/Www.brazzersbox.in_TushyRaw.20.05.27.Bella.Gray.And.Nelya.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jvda3ag032co/Www.brazzersbox.in_BrazzersExxtra.20.05.24.Desiree.Dulce.Out.From.The.Deep.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jvgsy4veoox6/BrazzersExxtra_-_Halle_Hayes_-_A_Wild_And_Crazy_Cock_Stuffing_Party.mp4

https://gounlimited.to/jviinxlrv64f/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jvmgqjnl9cr4/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jvvdmkg9gy2h/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jw5mp3ca5e8v/Www.brazzersbox.in_FamilyStrokes.20.05.28.Maya.Farrell.Arranged.Marriage.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jw5zh5y77s87

https://gounlimited.to/jw9bx55tvyav

https://gounlimited.to/jwa24rtdd5ut/The_MILF_Next_Door_3_720.mp4

https://gounlimited.to/jwbyu0o3dixh/[Twistys]_Cherie_Deville_(A_Taste_Of_Cherie_/_06.03.2020).mp4

https://gounlimited.to/jwcem2dlasua/rkprime.20.06.12.aidra.fox.a.cock.for.your.thots.mp4

https://gounlimited.to/jwfbfll5giyn

https://gounlimited.to/jwi06tbcexww/ShareMyBF.20.03.25.Emily.Right.And.Kiara.Edwards.Join.Us.By.The.Pool.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/jwjtao95b3bu/StrandedTeens.20.04.15.Binky.Beaz.Cheating.Binky.Tied.Up.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/jwml6vu266w7/[MomsBangTeens]_Katie_Morgan,_Emily_Right_(I'll_Teach_You_How_/_04.13.2020).mp4

https://gounlimited.to/jwmr6dsg6ei6/lesbea.20.03.15.scarlet.rebel.and.romy.indy.mp4

https://gounlimited.to/jwo0qzci5uj3/Www.brazzersbox.in_BrazzersExxtra.20.04.25.Gia.Dimarco.Red.Light.Romp.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jwqdtj3yhv2n/trueamateurs.20.03.03.kriss.kiss.mp4

https://gounlimited.to/jwvjrrqni4pl/WhenGirlsPlay.20.04.15.Luna.Star.And.Kendra.Sunderland.TOTM.Brightside.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/jx3f1ka94onm/Best_Of_Brazzers_-_First_Anals_-_BrazzersExxtra_-_Brazzers.mp4

https://gounlimited.to/jx4yfihzhfat/iknowthatgirl.20.05.23.catalina.ossa.horny.chick.on.a.tree.mp4

https://gounlimited.to/jxhxboa8ip9l

https://gounlimited.to/jxpas06uy2u3/lilhumpers.20.06.11.alexis.fawx.lil.jailbird.mp4

https://gounlimited.to/jxqhr1emzt9a/monstercurves.20.05.18.minka.and.kayla.kleevage.jiggling.their.jugs.mp4

https://gounlimited.to/jxu8jp62nx0q

https://gounlimited.to/jxu8jp62nx0q/RKPrime.20.04.30.Tiffany.Watson.And.Kimber.Woods.Busy.Work.Bukkake.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/jxzjvymmmkgi/www.0xxx.ws_FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jy0n9qvuh59j/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jy1b4dycez14/welivetogether.20.03.27.avi.love.and.savannah.sixx.listen.and.lust.mp4

https://gounlimited.to/jy3qq0xfex5m/momsbangteens.20.04.13.katie.morgan.and.emily.right.ill.teach.you.how.mp4

https://gounlimited.to/jydbbo39o0ab

https://gounlimited.to/jyj1tt5yrlu0/www.0xxx.ws_Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jysuq94ycchw/bex.20.05.27.best.of.brazzers.anal.extravaganza.mp4

https://gounlimited.to/jz8mqrkapo36/MomsLickTeens_-_Maggie_Green,_Sofie_Reyez_-_Come_Home_With_Me.mp4

https://gounlimited.to/jza3zrhopdzy/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jzaaq0ck1uow/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/jzkfoc3zcspg/Female_Fake_Taxi.20.05.09.Alexis.Crystal.And.Lexi.Dona.XXX.1080p.mp4

https://gounlimited.to/jzmrtnrjga35

https://gounlimited.to/jzteahizc29i

https://gounlimited.to/k00cgamfjrfh/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k0bbqui1nz7l/BrazzersExxtra.20.05.11.Casey.Calvert.And.Adria.Rae.Anal.Double.Dip.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k0dwtcy76na7/www.0xxx.ws_LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k0flv2h9vaju/Jessica_Jade,_Xander_Corvus_-_You_Splashed_My_Snatch_-_Milfs_Like_It_Big_-_Brazzers.mp4

https://gounlimited.to/k0g36871nhvf/Twistys_Hard_?_Kimmy_Granger_-Lick_My_Pussy.mp4

https://gounlimited.to/k0s5dxhp3zny

https://gounlimited.to/k13djmuvnatm/Www.brazzersbox.in__RKPrime.20.04.19.Kiara.Edwards.Home.Care.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k15oj7ajfntr/RKDupes_Lesbehonest_.mp4

https://gounlimited.to/k17em7p2nyt7/BrazzersExxtra.20.03.21.Azul.Hermosa.Diva.For.A.Day.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k1aesijl2fp1/[PublicAgent]_Lydia_Black_(The_Pre-Lockdown_Fuck_/_06.03.2020).mp4

https://gounlimited.to/k1u4xhcbsbfw/Brazzers_Exxtra_Katrina_Jade_ALLWAYSWELL.mp4

https://gounlimited.to/k220eu7ysa98/twistys.20.06.10.vina.sky.not.a.cloud.in.the.sky.mp4

https://gounlimited.to/k22bcb3mmww1/Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/k27zjbyl9e2l/www.0xxx.ws_FakeTaxi.20.06.15.Nathaly.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k2ev0m0gwgy7/DaneJones_-_Kiki_Minaj,_Jasmine_Webb,_Luna_Corazon,_Lola_Marie,_Boni,_Cindy_Shine_-_Ebony_Girls.mp4

https://gounlimited.to/k2g42qs7k0as/Www.brazzersbox.in__MyFamilyPies.20.04.14.Jewelz.Blu.Tempted.By.Step.Sister.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k2ttozv8jjbh

https://gounlimited.to/k328fu057t68/Anya-Olsen-Brazzers-Best-Of-Brazzers:-Sharing-Stepsiblings-2020-06-09.mp4

https://gounlimited.to/k3bwxnlgkukz/[PublicAgent]_Lydia_Black_-_The_Pre-Lockdown_Fuck_(03.06.2020).mp4

https://gounlimited.to/k3ddhoog52uz/Angela_White,_Scott_Nails_-_Jean_Queen_-_Big_Wet_Butts_-_Brazzers.mp4

https://gounlimited.to/k3ncncpo7xjb/Faketaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k3o5hqm3pgr7/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.SD.MP4-.mp4

https://gounlimited.to/k3wu9zr4c8qn/www.0xxx.ws_FakehubOriginals.20.06.17.Best.Of.Sexy.Squirters.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k3xdf1mrjsf2/Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.BrazzersExxtra.hardcore.mp4

https://gounlimited.to/k463bb0ibtb3

https://gounlimited.to/k4izou9cvqwn/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k4r5gvqzhkfy/FakeHostel.20.04.03.Isabella.Deltore.And.Martina.Smeraldi.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k5hxqsdjxcs0/WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.SD.MP4-.mp4

https://gounlimited.to/k612qhzqtxzc

https://gounlimited.to/k6a3wx39vpcr/Www.brazzersbox.in_Hustler.20.05.21.Audrey.Miles.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k6clf0n2k0kf/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.2020).mp4

https://gounlimited.to/k6dmx9lsjsoy

https://gounlimited.to/k6isbo6njd1z

https://gounlimited.to/k6j338vdgc2j/TransAngels_presents_Daisy_Taylor_Bitch_Craft_Part_1.mp4

https://gounlimited.to/k6l1xwpq79bi/GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.SD.MP4-.mp4

https://gounlimited.to/k6lq8zom2p2h/Www.brazzersbox.in__GrandpasFuckTeens.20.03.24.Miss.Melissa.Determined.Delivery.Girl.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/k6n76u7pbq1d/publicagent.20.06.03.lydia.black.mp4

https://gounlimited.to/k6nc5f57ctbf

https://gounlimited.to/k6pmnlbvyqqb/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4

https://gounlimited.to/k75b79pc7w9w/BrazzersExxtra.20.06.17.Riley.Reid.And.Melissa.Moore.Almost.Sisters.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k79pxh0uy1uw/Www.brazzersbox.in__Shoplyfter.20.04.01.Ashley.Lane.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k7jfuwrfyvgg/Www.brazzersbox.in_Lubed.20.05.19.Kylie.Rocket.Wet.And.Horny.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k7ludetc73za/Www.brazzersbox.in_nubilefilms.20.05.24.missy.luv.home.to.you.mp4

https://gounlimited.to/k7p30udtgidj/Www.brazzersbox.in_TeamSkeetDupes.20.05.09.Spinner.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k7wisgsij89l/Anya_Olsen_&_April_Brookes_&_Ariella_Ferrera_&_Casey_Calvert_&_Cassidy_Banks_&_Gia_Milana_&_Kendall_Kayden_&_Missy_Martinez_&_Sydney_Cole_&_Syren_De_Mer_%E2%80%93_Best_Of_Brazzers_Sharing_Stepsiblings.mp4

https://gounlimited.to/k81j3f3885si/BigWetButts_-_Cali_Carter_-_Holosexual_(17_04_2018).mp4

https://gounlimited.to/k83i5ftlr0t7/PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k884bjtbdwo4/BrazzersExxtra.20.03.16.Monique.Alexander.Wrong.Side.Of.The.Bed.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/k8h2rzv3gtfi

https://gounlimited.to/k8i7o2kl0upp/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4

https://gounlimited.to/k8o0n880fr7e/Www.brazzersbox.in_Hustler.20.05.25.Becky.Bandini.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k8sfpkhwcaac/Angela_White_vs_Rob_Piper_-_Angela_White_-_RKPrime_-_RealityKings.mp4

https://gounlimited.to/k8udhv1aq6mw/_TrueAmateurs_Mia_Bandini.mp4

https://gounlimited.to/k8z4yankd2x5/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k8zjywkx146b/Twistys_Cherie_Deville_.mp4

https://gounlimited.to/k95p99moa6u9/BigTitsAtSchool.20.03.08.Sofia.Rose.Disciplinary.Action.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/k962j15i7lh7/TrueAmateurs.20.03.27.Belleniko.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k9opk5ccd9ah/Www.brazzersbox.in_Tiny4K.20.05.21.Athena.May.BBC.Creampie.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/k9sdokka3aei/MILF_Seduction_-_Compilation_MILF_-_MomXXX_-_SexyHub.mp4

https://gounlimited.to/k9u01yxey4qn/Welivetogether.20.06.10.Emily.Willis.Scarlett.Bloom.and.LIV.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/k9v7qq3jlsmk/PornstarsLikeitBig_-_Madison_Ivy_-_Glam_Jail_Nail_(02_11_2018).mp4

https://gounlimited.to/kaa5e8aphnb7/Www.brazzersbox.in__IKnowThatGirl.20.04.03.Kendra.Spade.Kendras.Squirting.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kandvzplwb50/trueamateurs.20.05.11.faye.valentine.mp4

https://gounlimited.to/kao42rke6dpa/DayWithAPornstar.20.05.14.Luna.Star.Lunas.Oiled-Up.Exercises.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kaw9wyzxphs7/MassageRooms.20.04.29.Scarlet.Rebel.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/kaxq3wfq6ah6/RoundAndBrown.20.03.05.Bad.Kittyyy.Balloons.And.Booty.Party.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kb0sngal42om/BrazzersExxtra.20.02.27.Demi.Sutra.And.Charlotte.Sins.The.Husband.Trap.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kb58r0bkni9e/TurningTwistys_Sabina_Rouge_.mp4

https://gounlimited.to/kb5p6anx8rt4/www.0xxx.ws_BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kb5sffr6aw0h/MommyGotBoobs.20.03.14.Holly.Hotwife.Just.Ignore.Him.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kbcdsl0oocng

https://gounlimited.to/kbmsznw16zuv/telegram_@getnewlink_He_Says_She_Fucks_-_BRAZZERS_danidaniels.mp4

https://gounlimited.to/kbn7g3cyz94v

https://gounlimited.to/kbpl9f0au8h1/DirtyMasseur.20.05.26.Rachel.Starr.Stranger.Danger.REMASTERED.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kbwdc8h8qzlp

https://gounlimited.to/kbwdc8h8qzlp/Jasmine_Jae_-_Jasmine_Jae_Public_Agent.mp4

https://gounlimited.to/kc0dhgyd31rt

https://gounlimited.to/kc2g733pu7rh/MilfsLikeItBig_Aubrey_Black_ALLWAYSWELL.mp4

https://gounlimited.to/kceemu8mg6h3/We_Live_Together.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.mp4

https://gounlimited.to/kcst3rtqqtls/Day_With_A_Pornstar_20_05_11_Molly_Stewart_Mollys_Making_Breakfast.mp4

https://gounlimited.to/kctjonju2g7o/Milfs_Like_ItBig_Tommie_ALLWAYSWELL.mp4

https://gounlimited.to/kcuo6pys6ums/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kcv3wkg6et9n

https://gounlimited.to/kcx4a370nrjv/lilhumpers.20.02.04.cory.chase.luggage.surprise.mp4

https://gounlimited.to/kde48ywvxi1l/FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kdtm9m7nxi4i/Public_Agent_-_Cecilia_Scott_.mp4

https://gounlimited.to/ke2hdo6f0m1v/Vina.Sky.Anal.In.The.Sun.TeensLoveHugeCocks.mp4

https://gounlimited.to/ke7o2drzdrv3/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ke90sye9srct/FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kedsf09k2usr/BrazzersExxtra.20.05.09.Luna.Star.Look.At.Luna.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kfa6leszlcye/Www.brazzersbox.in_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kfe6o8uazxuk

https://gounlimited.to/kg0b8ulwc06e/A_Little_Love_-_Dolly_Little_-_TeensLoveHugeCocks_-_RealityKings.mp4

https://gounlimited.to/kg5ghiwl91pu/MomsTeachSex.20.05.20.Kiara.Cole.And.Lexi.Luna.My.Girlfriends.Mom.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kgik9rwx599w/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kgiztfbbs39l/PornstarsLikeItBig.20.05.01.Nicolette.Shea.Sheas.Got.The.Look.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kgkm9st4fgmu/Tommie_Jo,_Sam_Bourne_-_MILF_In_The_Closet_-_Milfs_Like_it_Big_-_Brazzers.mp4

https://gounlimited.to/kgnppepa7c3z/Twistys.20.06.17.Jewelz.Blu.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kgy1y26x4dtm/BigTitsAtSchool.20.03.15.Bella.Rolland.Old.Man.On.Campus.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/kh0vk0y7cp0n/BigWetButts.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.mp4

https://gounlimited.to/kh2istiuqxe2/Www.brazzersbox.in__BrazzersExxtra.20.04.13.Kenzie.Reeves.Piped.Down.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/khdzgrur2xv1

https://gounlimited.to/khiogtk7dabj

https://gounlimited.to/khlnyn42lpv8/www.0xxx.ws_SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/khlpa52s1til/Share_My_BF_20_05_11_Izzy_Lush_And_La_Sirena_European_Antique_Bargain.mp4

https://gounlimited.to/khnb0eijsg62/Bailey_Brooke,_Tony_Rubino_-_Surprised_By_The_Big_Package_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/khnvwuiyex51

https://gounlimited.to/khtbfj3v5ljz/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ki7dg7yv675e/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ki8zbprp39sp/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kiiaf7yl5rlb/RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/kikrroxaqvl1/sneakysex.20.06.01.gabriela.lopez.family.road.trip.dick.mp4

https://gounlimited.to/kinvoyciiafj/Www.brazzersbox.in_Vixen.20.05.22.Scarlit.Scandal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kiup6io4711j/Www.brazzersbox.in_PervsOnPatrol.20.03.22.Aubree.Valentine.Aspiring.Vlogger.Gets.Lucky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kj1uiitkrwds/TeensLoveHugeCocks_Kyler_Quinn_ALLWAYSWELL.mp4

https://gounlimited.to/kjgj4cvn8lmv/PornstarsLikeItBig.20.03.13.Siri.Someone.Called.Siri.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kjl40ikowo4c/twistys.20.05.11.ariana.marie.big.black.chair.mp4

https://gounlimited.to/kjlu5rn7e8tb/TrueAmateurs.20.04.22.Jessica.Kyle.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/kjqnbeah9asg/Anatomy_Of_A_Sex_Scene_3_-_Abella_Danger_-_PornstarsLikeItBig_-_Brazzers.mp4

https://gounlimited.to/kjsqo7oee0cw/DirtyMasseur_-_Cali_Carter_-_First_Day_On_The_Job_(08_07_2018).mp4

https://gounlimited.to/kk34ljqlstj4/girlsgonepink.20.06.08.aidra.fox.and.desiree.dulce.prank.wars.mp4

https://gounlimited.to/kk5um3w0vyf9/Portia.Paris.TrueAmateurs.MILF.bigtits.mp4

https://gounlimited.to/kki0xbb1h6sy/Www.brazzersbox.in__RKPrime.20.04.11.Abella.Danger.Think.Pink.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kkpg672nnft9/Www.brazzersbox.in_HardX.20.06.05.Alicia.Williams.Small.Town.Anal.Girl.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kks7wb7mhdeg/Www.brazzersbox.in_Hustler.20.06.12.Mia.Malkova.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kl5onnqrq78m/Martina.Smeraldi.New.Study.Buddies.Public.PickUps.mp4

https://gounlimited.to/klf4mta60img/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.mp4

https://gounlimited.to/klgayopkomgc/RKPrime.20.02.07.Desiree.Dulce.The.Morning.After.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kljqzcptpjzd/BigNaturals.20.04.27.Kendra.Sunderland.Teasing.Kendra.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/klx6zp7pma0p/trueamateurs.20.06.05.hayliexo.mp4

https://gounlimited.to/km3ok6gqn5cq/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp4

https://gounlimited.to/km6ves9y89kq/teenslovehugecocks.19.12.01.skylar.vox.punishing.a.perv.mp4

https://gounlimited.to/kmhlpbcr4j79/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.SD.MP4-.mp4

https://gounlimited.to/kmsglbrgibtk/[DayWithAPornstar]_Katrina_Jade_(Katrina's_Kitchen_Cock_/_04.21.2020).mp4

https://gounlimited.to/kn75hdw2tz60/[PublicPickUps]_Sky_Pierce_(Bag_Switch-Aroo_/_02.15.2020).mp4

https://gounlimited.to/kn8m6i62e1bk

https://gounlimited.to/kn8m6i62e1bk/_BrazzersExxtra_Aubree_Valentine_.mp4

https://gounlimited.to/knbfyuswoy9m/transangels.19.04.27.jessica.fox.coming.for.you.mp4

https://gounlimited.to/knegrtjwini9

https://gounlimited.to/knr5u6w2d6s2/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/knrcavkehnbv/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition_/_06.10.2020).mp4

https://gounlimited.to/knryzdtv7ohu/BrazzersExxtra.-_Best_Of_Brazzers_Nurse_Appreciation_Day_[720p_HD].mp4

https://gounlimited.to/knwcb2ez5emv

https://gounlimited.to/knxpqwgk6la6/DayWithAPornstar.Skye.Blue.And.Freja.Noir.Steamy.Shower.Cam.Show.XXX.1080p.mp4

https://gounlimited.to/kolj73mcs6c0/fakehuboriginals.20.05.28.canela.skin.mp4

https://gounlimited.to/kp5gmj8wojnm/RKPrime.20.04.22.Sofia.The.Bum.College.Tomboy.Fucks.Nerd.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kp6almyyhh9d/www.0xxx.ws_WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kpbce45eztd5/DayWithAPornstar.-_Siouxsie_Q_Anal_Kitchen_Cleaning_[720p_HD].mp4

https://gounlimited.to/kpcmseddjg8x/sneakysex.20.04.08.alina.belle.cant.talk.now.mp4

https://gounlimited.to/kpgjk7hvel6w/ShareMyBF.20.05.25.Maya.Kendrick.And.Alex.Coal.Midnight.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kprcwnl4h8w9/PornstarsLikeItBig_-_Amia_Miley_-_Pornstar_PR_Crisis_Management_(16_07_2018).mp4

https://gounlimited.to/kpyq8u6rkksx/DaneJones.20.03.26.Scarlet.Rebel.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/kq0lpfy8cn1o/Real_Wife_Stories_20_05_23_Abella_Danger_Til_Cock_Do_Us_Part.mp4

https://gounlimited.to/kq4dewluhs2r/bigbuttslikeitbig-kendra-spade-asses-in-pajamas.mp4

https://gounlimited.to/kq92j4gu1z5u/iknowthatgirl.20.04.27.kiara.cole.massage.gun.trial.mp4

https://gounlimited.to/kqmpsn25q80k/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kqrv0516i958

https://gounlimited.to/kqs5000itnq1/[LilHumpers]_Reagan_Foxx_(I_Love_Yoga_/_04.07.2020).mp4

https://gounlimited.to/kqwx8kmp6c1c/RKDupes.20.05.12.The.Mannequin.Humping.Challenge.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/kqxxppwfbvmb/[RKDupes]_Tiffany_Watson_(It's_Juicy_/_05.20.2020).mp4

https://gounlimited.to/kqy125fbdziv/BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kqz5fxawwpks/DayWithAPornstar.20.05.05.Josephine.Jackson.Cooking.With.Josephine.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/kr4jem3uua1a/DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/krgl75y6gewe/Ariella_Ferrera,_Kyle_Mason_-_Lick_My_Limo_-_Real_Wife_Stories_-_Brazzers.mp4

https://gounlimited.to/krpqbwvysmx8/DayWithAPornstar.20.05.28.Skye.Blue.And.Freja.Noir.Steamy.Shower.Cam.Show.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ks41zi5s5mi4/Www.brazzersbox.in_BurningAngel.20.04.29.Mackenzie.Moss.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/kscpbgf2e13t/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4

https://gounlimited.to/ksdbmvyziq5t

https://gounlimited.to/ksi5uw2ofx28/rkprime.20.05.09.stacy.snake.snake.charmer.mp4

https://gounlimited.to/kspb2vrz0gmo/DigitalPlayground.20.03.25.Anya.Olsen.And.Monique.Alexander.Matriarch.Part.2.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/kspy5w8lc9bh/Penthouses.Public.Pickups.mp4
https://gounlimited.to/kst0my4z9bxb/Brazzers___BrazzersExxtra_presents_Halle_Hayes_in_A_Wild___Crazy_Cock_Stuffing_Party___01.06.2020.mp4
https://gounlimited.to/ksxk2rk8qbo7
https://gounlimited.to/kt13tvqtrf17/Www.brazzersbox.in_MomsBangTeens.20.05.10.London.River.And.Aften.Opal.Hes.No.Good.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/kt7xvlc1q7gr/RKPrime.20.05.17.Lara.De.Santis.Splish.Splash.Anal.Oil.Bath.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ktbq1hionfb9/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4
https://gounlimited.to/ktnlidszzmj9/TransAngels_presents_Daisy_Taylor_A_Very_Hot_Frost_Glass___17.04.2020.mp4
https://gounlimited.to/ktwwf89ihtj1/BrazzersExxtra.20.05.15.Best.Of.Brazzers.Squirt.Fest.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ktytaqogsfrx/PublicAgent_-_E688.mp4
https://gounlimited.to/ku07vgs8jhr1
https://gounlimited.to/ku0qklxp07t4/www.0xxx.ws_MomsLickTeens.20.05.11.Alena.Croft.And.Scarlit.Scandal.MILF.Wants.To.Play.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ku2iac7n2lax
https://gounlimited.to/ku864lkom3ii/elegantanal.20.06.02.ana.fo.it.happened.one.night.part.4.mp4
https://gounlimited.to/kuauoax9czkk/PornstarsLikeItBig_-_Luna_Star_-_Bomb_Pussy_(13_08_2018).mp4
https://gounlimited.to/kunc1npaptk1/Www.brazzersbox.in_BrazzersExxtra.20.05.09.Luna.Star.Look.At.Luna.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/kuuhxgja0fv1/faketaxi.20.05.21.isabella.deltore.mp4
https://gounlimited.to/kuv930uldhkg/RK_Prime.20.05.20.Cecilia.Lion.Vs.Ricky.Johnson.XXX.1080p.mp4
https://gounlimited.to/kuvjg1u5yerb/ElegantAnal_-_Avi_Love_-_Prom_Night_Revenge_Part_4.mp4
https://gounlimited.to/kux4alurrr0w/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/kv3tcwa19hu1/fakeagent.20.03.05.mishelle.klein.mp4
https://gounlimited.to/kvbjc4ov981t/_RKPrime_Lara_De_Santis_Splish_.mp4
https://gounlimited.to/kvdk61hwmu2f/DigitalPlayground.20.03.02.Karlee.Grey.And.Paige.Owens.Lucky.Seven.Episode.1.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/kve96u9kp1mi
https://gounlimited.to/kve96u9kp1mi/ElegantAnal.20.04.23.Angela.White.Wet.And.Ready.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/kvgs2mzhtjk5/_BrazzersExxtra_Best_Of_Brazzers_.mp4
https://gounlimited.to/kviag2cwm1u2/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/kvqp8y17lkox/Big_Wet_Butts_20_05_01_Abella_Danger_So_Fresh_And_So_Clean.mp4
https://gounlimited.to/kvrgy3ggui0t/www.0xxx.ws_MomsTeachSex.20.05.20.Kiara.Cole.And.Lexi.Luna.My.Girlfriends.Mom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/kw1y0jepyohv/BrazzersExxtra_Cherie_Deville_ALLWAYSWELL.mp4
https://gounlimited.to/kwjbr1zcxepk/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/kwl9gfio6xv2/PervsOnPatrol_La_Sirena_ALLWAYSWELL.mp4
https://gounlimited.to/kwmzwoi8kf2r/lesbea.20.02.23.angel.emily.and.tiny.tina.mp4
https://gounlimited.to/kwohroa2db4g/Www.brazzersbox.in_EuroTeenErotica.20.06.15.Nata.Ocean.And.Missy.Luv.Dorm.Room.Threesome.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/kws8uw3hvq64/welivetogether.20.04.17.episode.1.welcome.home.mp4
https://gounlimited.to/kwsbbahjzjr9

https://gounlimited.to/kwwqm89qcmzr/Digital_Playground_?_Valentina_Nappi_Everyone_Going_Down.mp4
https://gounlimited.to/kxbsy4muvtnw/Tommie.Jo.MILF.In.The.Closet.MilfsLikeItBig.bigtits.mp4
https://gounlimited.to/kxkr04rbpzxs/[RKPrime]_Abella_Danger_(The_Pirate_Gets_The_Booty_/_06.02.2020).mp4
https://gounlimited.to/ky2el73w6lmn/RKDupes.20.06.05.Lesbehonest.Part.2.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ky5f2aejmdap/Rebecca_More_-_Rebecca's_Shower_Time_Fun_-_Day_With_A_Pornstar_-_Brazzers.mp4
https://gounlimited.to/ky62f0czux12/BrazzersExxtra.20.02.27.Demi.Sutra.And.Charlotte.Sins.The.Husband.Trap.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/ky9vxoo4lqj0/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4
https://gounlimited.to/kyc8vhsoaiin/twistys.20.05.16.molly.stewart.mollys.kitchen.kink.mp4
https://gounlimited.to/kyfee2pkaawu
https://gounlimited.to/kyu93qmkemgi/BigWetButts_-_Luna_Star_-_Low_Ride_Her_(18_07_2018).mp4
https://gounlimited.to/kz11d8em0e7s
https://gounlimited.to/kz3hx6pvhjun/www.0xxx.ws_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/kz530h5vknmn/Kenzie_Taylor_-_Kenzie_Chooses_Dick_Over_Dishes_(DayWithAPornstar.31.05.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/kzcrdzlkrs8n/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/kzib6dcpenf9/_[Sneaky_Sex]_Gabbie_Carter,_La_Sirena_-_I_Fucked_Your_Boyfriend_To_Make_You_Mad_(PervyVideos.com).mp4
https://gounlimited.to/l024jayp8ffa/Best_Of_Brazzers_-_Madison_Ivy_-_BrazzersExxtra_-_Brazzers.mp4
https://gounlimited.to/l05rs269tmx2/faketaxi.20.06.05.romy.indy.mp4
https://gounlimited.to/l0d12qu1u71j
https://gounlimited.to/l0d12qu1u71j/RKDupes.20.06.16.Pedicure.Her.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/l0neztilqnwg/[TurningTwistys]_Sabina_Rouge,_Liv_Wild_(Even_Cowgirls_Get_Horny_/_06.01.2020).mp4
https://gounlimited.to/l0t436n9o13z/Www.brazzersbox.in_cum4k.20.05.26.kendall.karter.dropping.loads.mp4
https://gounlimited.to/l1502v7mwnyh
https://gounlimited.to/l1aeu8spsdjm
https://gounlimited.to/l1bzn6r5z7b8/DaneJones.20.03.16.Kinuski.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/l1d6hdmjqm1g/WhenGirlsPlay_-_Alex_Blake_And_Scarlit_Scandal.mp4
https://gounlimited.to/l1fjy00r0qo3/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/l1q5e5u8jvwa/www.0xxx.ws_DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valentine.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/l1rk145vki2s/www.0xxx.ws_RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.XXX.1080p.MP4-MaMi.mp4
https://gounlimited.to/l28a53hlob4r/BrazzersExxtra.20.02.06.Alison.Avery.Final.Interview.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/l29ckjbnwzmx/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4
https://gounlimited.to/l2eba88g6nt1/Telegram_@getnewlink_dani_daniels_Day_With_A_Pornstar-_Dani_-_BRAZZERS.mp4
https://gounlimited.to/l2fnt3x16v2n
https://gounlimited.to/l2hbacj78pdi
https://gounlimited.to/l2lzlxdegyvg/rkprime.20.06.08.luna.star.fuck.my.girl.mp4
https://gounlimited.to/l2sqpb2ubut2/[TeensLoveHugeCocks]_Vina_Sky_(Tight_Teen_Begs_For_Anal_/_02.12.2020).mp4

https://gounlimited.to/l388ss64svci/TeensLoveHugeCocks.20.06.17.Makenna.Reise.Tiny.Makenna.Takes.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/l3aw4cu6zlep/[Dont_Break_Me]_Pamela_Morrison:_Breaking_Pamela_(PervyVideos.com).mp4

https://gounlimited.to/l3ay0nw2u1k6/danejones.20.06.09.alexis.crystal.mp4

https://gounlimited.to/l3bsezbf08bd/rkprime.20.06.06.bailey.brooke.surprised.by.the.big.package.mp4

https://gounlimited.to/l3h9ip7gvi6t/RKPrime.19.12.18.Aubree.Valentine.Reverse.FTA.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/l3juub4mfx8u/momsbangteens.20.03.08.kimmy.granger.and.eva.notty.do.not.fuck.around.with.my.stepmom.mp4

https://gounlimited.to/l3zgmlsyvlsu/faketaxi.20.06.05.romy.indy.mp4

https://gounlimited.to/l46xtsncjdu8/Brazzers_-_PornstarsLikeItBig_presents_Casca_Akashova_in_All_Dolled_Up_Beauty_Queen_Edition___10.06.2020.mp4

https://gounlimited.to/l49of4e1zwi0/[BrazzersExxtra]_Halle_Hayes_(A_Wild_And_Crazy_Cock_Stuffing_Party_/_06.01.2020).mp4

https://gounlimited.to/l4bxbm6oy83g/Bae_Egypt_-_Desperately_Seeking_Panties_(RKPrime.31.05.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/l4f560eaeabj/iknowthatgirl.20.03.09.kataljna.kittin.squirt.aerobics.mp4

https://gounlimited.to/l4llgqgwhhfy/Big_Wet_Butts_Nikita_Denise_ALLWAYSWELL.mp4

https://gounlimited.to/l4u779iyltvt/Nathaly_Doesnt_Like_It_Dirty_-_Nathaly_Cherie_-_FakeTaxi_-_FakeHub.mp4

https://gounlimited.to/l4x30gjwlyl7/PublicPickUps.20.05.01.Briana.Banderas.Brianas.Outdoor.Photo.Shoot.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/l4zki285jbsm/RKPrime.20.05.22.Alex.Coal.Inside.The.Outdoor.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/l5bg322i248k/[FakeTaxi]_Ginebra_Bellucci,_Anastasia_Brokelyn_(Cheeky_Spanish_Lesbians_fuck_Cabbie_/_03.18.2020).mp4

https://gounlimited.to/l5bsqp01xyyf/Public_Agent_-_Vicky_Love.mp4

https://gounlimited.to/l5hvb5ti17mg/RKDupes_-_Gabriella_Paltrova,_Candice_Dare_-_Gabriella_Paltrova,_Candice_Dare.mp4

https://gounlimited.to/l5hy0weml30h/Telegram_@getnewlink_dani_daniels_Casting_Couch_Cuties_-_BRAZZERS.mp4

https://gounlimited.to/l5r3mr3kocpj/Share_My_BF_-_Anny_Aurora__Eliza_Ibarra_Share_in_Onesie_Twosie.mp4

https://gounlimited.to/l5rdbbm4r8sl/rkprime.20.06.11.jane.wilde.and.emily.willis.face-to-face.mp4

https://gounlimited.to/l5s60i9byfmc/Www.brazzersbox.in_vixen.20.06.12.jessie.saint.and.kiara.cole.mp4

https://gounlimited.to/l5tt13o7qe8d/monstercurves.20.03.20.violet.starr.shes.here.to.clean.mp4

https://gounlimited.to/l64cm8zrnlxn/FakeAgent.20.03.05.Mishelle.Klein.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/l64lzh4diwbj/Day_With_A_Pornstar_-_Joanna_Angel_-_Joanna's_Oily_Workout.mp4

https://gounlimited.to/l6aol2rf2oz2/FakehubOriginals.20.05.11.Sofia.Lee.And.Asia.Rae.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/l6nj4in691db/_RKPrime_Nicolette_Shea_Big_Dick_Energy.mp4

https://gounlimited.to/l6q9l10vttwb/FakeTaxi_presents_Mia_Rose_-_4_Loads_of_Spunk_for_Teen___01.06.2020.mp4

https://gounlimited.to/l6udnfqhe8jp/Www.brazzersbox.in__StrandedTeens.20.04.01.Mackenzie.Mace.Tipping.The.Waitress.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/l71ji66reokt/www.0xxx.ws_FakeTaxi.20.06.15.Nathaly.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/l7lmx65a434u/Anya_Olsen,_April_Brookes,_Ariella_Ferrera,_Casey_Calvert,_Cassidy_
Banks,_Gia_Milana,_Kendall_Kayden,_Missy_Martinez,_Sydney_Cole,_Syren_De_Mer_-
_Best_Of_Brazzers:_Sharing_Stepsiblings.mp4

https://gounlimited.to/l7ov74qrtoga/MilfsLikeItBig.19.12.05.Lisa.Ann.Eyes.On.The.Prize.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/l7r0hsjzkmbb

https://gounlimited.to/l7rpwgof08pi/trueamateurs.20.06.08.portia.paris.mp4

https://gounlimited.to/l7svc9zz46z5/[TeensLikeItBig]_Lana_Harding_(Time_And_Again_/_03.23.2020).mp4

https://gounlimited.to/l7xqs1ii0e4e/BrazzersExxtra_Nicolette_Shea_ALLWAYSWELL.mp4

https://gounlimited.to/l87xro2bwvr9

https://gounlimited.to/l8a5re9d02c3/Www.brazzersbox.in_TeensLoveHugeCocks.20.06.15.Aften.Opal.Massage
.Mutiny.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/l8qiviwa6kgg/Real_Wife_Stories_20_05_08_Brandi_Love_And_Holly_Hotwife_Cream
pie_My_Wife.mp4

https://gounlimited.to/l8ro53wgu1t6/Www.brazzersbox.in_FirstAnalQuest.20.05.29.Tina.Grey.XXX.SD.MP4-
KLEENEX.mp4

https://gounlimited.to/l8v697mmohml/DigitalPlayground.20.03.25.Anya.Olsen.And.Ana.Foxxx.Matriarch.Part.
1.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/l90koufi4g2o/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/l92ybiziepu3/Brazzersexxtra.20.06.08.Madison.Ivy.and.Kendra.Sunderland.Bodacious.Bi
kini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/l95712xturkb

https://gounlimited.to/l95712xturkb/Monster_Curves_Kendra_Lust_ALLWAYSWELL.mp4

https://gounlimited.to/l960iic2qbz6/SimplyAnal.20.05.25.Alina.V.And.Sofia.Like.Share.My.Boyfriend.XXX.10
80p.MP4-KTR.mp4

https://gounlimited.to/l9a2ss1bphkf

https://gounlimited.to/l9jin56w2021

https://gounlimited.to/la02p954nido/Lesbea.20.05.24.Scarlet.And.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/la0arg3uqsix/Azul_Hermosa,_Zac_Wild_-_Questions_&_Azul_-_RK_Prime_-
_Reality_Kings.mp4

https://gounlimited.to/la0ep45ub1ba/PervsOnPatrol.20.02.05.Aria.Kai.Stretch-Sister.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/la97s4ka6r73/erito.20.04.14.meet.erotic.model.kanade.mizuki.jp.mp4

https://gounlimited.to/lacyec7nx9js/MilfsLikeItBig.19.11.23.Lexi.Luna.Heal.Me.Feel.Me.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/lanwlmzrfwep/DayWithAPornstar.20.03.29.Victoria.June.XXX.1080p.MP4-
KTR_[Pornxbit.com].mp4

https://gounlimited.to/lapp4ltahw9r/Angela.White.Jean.Queen.BigWetButts.anal.mp4

https://gounlimited.to/lat0n7uz5srt/FakehubOriginals_-_Sofia_Lee,_Yves_Morgan,_Asia_Rae_-
_Fake_Family_Ebony_Step_Siblings.mp4

https://gounlimited.to/latu5s7esls9/Www.brazzersbox.in_BrazzersExxtra.20.05.16.Valentina.Nappi.Jumping.Fo
r.Jizz.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lb4snym1tp19

https://gounlimited.to/lb6s1hgw7g99/momslickteens.20.05.27.maggie.green.and.sofie.reyez.come.home.with.m
e.mp4

https://gounlimited.to/lbkgrqgijkna/lookathernow.20.03.05.zoey.monroe.wet.and.sticky.weekend.mp4

https://gounlimited.to/lbmxpf8c0ef2/FakeTaxi.20.03.08.Marina.Maya.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lbp7wetoik5t/BrazzersExxtra.20.03.26.Alice.Judge.I.Hate.You.Lets.Fuck.XXX.SD.MP4-
KLEENEX.mp4

https://gounlimited.to/ld26da81giw3/rkprime.20.06.04.nicolette.shea.big.dick.energy.mp4

https://gounlimited.to/ld933milrr0y/Rosalyn_Sphinx,_Kylie_Kingston,_Michael_Vegas_-_Sit_On_It_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/ldgfi5wdmzy0/[LetsTryAnal]_Mia_Bandini_(Come_In_For_Some_Tea_And_Anal_/_05.29.2020).mp4

https://gounlimited.to/ldutzu57tve7/Day.With.A.Pornstar.-.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.-.Brazzers.mp4

https://gounlimited.to/ldyfbbw1vwen/ZZ_Series_Romi_Rain_Queen_ALLWAYSWELL.mp4

https://gounlimited.to/ldzf0c91lsd2/faketaxi.20.04.01.ava.austen.mp4

https://gounlimited.to/leiyhjyg6wb6/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lejmvf11mvcs/Big.Wet.Butts.-.Remy.Lacroix.Remys.Ring.Toss.-.Brazzers.mp4

https://gounlimited.to/lewklzlegrmi

https://gounlimited.to/lf2nch0sevb2/[TransAngels]_Janelle_Fennec,_Silas_Stone_-_Stormy_Night_(07.03.2019)_rq.mp4

https://gounlimited.to/lfq08x7dppkf/www.0xxx.ws_RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.XXX.1080p.MP4-MaMi.mp4

https://gounlimited.to/lg674iygx49j/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06.09.2020).mp4

https://gounlimited.to/lgflf3nikref/Www.brazzersbox.in_BigWetButts.20.05.01.Abella.Danger.So.Fresh.And.So.Clean.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lgmswai9zc8t/Moms_In_Control_20_04_23_Alexis_Fawx_And_Aubree_Valentine_Sneak_Peek_And_Fuck.mp4

https://gounlimited.to/lgnv4h1bc6kc

https://gounlimited.to/lgsl4qsm6wa7/DaneJones.20.04.17.Best.Of.Ebony.Girls.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lgwuhr97vjmq/RKDupes.20.05.28.The.Lil.Freak.Under.The.Sheets.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/lgznwsqjdo35/trueamateurs.20.04.14.jessica.starling.mp4

https://gounlimited.to/lhaf2nunrrwf

https://gounlimited.to/lhaf2nunrrwf/DayWithAPornstar.20.04.30.Eva.Elfie.Playing.With.Eva.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lhqgh4x4lik7/publicpickups.20.02.06.leah.lee.loving.leah.mp4

https://gounlimited.to/lhtaciuri03u/lookathernow.20.03.26.leah.lee.neat.freak.mp4

https://gounlimited.to/lhuvhnnrmmz5/[SneakySex]_Gabriela_Lopez_(Family_Road_Trip_Dick_/_06.01.2020).mp4

https://gounlimited.to/li20cbhacr1j/www.0xxx.ws_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/li8b6a96kubr/Twistys.20.05.11.Ariana.Marie.Big.Black.Chair.XXX.1080p.mp4

https://gounlimited.to/lj4ffpnop8l2/DaneJones_Aislin_ALLWAYSWELL.mp4

https://gounlimited.to/ljbz4gqaht9g/bex.20.06.05.best.of.brazzers.first.anals.mp4

https://gounlimited.to/ljgw9rkdkrf4

https://gounlimited.to/ljh2d5f5zuvp/lilhumpers.20.03.10.brittany.andrews.humpers.infestation.mp4

https://gounlimited.to/ljjbw91sjdqn/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ljk83sd6wa1f

https://gounlimited.to/ljutz7plgizl/www.0xxx.ws_TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lko9tlkd4jgf/Www.brazzersbox.in_[LookAtHerNow]_Emily_Willis_-_Making_The_Sale_(27.05.2020).mp4

https://gounlimited.to/lkphpdz8i2fl

https://gounlimited.to/lkqi54ni52ys/www.0xxx.ws_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lkw7hc45btxv/BigTitsAtWork.20.03.12.Alena.Croft.Shes.A.Smooth.Operator.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/lkyelwu3re1g/Www.brazzersbox.in_BlacksOnBlondes.20.05.26.Marilyn.Johnson.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ll7ygqco089g/MomsLickTeens.20.05.27.Maggie.Green.And.Sofie.Reyez.Come.Home.With.Me.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/llevybremslf

https://gounlimited.to/llivqh21025t/Www.brazzersbox.in_EuroTeenErotica.20.05.11.Kinuski.Naughty.Nurse.Fucks.Patient.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/llj9qg7utxb3.html

https://gounlimited.to/lllpmi92ah8j/RKDupes.20.05.26.Humped.And.Focused.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/llly0rtkr8co

https://gounlimited.to/llnnasvry0u6/[WhenGirlsPlay]_Ana_Foxxx,_Lauren_Phillips_(Hot_Water_/_02.15.2020).mp4

https://gounlimited.to/llvyvg7nacs6/TurningTwistys.20.06.01.Sabina.Rouge.And.Liv.Wild.Even.Cowgirls.Get.Horny.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lm2e40r9bq1z/Twistys.20.06.03.Cherie.Deville.A.Taste.Of.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lm6n63a4952g/Public_Pickups.mp4

https://gounlimited.to/lm9paq57uscq/DigitalPlayground.19.12.06.Alessandra.Jane.The.Pulse.Episode.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lmbkdh3d01v3/bigwetbutts-kagney-linn-karter-anally-reamed-in-her-jea_720p.mp4

https://gounlimited.to/lmbprl3wtze3/HotAndMean.20.04.08.Lena.Paul.And.Skye.Blue.Stay.Away.From.My.Brother.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lmcj7kj143j4/GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lmf0p7y71heu/When_Girls_Play_Alex_Blake_ALLWAYSWELL.mp4

https://gounlimited.to/lmhjsezcdrv8/[Twistys]_Cherie_Deville_(A_Taste_Of_Cherie_/_06.03.2020).mp4

https://gounlimited.to/lmi4gt260rck/DaneJones.20.03.13.Gina.Varney.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lmjmbx6m2cv7/Brazzers_Exxtra_20_04_22_Adriana_Chechik_The_Malcontent_Mistress_Part_2.mp4

https://gounlimited.to/lml5p1e9fguh/FakeHostel.20.05.05.Kathy.Anderson.And.Isabella.Deltore.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lmtxe4jd1qh7/[RKPrime]_Kira_Queen,_Aruna_Aghora_(Threesome_/_05.30.2020).mp4

https://gounlimited.to/lmx3lygvpsy1/[DoctorAdventures]_Sienna_Day_(Can_You_Feel_That?_/_02.16.2020).mp4

https://gounlimited.to/ln07qh1x3zlq/Www.brazzersbox.in_RealityJunkies.20.06.12.Kiara.Cole.Babysitter.With.Benefits.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lndxbvjhzbed/BrazzersExxtra.20.03.23.Gina.Valentina.Squirtboarding.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lnnuuvd4ee0i/MassageRooms.19.12.07.Anastasia.Brokelyn.And.Madison.Mcqueen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lnp0630ukrzu/DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.SD.MP4-.mp4

https://gounlimited.to/lo6ei7b1oa0e

https://gounlimited.to/lohc0o7izd8d

https://gounlimited.to/lopsjz0hkz67/[BrazzersExxtra]_Halle_Hayes_(A_Wild_And_Crazy_Cock_Stuffing_Party_/_06.01.2020).mp4

https://gounlimited.to/loxp9nsmgk2t/Www.brazzersbox.in_DDFBusty.20.06.07.Sofia.Lee.And.Krystal.Swift.Orgasmic.Group.Sex.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lp6vkir3ma5r/BrazzersExxtra.20.05.13.Best.Of.Brazzers.Madison.Ivy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lp75o88eh7iq/BrazzersExxtra.20.04.27.Vina.Sky.The.Gape.That.Keeps.On.Giving.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lpb6toevi4w0/PornstarsLikeItBig_-_Angela_White_-_Just_To_Be_Clear_(20_05_2018).mp4

https://gounlimited.to/lpf6d4qkv8yo/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lpi4vzn35mda/NICE_FUCK_WITH_HOOTT_MILLFF.mp4

https://gounlimited.to/lpj8ri8u9nm1

https://gounlimited.to/lpkugjtubyw4/MilfsLikeItBig.20.03.28.Anissa.Kate.Not.Here.For.The.Coffee.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/lpwdd0ym5xxq/MassageRooms.19.11.13.Renata.Fox.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lpx45wsooz8c/Siouxsie.Q.Anal.Kitchen.Cleaning.DayWithAPornstar.mp4

https://gounlimited.to/lqzswltsvf4f/DaneJones.20.06.16.Jenny.Wild.Solo.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lr5nnwqq54ll/BigWetButts.20.03.29.Gia.Derza.Oily.Af.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lrcvs1fjw2si/Www.brazzersbox.in_Private.20.06.13.Veronica.Leal.And.Katrina.Moreno.Gonzo.Anal.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lrrb84behaq6

https://gounlimited.to/lrtsivvlbbfg/Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lruinvvqihxw/Www.brazzersbox.in__Tushy.20.03.29.Adira.Allure.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/lrvpjwpev8px/Www.brazzersbox.in_HandsOnHardcore.20.06.08.Stacy.Cruz.Passionate.Pussy.Fucking.On.Demand.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lryd90s4oquc

https://gounlimited.to/ls0dqsz8w75x/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ls2t3wwe7iqq/Www.brazzersbox.in_tushy.20.06.14.kaisa.nord.and.lana.roy.mp4

https://gounlimited.to/ls6fuzg13knd/Reality_Kings_-_RK_Prime_-_Kira_Queen,_Aruna_Aghora,_Sabby_-_Aruna_And_Kira.mp4

https://gounlimited.to/ls7pjidhwa95/FakehubOriginals.20.05.23.Best.Of.Anal.Antics.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ls8qmkhu45qu/BrazzersExxtra.20.06.17.Riley.Reid.And.Melissa.Moore.Almost.Sisters.REMASTERED.XXX.SD.MP4-.mp4

https://gounlimited.to/ls9s270v5x8n/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4

https://gounlimited.to/lsolbas78dnz

https://gounlimited.to/lspa18qdkxuq/FakehubOriginals.20.04.30.Best.Of.Filthy.MILFs.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/lsw1hlhspthb/HotAndMean.19.12.17.Jessa.Rhodes.And.Molly.Stewart.Horny.For.The.Holidays.Part.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lt3mnryl0a4s/[RKPrime]_Aften_Opal_(Slippery_Ride_/_04.07.2020).mp4

https://gounlimited.to/lth3igw97s9s/Gabbie.Carter.Cifted.Big.Naturals.04.FTVGirls.2020.bigtits.solo.mp4

https://gounlimited.to/ltn45a7exxoi/www.0xxx.ws_Twistys.20.06.03.Cherie.Deville.A.Taste.Of.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lu0ov8y6109r

https://gounlimited.to/lu9ivujbt57k/erito.20.03.10.nymphos.a.face.fucking.freak.jp.mp4

https://gounlimited.to/ludnkbzaww0x/Dirty_Masseur_20_05_05_Karma_RX_How_To_Fuck_Your_Masseur.mp4

https://gounlimited.to/lugxxnd05gcd/RKPrime_Alyssa_Reece_ALLWAYSWELL.mp4

https://gounlimited.to/luhxmadcp9if/Teens_Love_Huge_Cocks___Realitykings_-
_Ramon_Nomar,_Dolly_Little_A_Little_Love___10.6.2020.mp4
https://gounlimited.to/lv7wg93xprix/[RKPrime]_Lexi_Dona_(Lithe_Lexi_/_03.17.2020).mp4
https://gounlimited.to/lvbs3num4ttb/MommyGotBoobs_-_Rebecca_More_-_Just_One_Clit_Away.mp4
https://gounlimited.to/lvj9dc91ar1l/Twistys.Demi.Molly.And.Desiree.15.5.2020.SD.mp4
https://gounlimited.to/lvksy0uzvsu4
https://gounlimited.to/lvl3wyji57l1/www.0xxx.ws_TrueAmateurs.20.06.15.No.Face.Girl.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/lvolbz03yqe1
https://gounlimited.to/lvqrlv7xyoo6
https://gounlimited.to/lvslrgwxuoa8/www.0xxx.ws_RKDupes.20.06.05.Lesbehonest.Part.2.XXX.INTERNAL.1
080p.MP4-TRASHBIN.mp4
https://gounlimited.to/lvv586wgyes9/Brazzersbox.in.mp4
https://gounlimited.to/lw87c51pz7ct/BrazzersExxtra.20.02.09.Zoey.Monroe.And.Abella.Danger.Go.With.The.F
low.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/lw8d1c21wd28/RKPrime.20.02.10.Lenina.Crowne.Taking.Him.For.All.Hes.Worth.XXX.
1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/lw8thhj5cfu3/Day_With_A_Pornstar.20.05.10.Alexis.Fawx.Alexis.Dildo.Harvest.XXX.1
080p.mp4
https://gounlimited.to/lwd73earqtk2/trueamateurs.20.03.05.jessica.starling.mp4
https://gounlimited.to/lwi7hpwkzlw5/www.0xxx.ws_DayWithAPornstar.20.06.15.Jewelz.Blu.Jewelz.Has.Cock.
For.Breakfast.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/lwo743wejdcm/brazzersexxtra-halle-hayes-a-wild-and-crazy-cock-stuffi_360p.mp4
https://gounlimited.to/lwp3u4tq9120/DaneJones.-.Alina.Crystall.Intimate.Love.With.Gorgeous.Russian.mp4
https://gounlimited.to/lwst1ylnys38/Www.brazzersbox.in_[MyDirtyMaid]_Alyssia_Kent_-
_Fuckable_Maid_Makes_Dirty_Money_(12.05.2020)_rq.mp4
https://gounlimited.to/lwvq52jvgqxc/lesbea.20.03.08.lexi.dona.and.atlanta.moreno.mp4
https://gounlimited.to/lwz9stuobmjf/FakeAgent.20.05.01.Sofia.The.Bum.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/lx0xwrrq1iiv
https://gounlimited.to/lx1sh34tzsun/Www.brazzersbox.in_PublicPickUps.20.03.23.Scarlett.Fall.Asking.Cutie.F
or.Directions.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/lx6zcik6iycm/Lesbea.20.05.10.Best.Of.Scissoring.Orgasms.XXX.1080p.mp4
https://gounlimited.to/lxce6xvbpeho/publicagent.20.02.18.subil.arch.mp4
https://gounlimited.to/lxdzbnwd8hi6/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.A
nd.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/lxgk50wgk5nr
https://gounlimited.to/lxjnvl2duwjp/GirlsGonePink.20.03.19.Kit.Mercer.And.Kylie.Le.Beau.Revenge.Sex.Tape.
With.My.BFF.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/lxpsnlz7pcg4
https://gounlimited.to/lxt7cp99818c/sneakysex.20.05.18.vanna.bardot.cheaters.delight.mp4
https://gounlimited.to/lxt9xghfqgye/FemaleFakeTaxi.20.05.09.Alexis.Crystal.And.Lexi.Dona.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/lxy8f5xv3ftg/MomXXX_Kathy_Anderson.mp4
https://gounlimited.to/ly1jpnl5u8fj/Www.brazzersbox.in__5BTeamSkeetXBAEB.com_5D_-_2020.05.23_-
_Adria_Rae_-_Wet_T_Shirt_(720p).mp4
https://gounlimited.to/ly5kc6a3jo49/[PublicAgent]_Subil_Arch_(MILFS_Perfect_Body_Fucked_for_Cash_/_0
2.18.2020).mp4
https://gounlimited.to/ly9njhq9e5pg/RKPrime_-_Aidra_Fox_-_A_Cock_For_Your_Thots.mp4
https://gounlimited.to/lya1kwrkw5rj/MommyGotBoobs.20.03.05.Richelle.Ryan.House.Warming.XXX.SD.MP4
-KLEENEX.mp4

https://gounlimited.to/lyanhr2uaklk/[BrazzersExxtra]_Abella_Danger_(His_Hands_Are_Tied_/_06.02.2020).mp4

https://gounlimited.to/lyffgjl59i45/Twistys.20.05.25.Maria.Fun.In.The.Sun.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lz3ainxl8nt4/DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/lzbqk3x36w93/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_/_06.11.2020).mp4

https://gounlimited.to/lzmfewcaf4uw/devilsfilm.20.03.14.misty.stone.the.hot.milf.next.door.4k.mp4

https://gounlimited.to/lzp1h5eoa46i/[DigitalPlayground]_Anya_Olsen,_Ana_Foxxx_(Matriarch_Part_1_/_03.25.2020).mp4

https://gounlimited.to/lzpwlsxi7jr7/Www.brazzersbox.in__Private.20.04.18.Lana.Roy.Enjoys.Black.Stallion.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/lzrxq6pz0qmv/Www.brazzersbox.in_mydaughtershotfriend.20.05.27.vina.sky.mp4

https://gounlimited.to/m02cjcsl3cbi/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4

https://gounlimited.to/m03b971k1axp/Brazzers_Exxtra_Anastasia_ALLWAYSWELL.mp4

https://gounlimited.to/m0d1d3apyg54/teenslovehugecocks.20.06.10.dolly.little.a.little.love.mp4

https://gounlimited.to/m0ka85yqcw6e/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m0otpk8pktzn/TrueAmateurs_-_Kriss_Kiss_-_Teen_With_Big_Tits_Gets_Fucked_In_Her_Ass_By_Big_Dick.mp4

https://gounlimited.to/m14ve1gw18sl/Shae_Summers_Reality_Kings_(15).mp4

https://gounlimited.to/m1d0ka06r57r/RKDupes.20.05.28.The.Lil.Freak.Under.The.Sheets.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/m1go5pnt5v77/Nicolette-Shea-Brazzers-School-Of-Hard-Knockers-2020-06-14.mp4

https://gounlimited.to/m1li71fxtmut/RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m1twokfom0e9/Mofos.Scarlit.Scandal.17.6.2020.1080p.mp4

https://gounlimited.to/m2c2kqkafdxw/momslickteens.20.02.10.sarah.vandella.and.vina.sky.a.lazy.fisting.saturday.mp4

https://gounlimited.to/m2cuydmitg6a/MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/m2i7d2i50kai/LilHumpers.20.03.24.Bridgette.B.The.Half.Pint.Stripper.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/m2k7lh9hq2zd

https://gounlimited.to/m2oew4am2g9z/publicagent.20.03.10.jessika.night.mp4

https://gounlimited.to/m2po4lk54x37/rkprime.20.06.09.angela.white.vs.rob.piper.mp4

https://gounlimited.to/m2qy3gixunpl/TransAngels_presents_Eva_Maxim_Model_Cuddle___03.04.2020.mp4

https://gounlimited.to/m3a4etebw6f7/iknowthatgirl.20.03.21.joanna.angel.squirting.biker.babe.fucks.the.mechanic.mp4

https://gounlimited.to/m3c0rz6la58k/PublicAgent_Cathy_Heaven_ALLWAYSWELL.mp4

https://gounlimited.to/m3i8d732g95m/Www.brazzersbox.in_RKPrime.20.05.13.Tiffany.Tatum.Tiffany.Wants.A.Taste.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/m3kznuhjgxki/DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m3r96pyzco08

https://gounlimited.to/m3vthba1y1c6/Abella_Danger,_Kira_Noir,_Danny_D_-_Maid_For_A_Threesome_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/m4h1wmj9p68u

https://gounlimited.to/m4ktx2z2d2ph/rkprime.20.06.08.luna.star.fuck.my.girl.mp4

https://gounlimited.to/m5055elp4ngi/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4

https://gounlimited.to/m50fmf5bg29e/[RKPrime]_Aidra_Fox_(A_Cock_For_Your_Thots_/_06.12.2020).mp4

https://gounlimited.to/m55jtkvqwb6g/SneakySex.20.05.18.Vanna.Bardot.Cheaters.Delight.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/m57ows4soe33/www.0xxx.ws_BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m58y2plwjwgp/RealityKings_-_Hadley_Viscara_-_Schoolgirl_Seductress_(09_05_2018).mp4

https://gounlimited.to/m5irvarohglo/www.0xxx.ws_BrazzersExxtra.20.05.24.Desiree.Dulce.Out.From.The.Deep.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m5s9zp282iri/Www.brazzersbox.in_X-Angels.20.04.21.Hanna.Rey.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/m5wdi1i0o81h/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m5yrizltsd12

https://gounlimited.to/m61lr9v8jhkp/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfied_/_06.04.2020).mp4

https://gounlimited.to/m6221gp2ti03/www.0xxx.ws_WeLiveTogether.20.05.04.Adriana.Maya.And.Natalie.Porkman.Make.Out.Artist.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m6bmjda3s46c/FakeTaxi.20.06.01.Mia.Rose.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/m6cuco3kl3py/www.0xxx.ws_ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m6k9xi7sdqxd/DaneJones.20.02.28.Aaeysha.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/m6kt3v6g5msm/BrazzersExxtra.20.05.06.Best.Of.Brazzers.Nurse.Appreciation.Day.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m6oqfyuv5i1z/FakehubOriginals.20.03.21.Lexi.Dona.And.Asia.Rae.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/m6pj4x8rxm0k/Public_Pickups_Leah_Lee_-_Loving_Leah.mp4

https://gounlimited.to/m6q4dj4sw982/PublicAgent.20.05.15.Sereyna.Gomez.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/m6u082t7d0zu/PublicAgent_-_Kandy_Kors_-_Tiny_Russian_takes_cock_for_cash_(10_04_2018).mp4

https://gounlimited.to/m6zuo59e5ps9/LookAtHerNow.20.03.19.Melody.Foxx.Oil.Routine.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/m70980nm8byz/www.0xxx.ws_TrueAmateurs.20.06.01.Mia.Bandini.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m72aq8vr4eht/Www.brazzersbox.in_DevilsFilm.20.05.20.Alura.Jenson.Put.Up.Or.Shut.Up.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/m740c560h9yu/Www.brazzersbox.in_Passion-HD.20.04.15.Jessie.Saint.Bending.The.Rules.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/m74bjsgougjl/SneakySex.20.04.20.Gabbie.Carter.And.La.Sirena.I.Fucked.Your.Boyfriend.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/m75tup6lpu7y

https://gounlimited.to/m75tup6lpu7y/Nicole_Aniston_-_Fix_Your_Fucking_Marriage.mp4

https://gounlimited.to/m77l64qxzsa6/DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m77zu5bv9pyz/PublicAgent.20.02.04.Lady.Zee.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/m7bydhljwods/Www.brazzersbox.in__DayWithAPornstar.20.04.19.Hime.Marie.Himes.Cleaning.House.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m7dnmw1zs5fj/Emily_Willis_-_Cocked_On_Camera.mp4

https://gounlimited.to/m7mmb2znz1id/Rkprime.20.05.30.Kira.Queen.and.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m7ww6gralfn3/Lady_Dee,_Kristof_Cale_-_Suck_My_Disinfected_Burning_Cock_-_Fake_Driving_School_-_FakeHub.mp4

https://gounlimited.to/m7zj9o6a5med/[HotAndMean]_Adriana_Chechik,_Penny_Pax_(The_Malcontent_Mistress_Part_1_/_04.14.2020).mp4

https://gounlimited.to/m838e3wfage6/lesbea.20.03.05.cristal.caitlin.and.atlanta.moreno.mp4

https://gounlimited.to/m88uxevy6dp4/FakeHospital_-_E56.mp4

https://gounlimited.to/m8o0tunhl9gi/BigWetButts_-_Lana_Rhoades_-_Exercise_Balling_(22_05_2018).mp4

https://gounlimited.to/m8tnqr2os223/TrueAmateurs.20.05.04.Jessica.Kyle.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/m8y6zvcmctwx/Www.brazzersbox.in_SexArt.20.04.03.Chelsey.Lanette.Tell.Me.How.You.Want.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/m900yg8iq2ec/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/m9g1ari4bpz7/Www.brazzersbox.in_eroticax.20.06.10.lana.sharapova.hot.bath.and.massage.mp4

https://gounlimited.to/m9jvscu7of40/www.0xxx.ws_TrueAmateurs.20.06.12.Reislin.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/m9xcq97g4zqg/BrazzersExxtra.20.04.06.Brooklyn.Gray.The.Guru.Of.Gape.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/maqur03w6pkh/[SneakySex]_Gabriela_Lopez_(Family_Road_Trip_Dick_/_06.01.2020).mp4

https://gounlimited.to/mary8v7wdm3j/www.0xxx.ws_SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/matcjqsfb2us/RKPrime.-.Luna.Star.Fuck.My.Girl.-.Reality.Kings.mp4

https://gounlimited.to/maw2n23957ux/[DigitalPlayground]_Paige_Owens_(Lucky_Seven_Episode_5_/_04.13.2020).mp4

https://gounlimited.to/maz49cp4bcvd/Hot_And_Mean.20.05.27.Serena.Santos.And.Alina.Belle.Masseuse.Rivalry.XXX.1080p.mp4

https://gounlimited.to/mb2daf5cyac5

https://gounlimited.to/mb7wngg13mnr/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mbljtckktpvg/Www.brazzersbox.in_[LookAtHerNow]_Edible_Aubrey_-_Meter_Maid_(09.06.2020).mp4

https://gounlimited.to/mbyrgnh38tpd/www.0xxx.ws_RKPrime.20.05.20.Cecilia.Lion.Vs.Ricky.Johnson.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mc6lc5sr0p0g/transangels.19.08.29.jessy.dubai.an.experienced.woman.part.1.mp4

https://gounlimited.to/mcc39sdy8dex/PublicAgent.20.03.12.Kinuski.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/mcl3zd0igp47/BigButtsLikeItBig.20.04.01.La.Sirena.Party.Like.A.Fingers.Up.Your.Ass.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mcn5d3279z0p/DayWithAPornstar.20.05.09.Vanna.Bardot.Vannas.Sneaky.Masturbation.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mcyq607sx9fq/Peta_Jensen_-_Best_Of_Brazzers.mp4

https://gounlimited.to/md5rzht8abl7/Teens_Love_Huge_Cocks_-_Vina_Sky_Anal_In_The_Sun.mp4

https://gounlimited.to/md9qeg17pr7x/Www.brazzersbox.in__SisLovesMe.20.04.17.Brooke.Haze.Her.Pussys.All.Wet.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mdbcuk8teht7/Www.brazzersbox.in_CuckoldSessions.20.05.17.Kay.Carter.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mdesij5mh14s/sneakysex.20.05.06.kyler.quinn.college.party.quickie.mp4

https://gounlimited.to/mdiraenvy3ij/Www.brazzersbox.in__BigTitsAtWork.20.04.19.Kiara.Edwards.How.About.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mdlqtvqla4ys/We_Live_Together.20.05.08.Episode.4.Saying.Goodbye.XXX.1080p.mp4

https://gounlimited.to/mdw4vwr3s9la/RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mdw95auym3ui/fakeagent.20.02.06.madison.mcqueen.mp4

https://gounlimited.to/me4xu366sirs/Pervs_OnPatrol_Kiara_Edwards_ALLWAYSWELL.mp4

https://gounlimited.to/me8dyg88taky/TeensLikeItBig.20.03.16.Chanel.Grey.A.Night.With.Moms.Boyfriend.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/meeslgegkyfz/Brittany_Andrews,_Nicolette_Shea,_Jordi_El_Nino_Polla_-_Fucking_His_Way_Into_The_USA_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/mehzv0o27v8j/[RKPrime]_Kataljna_Kittin_(Wet_Kittin_/_05.29.2020).mp4

https://gounlimited.to/mexi0k84vj0x

https://gounlimited.to/meyf9c7orkd7/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mf2sebuhzgc7/www.0xxx.ws_FakeTaxi.20.06.15.Nathaly.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mf6sivflonau/MomXXX.20.04.27.Kathy.Anderson.And.Isabelle.Deltore.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/mf7tgbovocyx

https://gounlimited.to/mfdfnqyeg3zj/Www.brazzersbox.in__StepSiblings.20.04.10.Maya.Farrell.And.Alina.Belle.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mfe7c49k6mpz/bex.20.06.02.best.of.brazzers.sneakiest.moments.mp4

https://gounlimited.to/mffsy4ozqn14/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mfqq3qcejmgt/Aften.Opal.Massage.Mutiny.TeensLoveHugeCocks.massage.mp4

https://gounlimited.to/mfssnjhodzqw/Www.brazzersbox.in__LilHumpers.20.03.24.Bridgette.B.The.Half.Pint.Stripper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mg92zic23jxa

https://gounlimited.to/mgffxv5my6pw

https://gounlimited.to/mgffxv5my6pw/PublicAgent_Asia_Rae_ALLWAYSWELL.mp4

https://gounlimited.to/mgiuo4bjlzbb/Twistys.20.06.08.Dakota.On.Display.XXX.1080p.mp4

https://gounlimited.to/mgmhxv9vqwt7/Www.brazzersbox.in_AssParade.20.04.27.Nikki.Benz.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mgpyi542q5se/LookAtHerNow.20.04.02.Lexi.Lore.Clothing.Haul.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/mgrn8kbhacyx/MilfsLikeItBig.20.01.09.Ryan.Keely.Tats.Tits.And.Ass.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mgsdoyvm5vq3/IKnowThatGirl.20.04.03.Kendra.Spade.Kendras.Squirting.Workout.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mh1rnb497dfv/MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mh1z9rdlsxju/fakehuboriginals.20.06.17.best.of.sexy.squirters.mp4

https://gounlimited.to/mh6vztlfl6yq/[Twistys]_Dakota_(On_Display_/_06.08.2020).mp4

https://gounlimited.to/mh8m9dg39qlf/Kataljna.Kittin.Wet.Kittin.RKPrime.hardcore.mp4

https://gounlimited.to/mh8xlymkcpsd/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mhaa7zp1epyf/Www.brazzersbox.in_NewSensations.20.05.20.Lacy.Lennon.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mhe54qohh5mn/[MofosBSides]_Lexie_Fux_(Porn_Pleasure_/_06.02.2020).mp4

https://gounlimited.to/mhjmvadbnmyh/RealityKings_Kendra_Lust_ALLWAYSWELL.mp4

https://gounlimited.to/mhoa9uvfz755/LilHumpers_-_Alexis_Fawx_-_Lil_Jailbird.mp4

https://gounlimited.to/mhrmdwe4qz7c/Lil_Humpers.20.04.21.Joslyn.James.Lil.Lawn.Gnome.XXX.1080p.mp4

https://gounlimited.to/mhsy97mdk5i7/RKDupes.20.05.20.Its.Juicy.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/mhwd2dzizh20/TrueAmateurs_presents_NoFaceGirl_in_Babe_With_Hot_Body_Gets_Creampie___15.06.2020.mp4

https://gounlimited.to/mi97cy5syxty/Www.brazzersbox.in_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mibzleihw9r6/RealityKings_-_RKPrime_presents_Bae_Egypt_-_Desperately_Seeking_Panties___31.05.2020.mp4

https://gounlimited.to/mijh57y96jyx/www.0xxx.ws_Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mirwafojmmjg/Www.brazzersbox.in_DoctorAdventures.20.04.27.Bella.Rose.Big.Thermometer.Energy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mizjtkklplv4/Florane_Russell,_Nick_Ross_-_Naughty_Couple_Break_Lockdown_Rules_-_Mom_XXX_-_SexyHub.mp4

https://gounlimited.to/mj3lbdio12uf/faketaxi.20.03.18.ginebra.bellucci.and.anastasia.brokelyn.mp4

https://gounlimited.to/mj3qxks792af/Www.brazzersbox.in_Tiny4K.20.04.23.Roxy.Ryder.Flirty.Spinner.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/mj626vgul3w5/BrazzersExxtra.20.05.20.Best.Of.Brazzers.Hottest.Bosses.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mjfymu42zou0/RKPrime.20.03.27.Marilyn.Sugar.Banging.The.Noisy.Teen.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mjozlsed58j2/TransAngels_presents_Aubrey_Kate_Unplug_It___19.03.2020.mp4

https://gounlimited.to/mjrsiw7iu2c9/Www.brazzersbox.in_SexArt.20.03.22.Lili.Parker.When.You.Sleep.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mjxttx4rf68g/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mjxwuujufwkm/teenslovehugecocks.20.03.16.ellie.eilish.does.your.mom.know.youre.here.mp4

https://gounlimited.to/mk0rhy7ssj3o/Public_Pickups.mp4

https://gounlimited.to/mknugz1sq6cb/www.0xxx.ws_RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mko3rn6sxgiu/[Twistys]_Molly_Stewart_(Molly's_Kitchen_Kink_/_05.16.2020).mp4

https://gounlimited.to/mkwtm1u143sx/Www.brazzersbox.in_Deeper.20.04.09.Kyler.Quinn.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ml34ngrh2yg8/Www.brazzersbox.in_MomsTeachSex.20.04.20.Britney.Amber.My.Step.Mom.Is.A.Cop.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ml9h29nsn5ak/Www.brazzersbox.in_BrazzersExxtra.20.04.05.Portia.Paris.Price.To.Pay.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mldbtvvsgc85/Www.brazzersbox.in_dsw.20.04.20.remy.rayne.and.nova.cane.mystical.methods.mp4

https://gounlimited.to/mlqadort9rjr/MassageRooms_Tiny_Tina_ALLWAYSWELL.mp4

https://gounlimited.to/mltl3s0urykr

https://gounlimited.to/mlwys6yk68w9

https://gounlimited.to/mm0lzhuzfvh4/[BigWetButts]_Kagney_Linn_Karter_(Anally_Reamed_In_Her_Jeans_/_05.31.2020).mp4

https://gounlimited.to/mma6sumzc3sl/Sneaky_Sex_-_Karlee_Grey_-_Super_Hot_Masseuse.mp4

https://gounlimited.to/mmhun24si93q

https://gounlimited.to/mmltznfs2856/www.0xxx.ws_MomsInControl.20.05.10.Sarah.Vandella.And.Lana.Sharapova.The.More.The.Merrier.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mmn1zmsp9d6j/[SneakySex]_Gabriela_Lopez_-_Family_Road_Trip_Dick_(01.06.2020).mp4

https://gounlimited.to/mmy6qfzcxn8z/fakehuboriginals.20.06.12.eva.elfie.solo.mp4

https://gounlimited.to/mn0n3bld06hj/www.0xxx.ws_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mn322bhtrzr4/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mncpfuun3ytg/FakeHostel_Anissa_Kate_They_ALLWAYSWELL.mp4

https://gounlimited.to/mnfj02hvnu9q/Www.brazzersbox.in__DirtyWivesClub.20.04.09.Jasmine.Jae.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/mnoljps1uvq6

https://gounlimited.to/mnoljps1uvq6/Hot_And_Mean_Lela_Star_ALLWAYSWELL.mp4

https://gounlimited.to/mnw1r76tcib3/BrazzersExxtra.-.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.-.Brazzers.mp4

https://gounlimited.to/mnypdag8i3c4

https://gounlimited.to/mo2blpyp65cw/DaneJones.20.05.29.Aislin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mo32vjgngqlx/Mofos.Paige.Owens.17.5.2020.1080p.mp4

https://gounlimited.to/mo5unscpz3zv/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mo63bkbo14wk/BrazzersExxtra.20.05.19.Best.Of.Brazzers.Meanest.Lesbians.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/moazngqvy647/ShareMyBF.20.06.14.Nadia.Jay.Lala.Ivey.1080p.mp4

https://gounlimited.to/mod0s1lpvc86/Www.brazzersbox.in_BrattySis.20.05.08.Lily.Larimar.Its.Just.A.Sponge.Bath.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/moe0hwy9gh4w/lesbea.20.05.05.lady.bug.and.gina.varney.mp4

https://gounlimited.to/mokakhuwcmh9

https://gounlimited.to/molkrfxihlh6/RK_Prime_20_04_25_Abella_Danger_Soaked.mp4

https://gounlimited.to/mp442lkt1bei/DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mp9vckfzml6s/BigWetButts.20.03.11.Vicki.Chase.Domasstic.Maintenance.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/mpa8cqrw2b3k/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4

https://gounlimited.to/mpbssmonryrx/When_Girls_Play.20.04.29.Abigail.Mac.And.Romi.Rain.Girl.Crush.XXX.1080p.mp4

https://gounlimited.to/mpezo705iqft

https://gounlimited.to/mpgm3nbol7of/fakehuboriginals.20.04.30.best.of.filthy.milfs.mp4

https://gounlimited.to/mpjte1je5zt4/RKPrime.20.04.18.Julie.Kay.Wait.On.Me.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/mpme9roobhwq/Tiffany_Wants_A_Taste_-_Tiffany_Tatum_-_RKPrime_-_RealityKings.mp4

https://gounlimited.to/mpotmzfzjzb3/[WhenGirlsPlay]_Molly_Stewart,_Freja_Noir_(Sugar_And_Spice_/_03.21.2020).mp4

https://gounlimited.to/mpshf1sdc2l8

https://gounlimited.to/mpv551qsn675/BabyGotBoobs_-_Sarah_Banks_-_Feelin_Myself_(10_04_2018).mp4

https://gounlimited.to/mq1l6xyo1t6t/Www.brazzersbox.in_BangBrosClips.20.06.13.Kylie.Rocket.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mq2c0f4o61qo/erito.20.03.27.playing.with.mikakos.big.titties.jp.mp4

https://gounlimited.to/mqh44ypipdek/Www.brazzersbox.in__TeamSkeetDupes.20.04.22.Before.You.Leave.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/mqiugja7hgh0/Www.brazzersbox.in_Blacked_-_Valentina_Nappi_-_Vacation.mp4

https://gounlimited.to/mqpl28cvtcbj/DirtyMasseur_Luna_Star.mp4

https://gounlimited.to/mqslkjxql21u

https://gounlimited.to/mqt8hh661avr/PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.SD.MP4-.mp4

https://gounlimited.to/mr0p53hqiqif

https://gounlimited.to/mr5tg8p39vir/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me _Horny_/_06.11.2020).mp4

https://gounlimited.to/mra68fqnt4wk/TeensLikeItBig.20.04.08.Leda.Bear.Pussycraft.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/mrsob3t3fzh9/Telegram_@getnewlink_dani_daniels_The_Whore_of_Wall_Street_Ep-4-_Double_Teamed_On_The_High_Seas_-_BRAZZERS.mp4

https://gounlimited.to/msgfg7fnk4nt/Brazzersbox.in.mp4

https://gounlimited.to/msnf41e0sgal/Aften_Opal,_Scott_Nails_-_Massage_Mutiny_-_Teens_Love_Huge_Cocks_-_Reality_Kings.mp4

https://gounlimited.to/msxoxumxbami/trueamateurs.20.04.30.bella.tina.mp4

https://gounlimited.to/mt6i1u4et55k/Digital_Playground_-_Falling_From_Grace.mp4

https://gounlimited.to/mt9ppni1o95x

https://gounlimited.to/mtf29ccohw8i/[BrazzersExxtra]_Adriana_Chechik_(The_Malcontent_Mistress_Part_2_/ _04.22.2020).mp4

https://gounlimited.to/mthiaphns3ht/BigWetButts.20.05.31.Kagney.Linn.Karter.33.US.Anally.Reamed.In.Her.J eans.0free2all.ws.mp4

https://gounlimited.to/mtv46g974ojj/trueamateurs.20.05.02.givemeyoursoul.mp4

https://gounlimited.to/mu1ajt5aos5m

https://gounlimited.to/mu9adczyyl43/rkprime.20.06.15.gianna.dior.sex.inherited.mp4

https://gounlimited.to/mupt0u61saja/RKPrime.20.03.18.Roxy.Risingstar.Take.A.Bite.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/murx43eablja/TrueAmateurs.20.05.11.Faye.Valentine.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/muuhrjckw8nj/FakehubOriginals.20.03.21.Lexi.Dona.And.Asia.Rae.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mv3zcy2140em/RKPrime.20.03.24.Luna.Star.Kings.Spa.Luna.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/mvaba1ezh4le/rkprime.20.03.17.lexi.dona.lithe.lexi.mp4

https://gounlimited.to/mvexg4h2ttvn/BrazzersExxtra_-_Lela_Star_-_Lela_Commissions_A_Cock_(09_04_2018).mp4

https://gounlimited.to/mvjtpri6ek8u/erito.20.02.28.the.ceos.sexual.secret.jp.mp4

https://gounlimited.to/mvnhwcxjljvq/RK_Prime.20.05.24.Hope.Howell.They.Fuck.Her.Rollin.XXX.1080p.mp4

https://gounlimited.to/mvpb0cliy4tr/[BrazzersExxtra]_Ms_Yummy_(Pearlescent_Pussy_/_02.13.2020).mp4

https://gounlimited.to/mvuc25chegl6/Brazzers_Exxtra_-_Bridgette_B_-_I'll_Show_You_How.mp4

https://gounlimited.to/mw1n8g0r0pta/Public_Agent_-_Lydia_Black.mp4

https://gounlimited.to/mw7bwu644nd2/Mofos_-_Haley_Hill-Facial_for_Blonde_Artist.mp4

https://gounlimited.to/mwisg7mbwq6i/PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmom.XXX.108 0p.MP4-KTR.mp4

https://gounlimited.to/mwj19rffdrfn/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Clea ning.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mwr6n5fl73b4/Lesbea.20.03.29.Lexi.Dona.And.Asia.Rae.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/mwre7dbre6tr/Ariella_Ferrera,_Kyle_Mason_-_Lick_My_Limo_-_Real_Wife_Stories_-_Brazzers.mp4

https://gounlimited.to/mwzfv3yv0ms5

https://gounlimited.to/mx4mgig563wv/HotAndMean.20.05.17.Madison.Ivy.And.Molly.Stewart.Smoking.Hot.A ffair.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/mxn56rwqvcwg/Www.brazzersbox.in_PervMom.20.05.23.Linzee.Ryder.She.Dreams.Ab out.Me.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/mxochbjj73bn/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/mxpwbavw0h0q/Www.brazzersbox.in__SweetSinner.20.04.18.Elsa.Jean.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/mxy8dqc6cf1x/Brazzers_Exxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.mp4

https://gounlimited.to/my4rhh8cd8h3/Www.brazzersbox.in_BigNaturals.20.03.30.Skye.Blue.Seduce.My.Masseuse.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/my7juvcvdmi2/Www.brazzersbox.in_FootsieBabes.20.05.25.Cherry.Kiss.I.Know.You.Want.My.Feet.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/myhakqnp23z9/[DayWithAPornstar]_Aidra_Fox_(Aidra_Gets_Her_Fill_/_04.12.2020).mp4

https://gounlimited.to/mymcgeifi1aa/momsbangteens.20.05.10.london.river.and.aften.opal.hes.no.good.mp4

https://gounlimited.to/myn48q63cuh9/[Twistys]_Alexis_Fawx_(Alexis_Faux_The_Boudoir_MILF_/_06.13.2020).mp4

https://gounlimited.to/mynaj2g2ujte/TrueAmateurs.20.04.10.Danika.Mori.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/myr6lcs34z46/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4

https://gounlimited.to/myzl52l94d4o/Big_Naturals_Codi_Vore_-_Cum_For_Codi.mp4

https://gounlimited.to/mz7qqinham0a/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4

https://gounlimited.to/mzce9cq5g7le/teenslovehugecocks.20.06.08.vina.sky.anal.in.the.sun.mp4

https://gounlimited.to/mzjlvonevlhh

https://gounlimited.to/n01fuj798s2h/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4

https://gounlimited.to/n025ioee76ph/Www.brazzersbox.in__SeducedByACougar.20.03.22.Ryan.Keely.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n04c7dunbzda/[RKPrime]_Asia_Rae_-_Boyfriend_Snatcher_(01.06.2020).mp4

https://gounlimited.to/n0iwovhn7r13/[HotAndMean]_Karma_RX,_Abella_Danger_(Neon_Dreaming_/_04.10.2020).mp4

https://gounlimited.to/n0lr5zvril8n

https://gounlimited.to/n0lr5zvril8n/_DayWithAPornstar_Aidra_Fox_ALLWAYSWELL.mp4

https://gounlimited.to/n0u69y1g5vwq/ham.20.04.26.alessandra.jane.and.anastasia.doll.a.hot.and.mean.proposition.mp4

https://gounlimited.to/n0yeqvlwzbpk/dontbreakme.20.02.21.avery.black.sweet.and.small.mp4

https://gounlimited.to/n15cr8ah1sr0/Dane_Jones.20.06.07.Best.Of.Creampies.XXX.1080p.mp4

https://gounlimited.to/n1dcwwkshng2/PornstarsLikeItBig.20.03.30.Abella.Danger.ASSMR.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/n1gf87tm43nj/Www.brazzersbox.in_BlackedRaw.20.05.11.Kenzie.Reeves.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/n1o5x0jixuw7

https://gounlimited.to/n2b4qi3o5ehg/_ElegantAnal_Ana_Foxxx_.mp4

https://gounlimited.to/n2dpknk4gd9u/roundandbrown.20.04.20.anya.ivy.playing.in.ivy.remastered.mp4

https://gounlimited.to/n2e3ojjubshl/trueamateurs.20.03.09.vanessa.skye.mp4

https://gounlimited.to/n2o3esz6zbqo

https://gounlimited.to/n2qkccssvkz1/WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.mp4

https://gounlimited.to/n31nts5czd7e/PublicAgent.20.05.15.Sereyna.Gomez.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/n330ci0nd1qu/www.0xxx.ws_LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n34rpxbaay22/bex.20.05.20.best.of.brazzers.hottest.bosses.mp4

https://gounlimited.to/n3lxnz9cdwlk/PureTaboo.20.05.12.Syren.De.Mer.Taking.Care.Of.Mom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/n3o2sv7ztueu

https://gounlimited.to/n42ph5q9xs5d/RK_Prime.20.05.19.Scarlet.Homework.And.Cocksucking.XXX.1080p.mp4

https://gounlimited.to/n44k19rxv7on/[MomsInControl]_Alexis_Tae,_Mystique_(Giving_Tips_To_Get_A_Tip_/_03.01.2020).mp4

https://gounlimited.to/n44unfind6fx/Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.Milf.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n4cd11fdmsv6/www.0xxx.ws_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n4cho3huo84i/PublicPickUps.20.03.31.Arian.Joy.Public.Pickups.Is.A.Joy.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/n4de5ddd6bea

https://gounlimited.to/n4flsdy1iyan/Mommy_Got_Boobs_Katie_ALLWAYSWELL.mp4

https://gounlimited.to/n4oaxkzoemu6/trueamateurs.20.06.08.portia.paris.mp4

https://gounlimited.to/n50jepkilzai/HotAndMean.20.04.10.Karma.RX.And.Abella.Danger.Neon.Dreaming.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/n573q1v4pr1m

https://gounlimited.to/n5e4v7hqc0pw/welivetogether.20.06.10.emily.willis.scarlett.bloom.and.liv.wild.color.me.horny.mp4

https://gounlimited.to/n5egbjp6e16f/RKPrime_-_Luna_Star_-_Fuck_My_Girl.mp4

https://gounlimited.to/n5jp42ml38jh/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n5kdavqhgayo/www.0xxx.ws_PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n5klq0sfap6l/RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n5nhlt5t44so/FakehubOriginals_-_Eva_Elfie_-_Teen_Dream_Masturbation.mp4

https://gounlimited.to/n5vvpis4znmd

https://gounlimited.to/n5zfo5h4wgyl/www.0xxx.ws_BrazzersExxtra.20.05.13.Best.Of.Brazzers.Madison.Ivy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n5zzzzewg6da/Brittany_Andrews,_Nicolette_Shea,_Jordi_El_Nino_Polla_-_Fucking_His_Way_Into_The_USA_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/n63itid762l2/IKnowThatGirl.20.03.13.Nicole.Rey.Early.Bird.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/n6erumqsv2hd/danejones.20.03.23.gina.varney.mp4

https://gounlimited.to/n6ezwv75unxc/www.brazzersbox.in__DayWithAPornstar.20.04.16.Luxury.Girl.Luxurys.New.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n6hac7kj4djk

https://gounlimited.to/n6mpr39updbg

https://gounlimited.to/n6skp1jaip5a/Honeymoon_Rubdown_-_Luna_Star_-_DirtyMasseur_-_Brazzers.mp4

https://gounlimited.to/n6vy4ip2luba/MomXXX.20.05.02.Best.Of.MILF.Seduction.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/n73h1m5ng60u/www.0xxx.ws_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n7bw5uru68a4/[RoundAndBrown]_Ashley_Aleigh,_Violet_Smith_(Jawbreakers_/_02.23.2020).mp4

https://gounlimited.to/n7ccpcdlize7/FakeTaxi.20.03.18.Ginebra.Bellucci.And.Anastasia.Brokelyn.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/n7hf4eb2tbj6/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp4

https://gounlimited.to/n7hr6ubnj7t8/Www.brazzersbox.in__RKPrime.20.04.03.Azul.Hermosa.Questions.And.Azul.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/n7lfekiaymlh/Erito.20.05.01.Schoolgirls.Reflexology.Creampie.JAPANESE.XXX.SD.mp4

https://gounlimited.to/n86hgdd3v63v/Www.brazzersbox.in__StepSiblingsCaught.20.04.08.Mabel.May.Gymnast.Step.Sister.Rides.My.Cock.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/n8cml98rjt8y/Www.brazzersbox.in_ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/n8dswcdxlod2/WeLiveTogether.20.03.27.Avi.Love.And.Savannah.Sixx.Listen.And.Lust.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/n8hsprt7d3yc/PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.SD.MP4-.mp4
https://gounlimited.to/n8jntkacd6wk/RKPrime.20.05.13.Tiffany.Tatum.Tiffany.Wants.A.Taste.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/n8kdvx63eg0s/Brazzers_Exxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.mp4
https://gounlimited.to/n8mvwuodv941/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/n8nkgw7nwxf5/HotAndMean.19.12.23.Ivy.Lebelle.And.Savannah.Bond.Here.For.My.Boyfriends.Stuff.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/n9gnqepk9opo/[BrazzersExxtra]_Alex_Coal,_Jewelz_Blu_(Dildo_Fight!_/_02.20.2020).mp4
https://gounlimited.to/n9rvkaxdyvi3/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.mp4
https://gounlimited.to/na5pvkc67ypn/Sneaky_Sex_-_Aubree_Valentine_Booty_Camp_.mp4
https://gounlimited.to/na9bgz8apse3/TransAngels_presents_Angelina_Please_Cupcake_Delight___22.05.2020.mp4
https://gounlimited.to/nac557sctxd6/[DontBreakMe]_Alice_Merches,_Sadie_Hartz_(Two_Bunnies,_One_Cock_/_04.11.2020).mp4
https://gounlimited.to/nafqisunh7ib/rkprime.20.06.04.nicolette.shea.big.dick.energy.mp4
https://gounlimited.to/namjwq0j1vyt/dontbreakme.20.03.08.val.steele.little.val.takes.big.dick.mp4
https://gounlimited.to/nanop27rv7qa/Www.brazzersbox.in_[LilHumpers]_Ryan_Conner_-_Mommy_s_A_Pornstar_(09.04.2020)_rq.mp4
https://gounlimited.to/nav7u4imeex5/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nawkgdg12aqo
https://gounlimited.to/naxo4thxyct1/BrazzersExxtra.-.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.mp4
https://gounlimited.to/nbed4jx5a5rt
https://gounlimited.to/nbiny1i5qyrl/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nbls2kus4d6j/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nbmv9iiwmzja/lesbea.20.06.01.cindy.shine.and.alina.crystall.mp4
https://gounlimited.to/nc4abfejmony/PublicAgent.20.06.03.Lydia.Black.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ncso92cdb8ds/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nd491xquv1li/Www.brazzersbox.in__LegalPorno.2020.Kinky.Black.Cuckold.Sex.With.Stacy.Sommer.720p.XXX.MP4-CLiP.mp4
https://gounlimited.to/nd4r6a5qk8wx/BrazzersExxtra.20.05.15.Abigail.Mac.And.Azul.Hermosa.A.Mistress.For.All.Seasons.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ndha8xsk84qf/BigButtsLikeItBig.20.03.17.Whitney.Wright.Dirty.Loads.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ndistt7r928u/massagerooms.20.04.15.sofia.lee.and.romy.indy.mp4
https://gounlimited.to/ndo0u32ucsl1/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ndtrcg6rm0c3/[FakeTaxi]_Mia_Rose_(4_Loads_of_Spunk_for_Teen_/_06.01.2020).mp4
https://gounlimited.to/ndv4x7kw6dwl/www.0xxx.ws_SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nede49gwhmwy/Www.brazzersbox.in_DayWithAPornstar.20.05.18.Kenzie.Taylor.Kenzie.Gets.Stuck.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/nes50l6jwpyu/Www.brazzersbox.in_Beauty4K.20.05.27.Tiny.Tina.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/nf0tci3g7pxx/BrazzersExxtra_-_Nicole_Aniston_-_Lined_Up_And_Laid_Out_(15_05_2018).mp4
https://gounlimited.to/nfa9nw9upzox/sneakysex.20.06.01.gabriela.lopez.family.road.trip.dick.mp4
https://gounlimited.to/nfdy9wope5ls/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nfge2gzh6gr4/SneakySex.20.02.08.Abigail.Mac.Squatters.Rights.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/nfmp0rbycw8l/Big_Tits_In_Sports_Diamond_Jackson_ALLWAYSWELL.mp4
https://gounlimited.to/ng48aze99n3j/Best_Of_Brazzers_-_Hottest_Bosses_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/nggs6s1xdbs3/RKPrime.19.12.05.Eliza.Ibarra.Making.Deals.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ngpa9ttr83v7/DigitalPlayground_?_The_Bewitcher-_A_DP_XXX_Parody_Episode_1_Ella_Hughes.mp4
https://gounlimited.to/nh30mezpsvrr/Www.brazzersbox.in_21naturals.20.06.12.mia.split.power.of.love.mp4
https://gounlimited.to/nh4rphnrz9fg
https://gounlimited.to/nha0idpl78p5/WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nhc01mvxd05f/Www.brazzersbox.in_deeper.20.05.07.addie.andrews.mp4
https://gounlimited.to/nhc28h5jcshz/DayWithAPornstar.20.05.14.Luna.Star.Lunas.Oiled-Up.Exercises.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nhu84ky73oqm
https://gounlimited.to/nhylkvhw8rz1/Dane_Jones_Romy_Indy_ALLWAYSWELL.mp4
https://gounlimited.to/nhymoaaqy807/lookathernow.20.05.02.ellie.eilish.taste.tester.mp4
https://gounlimited.to/ni92lgygwvev/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nigpzkhw9ggt/Realitykings_-_Sit_On_It_porn_%E2%80%93_Pornmz.mp4
https://gounlimited.to/nigqklgj3lf5/RK_Prime_20_05_05_Nicolette_Shea_Personal_Session.mp4
https://gounlimited.to/nih99bxqckuo/[BrazzersExxtra]_Best_Of_Brazzers_Sneakiest_Moments_(02.06.2020).mp4
https://gounlimited.to/nil3eju5x35v/Twistys.20.05.23.Bridgette.B.Bridgettes.Boob.Wash.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/niniof1imnhg
https://gounlimited.to/ninlqwu518kp/PornstarsLikeItBig.20.03.25.Kendra.Sunderland.Dripping.Wet.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/nis9kzp8okrw/rkprime.20.06.16.anya.ivy.one.day.fare.mp4
https://gounlimited.to/nisjig1bu8yx/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nisn18x0i7bn/sneakysex.20.03.21.abella.danger.game.night.mp4
https://gounlimited.to/nisvgtq5rryw/Bigwetbutts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nj3si1019pca
https://gounlimited.to/nj3si1019pca/Alexis_Fawx,_Eliza_Ibarra_-_Alexis
https://gounlimited.to/njgouxh2mqe8/Www.brazzersbox.in__MonstersOfCock.20.04.19.Kira.Perez.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/njizr89sh1yy/BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.X XX.1080p.MP4-KTR.mp4

https://gounlimited.to/njm9g7ohfpew

https://gounlimited.to/njnp7xhqldhs/Two_dirty_milfs_fight_over_big_cock_-_Brazzers.mp4

https://gounlimited.to/njr2s3wy53lw/Www.brazzersbox.in__FamilyStrokes.20.04.23.Havana.Bleu.And.Gia.Ve ndetti.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/njtjxjlfqbtx/[Teens_Like_It_Big]_Kennedy_Leigh:_21_Hump_Street:_Remastered_(Perv yVideos.COM).mp4

https://gounlimited.to/nju22ej8fasq/[PublicAgent]_Alexa_Bold_(Basement_Fuck_for_Big_Tits_Blonde_/_02.2 0.2020).mp4

https://gounlimited.to/njx5m4hmar65/DaneJones_presents_Alina_Crystall-_Intimate_love_with_gorgeous_Russian___11.06.2020.mp4

https://gounlimited.to/nk4uevujdgcd/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.108 0p.MP4-KTR.mp4

https://gounlimited.to/nkarurhw23hj/www.0xxx.ws_BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.RE MASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nkaw686i7jn5/[RKPrime]_Kataljna_Kittin_(Wet_Kittin_/_05.29.2020).mp4

https://gounlimited.to/nkd1wi2is96z/bex.20.05.29.best.of.brazzers.peta.jensen.mp4

https://gounlimited.to/nkid4y5nuj1c/BigTitsAtSchool_-_Stacey_Saran_-_Class_Jerk_(20_06_2018).mp4

https://gounlimited.to/nklnvacsnotv/[DayWithAPornstar]_Joanna_Angel_(Hands_On_Joanna_/_04.07.2020).m p4

https://gounlimited.to/nkq521zjvu95

https://gounlimited.to/nkrbwdxaudet/PublicAgent.20.06.03.Lydia.Black.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/nkruj7f84yr3/Www.brazzersbox.in_MyFamilyPies.20.03.31.Catalina.Ossa.My.Step.Siste rs.Sex.Tape.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nksjn3h25tdb

https://gounlimited.to/nksjn3h25tdb/Best_Of_Brazzers_Titty_Tuesday.mp4

https://gounlimited.to/nkuudtosc2rq/momxxx.20.06.13.florane.russell.mp4

https://gounlimited.to/nlkhu2yt3kie/rkprime.20.03.23.savannah.sixx.cum.through.my.window.mp4

https://gounlimited.to/nlrchror51ll/DontBreakMe_-_Pamela_Morrison_-_Breaking_Pamela.mp4

https://gounlimited.to/nm1sni2qvhgp/rkprime.20.05.23.alexis.fawx.honey.tonk.hottie.mp4

https://gounlimited.to/nm5ovm1vfw76

https://gounlimited.to/nm6f0btdjp06/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p .MP4-KTR.mp4

https://gounlimited.to/nm6xb2q83syy/[PublicAgent]_Lydia_Black_(The_Pre-Lockdown_Fuck_/_06.03.2020).mp4

https://gounlimited.to/nmc4vos0ddiu

https://gounlimited.to/nmf6ehbtd70o/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nmiexmy1cpzc/Www.brazzersbox.in_MyDirtyMaid.20.05.19.Valentina.Jewels.XXX.SD. MP4-KLEENEX.mp4

https://gounlimited.to/nmm4gtm028l1/Humped_And_Focused.___Reality_Kings_-_XxxFiles.com_2.mp4

https://gounlimited.to/nmu6ido9wsqq/[RKPrime]_Ella_Knox,_Violet_Myers_(Titty_Takeover_/_02.28.2020). mp4

https://gounlimited.to/nnffjv2r07zk/audrey-bitoni-mofos.mp4

https://gounlimited.to/nng3sscpna4a/HotAndMean.19.11.16.Julia.Ann.And.Gina.Valentina.I.Want.Her.To.Like. Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nnjs4n21trku

https://gounlimited.to/nnk53s6a63t4

https://gounlimited.to/nnono300c1ql/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4

https://gounlimited.to/nnqpt42zr4p2/[TeensLoveHugeCocks]_Kyler_Quinn_(Kyler's_Office_Quickie_/_03.01.2020).mp4

https://gounlimited.to/nnt0d4hl8inr/TeensLoveHugeCocks_-_Vina_Sky_-_Anal_In_The_Sun.mp4

https://gounlimited.to/nnvyr5ryl8rw/PublicPickUps.20.05.01.Briana.Banderas.Brianas.Outdoor.Photo.Shoot.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nnw0pz0hhzi7/publicagent.20.02.13.asia.rae.mp4

https://gounlimited.to/nnw4ytx5z08n/BrazzersExxtra.20.03.07.Jennifer.White.I.Thought.You.Hated.Yoga.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/nny1p4dbgr14/ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.SD.MP4-.mp4

https://gounlimited.to/nnydqn4gmlvj/DigitalPlayground_Matriarch_ALLWAYSWELL.mp4

https://gounlimited.to/no6x2b3cunoq/Twistys.20.05.20.Aubree.Valentine.Preppy.Chick.Aubree.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nojmbhc07oca

https://gounlimited.to/nojmbhc07oca/_WeLiveTogether_Emily_Willis_Scarlett_.mp4

https://gounlimited.to/noph4z4gtpir/Angela.White.Vs.Rob.Piper.RKPrime.black.bigtits.mp4

https://gounlimited.to/noq19kkiyuyf/RKPrime_Abella_Danger_.mp4

https://gounlimited.to/nourj70alxoz/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/novrjce1tbsa/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/np36kidft8nd/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/np7qxr11vpaz/Www.brazzersbox.in_DirtyMasseur.20.05.22.Anissa.Kate.One.Tight.Ass.Client.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/npdypha5i6j6/rkprime.20.06.06.bailey.brooke.surprised.by.the.big.package.mp4

https://gounlimited.to/nppe1k5i6ncu/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nppo7nuywgo8/pervsonpatrol.20.03.15.kamryn.jayde.kamryn.caught.in.the.living.room.mp4

https://gounlimited.to/npt7in0vkbps

https://gounlimited.to/npwhn8dzsa50

https://gounlimited.to/npx74xjeg091/DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nq9buuclgl7m/Fake_Hostel_Sofia_The_Bum_ALLWAYSWELL.mp4

https://gounlimited.to/nqhasajm22z7/rkprime.20.06.16.anya.ivy.one.day.fare.mp4

https://gounlimited.to/nqhzd7d4uk5b/Big_Butts_Like_It_Big.20.05.14.Abella.Danger.Stalkfucking.mp4

https://gounlimited.to/nqu9iakp1rxt/BrazzersExxtra.20.02.28.Emily.Willis.Wheres.Your.Ring.Part.2.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/nqv1qrrj2s60/rkprime.20.05.22.alex.coal.inside.the.outdoor.girl.mp4

https://gounlimited.to/nrftwxaoj5p8/RK_Prime___Realitykings_-_Jmac,_Abella_Danger_The_Pirate_Gets_The_Booty___02.6.2020.mp4

https://gounlimited.to/nrgp5um629iy

https://gounlimited.to/ns0nvvsf62b2/DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ns1nks8rewcc/FakeDrivingSchool_presents_Lady_Dee_-_Suck_My_Disinfected_Burning_Cock___10.06.2020.mp4

https://gounlimited.to/ns63947eo55c/Www.brazzersbox.in__MyWifesHotFriend.20.04.22.Alexis.Zara.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nsc6edger9rb/PublicPickUps.20.03.11.Ginebra.Bellucci.Car.Loving.Hottie.Horny.For.Cock.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/nsgug51h6i26/Lesbea.20.05.05.Lady.Bug.And.Gina.Varney.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/nsmb6mknxip4/Www.brazzersbox.in__ShesNew.20.04.19.Bella.Rose.Sex.Icon.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nsrh4q8ir6if/Www.brazzersbox.in_DevilsFilm.20.05.10.Sheena.Ryder.Dont.Tell.Your.Brothers.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/nsv8m9ek0djw/www.0xxx.ws_DaneJones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nszckwvy4mat/MassageRooms.19.11.20.Liv.Revamped.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nt466e7ql46p/danejones.20.02.21.aaeysha.mp4

https://gounlimited.to/nteiu5cgashd/PublicAgent_Full_Length_Tina_Kay_Halloween_Special_(_720P_).mp4

https://gounlimited.to/ntgwrfhj8jo2/DigitalPlayground_Gina_Valentina_ALLWAYSWELL.mp4

https://gounlimited.to/ntja51o2smy2/Www.brazzersbox.in_FosterTapes.20.04.19.Jasmin.Luv.Foster.Daughter.Suppresses.Urges.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ntkvzk6lx0fh/Publicpickup_-_Katarina_Muti_aka_Ariel_Temple_-_Petite_Russian_takes_cock_for_cash.mp4

https://gounlimited.to/ntnoq0ndycbg/RKDupes_-_Edible_Aubrey_-_Meter_Maid.mp4

https://gounlimited.to/ntny0qkxwrgs/Www.brazzersbox.in_MommyBlowsBest.20.05.13.Lilian.Stone.Baby.Batter.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ntpy57j0nx8m/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ntraa4l6nuz8/dontbreakme.20.05.15.natalie.knight.petite.blonde.cutie.mp4

https://gounlimited.to/ntw046q7gdk3/Best_Of_Brazzers_-_Sneakiest_Moments_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/nu2mhfksmcle/MomsLickTeens.20.02.05.Kit.Mercer.And.Binky.Beaz.What.A.Pretty.Mouth.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/nu2or79ot0wp/Erito.20.04.14.Meet.Erotic.Model.Kanade.Mizuki.JAPANESE.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/nu33aijxrobg/Liza_Del_Sierra,_Jordi_El_Nino_Polla_-_Mail_Order_Dominatrix_-_Milfs_Like_It_Big_-_Brazzers.mp4

https://gounlimited.to/nu3410t42a25/[BrazzersExxtra]_Kenzie_Reeves_(Piped_Down_/_04.13.2020).mp4

https://gounlimited.to/nu6syehpbw1t/RKPrime.20.03.15.Adriana.Chechik.While.You.Wait.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/nuett2b57bdq/Jewelz_Has_Cock_For_Breakfast_-_Jewelz_Blu_-_DayWithAPornstar_-_Brazzers.mp4

https://gounlimited.to/num3puh5j614/_PervsOnPatrol_Paige_Owens_.mp4

https://gounlimited.to/nuxkb5uosop9/Www.brazzersbox.in_DayWithAPornstar.20.04.26.Aidra.Fox.Aidras.Cure.For.Boredom.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/nv1kkyu9oizh/Brazzers_Exxtra_-_Gina_Valentina_-_What's_Your_Fantasy.mp4

https://gounlimited.to/nv7jpukr6npu/Brazzers_-_21_Hump_Street_Remastered.mp4

https://gounlimited.to/nv9lxglqpyhh/Www.brazzersbox.in_[GirlCum]_Lana_Sharapova_-_Cumming_On_Cock_(23.05.2020)_rq.mp4

https://gounlimited.to/nvaa0fi7s0v8

https://gounlimited.to/nvb7tkhhup32/PervsOnPatrol.20.04.05.La.Sirena.Electricians.Lucky.Day.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/nvll4ldaz7nf/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.mp4

https://gounlimited.to/nvm6b7qnarcx/www.0xxx.ws_BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/nvpe852khvxr/DayWithAPornstar_Joanna_Angel.mp4

https://gounlimited.to/nvt74r2uubv2/FakeAgent.20.05.01.Sofia.The.Bum.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/nw244eiu7zpb/FakeAgent.20.03.29.May.Thai.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/nw42ls55q84c/SneakySex.20.02.29.Arietta.Adams.And.Kylie.Le.Beau.Conference.Call.
XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/nw4vmje9gywc/[hdss.cc]Les.Beaux.Gosses.French.Bdrip.ACC.X264.mkv
https://gounlimited.to/nw7th0fcx4ga/SneakySex_Bella_Rolland_ALLWAYSWELL.mp4
https://gounlimited.to/nwjh9z3v2bvz/RKPrime.20.01.22.Mimi.Curvaceous.Bathing.Babe.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/nwkivzjv8xb1/RKPrime_-_Jane_Wilde_And_Emily_Willis_-_Face-To-Face.mp4
https://gounlimited.to/nwm4xb4l5a25
https://gounlimited.to/nwr4nny3eu5x/TransAngels_presents_Jessy_Dubai___Jane_Marie_Nirvanal___21.03.20
20.mp4
https://gounlimited.to/nwvh9r956xoc/[BrazzersExxtra]_Emily_Willis_(Where's_Your_Ring_Part_3_/_03.03.20
20).mp4
https://gounlimited.to/nwxnpky6dtyf/teenslovehugecocks.20.06.08.vina.sky.anal.in.the.sun.mp4
https://gounlimited.to/nx547lxoye8k/WeLiveTogether.20.05.25.Abella.Danger.And.Havana.Bleu.Shes.The.Bos
s.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/nx7i1pardsnh/fakehuboriginals.20.05.28.canela.skin.mp4
https://gounlimited.to/nxd6ez3b8kze/BrazzersExxtra.20.03.11.Vanessa.Sky.Anal.About.Chores.XXX.1080p.M
P4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/nxswoostybbq/[DaneJones]_Kinuski_(Blonde_Finn_wants_lover_inside_her_/_03.16.20
20).mp4
https://gounlimited.to/ny7jxlffkend/_BrazzersExxtra_Halle_Hayes.mp4
https://gounlimited.to/nyds82if70wi/[FakehubOriginals]_Best_Of_Tight_Tiny_Teens_(04.11.2020).mp4
https://gounlimited.to/nyfyghp9zv8s/BrazzersExxtra.20.05.13.Best.Of.Brazzers.Madison.Ivy.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/nyl2zwohsud7
https://gounlimited.to/nyl2zwohsud7/Isabella_Deltore_-_Blonde_Australian_fucked_senseless.mp4
https://gounlimited.to/nylwaoko28a1/www.0xxx.ws_BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.
Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nyobvbpw1p97/TrueAmateurs.20.05.18.Jessica.Miller.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/nyorp5enepmz
https://gounlimited.to/nyrnwcgigbwa/[RKPrime]_Asia_Rae_(Boyfriend_Snatcher_/_06.01.2020).mp4
https://gounlimited.to/nz8dfrgg2oux/transangels.19.09.05.dana.dearmond.and.jessy.dubai.an.experienced.woma
n.part.2.mp4
https://gounlimited.to/nzcrapkivtp3/Www.brazzersbox.in__BangBros18.20.04.10.Lana.Sharapova.XXX.1080p.
MP4-KTR.mp4
https://gounlimited.to/nzdw07dch1k2/faketaxi.20.06.05.romy.indy.mp4
https://gounlimited.to/nzfwdi09tw5k/TransAngels.20.06.12.Korra.Del.Rio.Long.Distance.Love.XXX.1080p.M
P4-WEIRD.mp4
https://gounlimited.to/nzstlrd4kxzy/Lil_Humpers_-_Jasmine_Jae.mp4
https://gounlimited.to/nzvlog3w2l0w/Sabina_Rouge,_Liv_Wild_-
_Even_Cowgirls_get_Horny_(TurningTwistys.01.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/nzz6ouvu5u72/lesbea.20.05.10.best.of.scissoring.orgasms.mp4
https://gounlimited.to/o05ayti78uno/Milfs_Like_It_Big_20_04_24_Cory_Chase_Sorority_MILF.mp4
https://gounlimited.to/o0668wimfdgz/Telegram_@getnewlink_dani_daniels_Wet_Wild_Cleaning_Service_-
_BRAZZERS.mp4
https://gounlimited.to/o09bq06j5soc/Money.Talks.1997.x264-DVD.AAC-2.0-DJ_tt0119695.mkv
https://gounlimited.to/o0fcprxtoyqx/www.0xxx.ws_NuruMassage.20.05.08.Lauren.Phillips.Sneaky.Step-
Mom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/o0lvvhwxioqz/www.0xxx.ws_PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/o0r8ew00ehtk/[LilHumpers]_Bridgette_B_(The_Half_Pint_Stripper_/_03.24.2020).mp4

https://gounlimited.to/o0uc06ou5nyd/TrueAmateurs_Hayliexo.mp4

https://gounlimited.to/o0v99rhgrvuz/Erito.20.05.29.Airis.Unlimited.Erotic.Appetites.JAPANESE.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/o0z1dmtnbwju/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o176iubzhjl7

https://gounlimited.to/o187quwz0hzc/Www.brazzersbox.in__NubileFilms.20.03.28.Ginebra.Bellucci.Let.Me.Please.You.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o1l9p7opgdtk/RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.SD.MP4-.mp4

https://gounlimited.to/o23st32faf0f/TrueAmateurs.20.06.05.Hayliexo.XXX.SD.MP4-.mp4

https://gounlimited.to/o29yh2e3d2dj/PervsOnPatrol.20.04.17.Emily.Right.Caught.My.Busty.Roomate.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/o2fk144f18az/Bae.Egypt.Desperately.Seeking.Panties.RKPrime.brown.mp4

https://gounlimited.to/o2n2fa1m9lfu/TeensLoveHugeCocks.20.05.04.Rachel.Rivers.Brave.Brace.Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o2py0d0c539b/BrazzersExxtra.20.03.05.Havana.Bleu.Destination.Pleasure.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/o2u6biiaalna/Lesbea_presents_Cindy_Shine__Alina_Crystall_-_Redhead_rebound_sex_with_Asian_bff___01.06.2020.mp4

https://gounlimited.to/o2urqa32f719/Www.brazzersbox.in_RealWifeStories.20.05.08.Brandi.Love.And.Holly.Hotwife.Creampie.My.Wife.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/o2vsdnwa8noj/Www.brazzersbox.in_MomDrips.20.05.31.Anissa.Kate.Two.Loads.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/o2xzpqzw6ury

https://gounlimited.to/o3fro6wo2qif/twistys.20.05.13.paige.owens.paiges.pantyhose.squirt.mp4

https://gounlimited.to/o3rme2iab4ie/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o3sref65bxsu/Www.brazzersbox.in_Private.20.05.22.Billie.Star.And.Marilyn.Sugar.Interracial.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/o45yto4j40dh/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4

https://gounlimited.to/o4am7zsejn9r/DigitalPlayground_-_Alexis_Fawx_Unbound_Episode_2_[720p_HD].mp4

https://gounlimited.to/o4ebqucprc1t/StrandedTeens_-_Paige_Owens_-_Hop_On_My_Scooter.mp4

https://gounlimited.to/o4j9qdd6q8w6/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/o4milm3mbyei/www.0xxx.ws_FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o4rktxk52cxz/Lesbea.20.06.01.Cindy.Shine.And.Alina.Crystall.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/o4svr8mpxiiv/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2020).mp4

https://gounlimited.to/o4wmbb09xwrp/BrazzersExxtra.20.05.07.Anny.Aurora.A.Very.Anal.Maid.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o5fp4amtktn5/FakeHostel.20.05.05.Kathy.Anderson.And.Isabella.Deltore.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/o5h3mj864y1f/Brazzers_-_Four_big_tit_Latinas_fight_for_bosses_big_cock_(_720P_).mp4

https://gounlimited.to/o5i2px1rtx8j/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o5xolr74pkyb/trueamateurs.20.04.08.belleniko.mp4

https://gounlimited.to/o5xpwd58bgxy/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/o65anqf1bxsz/Cassidy_Klein_&_Isis_Love_&_Jenna_Ivory_&_Karma_Rx_&_Kiara_Mi
a_&_Romi_Rain_-_Best_Of_Brazzers_First_Anals.mp4
https://gounlimited.to/o6pcji8fny1a/Becky.Bandini.Sticking.Up.For.Stepmom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/o6q8deb5vugv/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.M
P4-KTR.mp4
https://gounlimited.to/o6q8f00t29g2/RK_Prime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.mp4
https://gounlimited.to/o6rjnc9z4cri/PublicAgent.20.06.03.Lydia.Black.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/o6terqbxqnfw/TrueAmateurs.20.03.23.Sweet.Bunny.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/o76jly5hzc8/DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.SD.MP4-
.mp4
https://gounlimited.to/o78xwkic58hl/BrazzersExxtra.20.05.16.Valentina.Nappi.Jumping.For.Jizz.XXX.1080p.
MP4-KTR.mp4
https://gounlimited.to/o7a64spxz2ih/www.0xxx.ws_Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.
1080p.MP4-KTR.mp4
https://gounlimited.to/o7d1vmmovbm9/Www.brazzersbox.in_ExxxtraSmall.20.06.11.Luna.Daniels.Moving.Ou
t.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/o7gcixh7brrm/www.0xxx.ws_TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/o7h1lhd5bgpy
https://gounlimited.to/o7h1lhd5bgpy/Big_Tits_at_Work_Kiara_Edwards_ALLWAYSWELL.mp4
https://gounlimited.to/o7icoz24vc1q/Www.brazzersbox.in_casualteensex.20.04.27.anna.krowe.mp4
https://gounlimited.to/o7mk828kdngu
https://gounlimited.to/o7r3jkhb0pr9/Www.brazzersbox.in__Private.20.04.03.Sofia.Curly.And.Lika.Star.Enjoy.
Anal.Threesome.XXX.2160p.MP4-KTR.mp4
https://gounlimited.to/o7ubnir5r2rq/Www.brazzersbox.in__DPFanatics.20.03.22.Bella.Mur.Getting.Caught.An
d.Lucky.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/o7xzmfhghsmc/transangels.20.04.17.elle.voneva.and.daisy.taylor.a.very.hot.frost.glass.m
p4
https://gounlimited.to/o80lwl22fvli/lookathernow.20.03.19.melody.foxx.oil.routine.mp4
https://gounlimited.to/o865wq62m7j0/www.0xxx.ws_DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.G
race.Part.3.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/o87vrhjke9ho/FakehubOriginals_presents_Cosplay___08.06.2020.mp4
https://gounlimited.to/o8btu1p8e5mp/TransAngels.19.03.28.Danika.Dreamz.Spoiled.Rotten.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/o8h9zupuyo64/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/o8xi0wi3anio/www.0xxx.ws_FakeTaxi.20.02.15.Josephine.Jackson.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/o910hb8r98yd/Www.brazzersbox.in__ShoplyfterMylf.20.04.11.Lisey.Sweet.XXX.1080p
.MP4-KTR.mp4
https://gounlimited.to/o94zbw9bpfc1/Girls.Gone.Pink.-.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.-.Mofos.mp4
https://gounlimited.to/o97964cne43v/fakedrivingschool.20.03.16.lucy.heart.mp4
https://gounlimited.to/o9891vdr0c3w/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.A
nd.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/o9cqyk5vh0gp/rkprime.20.06.07.rosalyn.sphinx.and.kylie.kingston.sit.on.it.mp4
https://gounlimited.to/o9cra3fwuqg9/Skylar_Vox_%E2%80%93_19_Year_Old_Teen_Skylar_Vox_Shows_Of_
Her_34_DD_Big_Naturals.mp4
https://gounlimited.to/o9lculyt4lfp/_TrueAmateurs_Mia_Bandini.mp4
https://gounlimited.to/oa1kicttt1u0/Www.brazzersbox.in_BlackedRaw_-_Eliza_Ibarra_-_Bye_Boyfriend.mp4
https://gounlimited.to/oa3q4vow018n/pervsonpatrol.20.03.02.payton.preslee.more.than.a.pool.fix.mp4
https://gounlimited.to/oa9nfpz2k5n2/FakeHostel_Anissa_Kate_They_ALLWAYSWELL.mp4

https://gounlimited.to/oaawg6khilyq/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_0
6.07.2020).mp4
https://gounlimited.to/oackwzwn4pq5/[BrazzersExxtra]_Best_Of_Brazzers_Ava_Addams_(05.22.2020).mp4
https://gounlimited.to/oah02hjfiemv/Moms_in_control_Kendra_Lust_ALLWAYSWELL.mp4
https://gounlimited.to/oao7jj0vsudp
https://gounlimited.to/oaoay6gliopt/BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.X
XX.1080p.MP4-KTR.mp4
https://gounlimited.to/oauvhug58187/rkprime.20.06.01.asia.rae.boyfriend.snatcher.mp4
https://gounlimited.to/ob03bxkgk6by
https://gounlimited.to/ob45m4co1xzc/Www.brazzersbox.in__SexArt.20.04.15.Allatra.Burning.Up.XXX.2160p.
MP4-KTR.mp4
https://gounlimited.to/obrn0oi396kr/Halle_Hayes,_Danny_D,_Jordi_El_Nino_Polla_-
_A_Wild_And_Crazy_Cock_Stuffing_Party_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/obsa0v4fj9zt/RKPrime.20.05.02.Demi.Sutra.Sexy.Neighborhood.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/obsi2m91wsmb/MomsTeachSex.20.05.20.Kiara.Cole.And.Lexi.Luna.My.Girlfriends.Mo
m.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/oc15i88db7fv/rkprime.20.05.30.kira.queen.and.aruna.aghora.threesome.mp4
https://gounlimited.to/oc1zyy4tqee6/1080.mp4
https://gounlimited.to/ocaqh24lny81/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.M
P4-KTR.mp4
https://gounlimited.to/ockhsfp6osk2/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp
4
https://gounlimited.to/ocmeu3jn9wx6/transangels.19.07.06.korra.del.rio.harder.than.diamonds.mp4
https://gounlimited.to/od0zgvm8oglg/DigitalPlayground.20.01.29.Lena.Paul.Sleepless.Nights.Part.4.XXX.1080
p.MP4-KTR.mp4
https://gounlimited.to/od4ivghgohnd/Erito.20.05.15.Waitress.Gets.Pounded.Doggystyle.JAPANESE.XXX.1080
p.MP4-TRASHBIN.mp4
https://gounlimited.to/od5g4qooyxyg/MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP
4-KTR.mp4
https://gounlimited.to/odbfzqzexeux/Www.brazzersbox.in__Tushy.20.04.12.Ashley.Lane.And.Kenna.James.X
XX.2160p.MP4-KTR.mp4
https://gounlimited.to/oe2ts67c9xhu
https://gounlimited.to/oe8caqxkrlwp/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp
4
https://gounlimited.to/oe9l151efkf5/publicagent.20.06.03.lydia.black.mp4
https://gounlimited.to/oe9rkafw50rj/HotAndMean_-
_Serena_Santos_And_Alina_Belle_Masseuse_Rivalry_[720p_HD].mp4
https://gounlimited.to/oear7cz1lp2j/Midnight_Threesome_-_Maya_Kendrick,_Alex_Coal_-_ShareMyBF_-
_Mofos.mp4
https://gounlimited.to/oedtdcxb6xh6/Www.brazzersbox.in_[FuckStudies]_Eliza_Thorn_-
_Let_s_play_a_wild_sex_game_(19.05.2020)_rq.mp4
https://gounlimited.to/oefdl04r525s/PublicPickUps.20.05.21.Winter.Bell.Water.Balloon.Prank.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/oegltvt2ty4q/BigWetButts.20.03.29.Gia.Derza.Oily.Af.Anal.XXX.1080p.MP4-
KTR_[Pornxbit.com].mp4
https://gounlimited.to/oewi0mr3fsro/BigWetButts_-_Remy_Lacroix_-
_Remys_Ring_Toss_REMASTERED.mp4
https://gounlimited.to/oexweblihcmz/Lydia_Black,_Erik_Everhard_-_The_Pre-Lockdown_Fuck_-
_Public_Agent_-_FakeHub.mp4

https://gounlimited.to/oeylcqwo5nyv/www.0xxx.ws_RKPrime.20.06.14.Zoey.Monroe.And.Molly.Stewart.Tickling.Time.Bomb.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/of1qh4nobu4u

https://gounlimited.to/of9p5vofpaoy/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ofapstch8hm1/Www.brazzersbox.in_littleasians.20.04.27.lulu.chu.and.jada.kai.grading.papers.mp4

https://gounlimited.to/ofbc2rj7encm/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4

https://gounlimited.to/ofbccssfp9m6/Www.brazzersbox.in__StepSiblingsCaught.20.04.11.Aliya.Brynn.Ellie.Eilish.And.Athena.Faris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ofbs0l1t0fcu/BigNaturals.20.04.15.Indica.Flower.Pour.Something.Sweet.On.Me.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/off1veztmlr4/[HotAndMean]_Lena_Paul,_Skye_Blue_(Stay_Away_From_My_Brother_/_04.08.2020).mp4

https://gounlimited.to/ofh73cahnxse/www.0xxx.ws_Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/og4gv6wjlav6/BrazzersExxtra.20.05.12.Best.Of.Brazzers.Titty.Tuesday.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/og5cqvszsih6

https://gounlimited.to/og9ae0ihh80r/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ogk7t6wjf288/_Sex_Inherited_%E2%80%93_Gianna_Dior_%E2%80%93RKPrime_%E2%80%93_RealityKings.mp4

https://gounlimited.to/ogkdc1r266z3/Www.brazzersbox.in_TushyRaw.20.05.06.Sasha.Rose.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ogq45up8b5h5/Www.brazzersbox.in_5KPorn.20.04.29.Avi.Love.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ogzbujlmzufq/TrueAmateurs.20.03.07.Camila.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/oh05jzc13p06/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/ohdpqcw0y5bf/PublicPickUps.20.03.23.Scarlett.Fall.Asking.Cutie.For.Directions.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ohyhrxoaiw3t

https://gounlimited.to/oi8w0w2myse8/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/oihhts2yy9xf/MonsterCurves.20.03.26.Valentina.Jewels.Get.Thick.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/oijz1drmkfcq/strandedteens.20.04.29.carmen.caliente.helpful.local.gets.pussy.mp4

https://gounlimited.to/oio6g3tnm7a0/Www.brazzersbox.in_tushy.20.05.31.evelina.darling.mp4

https://gounlimited.to/oivek74g3obu/erito.20.06.12.creampie.for.harukas.pretty.pussy.jp.mp4

https://gounlimited.to/oj0qkrxuymqr/Www.brazzersbox.in_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/oj6q1yd6ej4a/ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ojme0uib7u8k/iknowthatgirl.20.02.10.solazola.college.memories.mp4

https://gounlimited.to/ojmnlkgmsx7f/Day.With.A.Pornstar.Joanna.Angel.Joanna.s.Oily.Workout.POV.Anal.MILF.Jewish.Tits.Ass.Booty.Whooty.BubbleButt.Butt.Doggy.Doggystyle.Backshots.Roleplay.mp4

https://gounlimited.to/ojpd6hc0jv8o/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4

https://gounlimited.to/ojv6c8kvqdlk

https://gounlimited.to/ojwuyug56xvf

https://gounlimited.to/okrn65t3yei7/[TeensLoveHugeCocks]_Aria_Lee,_Vanessa_Sky_(Fuck_Me_While_You_Wait_/_03.25.2020).mp4
https://gounlimited.to/okrxee88gha0/_Best_Of_Brazzers_First_Anals.mp4
https://gounlimited.to/okslvfqkaq8w/RKDupes.20.05.27.Making.The.Sale.XXX.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/okz529pf4ubv/BigNaturals.20.03.30.Skye.Blue.Seduce.My.Masseuse.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ol94u0bn3okf
https://gounlimited.to/ollbqxeuigb8/Turning_Twistys.20.06.01.Sabina.Rouge.And.Liv.Wild.Even.Cowgirls.Get.Horny.XXX.1080p.mp4
https://gounlimited.to/olt31mtgnb72/92_Blonde_Busts_Her_Big_Naturals_Out_Before_Rubbing_Herself.mp4
https://gounlimited.to/olwpm2293gif/trueamateurs.20.05.08.sola.zola.mp4
https://gounlimited.to/olysjikkbgc4/PureTaboo.20.05.12.Syren.De.Mer.Taking.Care.Of.Mom.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/oma74vnvvpjt/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/omaqsmihxcn9/BigButtsLikeItBig.20.03.21.Phoenix.Marie.Yoga.Freaks.Episode.Thirteen.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/omn296qacoul/iknowthatgirl.20.02.19.arietta.adams.personal.cleaner.mp4
https://gounlimited.to/omsofootkh4o/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/omzgxox242i2/DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/on41e1v9pv2l
https://gounlimited.to/oncgf09hlht9
https://gounlimited.to/oniiln4e0v2n/TransAngels.19.04.18.Jessy.Dubai.Get.Clean.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/onimr9dzel6j
https://gounlimited.to/onmmr69u83qd/[HotAndMean]_Abella_Danger,_Katana_Kombat_(Working_Out_Their_Anger_/_02.18.2020).mp4
https://gounlimited.to/onmu89ben4g2/[BrazzersLive]_Valentine's_Day_Affair_(02.15.2020).mp4
https://gounlimited.to/onnbfaoezqof/www.0xxx.ws_WhenGirlsPlay.20.05.30.Alex.Blake.And.Scarlit.Scandal.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/oo0103stlxiy/LilHumpers_-_Gia_DiMarco_-_Bouncing_Blue_Balls.mp4
https://gounlimited.to/oo2tzjbonvsl/WeLiveTogether.20.05.01.Episode.3.Bonding.Time.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ooq36ky9zrhe/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/oovfkoyqv84w/www.0xxx.ws_BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/oozlhtu98pz9/Dirty_Masseur.20.05.05.Karma.R_X.How.To.Fuck.Your.Masseur.XXX.1080p.mp4
https://gounlimited.to/op31wrpa1nb5/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition_/_06.10.2020).mp4
https://gounlimited.to/opb1xthkveon
https://gounlimited.to/ophbcbi8rcoi/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/opqws8mmcjg6/BrazzersExxtra.20.04.29.Luna.Star.All.Dolled.Up.Anal.Edition.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/opsco3u7qbgr
https://gounlimited.to/opxpoqw86v6h/Bigwetbutts_Phoenix_ALLWAYSWELL.mp4
https://gounlimited.to/oq0ff5se9ud2/TransAngels.20.02.20.Bianca.Meirelles.Poolside.Ride.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/oq48d6zh6y3g/PublicAgent.20.03.10.Jessika.Night.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/oqb96gmld9hs/[LookAtHerNow]_Emily_Willis_-_Making_The_Sale_(27.05.2020).mp4

https://gounlimited.to/oqdvxqk2voi9/SneakySex.20.04.06.Nadia.Jay.And.Amber.Wildee.If.Youre.Cheating.So.Am.I.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/oqj0je7dryoe/RoundAndBrown.20.03.31.Ashley.Aleigh.Spring.Showers.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/oqm1vpueh2s0/Telegram_@getnewlink_dani_daniels_Driven_by_Double_Gs_-_BRAZZERS.mp4

https://gounlimited.to/oqpewihhyhlf/[LilHumpers]_Bridgette_B_(The_Half_Pint_Stripper_/_03.24.2020).mp4

https://gounlimited.to/oqrqgkfwcn6j/GirlsGonePink.20.05.19.Alice.Bong.And.Leah.Meow.Unfaithful.Turnaround.Part.2.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/or3opto1jzmd

https://gounlimited.to/or3opto1jzmd/_FakehubOriginals_Best_Of_Big_Bouncy_ALLWAYSWELL.mp4

https://gounlimited.to/or9n0054t1z9/DirtyMasseur.20.05.05.Karma.RX.How.To.Fuck.Your.Masseur.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/orcppjn7knsq/MilfsLikeItBig_-_Ariella_Ferrera_-_Honey_It_s_A_Motorbunny_(18_07_2018).mp4

https://gounlimited.to/orcrxebnmyqw/strandedteens.20.03.18.aubrey.thomas.hottie.has.nowhere.to.go.mp4

https://gounlimited.to/orqfm4xueyr5/trueamateurs.20.04.10.danika.mori.mp4

https://gounlimited.to/ors6pbj28mja/Alexis_Fawx_-_The_Boudoir_Milf_(Twistys.13.06.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/ory65nmc4zlq/ShareMyBF.20.05.11.Izzy.Lush.And.La.Sirena.European.Antique.Bargain.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/orzffd2cao2f

https://gounlimited.to/os0zn4luqyt1/www.0xxx.ws_Lesbea.20.04.19.Lady.Dee.And.Atlanta.Moreno.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/os2af9s2igh9/Abella_Danger,_Jmac_-_The_Pirate_Gets_The_Booty_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/osb464pop4t6/TransAngels_presents_Korra_Del_Rio_Long_Distance_Love.mp4

https://gounlimited.to/oslbs46363ca/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/oslffyz9yb0i.html

https://gounlimited.to/osu9z43rrd7m/Day_WithAPornstar_Alexis_Fawx_ALLWAYSWELL.mp4

https://gounlimited.to/osutvgs7prqo/sneakysex.20.04.27.katana.kombat.and.alina.belle.fucking.my.mans.sidechick.mp4

https://gounlimited.to/otfaqnx565oc/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4

https://gounlimited.to/otn0a63e9tmo/RealityKings_-_LilHumpers_presents_Alexis_Fawx_-_Lil_Jailbird___11.06.2020.mp4

https://gounlimited.to/otvrw0u2wyh7/welivetogether.20.06.03.lily.rader.and.zoey.taylor.poolside.mp4

https://gounlimited.to/ou07sd5s869b

https://gounlimited.to/ou42yau7xm5g/Telegram_@getnewlink_dani_daniels_Horny_Hosts_of_Purgatory_-_BRAZZERS.mp4

https://gounlimited.to/oue30w0n73te/Www.brazzersbox.in_SisLovesMe.20.05.08.Veronica.Vella.Plan.B.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/oukeoq9p3t9u/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ov74klcjvg3t/Www.brazzersbox.in_[RKPrime]_Nicolette_Shea_-_Personal_Session_(05.05.2020)_rq.mp4

https://gounlimited.to/ov7k3jtaoi6a/[MommyGotBoobs]_Bridgette_B_(Two_For_One_Special_/_03.22.2020).mp4

https://gounlimited.to/ovjcm5jj003q/Teens.Love.Huge.Cocks.-.Dolly.Little.A.Little.Love.-.Reality.Kings.mp4
https://gounlimited.to/ovmh9rzfkl8c/Www.brazzersbox.in_NubileFilms.20.06.05.Bella.Rolland.And.Tallie.Lorain.High.Rollers.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ovqlefdsa4ep
https://gounlimited.to/ovv0suy0wrnt/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4
https://gounlimited.to/ovzm7po3acnp/RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ow2jr1qbx5bf/sneakysex.20.04.27.katana.kombat.and.alina.belle.fucking.my.mans.sidechick.mp4
https://gounlimited.to/ow4u4fzd4054/rkprime.20.04.26.lacey.channing.the.milkmaid.mp4
https://gounlimited.to/ow5jwj7siigd/GirlsGonePink.20.03.30.Abella.Danger.And.Aria.Banks.Slutty.Confrontation.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ow7gw4aav11i/RKPrime.20.05.23.Alexis.Fawx.Honey.Tonk.Hottie.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ow8sqft8x12s/[DontBreakMe]_Pamela_Morrison_-_Breaking_Pamela_(05.06.2020).mp4
https://gounlimited.to/owbjkfkgudwl
https://gounlimited.to/owl87aupj01v/rkprime.20.06.08.luna.star.fuck.my.girl.mp4
https://gounlimited.to/owmw25thsdau/www.0xxx.ws_RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ownkpf7caksc/Brazzers_-_BrazzersExxtra_presents_Best_Of_Brazzers__Sharing_Stepsiblings___09.06.2020.mp4
https://gounlimited.to/owqr8twbj284/Www.brazzersbox.in_MyFamilyPies.20.06.12.Hime.Marie.Your.Dick.Hit.Me.In.The.Face.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/owzxknom1221/RKDupes.20.06.05.Lesbehonest.Part.2.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/ox6qsno67gb4/TrueAmateurs.20.04.06.Lilu.Moon.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/oxf8kip99l52/DirtyMasseur.20.05.26.Rachel.Starr.Stranger.Danger.REMASTERED.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/oxfu410nyyrf/14230520Brazzers_-_Big_Tit_Redhead_Monique_Alexander_Fucks_her_Gym_Client_Brazzers_720p.mp4
https://gounlimited.to/oxkk0mlbl84t
https://gounlimited.to/oxkk0mlbl84t/RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/oxq4rbbp0ius/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4
https://gounlimited.to/oxvbl6v1m5rt/HotAndMean.20.05.20.Lacy.Lennon.And.Evelyn.Claire.Jukebox.Showdown.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/oxwuswn9nk84
https://gounlimited.to/oxxot1d0fw08/Www.brazzersbox.in_Tushy.20.06.07.Gina.Gerson.Elena.Vedem.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/oy1kqbrqwsfl/publicpickups.20.02.27.carmen.caliente.fun.with.carmen.mp4
https://gounlimited.to/oy7i5usss75b/FakeHostel.20.03.27.Vera.Jarw.And.Aaeysha.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/oybdl5ot0wtl/strandedteens.20.02.28.katrin.tequila.working.overtime.mp4
https://gounlimited.to/oyei2juv2aru/DaneJones_-_Aaeysha_-_Petite_Asian_takes_older_lover.mp4
https://gounlimited.to/oyxmd3daikh4/danejones.20.02.17.may.thai.mp4
https://gounlimited.to/oyzrmge29f01/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/oz4kmyyk7fpt/Www.brazzersbox.in__MommyGotBoobs.20.04.15.Cherie.Deville.Stuck.On.Your.Mom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/oz7khjz5ozqs/[DayWithAPornstar]_Showering_With_MadeInCanarias_(16.05.2020)_rq.mp4

https://gounlimited.to/oz8wpsfe9ju4/Sneakysex_-_Bella_Rolland_Turning_Her_Off_And_On_Again_[720p_HD].mp4

https://gounlimited.to/ozg2w98hnx9g/fakedrivingschool.20.06.10.lady.dee.mp4

https://gounlimited.to/ozrole22tbp7

https://gounlimited.to/oztix3jde5s0/lookathernow.20.02.27.casey.calvert.wam.bam.thank.you.maam.mp4

https://gounlimited.to/oztlkslynnh3/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p0avqjz6eb62

https://gounlimited.to/p0i4e6oac6o1/rkprime.20.05.31.bae.egypt.desperately.seeking.panties.mp4

https://gounlimited.to/p0j7mr08etrg

https://gounlimited.to/p0klolw4jx3c/Brazzers_Exxtra_-_Gabriela_Lopez_Is_Your_Girlfriend.mp4

https://gounlimited.to/p0vabh9g9h4o/www.0xxx.ws_TrueAmateurs.20.06.15.No.Face.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p0ybihc6kww2/BrazzersExxtra.20.03.02.Amber.Alena.Cooldown.Dicking.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/p10qproybpl1/DontBreakMe_Alice_Merches_ALLWAYSWELL_.mp4

https://gounlimited.to/p12u21u0mm3q/StrandedTeens.20.04.01.Mackenzie.Mace.Tipping.The.Waitress.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/p1fiyn5zbzsc

https://gounlimited.to/p1ng63rpya0m/FakehubOriginals.20.05.17.Best.Of.Big.Black.Cock.Rides.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p1ntz5p1i0ul/www.0xxx.ws_TrueAmateurs.20.06.12.Reislin.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p1oi6s3uqejg/Brazzers_-_BrazzersExxtra_presents_Kendra_Sunderland__Madison_Ivy_in_Bodacious_Bikini_Threesome___08.06.2020.mp4

https://gounlimited.to/p24frgduo9it/BrazzersExxtra_Azul_Hermosa_ALLWAYSWELL.mp4

https://gounlimited.to/p27ju4htqkcb/[MonsterCurves]_Cali_Carter_(Sweet_Little_Socks_/_02.16.2020).mp4

https://gounlimited.to/p292chxabchv/Brazzers_Exxtra.20.05.25.Bella.Rolland.And.Scarlit.Scandal.Rough.And.Raunchy.Group.Fuck.XXX.1080p.mp4

https://gounlimited.to/p2nh1nd62evp/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p2qpj579fxbo/TransAngels.20.02.01.Pietra.Radi.Strong.Independent.Angel.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/p2svgz6dubhn/RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p2y101761t9k/trueamateurs.20.05.25.sativa.booty.mp4

https://gounlimited.to/p36eljvnweuv/Www.brazzersbox.in__Vixen.20.04.17.Emily.Willis.And.Gianna.Dior.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/p36qebyliw5y/Rebecca-More-Brazzers-Rebecca's-Shower-Time-Fun-2020-06-07.mp4

https://gounlimited.to/p3dwe18pg351/Anya.Ivy.One.Day.Fare.RKPrime.hardcore.mp4

https://gounlimited.to/p3gma2sasx72/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p3iyuvn4x357/Www.brazzersbox.in_HandsOnHardcore.20.05.23.Sarah.Kay.Getting.Acquainted.With.Czech.Pussy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/p3ltdf89ijhv/[DayWithAPornstar]_Lenina_Crowne_(Lenina_Gets_A_Workout_/_05.30.2020).mp4

https://gounlimited.to/p3m4m983kel5/www.0xxx.ws_FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/p4kfut7a95z8/Best_Of_Brazzers_First_Anals_-
_Cassidy_Klein,_Isis_Love,_Jenna_Ivory,_Karma_Rx,_Kiara_Mia,_Romi_Rain.mp4
https://gounlimited.to/p4xjrjqf022b/BigBrazzers_Exxtra_Nikki_Benz_ALLWAYSWELL.mp4
https://gounlimited.to/p51p9epwy6cq/rkprime.20.04.18.julie.kay.wait.on.me.mp4
https://gounlimited.to/p53pw76ivypo/Kira_Queen,_Aruna_Aghora_-
_Aruna_And_Kira_(RKPrime.30.05.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/p5dof30whzfl/transangels.20.02.06.aubrey.kate.not.playing.myself.again.mp4
https://gounlimited.to/p5v201u1kucm/Reality_Kings_-
_Older_man_cheats_with_babysitter_Alina_Lopez_in_his_car_(_720P_).mp4
https://gounlimited.to/p6dmps7yeume/Look_At_Her_Now.Kimmy.Granger.720p.mp4
https://gounlimited.to/p6jyh8mgnw2a/DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.
Dishes.XXX.SD.MP4-.mp4
https://gounlimited.to/p6qpx84rzzbc/Moms_In_Control.20.04.23.Alexis.Fawx.And.Aubree.Valentine.Sneak.Pe
ek.And.Fuck.XXX.1080p.mp4
https://gounlimited.to/p6xz68p4q9qt/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun
.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/p6y0ewcohp6d/Www.brazzersbox.in_hustl3r.20.06.11.danni.rivers.mp4
https://gounlimited.to/p72foa3ok3mm/[HotAndMean]_Serena_Santos,_Alina_Belle_(Masseuse_Rivalry_/_05.2
7.2020).mp4
https://gounlimited.to/p7931fgfclw2/BrazzersExxtra.20.03.31.Codi.Vore.A.Room.With.A.Cock.XXX.1080p.M
P4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/p7ljijqsxaqq/DigitalPlayground_presents_Bridgette_B__Aubree_Valentine_in_Falling_F
rom_Grace_Scene_4___15.06.2020.mp4
https://gounlimited.to/p7oqmtz744dj/Momxxx_Kathy_Anderson_ALLWAYSWELL.mp4
https://gounlimited.to/p7v4bi1wadw1/BrazzersExxtra_-_Lauren_Phillips_-_Cabin_Fever_(31_05_2018).mp4
https://gounlimited.to/p7xj2umk5t8e
https://gounlimited.to/p7ypndj33wdg/danejones.20.03.09.tiny.tina.mp4
https://gounlimited.to/p80o45kk7bxf/DigitalPlayground.20.03.16.Paige.Owens.Lucky.Seven.Episode.3.XXX.S
D.MP4-KLEENEX.mp4
https://gounlimited.to/p84kno7fde0m/fakehuboriginals.20.05.31.best.of.ebony.babes.mp4
https://gounlimited.to/p8qmc3y5lg17/Www.brazzersbox.in_SexArt.20.05.13.Jasmine.A.Her.Mission.XXX.SD.
MP4-KLEENEX.mp4
https://gounlimited.to/p8th49pu4uii/RKPrime.-.Anya.Ivy.One.Day.Fare.-.Reality.Kings.mp4
https://gounlimited.to/p8vlscvetlog/Day_With_A_Pornstar_20_04_28_Phoenix_Marie_Phoenix_Works_Hersel
f_Out.mp4
https://gounlimited.to/p91vcjt15qhr/A_Wild_Night_-_Liv_Wild,_Madison_Ivy_-_PornstarsLikeItBig_-
_Brazzers.mp4
https://gounlimited.to/p92eawlrbhdc/fakehostel.20.04.09.isabella.deltore.mp4
https://gounlimited.to/p958v5u9cltx/bex.20.05.19.best.of.brazzers.meanest.lesbians.mp4
https://gounlimited.to/p9hc4jdn3b0m
https://gounlimited.to/p9ho4gxtbguj/Www.brazzersbox.in__Tushy.20.04.19.Naomi.Swann.XXX.2160p.MP4-
KTR.mp4
https://gounlimited.to/p9krjcof99ti/transangels.19.09.07.alexa.scout.a.girl.who.rides.mp4
https://gounlimited.to/p9pdfy4vujo1
https://gounlimited.to/p9uisnw3tpkg
https://gounlimited.to/pa4q2y569d1s/Vannas_Sneaky_Masturbation_-_Vanna_Bardot_-_DayWithAPornstar_-
_Brazzers.mp4
https://gounlimited.to/pa5in9pwf1mi/FakeHostel_Anissa_Kate_Lola_ALLWAYSWELL.mp4
https://gounlimited.to/pa75owirl4p7/[FakeHostel]_Leanne_Lace,_Aaeysha_(Role_Play_Gone_Wrong_/_02.16.
2020).mp4

https://gounlimited.to/pa9l9v5bp7m4/BrazzersExxtra.20.05.27.Best.Of.Brazzers.Anal.Extravaganza.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pa9ofscfqmqp/Www.brazzersbox.in_NewSensations.20.06.05.Dylann.Vox.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/paxsdalkzg5t/trueamateurs.20.04.20.reislin.mp4

https://gounlimited.to/pb0qeqruk1xj/Kira_Queen,_Aruna_Aghora,_Sabby_-_Aruna_And_Kira_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/pb2hxa5k6nhl/BabyGotBoobs.20.04.15.Sommer.Isabella.Top.Heavy.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/pbba5ldojs8s/Www.brazzersbox.in__EuroTeenErotica.20.03.23.Candy.Red.Redhead.Teen.Crammed.In.Cowgirl.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/pbbeffrdv9so/[Lesbea]_Cindy_Shine,_Alina_Crystall_-_Redhead_Rebound_Sex_With_Asian_Bff_(01.06.2020).mp4

https://gounlimited.to/pbjdka48xmih/Twistys_Molly_Stewart.mp4

https://gounlimited.to/pbkjisjmvjct/MilfsLikeItBig_-_Cherie_Deville_-_Spring_Cumming.mp4

https://gounlimited.to/pbxgrwozsj1t/RKPrime.20.03.26.Aria.Kai.And.Indica.Flower.My.Secret.Wet.Hookup.Part.2.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/pc4mj593ihyw/Www.brazzersbox.in_RKPrime.20.04.18.Julie.Kay.Wait.On.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pc4ppbtbsd0q

https://gounlimited.to/pcajhgeh7ev6/IKnowThatGirl.20.05.23.Catalina.Ossa.Horny.Chick.On.A.Tree.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/pcol9x4scqoz/rkprime.20.03.10.abigail.mac.i.fucked.my.bnb.host.mp4

https://gounlimited.to/pcsq51o1bh3r/erito.20.04.17.ruka.likes.it.rough.cant.get.enough.jp.mp4

https://gounlimited.to/pctoy361ts1f/Public_Agent.Sereyna.Gomez.SD.mp4

https://gounlimited.to/pcx6pztlks4b/Nathaly.Cherie.FakeTaxi.bigtits.mp4

https://gounlimited.to/pczjgihvrsma/Public_Agent_?_Lola_Fae_Fucked_By_Euro_Guy.mp4

https://gounlimited.to/pd6d208muwju/Sneaky_Sex__-_I_Fucked_Your_Boyfriend_To_Make_You_Mad_Gabbie_Carter_Lasirena69.mp4

https://gounlimited.to/pd7huqdd2bdc/StrandedTeens.20.03.29.Leah.Lee.Stuck.And.Fucked.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pd9guusxt7ju/bigbuttslikeitbig-kendra-spade-asses-in-pajamas_360p.mp4

https://gounlimited.to/pdhra6ydm7rz

https://gounlimited.to/pdla6brf4hj4/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pdn8tp375tv9/Danejones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pduo2xiaubnc/Madison.Ivy.and.Kendra.Sunderland.Bodacious.Bikini.Threesome.BrazzersExxtra.mp4

https://gounlimited.to/pdwmd9ipucjq/strandedteens.20.04.29.carmen.caliente.helpful.local.gets.pussy.mp4

https://gounlimited.to/pdx0gpna00r9/RealWifeStories.20.04.10.Ember.Snow.The.Silent.Treatment.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pdxdvbny0vd8/[RoundAndBrown]_Halle_Hayes_(Shy_Surprise_/_02.18.2020).mp4

https://gounlimited.to/pe38t5qekyhi/rkprime.20.02.27.eliza.ibarra.into.eliza.mp4

https://gounlimited.to/pf70dtrlaifw/Big_Naturals.20.04.27.Kendra.Sunderland.Teasing.Kendra.XXX.1080p.mp4

https://gounlimited.to/pfkf6g4lp133/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pfthkrig18ab/[PervsOnPatrol]_Payton_Preslee_(More_Than_A_Pool_Fix_/_03.02.2020).mp4

https://gounlimited.to/pg3jkek5k3ud/RealityKings_-_Marley_Brinx_-_Canadanal_Day_(01_07_2018).mp4

https://gounlimited.to/pg60mc2ya0sg/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pgccfhmyyicf/RealityJunkies.20.05.15.Crystal.Rush.Naughty.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pghh98koueir/Www.brazzersbox.in_HandsOnHardcore.20.05.21.Valentina.Nappi.An.Anal.Appointment.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pgqz2846ef9i/Ashley.Fires.Sock.My.Cock.BigButtsLikeItBig.anal.mp4

https://gounlimited.to/pgu25gq5zts3/Rkprime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ph2xxm3uy0hh/RealityKings_-_RKPrime_presents_Rosalyn_Sphinx__Kylie_Kingston_-_Sit_On_It___07.06.2020.mp4

https://gounlimited.to/ph9d93rs4q2z/welivetogether.20.03.09.harmony.wonder.katie.kush.and.jewelz.blu.pick.your.pleasure.mp4

https://gounlimited.to/phchu5lnin3f/ShareMyBF.20.05.25.Maya.Kendrick.And.Alex.Coal.Midnight.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/phclgen1sfmk/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.SD.MP4-.mp4

https://gounlimited.to/phf8q8iews6s

https://gounlimited.to/phiggirw6lj5/PublicAgent.20.03.14.Gina.Varney.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/phnbg75lyi0n/Big_Naturals_20_04_27_Kendra_Sunderland_Teasing_Kendra.mp4

https://gounlimited.to/phnt7pylsga2/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/phvrdrgulbql/Www.brazzersbox.in_MyFamilyPies.20.06.15.Kyler.Quinn.A.Special.Gift.For.Daddy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pi05ekcio00s/Sharemybf_-_Savannah_Sixx_And_Morgan_Rain_Roommate_Thief_Shares_Bf_[720p_HD].mp4

https://gounlimited.to/pi7a1eydvw4q/Diamond_Foxxx_-_Moms_Sweet_Gloryhole_-_MommyGotBoobs.mp4

https://gounlimited.to/pibt7wrpn258/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4

https://gounlimited.to/pigac1heqmsh/[RKPrime]_Luna_Star_(Fuck_My_Girl_/_06.08.2020).mp4

https://gounlimited.to/pijrrqv44ija/DayWithAPornstar.20.04.07.Joanna.Angel.Hands.On.Joanna.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/pikazyxzzccd/Www.brazzersbox.in_DDFBusty.20.05.17.Angel.Wicky.Busty.Blonde.Lives.Out.Her.Lust.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pil15xf6r9c0/Hayliexo_-_Cute_Blonde_In_Red_Lingerie_Gets_Fucked_On_Bed_-_True_Amateurs.mp4

https://gounlimited.to/pir5s8uxoy6m/Joanna-Angel-Brazzers-Getting-Joanna-Out-Of-The-Shower-2020-06-01.mp4

https://gounlimited.to/piveh09k0iy5/transangels.19.04.20.kayleigh.coxx.one.in.the.butt.is.worth.two.in.the.bush.mp4

https://gounlimited.to/pj0j2y1ue26t/Hustle_And_Blow_-_Jennifer_White_-_RealWifeStories_-_Brazzers.mp4

https://gounlimited.to/pj0n8rdvoxae/trueamateurs.20.06.12.reislin.solo.mp4

https://gounlimited.to/pja1fwx3nigi/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4

https://gounlimited.to/pjlfx6zwr404/[BrazzersExxtra]_Abella_Danger_(His_Hands_Are_Tied_/_06.02.2020).mp4

https://gounlimited.to/pjv25lb147rw/Siouxsie_Q_-_Siouxsie's_Anal_Kitchen_Cleaning_(DayWithAPornstar.11.06.2020.720p)_VHQ.mp4

https://gounlimited.to/pk3wwvhkgts8/Www.brazzersbox.in__RKPrime.20.04.05.Emerald.Ocean.Dive.Into.Emerald.Ocean.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pk4agcdstzek/SneakySex.20.02.29.Arietta.Adams.And.Kylie.Le.Beau.Conference.Call.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pkcci43xzcjc/RKPrime_Bridgette_B.mp4

https://gounlimited.to/pkd0lwdc668g/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.2 020).mp4
https://gounlimited.to/pkegla61b0hf/Luna_Star,_Markus_Dupree_-_Fuck_My_Girl_-_RK_Prime_- _Reality_Kings.mp4
https://gounlimited.to/pkwcnsoa7wi3
https://gounlimited.to/pkwcnsoa7wi3/FakeTaxi_Honour_May.mp4
https://gounlimited.to/pkxbsc02bx0d/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown. XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/pl00wllllcm3/FakeTaxi.20.06.01.Mia.Rose.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/pl5edu9ifeqc/BrazzersExxtra_-_Syren_De_Mer_- _Resistance_Band_Boning_(13_08_2018).mp4
https://gounlimited.to/pl8l4kt00vck/www.0xxx.ws_Twistys.20.06.10.Vina.Sky.Not.A.Cloud.In.The.Sky.XXX.1 080p.MP4-KTR.mp4
https://gounlimited.to/plbne1iq22pi/PornstarsLikeItBig_-_Audrey_Bitoni_- _The_Future_Is_Fucked_(09_07_2018).mp4
https://gounlimited.to/plh33s0jcvlo/Falling_From_Grace_Scene_4_%E2%80%93_Bridgette_B_%E2%80%93_ DigitalPlayground.mp4
https://gounlimited.to/pltgnckvfp3e/GoodzonaNET_RKPrime.20.06.14.Zoey.Monroe.And.Molly.Stewart.Tickli ng.Time.Bomb.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/pmb3rf9vxrp3/Kimmy_Granger_- _Pedicure_Her_(LookAtHerNow.16.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/pmljxinrzr3a/Brazzers_Exxtra.20.05.06.Best.Of.Brazzers.Nurse.Appreciation.Day.XXX. 1080p.mp4
https://gounlimited.to/pmlz6dq12hl3/Www.brazzersbox.in_Private.20.05.23.Lana.Roy.Anal.Maid.XXX.SD.MP 4-KLEENEX.mp4
https://gounlimited.to/pmnomkdwchpz/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP 4-KTR.mp4
https://gounlimited.to/pmzt31e3ojbn/DontBreakMe.20.03.24.Binky.Beaz.Breaking.Binky.XXX.1080p.MP4- KTR_[Pornxbit.com].mp4
https://gounlimited.to/pn2t6iqdqe15/[RKDupes]_Georgie_Lyall_(The_Lil_Freak_Under_The_Sheets_/_05.28.2 020).mp4
https://gounlimited.to/pn7tojg1z92m/Cassidy_Klein,_Isis_Love,_Jenna_Ivory,_Karma_Rx,_Kiara_Mia,_Romi_ Rain_-_Best_Of_Brazzers:_First_Anals.mp4
https://gounlimited.to/pnbkh9tce7m1/Jewelz_Blu,_Luke_Ryder_-_Jewelz_Has_Cock_For_Breakfast_- _Day_With_A_Pornstar_-_Brazzers.mp4
https://gounlimited.to/pnkfh73hscx6/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06 .09.2020).mp4
https://gounlimited.to/pnpqg74br9ew
https://gounlimited.to/pogks19tm36v/MommyGotBoobs_-_Christie_Stevens_- _My_Blindfolded_Stepmom_(08_04_2018).mp4
https://gounlimited.to/pounx5u8sbey/BrazzersExxtra_-_Lena_Paul_- _Avoiding_Dicktection_(25_07_2018).mp4
https://gounlimited.to/poxsge0um96y/faketaxi.20.06.05.romy.indy.mp4
https://gounlimited.to/pp5bdgx6yuqn/fakehuboriginals.20.05.17.best.of.big.black.cock.rides.mp4
https://gounlimited.to/pp68ccjh1woh/BrazzersExxtra.-.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.- .Brazzers.mp4
https://gounlimited.to/pp911uklb1bg/pervsonpatrol.20.03.22.aubree.valentine.aspiring.vlogger.gets.lucky.mp4
https://gounlimited.to/ppfon87lh24y/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfri end.To.Make.You.Mad.XXX.1080p.MP4-MaMi.mp4
https://gounlimited.to/ppmh27qmbm0n/RKPrime.19.11.01.Carolina.Sweets.Finally.Losing.It.XXX.1080p.MP4- KTR.mp4

https://gounlimited.to/ppw0yqwhccyf/trueamateurs.20.03.15.mihanika.mp4
https://gounlimited.to/pq5qeknwg0ml/dontbreakme.20.02.25.kataljna.kittin.playing.with.kittin.mp4
https://gounlimited.to/pqbbxp6qxfcw/720.mp4
https://gounlimited.to/pqhvxboyjaba
https://gounlimited.to/pqk2um4bgr6f
https://gounlimited.to/pqlgd96vmxdp
https://gounlimited.to/pqzpq44jhrss/welivetogether.20.06.03.lily.rader.and.zoey.taylor.poolside.mp4
https://gounlimited.to/pr1uxv31u36o/bex.20.05.12.best.of.brazzers.titty.tuesday.mp4
https://gounlimited.to/pr2m5el491ms/RKDupes.20.06.05.Lesbehonest.Part.2.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/pr4jx10w3ijs/Halle_Hayes,_Danny_D,_Jordi_El_Nino_Polla_-
_A_Wild_And_Crazy_Cock_Stuffing_Party_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/prf1al0q2prj/Www.brazzersbox.in__BBCPie.20.04.11.Eliza.Ibarra.First.Date.Pies.XXX.2
160p.MP4-KTR.mp4
https://gounlimited.to/prhqrtyr6voo.html
https://gounlimited.to/proidcu73kty/DaneJones.20.05.29.Aislin.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/prqk5xj0ciol/Faketaxi_-_Mia_Rose_[720p_HD].mp4
https://gounlimited.to/ps02twlwrclr/RKPrime.-.Kira.Queen.And.Aruna.Aghora.Threesome.-.Reality.Kings.mp4
https://gounlimited.to/ps6vqfgrkuc8/Day_With_A_Pornstar_-_Lenina_Crowne_-
_Lenina_Gets_A_Workout.mp4
https://gounlimited.to/psbbm75evhz2/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.
MP4-KTR.mp4
https://gounlimited.to/psd0nn1nzgki
https://gounlimited.to/pshsxch33k48/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).
mp4
https://gounlimited.to/pshw4dxs02j2/LilHumpers_-_Georgie_Lyall_-_The_Lil_Freak_Under_the_Sheets.mp4
https://gounlimited.to/psn6iwh9v1nj/Www.brazzersbox.in__Passion-
HD.20.04.01.Kendra.Spade.Exploring.Kendras.Boundaries.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/psoimtl7cggo/PublicAgent_Klaudia_Diamond_ALLWAYSWELL.mp4
https://gounlimited.to/psx0b5ai0arg/Www.brazzersbox.in_teamskeetextras.20.06.06.keisha.grey.curvy.instagirl.
int.mp4
https://gounlimited.to/pt26t4e9av9b/Brazzers_Exxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.mp4
https://gounlimited.to/pt8y4p6fkdfz/Nadia_Jay,_Lala_Ivey,_Will_Pounder_-_Girlfriend_Meets_Side_Chick_-
_Share_My_BF_-_Mofos.mp4
https://gounlimited.to/ptab2ozhdakk/bex.20.05.06.best.of.brazzers.nurse.appreciation.day.mp4
https://gounlimited.to/ptih1b4u8eb1/rkprime.20.03.10.abigail.mac.i.fucked.my.bnb.host.mp4
https://gounlimited.to/pttabd56oeaj/[DigitalPlayground]_Monique_Alexander_(Matriarch_Part_4_/_03.25.2020
).mp4
https://gounlimited.to/ptvma9pzzehv
https://gounlimited.to/pu7bbz2wmgg8.html
https://gounlimited.to/pu9f6e6ypbge/RecklessInMiami.20.01.29.Vienna.Black.Catching.A.Ride.XXX.1080p.M
P4-KTR.mp4
https://gounlimited.to/pud0jj69yepv/www.0xxx.ws_TrueAmateurs.20.05.29.Aila.Donovan.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/pun3exo7u571/RKDupes.20.06.16.Pedicure.Her.XXX.INTERNAL.1080p.MP4-
TRASHBIN.mp4
https://gounlimited.to/pv1e7u0egroz/www.0xxx.ws_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock
.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/pv23qkh16xsi/twistys.19.12.01.sabina.rouge.totm.december.2019.mp4
https://gounlimited.to/pv3mu31lv66k/[TeensLoveHugeCocks]_Natalie_Porkman_(Sloppy_Schoolgirl_/_04.13.
2020).mp4

https://gounlimited.to/pv6chr0ae1th/BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.SD.MP4-.mp4

https://gounlimited.to/pvc2j7jvtewo/Katie.Kush.and.Kenzie.Madison.Get.Flexible.DayWithAPornstar.lesbian.mp4

https://gounlimited.to/pve4eidejwvh/ShareMyBF_-_Abella_Danger,_Kenzie_Reeves_-_A_Sneaky_Threesome_Situation_(14_04_2018).mp4

https://gounlimited.to/pvhdilmw93p1

https://gounlimited.to/pvnwv1w954ba/[FakeHostel]_Sofia_Lee,_Aaeysha_(A_Sneaky_Rendezvous_/_03.06.2020).mp4

https://gounlimited.to/pvrfr6n1xmgc/AnalMom.20.03.19.Dana.Dearmond.The.Anal.MILF.Next.Door.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/pw16yzm5oib7/devilsfilm.20.03.14.misty.stone.the.hot.milf.next.door.mp4

https://gounlimited.to/pwf3tkbzekz4/Www.brazzersbox.in_NewSensations.20.04.29.Jenna.Fireworks.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pwijruqdyo6i/Falling_From_Grace_Scene_4_-_Bridgette_B,_Aubree_Valentine_-_Digital_Playground.mp4

https://gounlimited.to/pwlv0q0qxb1q/Www.brazzersbox.in_Hustler.20.04.20.Alex.Coal.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/pwlzng6xnsb4/MassageRooms.20.04.29.Scarlet.Rebel.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/pwufuc8d4s5g/WhenGirlsPlay.20.04.29.Abigail.Mac.And.Romi.Rain.Girl.Crush.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/pwyng4sj44qc/DayWithAPornstar.20.04.21.Katrina.Jade.Katrinas.Kitchen.Cock..480p.MP4-XXX.mp4

https://gounlimited.to/pwzbhuqlgch4/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4

https://gounlimited.to/px3vs3xpbgas/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pxpwjosbqs8o/RealWifeStories_-_Jennifer_White_-_Switching_Lives_Pt_1_(16_08_2018).mp4

https://gounlimited.to/pycj1xi7b519/FakehubOriginals.19.11.09.Aubrey.Black.And.Marilyn.Sugar.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/pz0ee1xipl4f

https://gounlimited.to/pz2fjtd1ap92/Www.brazzersbox.in_PropertySex.20.05.29.Vina.Sky.I.Want.A.Puppy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/pzdjpk5v7a14/owiaks_in_013_True_Amateurs__Sex_is_Fun__Fingering_and_Perfect_Rough_Anal_with_Creampie.mp4

https://gounlimited.to/pzl5ti82ymkj.html

https://gounlimited.to/pzwcoh44veih/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/pzzc5eok8ktn/RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/q014fh8l49sl

https://gounlimited.to/q01jr8vaumo0/FakeTaxi.20.04.22.Honour.May.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/q0irj9ciak59/trueamateurs.20.03.23.sweet.bunny.mp4

https://gounlimited.to/q18a11dbiknl/Www.brazzersbox.in_BrazzersExxtra.20.04.01.Nicolette.Shea.Day.With.A.Porn.Writer.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/q1a2dlf7gfd2/Big_Wet_Butts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.mp4

https://gounlimited.to/q1jrwsawjpbg/FakeTaxi_Romy_Indy_.mp4

https://gounlimited.to/q1q9u44c4sfv/TransAngels.19.04.13.Aspen.Brooks.Pounding.The.Nosy.Neighbor.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/q1r5cnlggm2g/DaneJones_-_Kristy_Black_-
_Tasty_young_Czech_gets_a_creampie_(20_04_2018).mp4
https://gounlimited.to/q1t7gqf1n2py/[BRAZZERS]_CODI_VORE_-_A_ROOM_WITH_A_COCK.mp4
https://gounlimited.to/q24ng1au5pcw/dontbreakme.20.06.05.pamela.morrison.breaking.pamela.mp4
https://gounlimited.to/q26hogsm4x20/Www.brazzersbox.in_DebtSex.20.06.06.Viva.Athena.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/q276xhwwfdej/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.
Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/q27k9eadr05p/MilfsLikeItBig.20.04.02.Ryan.Keely.Pounded.By.The.Producer.XXX.MP
4-SDCLiP.mp4
https://gounlimited.to/q2h61d51s2ar/[DigitalPlayground]_Vanessa_Sky_(Falling_From_Grace_Part_3_/_06.01.
2020).mp4
https://gounlimited.to/q308edhvendm/[WhenGirlsPlay]_Emily_Willis,_Molly_Stewart_(Ringing_Her_Bell_/_0
2.26.2020).mp4
https://gounlimited.to/q38fwc0s6nwn/DaneJones.20.05.17.Best.Of.Intimate.Anal.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/q3bhszmz557q/rkprime.20.06.02.abella.danger.the.pirate.gets.the.booty.mp4
https://gounlimited.to/q3yd185n3ikn/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Three
some.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/q431ddi05to9/[BrazzersExxtra]_Halle_Hayes_(Hide_The_Pickle_/_03.20.2020).mp4
https://gounlimited.to/q498vr62jcpi/Pervs_On_Patrol.20.05.03.Catalina.Ossa.Showering.Catalina.XXX.1080p.
mp4
https://gounlimited.to/q4i54c441bsc/Susy_Gala,_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work_-
_Brazzers.mp4
https://gounlimited.to/q4sxo92ga08j/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Sho
wer.Time.Fun.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/q4vxh7c77w55/Mofos.Catalina.Ossa.23.5.2020.1080p.mp4
https://gounlimited.to/q4zq8dus5xgb/www.0xxx.ws_BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.XX
X.1080p.MP4-KTR.mp4
https://gounlimited.to/q53kk0zf9mp1/LetsTryAnal.20.03.27.Vanessa.Sky.Researching.Anal.Sex.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/q548nm2q7i1s
https://gounlimited.to/q579iz93un7y/trueamateurs.20.03.17.kriss.kiss.mp4
https://gounlimited.to/q5jbs8uv84ow/[RKPrime]_Bailey_Brooke_(Surprised_By_The_Big_Package_/_06.07.2
020).mp4
https://gounlimited.to/q5l3919x2jqb
https://gounlimited.to/q5o7mf88q7sn/Lesbea.20.06.01.Cindy.Shine.And.Alina.Crystall.XXX.1080p.mp4
https://gounlimited.to/q5sfhjwdbv7k/_FakeTaxi_Romy_Indy_05.06.2020.mp4
https://gounlimited.to/q5uapz89az7n/Www.brazzersbox.in__RoundAndBrown.20.03.31.Ashley.Aleigh.Spring.
Showers.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/q6f800jlpnn1/RealWifeStories_-_Lexi_Luna_-
_Neighborhood_Snatch_Committee_(03_02_2019).mp4
https://gounlimited.to/q6g27vv93ly7/rkprime.20.03.30.lacy.lennon.and.jewelz.blu.hot.and.cold.mp4
https://gounlimited.to/q6i9cnw5uglb
https://gounlimited.to/q6nr8lcnvqmc/Mofos.Kiara.Edwards.1080p.mp4
https://gounlimited.to/q6pmbhlw291r/PublicPickup_Celebrity_Look_a_like_Ginebra_Bellucci_Fucked_in_PO
V_(_720P_).mp4
https://gounlimited.to/q6vpjriiht7o
https://gounlimited.to/q6vpjriiht7o/Brazzers_Live_29_ALLWAYSWELL.mp4
https://gounlimited.to/q6wo7aa33yl4/Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.PornstarsLikeItBig.
MILF.bigtits.mp4

https://gounlimited.to/q6x0zih1lyck/StrandedTeens.20.04.29.Carmen.Caliente.Helpful.Local.Gets.Pussy.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/q6xshske3xu6/Www.brazzersbox.in__MonstersOfCock.20.04.05.Chloe.Temple.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/q6ztd0bypqgc

https://gounlimited.to/q716mlb1c2so.html

https://gounlimited.to/q7315swb09wa/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.mp4

https://gounlimited.to/q75sld2hvx43/rkprime.20.03.03.liya.silver.getting.things.flowing.mp4

https://gounlimited.to/q76sp9ouqy2q/StrandedTeens_-_Charity_Crawford_-_Smokin_Hot_Charity_on_a_Rooftop_(07_05_2018).mp4

https://gounlimited.to/q76yefur5ypx/simplyanal.20.05.25.alina.v.and.sofia.like.share.my.boyfriend.4k.mp4

https://gounlimited.to/q7m73hbi7y4x/FakeTaxi.20.04.01.Ava.Austen.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/q7pnncccsrk1/[DayWithAPornstar]_Sybil_(Shows_Off_Her_Pussy_/_05.23.2020).mp4

https://gounlimited.to/q7uhcui2xr1z/FakehubOriginals.20.03.07.Amaris.And.Charlie.Red.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/q7vwhw3o3z3o/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/q7ztdedn9p97/momslickteens.20.05.11.alena.croft.and.scarlit.scandal.milf.wants.to.play.mp4

https://gounlimited.to/q8at9lj1vu8l

https://gounlimited.to/q8vvqz4rjacu/Aila.Donovan.TrueAmateurs.hardcore.mp4

https://gounlimited.to/q8xksjnlmc20/BrazzersExxtra.20.04.29.Siri.And.Angela.White.Sneaky.Shower.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/q94nhsmz6mt2/Www.brazzersbox.in_TeamSkeetExtras.20.06.13.Lena.Paul.Flirting.In.French.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/q95o6vpxhpal/[DaneJones]_Aislin_%E2%80%93_Oil_Soaked_quarantine_Masturbation_(29.05.2020).mp4

https://gounlimited.to/q9fr0mbiri1f/Www.brazzersbox.in_GloryHole.20.06.06.Violet.Rae.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/q9h6xdif755t/StrandedTeens.20.04.29.Carmen.Caliente.Helpful.Local.Gets.Pussy.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/q9igfgd1pgir/Abella.Danger.The.Pirate.Gets.The.Booty.RKPrime.anal.mp4

https://gounlimited.to/q9n6avvppikx/RKDupes.20.05.05.Pounding.The.Panty.Thief.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/q9o9kyawmg24/Www.brazzersbox.in_TushyRaw.20.05.13.Jillian.Janson.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/q9qmibduo8wr/True_Amateurs.20.04.28.Jessica.Miller.XXX.1080p.mp4

https://gounlimited.to/q9s6g4m7wq6t/PublicAgent.20.03.03.Romy.Indy.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/q9v0mt4g2n1g/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06.09.2020).mp4

https://gounlimited.to/q9xdtl4upg9h/[RKPrime]_Abigail_Mac_(I_Fucked_My_BNB_Host_/_03.10.2020).mp4

https://gounlimited.to/qa0crkdsr4pk

https://gounlimited.to/qalaj5xkf0cn/Www.brazzersbox.in_EroticaX.20.04.29.Alison.Rey.Sweet.Indulgence.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qaus0y6jpl2g/publicpickups.20.03.04.adriana.maya.invited.over.to.adrianas.mp4

https://gounlimited.to/qawftbn43d4v/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06.07.2020).mp4

https://gounlimited.to/qb3y3dusuodx/Stranger_Danger_Remastered_-_Rachel_Starr_-_DirtyMasseur_-_Brazzers.mp4

https://gounlimited.to/qb4srexots2s/RKPrime.20.03.26.Aria.Kai.And.Indica.Flower.My.Secret.Wet.Hookup.Part.2.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qb77mfbsz5iz/BrazzersExxtra.20.04.29.Luna.Star.All.Dolled.Up.Anal.Edition.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qbctk9lkbxqi/[ElegantAnal]_Kendra_Spade_(Little_Miss_Bratty_/_02.22.2020).mp4

https://gounlimited.to/qbd5kmeh2fhn/[DigitalPlayground]_Ryan_Keely_(Matriarch_Part_3_/_03.25.2020).mp4

https://gounlimited.to/qbgy3jmzathh/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.SD.MP4-.mp4

https://gounlimited.to/qbimwsu2exbx/PublicPickup_-_Brunette_swallows.mp4

https://gounlimited.to/qbkuxiuqmppk/rkprime.20.05.02.demi.sutra.sexy.neighborhood.mp4

https://gounlimited.to/qbn4olb2wuca/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06.07.2020).mp4

https://gounlimited.to/qbnzdn7ri9en/faketaxi.20.06.01.mia.rose.mp4

https://gounlimited.to/qbq9c2wmgh3g

https://gounlimited.to/qbr5xvtw1xkw/[TeensLoveHugeCocks]_Harmony_Wonder_(Excuse_My_French_/_02.21.2020).mp4

https://gounlimited.to/qbtqq1ge5d7g

https://gounlimited.to/qc0e5xuennra/Big.Wet.Butts.-.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.-.Brazzers.mp4

https://gounlimited.to/qch87oqgfril/DayWithAPornstar.20.04.25.Aubree.Valentine.Aubrees.On.The.List.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qcnxdprq3ov8/StrandedTeens.20.04.29.Carmen.Caliente.Helpful.Local.Gets.Pussy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qctuxtakcriz/RealityJunkies.20.05.15.Crystal.Rush.Naughty.Stepmom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qcy4f4roni8p

https://gounlimited.to/qd1wn4za30z7/[DayWithAPornstar]_Phoenix_Marie_(Feeling_Up_Phoenix_/_04.11.2020).mp4

https://gounlimited.to/qd73x6l85jur

https://gounlimited.to/qdbswkdhip2z/WhenGirlsPlay.20.03.11.Izzy.Lush.And.Kiara.Cole.Sweet.Sunday.Morning.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qdfofkuwficz/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qdiy77m3vkao/[WeLiveTogether]_Avi_Love,_Savannah_Sixx_(Listen_And_Lust_/_03.27.2020).mp4

https://gounlimited.to/qdox979rvab2

https://gounlimited.to/qdsjr2p848h9/DayWithAPornstar_-_Siouxsie_Q_[June_11_2020].mp4

https://gounlimited.to/qdwtpspf0m76/Www.brazzersbox.in_DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qdxy6i62huwm/We_Live_Together.20.05.25.Abella.Danger.And.Havana.Bleu.Shes.The.Boss.XXX.1080p.mp4

https://gounlimited.to/qdzofftytify/Www.brazzersbox.in__DaneJones.20.04.22.Isabelle.Deltore.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qdzornjl6uaf

https://gounlimited.to/qe1erps1wbje/[WeLiveTogether]_Harmony_Wonder,_Katie_Kush,_Jewelz_Blu_(Pick_Your_Pleasure_/_03.09.2020).mp4

https://gounlimited.to/qe1n1v79ygxs/[WeLiveTogether]_Izzy_Lush,_La_Sirena_(Slick_Licks_/_04.10.2020).mp4

https://gounlimited.to/qe43aejzblbr/momslickteens.20.05.27.maggie.green.and.sofie.reyez.come.home.with.me.mp4

https://gounlimited.to/qemw83z04cis

https://gounlimited.to/qep0odr75zhm/danejones.20.05.12.rebecca.volpetti.mp4
https://gounlimited.to/qey1ls0v7h23/Brazzers_presents_1_800_Phone_Sex_-_The_Package_(_720P_).mp4
https://gounlimited.to/qf2on3j10zwa/MommyGotBoobs_-_Rebecca_Jane_Smyth_-_Peeping_Stepson_(01_05_2018).mp4
https://gounlimited.to/qf5exxtxawrs
https://gounlimited.to/qf5exxtxawrs/_Lesbea_Nathaly_Cherie_ALLWAYSWELL.mp4
https://gounlimited.to/qf9p979a45ky/BigButtsLikeItBig_-_Angel_Wicky_-_Capture_My_Booty_(08_04_2018).mp4
https://gounlimited.to/qfcipyzq2n4k
https://gounlimited.to/qg1dnb3yk92c/[DaneJones]_Kaisa_Nord_(Isolation_self_love_and_anal_play_/_06.04.2020).mp4
https://gounlimited.to/qg3msygh7xrn/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4
https://gounlimited.to/qg3tzrjuyd6e/DigitalPlayground.20.03.25.Monique.Alexander.Matriarch.Part.4.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/qg92ojhhavro/Www.brazzersbox.in_DoctorAdventures.20.05.08.Abella.Danger.Use.It.Or.Lose.It.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/qgfln36jc36b/rkprime.20.05.20.cecilia.lion.vs.ricky.johnson.mp4
https://gounlimited.to/qgmhxh0hh59z/[DayWithAPornstar]_Lenina_Crowne_(Lenina_Gets_A_Workout_/_05.30.2020).mp4
https://gounlimited.to/qgsgqt7z20q7/[RKDupes]_Edible_Aubrey_(Meter_Maid_/_06.09.2020).mp4
https://gounlimited.to/qgur70im2kge/[Brazzerspremium.xyz]_Best_Of_Brazzers_Peta_Jensen_NewPorn2020_(1).mp4
https://gounlimited.to/qgvyha68hrb8/BigNaturals_-_Codi_Vore_-_Cum_For_Codi.mp4
https://gounlimited.to/qh6hcwudat2z/BigButtsLikeItBig.20.04.20.Cali.Carter.Going.Down.In.A.Blaze.Of.Gloryholes.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/qh7t9ro5ropx/www.0xxx.ws_RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.XXX.720p.MP4-MaMi.mp4
https://gounlimited.to/qhavdfc3m8mk/Lesbea_-_Cindy_Shine_&_Alina_Crystall.mp4
https://gounlimited.to/qhdsq9bzm5b4/sneakysex.20.03.21.abella.danger.game.night.mp4
https://gounlimited.to/qheuq3253rcp/Mommy_Got_Boobs_Raylene_ALLWAYSWELL.mp4
https://gounlimited.to/qhgddgqwolit/[PublicAgent]_Lydia_Black_(The_Pre-Lockdown_Fuck_/_06.03.2020).mp4
https://gounlimited.to/qhiziab8dlkz/www.0xxx.ws_DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qhqj5pig9ygo/[MomXXX]_Best_Of_MILF_Seduction_(05.02.2020).mp4
https://gounlimited.to/qhvaaryu32l4/BigButtsLikeItBig.20.04.01.La.Sirena.Party.Like.A.Fingers.Up.Your.Ass.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/qhvkk7xemk46
https://gounlimited.to/qi3s0rmn3259/www.0xxx.ws_Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qibl8tyhl3rv/[HotAndMean]_Bridgette_B,_Kiara_Cole_(Fucking_Fight_Me_/_06.03.2020).mp4
https://gounlimited.to/qicc9q1zdf3n/RKPrime.20.03.22.Alyssia.Kent.Lend.Alyssia.A.Hand.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/qictw8sk5ecw/RKPrime_Rosalyn_Sphinx.mp4
https://gounlimited.to/qiifviti5yyk/Twistys.20.05.09.Kira.Noir.Kira.At.Birds-Eye.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qiik4ilf5tn7/Www.brazzersbox.in__BigTitsRoundAsses.20.04.23.Maggie.Green.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qitoylkhtnf6/Aften.Opal.Massage.Mutiny.TeensLoveHugeCocks.massage_(PervyVideos.COM).mp4

https://gounlimited.to/qityk8ua8rhr/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qj6uhfu8km9b/[RKPrime]_Carmen_Caliente,_Kendra_Sunderland_(Kendra_And_Carmen_Take_Cali_/_04.06.2020).mp4

https://gounlimited.to/qj8wd87t87tv/[BrazzersExxtra]_Vanessa_Sky_(Anal_About_Chores_/_03.11.2020).mp4

https://gounlimited.to/qjezqccxviue/StrandedTeens.20.03.12.Paige.Owens.Hop.On.My.Scooter.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qjjin85b5wmr/DigitalPlayground.20.04.06.Jane.Wilde.And.Paige.Owens.Lucky.Seven.Episode.4.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qjs2c3y7ne0x/[PublicAgent]_Gina_Varney_(British_tourist_sucks_Czech_dick_/_03.14.2020).mp4

https://gounlimited.to/qjsiyf00oap2/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4

https://gounlimited.to/qjv25kcdhf0k/DayWithAPornstar.20.05.25.Katie.Kush.And.Kenzie.Madison.Get.Flexible.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qjv8ryysgpa5/LetsTryAnal.20.04.25.Purple.Bitch.Fitness.Assessment.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qk009mowh20g/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qka4r334b985/IKnowThatGirl.20.05.20.Nella.Jones.The.Interview.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qkqh2ei3ymhr/WhenGirlsPlay.20.04.08.Abigail.Mac.And.Molly.Stewart.Sky.Bound.Part.1.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qkrlbv3na9l0/Erito_-_Airis_-_Unlimited_Erotic_Appetites.mp4

https://gounlimited.to/qkrp50vj0nfb

https://gounlimited.to/qktb9u0gx0p0/[RK_Prime]_Abella_Danger:_The_Pirate_Gets_The_Booty.mp4

https://gounlimited.to/qkvy7ypywguy/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ql2dls9c45k9/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4

https://gounlimited.to/ql2hbiwyxonx/www.0xxx.ws_DaneJones.20.06.16.Jenny.Wild.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ql3lbfy9z2bl/BabyGotBoobs_-_Victoria_June_-_Peacocking_(27_04_2018).mp4

https://gounlimited.to/ql6vt0a66wuc/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ql91i5c3w745/RKPrime.20.03.11.Brooklyn.Gray.Brooklyns.Got.Brains.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qldcn53nt588

https://gounlimited.to/qlijzi2687ky/www.0xxx.ws_LilHumpers.20.03.24.Bridgette.B.The.Half.Pint.Stripper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qlm7fokuqk48/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4

https://gounlimited.to/qlwogk4ob4rr/Philavise.19.09.16.Rachael.Cavalli.New.Cock.For.The.New.Stepmom.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qm2eesa8ifel/www.0xxx.ws_RKPrime.20.04.11.Abella.Danger.Think.Pink.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qm6rlapu93x8/Www.brazzersbox.in_BrazzersExxtra.20.05.25.Bella.Rolland.And.Scarlit.Scandal.Rough.And.Raunchy.Group.Fuck.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qm7i0fv9h01p/Www.brazzersbox.in_BrattySis.20.05.15.Kyler.Quinn.Sis.Loves.A.Man.In.Uniform.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qm957jwpo2o0/www.0xxx.ws_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qm9quguhz9sa/Twistys.20.06.08.Dakota.on.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qmgi8uhf77vr/BrazzersExxtra_Abella_Danger.mp4

https://gounlimited.to/qmud767typzv/Sneaky_Sex_20_04_27_Katana_Kombat_And_Alina_Belle_Fucking_My_Mans_Sidechick.mp4

https://gounlimited.to/qmy5cp4dfr61/FakeTaxi_Canela_Skin_ALLWAYSWELL.mp4

https://gounlimited.to/qmzww1ppdmv8/[DirtyMasseur]_Luna_Star_(Honeymoon_Rubdown_/_06.06.2020).mp4

https://gounlimited.to/qnbynqktilyc/Dirty_Masseur_Nikki_Benz_ALLWAYSWELL.mp4

https://gounlimited.to/qngwewp27cv1/Www.brazzersbox.in_BBCParadise.20.06.01.Alex.Chance.Car.Trouble.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qnit0disobqy/True_Amateurs.20.05.29.Aila.Donovan.XXX.1080p.mp4

https://gounlimited.to/qnj9kox5nm91/www.0xxx.ws_RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qnnbrnncllb0/PublicAgent_-_23.mp4

https://gounlimited.to/qnotrjsqbp34/DayWithAPornstar.20.04.26.Aidra.Fox.Aidras.Cure.For.Boredom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qnuy6idwmqj0/TrueAmateurs.20.04.14.Jessica.Starling.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qo40n0pru9zk/DaneJones.20.05.12.Rebecca.Volpetti.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qold0ad74etf/[RKPrime]_Bae_Egypt_-_Desperately_Seeking_Panties_(31.05.2020).mp4

https://gounlimited.to/qouobs19vwu5/Www.brazzersbox.in_HandsOnHardcore.20.05.06.Isabelle.Deltore.Anal.Therapy.For.Australian.Beauty.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qpbvclfvnkl3/[ElegantAnal]_Ana_Foxxx_(It_Happened_One_Night_Part_4_/_06.02.2020).mp4

https://gounlimited.to/qpfreepficye/Www.brazzersbox.in_MyFriendsHotMom.20.05.15.Reagan.Foxx.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qpg77mtxl5rt/Www.brazzersbox.in__RoccoSiffredi.20.04.18.Malena.And.Martina.Smeraldi.Gangbang.Challenge.Part.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qph20hr5txm7/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qpjrw82m1fp6/BrazzersExxtra.20.03.18.Tiffany.Watson.Facial.By.Surprise.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qpo8tgdqcco4/Www.brazzersbox.in_SisLovesMe.20.05.01.Luna.Daniels.Stepsis.Called.The.Sex.Hotline.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qpxitfqallrt/RKPrime.20.05.05.Nicolette.Shea.Personal.Session.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qq1kinft2rel/RKPrime.20.03.15.Adriana.Chechik.While.You.Wait.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qq9gl1u1uqtk/www.0xxx.ws_Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.Rouge.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qqa6ha96gwil/Www.brazzersbox.in__DaughterSwap.20.03.23.Jasmin.Luv.And.Hazel.Moore.An.Orgy.Before.The.Wedding.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qqgos1ins5xt/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4

https://gounlimited.to/qqpwk43tb5n3/Www.brazzersbox.in_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qqzf6w7vla4g/www.0xxx.ws_FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qr2po63wbl7s/BigTitsAtSchool.20.03.15.Bella.Rolland.Old.Man.On.Campus.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qr2uhzmtxz9c/Scarlit_Scandal_-_Helpful_Neighbor_(Mofos.17.06.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/qre5u8m0xo7s/twistys.20.05.16.molly.stewart.mollys.kitchen.kink.mp4

https://gounlimited.to/qrf1sxnzvrlc/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderla
nd.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qrg1qspjvt3o/Brazzers_Exxtra_-_Abella_Danger.mp4
https://gounlimited.to/qrn0fkfurdrx/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p
.MP4-KTR.mp4
https://gounlimited.to/qrrdxyvkuye4/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Pa
ckage.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qrxt92hru6hv/Www.brazzersbox.in__BrazzersExxtra.20.04.22.Desiree.Dulce.Clitical.Ch
eck.Up.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qs7gmbohdoow/Www.brazzersbox.in__Shoplyfter.20.04.15.Angelica.Cruz.XXX.1080p.
MP4-KTR.mp4
https://gounlimited.to/qsbkfsfcxeve/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.
MP4-SDCLiP.mp4
https://gounlimited.to/qsd15mzxj0kl/RKPrime_Bae_Egypt_ALLWAYSWELL.mp4
https://gounlimited.to/qsh1verh024u/www.0xxx.ws_FakeTaxi.20.06.01.Mia.Rose.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qskhn3oiv0a8/TrueAmateurs.20.06.01.Mia.Bandini.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/qsnus9z0jkk3/welivetogether.20.05.01.episode.3.bonding.time.mp4
https://gounlimited.to/qsnzkcl6n8ir
https://gounlimited.to/qso7ci6n8egx/xxx.mp4
https://gounlimited.to/qsvjfu6ezaby/MommyGotBoobs_-_Joslyn_James_-
_Late_Riser_Gets_Laid_(02_07_2018).mp4
https://gounlimited.to/qta4hmx6z9x4/TeensLikeItBig.20.03.19.Alina.Belle.Learning.To.Ride.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/qtc7bfufigka/Www.brazzersbox.in_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.
Big.Package.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/qtdd6tew793z/trueamateurs.20.04.18.sweet.bunny.mp4
https://gounlimited.to/qtf2mnoz5zdj
https://gounlimited.to/qtrng1si5ulk/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4
https://gounlimited.to/qtyywwhz4lan
https://gounlimited.to/que6djov2p95/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderl
and.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/quf3bzrw8b9j/Brazzers_Exxtra_Romi_Rain_ALLWAYSWELL.mp4
https://gounlimited.to/qulho3i15hdp/WeLiveTogether_Gianna_Dior_ALLWAYSWELL.mp4
https://gounlimited.to/qv6z9d0nbzcj/www.0xxx.ws_MomXXX.20.04.27.Kathy.Anderson.And.Isabelle.Deltore.
XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qvcodtj91y6b/Rebecca_More,_Jordi_El_Nino_Polla_-_Just_One_Clit_Away_-
_Mommy_Got_Boobs_-_Brazzers.mp4
https://gounlimited.to/qvfqtpswsjh5/Dolly_Little,_Ramon_Nomar_-_A_Little_Love_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.mp4
https://gounlimited.to/qvlgq4yeh8h1/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/qvrndphbdj29/Bridgette_B,_Kiara_Cole_-_Fucking_Fight_Me_-_Hot_And_Mean_-
_Brazzers.mp4
https://gounlimited.to/qvuybzifeodr/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4
https://gounlimited.to/qw6q2ibihlsz/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.
XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/qw7oxqtv1mig/fakehostel.20.05.18.sofia.the.bum.mp4
https://gounlimited.to/qwbyg1dal7ob/The_Mannequin_Humping_Challenge_-_Nicolette_Shea_-
_LilHumpers_-_RealityKings.mp4
https://gounlimited.to/qwee9kxr6ejt/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Mai
d.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qwh0zb3qpucv/Www.brazzersbox.in__BlackedRaw.20.03.30.Alex.Grey.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qwj0ocayuz7y

https://gounlimited.to/qwlvvck6el4t/[BrazzersExxtra]_Abella_Danger_(His_Hands_Are_Tied_/_06.02.2020).mp4

https://gounlimited.to/qwr5oh1nlsd2

https://gounlimited.to/qx682gkbehm1/PornstarsLikeItBig.20.03.22.Madison.Ivy.And.Liv.Wild.A.Wild.Night.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/qxb3g5ggpm5i/Nicolette_Shea,_Charles_Dera_-_Always_Read_The_Instructions!_-_Dirty_Masseur_-_Brazzers.mp4

https://gounlimited.to/qxb6uena78km/[DayWithAPornstar]_Joanna_Angel_(Getting_Joanna_Out_Of_The_Shower_/_06.01.2020).mp4

https://gounlimited.to/qxbbv3d3nyla/RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qxp10dzv3du7/FakeHostel.20.03.06.Sofia.Lee.And.Aaeysha.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qxr9g3sn79b5/RealWifeStories_-_Abella_Danger_Til_Cock_Do_Us_Part_[720p_HD].mp4

https://gounlimited.to/qy3ex0ptn6uz/Aletta_Ocean_&_Madison_Ivy_&_Monique_Alexander_-_Best_Of_Brazzers_Madison_Ivy.mp4

https://gounlimited.to/qy3hh8o42xoe/welivetogether.20.05.04.adriana.maya.and.natalie.porkman.make.out.artist.mp4

https://gounlimited.to/qyc4x9srvson/welivetogether.20.06.10.emily.willis.scarlett.bloom.and.liv.wild.color.me.horny.mp4

https://gounlimited.to/qyfgz2xeeggk/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qyrt8ju3bjdv/[RKPrime]_Lacy_Lennon,_Jewelz_Blu_(Hot_And_Cold_/_03.30.2020).mp4

https://gounlimited.to/qywd9itdp1r1

https://gounlimited.to/qyylh4353ga7/FakeTaxi.20.03.15.Sabrina.Spice.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/qz0zgg06f7l0/roundandbrown.20.04.28.jezabel.vessir.jezabel.in.yellow.mp4

https://gounlimited.to/qz1ftuydsbp2/[MilfsLikeItBig]_Tommie_Jo_(MILF_In_The_Closet_/_05.30.2020).mp4

https://gounlimited.to/qz5xzyziw6nb

https://gounlimited.to/qzas3dqnkeoq/Www.brazzersbox.in_TushyRaw.20.06.03.Elena.Vedem.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qzimuqpidw3w/girlsgonepink.20.06.08.aidra.fox.and.desiree.dulce.prank.wars.mp4

https://gounlimited.to/qzjj6euqsh2i

https://gounlimited.to/qzjv4n0fyqn4

https://gounlimited.to/qzl7qs7zs2ne/RKPrime.19.11.28.Kenzie.Taylor.MILF.From.Above.2.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/qzm5cj02aw42/FakeDrivingSchool.20.06.10.Lady.Dee.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/qzqbud7c2zwj

https://gounlimited.to/qzqz5fwl5hx5/TransAngels_presents_Korra_Del_Rio_Long_Distance_Love___12.06.2020.mp4

https://gounlimited.to/r0j4wqi1g80p/Stranded_Briana_-_Briana_Banderas_-_StrandedTeens_-_Mofos.mp4

https://gounlimited.to/r0lf4vw69ud2/www.0xxx.ws_Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.MILF.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r0sv49jrqqtp/fakehuboriginals.20.05.17.best.of.big.black.cock.rides.mp4

https://gounlimited.to/r0wnyd92g8fj/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.mp4

https://gounlimited.to/r10xmruouucn/www.0xxx.ws_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r11azw7nvyae/teenslovehugecocks.20.03.16.ellie.eilish.does.your.mom.know.youre.here.mp4

https://gounlimited.to/r13ig6hgdjph/Www.brazzersbox.in_Blacked.20.05.09.Avery.Cristy.And.Ashley.Lane.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r18h9yv9rh99/DigitalPlayground_Adria_Rae_ALLWAYSWELL.mp4

https://gounlimited.to/r1ar3rytkzpy/Www.brazzersbox.in_TeensLoveHugeCocks.20.03.25.Aria.Lee.And.Vanessa.Sky.Fuck.Me.While.You.Wait.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r1bz2o59ff2a/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r1cntai1g1by/Www.brazzersbox.in_HandsOnHardcore.20.06.06.Aaliyah.Love.Fucked.In.The.Office.Break.Room.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r1my9dfctcpu/Www.brazzersbox.in_PureMature.20.05.14.Alix.Lynx.Double.Ohhh.Danger.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r1v0fgbabgje/bex.20.05.27.best.of.brazzers.anal.extravaganza.mp4

https://gounlimited.to/r1whyupnrz4k/TeensLoveHugeCocks.20.03.25.Aria.Lee.And.Vanessa.Sky.Fuck.Me.While.You.Wait.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/r1yqmdalh96j/Teens_Like_It_Big_?_Nekane?s_Sweet_Pussy.mp4

https://gounlimited.to/r1z5ptnkg1rr/www.0xxx.ws_RKDupes.20.06.02.Lesbehonest.Part.1.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/r22zsdzg7tsm/DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r24oq8j9z9hg/Www.brazzersbox.in_BrazzersExxtra.20.05.12.Tru.Kait.Who.Owns.Whom.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r29rzc259j3a/Ariella_Ferrera,_Eva_Notty,_Jasmine_James,_Misty_Stone,_Nicolette_Shea,_Sarah_Banks,_Skyler_Mckay_-_Best_Of_Brazzers:_Sneakiest_Moments.mp4

https://gounlimited.to/r2hn39oomk45/PervsOnPatrol_Emily_Right_ALLWAYSWELL.mp4

https://gounlimited.to/r2j4vyha3d6t/TrueAmateurs.20.04.14.Jessica.Starling.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/r2klms6ims7g/Sneakysex_-_Bella_Rolland_Turning_Her_Off_And_On_Again_[720p_HD].mp4

https://gounlimited.to/r2lrfawbwm3o/DontBreakMe.20.06.05.Pamela.Morrison.1080p.mp4

https://gounlimited.to/r2s9ekcbjeft/PornstarsLikeItBig_-_Casca_Akashova_-_All_Dolled_Up_Beauty_Queen_Edition.mp4

https://gounlimited.to/r2velo7ey98u

https://gounlimited.to/r316e87wlbqt

https://gounlimited.to/r3ez3264gg1w/[DaneJones]_Sabrina_Spice_(Messy_teen_makes_him_happy_/_04.07.2020).mp4

https://gounlimited.to/r3j8yg0kb167/www.0xxx.ws_TeensLoveHugeCocks.20.06.15.Aften.Opal.Massage.Mutiny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r3lok2j38m35/BrazzersExxtra.20.06.17.Riley.Reid.And.Melissa.Moore.Almost.Sisters.REMASTERED.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/r3mplhy5xkrr/FakeDrivingSchool.20.03.16.Lucy.Heart.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/r3muhsql93oi/simplyanal.20.05.25.alina.v.and.sofia.like.share.my.boyfriend.mp4

https://gounlimited.to/r3qnmnphxytj/RKPrime.20.04.07.Aften.Opal.Slippery.Ride.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/r3re9j7on1qy/Brazzersbox.in.mp4

https://gounlimited.to/r3rptrzy8d63/bignaturals.20.03.30.skye.blue.seduce.my.masseuse.mp4

https://gounlimited.to/r3vh5b7g35ku/RKPrime.20.04.04.Aubree.Valentine.Panty.Obsessed.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r3z163qpw9gj/BrazzersExxtra.20.04.22.Adriana.Chechik.The.Malcontent.Mistress.Part.2.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/r46rq37r1f9q/[PornstarsLikeItBig]_Luna_Star_(My_Vengeful_Valentine_/_02.14.2020).mp4

https://gounlimited.to/r49av0fzu5cf/simplyanal.20.05.25.alina.v.and.sofia.like.share.my.boyfriend.mp4

https://gounlimited.to/r4a0w9obbmek/BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/r4btsykkhy87/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4

https://gounlimited.to/r4itxftqu1wx/PervsOnPatrol_Catalina_Ossa_.mp4

https://gounlimited.to/r4jkixu3x92d/[MomXXX]_Florane_Russell_(Naughty_couple_break_lockdown_rules_/_06.13.2020).mp4

https://gounlimited.to/r4mx9c1o8zkt/www.0xxx.ws_RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r4n98jrspml4/[DigitalPlayground]_Karlee_Grey,_Ana_Foxxx,_Jane_Wilde,_Paige_Owens_(Lucky_Seven_Episode_6_/_04.20.2020).mp4

https://gounlimited.to/r4u9v18oww7y/[DigitalPlayground]_Gianna_Dior,_Lacy_Lennon_(Digital_Flesh_Episode_2_/_04.10.2020).mp4

https://gounlimited.to/r4w2n7fibire/Fake_Taxi.20.06.01.Mia.Rose.XXX.1080p.mp4

https://gounlimited.to/r4zebnrmx4rp/transangels.20.04.10.alexa.scout.morning.call.mp4

https://gounlimited.to/r58nxo4tidol/www.0xxx.ws_FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r5ejwtvbo5vy

https://gounlimited.to/r5hkymwodavq/Massage_Rooms_Latina_MILF_Canela_Skin_destroys_cock_with_her_big_oiled_ass.mp4

https://gounlimited.to/r5j0mhyv8sxz/danejones.20.03.13.gina.varney.mp4

https://gounlimited.to/r5n9b82hqabo

https://gounlimited.to/r5ogtqlu2uec/Asia_Rae,_Raul_Costa_-_Boyfriend_Snatcher_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/r5st4ds7w1i6/Www.brazzersbox.in_NewSensations.20.05.15.Vanna.Bardot.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r5v0l4be34kq/Peta_Jensen_-_Best_Of_Brazzers:_Peta_Jensen.mp4

https://gounlimited.to/r6nuu3tedmct/DayWithAPornstar.20.05.14.Luna.Star.Lunas.Oiled-Up.Exercises.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r6su1k7r76ag/pervsonpatrol.20.05.31.kiara.edwards.pervy.yoga.spy.mp4

https://gounlimited.to/r6sxx5ldrnko

https://gounlimited.to/r6sxx5ldrnko/RealityKings_-_Friend_Fuck_in_bathroom.mp4

https://gounlimited.to/r6t5101pxq46

https://gounlimited.to/r6x5uts554ys/Www.brazzersbox.in_BangBrosClips.20.06.04.Hime.Marie.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r6x65n3polpy/rkprime.20.06.09.angela.white.vs.rob.piper.mp4

https://gounlimited.to/r6yud3mnduj0/BrazzersExxtra_-_Abella_Danger_-_His_Hands_Are_Tied.mp4

https://gounlimited.to/r78lqnpgrn6c/SneakySex.20.03.14.Bella.Rolland.Turning.Her.Off.And.On.Again.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r7gn3aegt5mx/Www.brazzersbox.in_TeensLikeItBig.20.04.21.MJ.Fresh.Its.Just.Wrestling.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r7iq36la8rd2/DigitalPlayground.20.01.17.Kendra.Spade.Our.Happy.Home.Episode.3.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r7rxzq7lecfx/MassageRooms.20.05.15.Romy.Indy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/r7zs3w85bkch/Www.brazzersbox.in_PublicPickUps.20.03.31.Arian.Joy.Public.Pickups.Is.A.Joy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/r8au2ciwvwpx/Brazzers_Exxtra.20.05.12.Tru.Kait.Who.Owns.Whom.XXX.1080p.mp4

https://gounlimited.to/r8id8yme1rgh/We_Live_Together_?_Cute_Couple_Malena_Morgan__Eva_Lovia.mp4

https://gounlimited.to/r8krisqyjl7g/rkprime.20.06.07.rosalyn.sphinx.and.kylie.kingston.sit.on.it.mp4
https://gounlimited.to/r8nhahzxskn6/StrandedTeens.20.05.13.Briana.Banderas.Stranded.Briana.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/r8p0yjhu54xk/www.0xxx.ws_Twistys.20.06.03.Cherie.Deville.A.Taste.Of.Cherie.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/r8u7n610mhe9/welivetogether.20.04.10.izzy.lush.and.la.sirena.slick.licks.mp4
https://gounlimited.to/r8z19cnwrddu/Www.brazzersbox.in_MylfXJoyBear.20.06.16.Jasmine.Jae.Box.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/r97k155kgf3f/BrazzersExxtra.20.03.28.Tiffany.Tatum.Saturday.Night.Beaver.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/r98l9y2p1ron/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4
https://gounlimited.to/r9orz9vj5jvm
https://gounlimited.to/r9w23p5tivtt/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/r9xa64560tkv/danejones.20.06.16.jenny.wild.solo.mp4
https://gounlimited.to/ra06ozvq5low/DevilsFilm.20.03.21.Haley.Reed.I.Love.You.More.Than.My.Mom.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ra2318epimvl/BrazzersExxtra.20.03.27.Gabbie.Carter.Easy.Ride-Her.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ra2uerp046cv/Big_Wet_Butts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.mp4
https://gounlimited.to/rabwvj5emzke/RK_Prime.20.05.03.Sweet.Cat.Now.Kitty.Kitty.XXX.1080p.mp4
https://gounlimited.to/rad2xb14jxgk/[DayWithAPornstar]_Lenina_Crowne_-_Lenina_Gets_A_Workout_(30.05.2020).mp4
https://gounlimited.to/ramwbqstpu6x/Milfs.Like.It.Big-.-.Tommie.Jo.MILF.In.The.Closet.-.Brazzers.mp4
https://gounlimited.to/ran314lcjrsz/Pornstars.Like.It.Big.-.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.-.Brazzers.mp4
https://gounlimited.to/rars9mrjqc2s/MomXXX.19.12.12.Jennifer.Mendez.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rb1gg2po9mke/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4
https://gounlimited.to/rbli7br8qww3/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.SD.MP4-.mp4
https://gounlimited.to/rblyom9hvbt2/RKPrime.20.05.26.Liv.Wild.And.Vanessa.Sky.Wild.Sky.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/rbnl6epvzihl/Romy.Indy.FakeTaxi.hardcore.mp4
https://gounlimited.to/rc60x62zreu2/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4
https://gounlimited.to/rc7tzxs9yz3t/Brazzers_Exxtra.20.05.19.Luna.Star.And.Kira.Noir.Group.Pers-_Anal.Training.XXX.1080p.mp4
https://gounlimited.to/rcecl8i3hdft/pervsonpatrol.20.03.22.aubree.valentine.aspiring.vlogger.gets.lucky.mp4
https://gounlimited.to/rcq2y9lwx0ms/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me_Horny_/_06.11.2020).mp4
https://gounlimited.to/rcy0dhuprjjv/BrazzersExxtra.20.03.23.Gina.Valentina.Squirtboarding.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/rd853lgz7zgd/rkprime.20.05.29.kataljna.kittin.wet.kittin.mp4
https://gounlimited.to/rdnodik833h2/BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.SD.MP4-.mp4
https://gounlimited.to/rdyzpvd1cyb4/Www.brazzersbox.in__RKPrime.20.04.21.Paige.Owens.Paige.Owes.Me.A.Shower.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rehub59quqko/[RKPrime]_Oxana_Chic_(Play_And_Get_Played_/_03.06.2020).mp4
https://gounlimited.to/repoi9cqdtle/_MommyGotBoobs_Maserati.mp4
https://gounlimited.to/repx8ak0hbn4/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/req2ygepbelx
https://gounlimited.to/reriaaj7c1nw/BrazzersExxtra_-_Valentina_Nappi_Jumping_For_Jizz_[720p_HD].mp4
https://gounlimited.to/rezhowugw55k
https://gounlimited.to/rfd6o9x30aln/PornstarsLikeItBig.20.03.13.Siri.Someone.Called.Siri.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/rfhvsdjmdohp/RKPrime.20.04.12.Luna.Star.Bunny.Curves.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/rfquubb0rliy/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/rfu4z9r4w57v/www.0xxx.ws_BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rfxn7ga7k7bn/zzs_brazzers_house_ep002a_480p_1000.mp4
https://gounlimited.to/rg6pr2ztg97h/Kennedy.Leigh.21.Hump.Street.TeensLikeItBig.hardcore.mp4
https://gounlimited.to/rgdw5fp1daol/Skylar_Vox,_Markus_Dupree_-_19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_-_Jules_Jordan.mp4
https://gounlimited.to/rgnyqek2p1mt
https://gounlimited.to/rgqzrelq2vyy/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rgve0y5btojn/MilfsLikeItBig_-_Ania_Kinski_-_Your_Mom_Is_Hotter.mp4
https://gounlimited.to/rgzkua7hmobe/Faketaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rh5rz6loiens/Lesbea.20.03.08.Lexi.Dona.And.Atlanta.Moreno.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/rhgz6b0gpwob/DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rhjqmhhrj59p/Big_Wet_Butts_-_Lana_Rhoades_-_Exercise_Balling.mp4
https://gounlimited.to/rhml2py5evzp/BigButtsLikeItBig_-_Natasha_Nice_-_Breathing_Sexcercise_(06_08_2018).mp4
https://gounlimited.to/rhvbphq95vrv
https://gounlimited.to/rhvk3pnapoiz/[LetsTryAnal]_Mia_Bandini_-_Come_In_For_Some_Tea_And_Anal_(29.05.2020).mp4
https://gounlimited.to/rhyss1de5ed9/Nicolette_Shea,_Jordi_El_Nino_Polla_-_School_Of_Hard_Knockers_-_Brazzers_Exxtra_-_Brazzers.mp4
https://gounlimited.to/ri4hsamnmtk6/fakehuboriginals.20.02.08.may.thai.lexi.dona.and.little.caprice.mp4
https://gounlimited.to/ri7v24y1e2qe
https://gounlimited.to/ridv7o7dmed2/brazzersexxtra-best-of-brazzers-anal-extravaganza_720p.mp4
https://gounlimited.to/ritj436iho2a/Telegram_@getnewlink_dani_daniels_La_puta_de_Wall_Street_Ep-3-_T_trabajas_para_mi_perra_-_BRAZZERS.mp4
https://gounlimited.to/rivmfai9cvyi/RK_Prime_-_Abella_Danger.mp4
https://gounlimited.to/rivue40mewsm/[FakeTaxi]_Mia_Rose_-_4_Loads_Of_Spunk_For_Teen_(01.06.2020).mp4
https://gounlimited.to/rj4wg1yhfghj
https://gounlimited.to/rj75iygitgll/www.0xxx.ws_RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rjzz180ismep/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rk3bi8d0tenm
https://gounlimited.to/rk3kddgnb29s/PornstarsLikeItBig.20.03.20.Abella.Danger.Dancing.Domme.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/rk4j16oq009f/[BigWetButts]_Keira_Croft_-_Keiras_Ass_Craves_Cock_(29.05.2020).mp4
https://gounlimited.to/rkew0w1ki86h
https://gounlimited.to/rkgvqg8tx9t8/DaneJones_Stacy_Cruz_ALLWAYSWELL.mp4

https://gounlimited.to/rkq59zxo02yw/RKPrime.20.03.29.Mary.Rock.Cant.Resist.Mary.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/rkurqibu2767/BrazzersExxtra_Best_Of_Brazzers_Sneakiest.mp4

https://gounlimited.to/rkv7p27t0iex/www.0xxx.ws_Lesbea.20.05.05.Lady.Bug.And.Gina.Varney.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rkwup5v5ltmy/Mom_XXX.20.06.13.Florane.Russell.XXX.1080p.mp4

https://gounlimited.to/rky4div1vixs/Teens.Love.Huge.Cocks.-.Vina.Sky.Anal.In.The.Sun.-.Reality.Kings.mp4

https://gounlimited.to/rl0x2yq8c517/faketaxi.20.02.15.josephine.jackson.mp4

https://gounlimited.to/rld5qvqf59ab/Jean_Queen_-_Angela_White_-_BigWetButts_-_Brazzers.mp4

https://gounlimited.to/rlnpavx727y5/LilHumpers_-_Alexis_Fawx_-_Lil_Jailbird.mp4

https://gounlimited.to/rlqx177c26h0/Abella.Danger.The.Pirate.Gets.The.Booty.RKPrime.anal.mp4

https://gounlimited.to/rlrir1co3f7x/[BrazzersLive]_Valentine's_Day_Affair_Best_Moments_(02.29.2020).mp4

https://gounlimited.to/rlz1j2fax8mb/SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.SD.MP4-.mp4

https://gounlimited.to/rm2fycu84jc0/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4

https://gounlimited.to/rmjzm2nnyc1g/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4

https://gounlimited.to/rms9egkaxxre/Www.brazzersbox.in__BrazzersExxtra.20.03.31.Codi.Vore.A.Room.With.A.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rmtjrry410lv/StrandedTeens.20.04.29.Carmen.Caliente.Helpful.Local.Gets.Pussy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/rmxe5vyvsrqm/18230520Brazzers_-_Tiny_Blonde_Chloe_Cherry_goes_for_a_Checkup_and_Gets_Drilled_Brazzers_720p.mp4

https://gounlimited.to/rmyfcr3y0gje/Www.brazzersbox.in_BigTitCreamPie.20.04.30.Valentina.Jewels.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/rncbo5gcq7rj/Sex_Inherited_-_Gianna_Dior_-_RKPrime_-_RealityKings.mp4

https://gounlimited.to/rngol2imxya3/DaneJones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rnj30zmjx3ey/RKPrime_Abella_Danger_.mp4

https://gounlimited.to/rnk078uiiok4/Www.brazzersbox.in_PervMom.20.05.09.Karla.Kush.And.Aaliyah.Love.Step.Aunt.Seduced.Me.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/rnm9gsb3wd9d/RealWifeStories_-_Eva_Notty_-_Welcome_to_the_Neighborwhore_(16_05_2018).mp4

https://gounlimited.to/rnqeuuiv1549/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4

https://gounlimited.to/rnrkvc4lb2j3/TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rnwnf0yhnild/[DaneJones]_Aislin_(Oil_soaked_quarantine_masturbation_/_05.29.2020).mp4

https://gounlimited.to/rnxabskyghe1/You_Splashed_My_Snatch_-_Jessica_Jade_-_MilfsLikeItBig_-_Brazzers.mp4

https://gounlimited.to/rnyi7bfokoiz/Www.brazzersbox.in_HotAndMean.20.05.06.Kendra.James.And.Casca.Akashova.Caught.Red.Handed.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ro0sl44n2wal/twistys.20.05.23.bridgette.b.bridgettes.boob.wash.mp4

https://gounlimited.to/rof847azyxqw/[RKPrime]_Kataljna_Kittin_-_Wet_Kittin_(29.05.2020).mp4

https://gounlimited.to/rohwdofudxak/MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/roirk1ijusoa

https://gounlimited.to/rokip5vtxnwc/Rkprime.20.06.07.Rosalyn.Sphinx.and.Kylie.Kingston.Sit.on.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ron1s528z9p3/Brazzers_-_MommyGotBoobs_presents_Eva_Karera_-_Dirty_Texter.mp4

https://gounlimited.to/ropl8ztwu5y0/iknowthatgirl.20.04.03.kendra.spade.kendras.squirting.workout.mp4

https://gounlimited.to/rorynnkideik/[Brazzers_Exxtra]_Madison_Ivy,_Kendra_Sunderland:_Bodacious_Bikini_Threesome_(PervyVideos.com).mp4

https://gounlimited.to/rovm03quqv4c/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4

https://gounlimited.to/rp460gw5ae7a/RealityKings_-_MomsLickTeens_presents_Alena_Croft__Scarlit_Scandal_-_MILF_Wants_To_Play___11.05.2020.mp4

https://gounlimited.to/rp7ub8dfqdi0/TeensLikeItBig.20.02.04.Vanna.Bardot.Sneaking.A.Peek.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/rpaoztw4627m/RKDupes.20.05.12.Hole.In.The.Wall.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/rpedppnd8ux2

https://gounlimited.to/rpfi9wvt715o/lookathernow.20.05.02.ellie.eilish.taste.tester.mp4

https://gounlimited.to/rpftmkb3kohn/Www.brazzersbox.in_sweetsinner.20.05.05.lacy.lennon.mp4

https://gounlimited.to/rphxgbfuyqwg/trueamateurs.20.02.18.sativa.booty.mp4

https://gounlimited.to/rpjnf10sbah8/www.0xxx.ws_DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rq7979wptdht/Www.brazzersbox.in_BangBros18.20.06.03.Kira.Perez.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/rq8e7c9j3u15/[BrazzersExxtra]_Jennifer_White_(I_Thought_You_Hated_Yoga_/_03.07.2020).mp4

https://gounlimited.to/rqjae7lfdav6/MassageRooms.19.10.30.Kira.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rqmz52dsk9xn/[FakeDrivingSchool]_Lady_Dee_(Suck_My_Disinfected_Burning_Cock_/_06.11.2020).mp4

https://gounlimited.to/rqnft5p9xxh0/HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rqnvl8impmse/Www.brazzersbox.in__Hustler.20.03.31.Marie.Clarence.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/rqor4syae09m/[MomXXX]_Isabella_Deltore_(Passionate_pleasure_for_blonde_MILF_/_03.21.2020).mp4

https://gounlimited.to/rqqbgfe6q6pm

https://gounlimited.to/rqv0mmjakytj

https://gounlimited.to/rqv0mmjakytj/Day_With_A_Pornstar_Hime_Marie_ALLWAYSWELL.mp4

https://gounlimited.to/rqzia4p8utti/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rr272y9vdog1/Www.brazzersbox.in_TeamSkeetExtras.20.06.09.Carolina.Sweets.And.Kiley.Jay.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/rr341l74brj1/DaneJones_-_Alina_Crystall_-_Intimate_love_with_gorgeous_Russian.mp4

https://gounlimited.to/rrfcncm082io/TransAngels.20.05.15.Monica.Conti.Heaven-Sent.Hottie.XXX.1080p.MP4-WEIRD.mp4

https://gounlimited.to/rro6lpw8n9qs/FakeTaxi.20.03.15.Sabrina.Spice.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/rs2gxbb78wdh/TeensLikeItBig.20.06.13.Kennedy.Leigh.21.Hump.Street.REMASTERED.XXX.1080p.mp4

https://gounlimited.to/rsf52q3gl3at/twistys.20.06.13.alexis.fawx.alexis.faux.the.boudoir.milf.mp4

https://gounlimited.to/rsu7o91jguxo/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/rswgtclaqy09/Alexis_Fawx,_Juan_El_Caballo_Loco_-_Lil_Jailbird_-_Lil_Humpers_-_Reality_Kings.mp4

https://gounlimited.to/rt1o27xpskva/Fashionistas_Safado_Sc1_Jenna_Haze_Sasha_Grey_Adrianna_Nicole_Katsuni_Marie_Luv_Flower_Tucci_Nicole_Sheridan_Nici_Sterling_Jewell_Marceau_Gianna_Michaels.mp4

https://gounlimited.to/rt2fpslvex45

https://gounlimited.to/rt7ok8omm31l

https://gounlimited.to/rt82wy2x47wn/FakeHostel.19.12.06.Jennifer.Mendez.And.Madison.Mcqueen.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rtlv5xer5ko7/sneakysex.20.06.17.scarlit.scandal.sneaking.in.with.scarlit.mp4
https://gounlimited.to/rtmvougjxnwi/rkprime.20.04.30.tiffany.watson.and.kimber.woods.busy.work.bukkake.mp4
https://gounlimited.to/rtnfn1a1uggd/sharemybf.20.03.20.adria.rae.and.whitney.wright.prepping.my.hot.bf.mp4
https://gounlimited.to/rtnxyczx8n4x/[BigNaturals]_Bella_Rolland_(Give_Her_A_Break_/_03.02.2020).mp4
https://gounlimited.to/ru7svra3u799
https://gounlimited.to/rub5x1rsnz70/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ruf7su7m8n4x/Brazzers_Exxtra_-_Carolina_Sweets_-_Tasting_Her_First_Cock.mp4
https://gounlimited.to/ruhgrh7cdtkz/[WeLiveTogether]_Aria_Kai,_Indica_Flower_(My_Secret_Wet_Hookup_Part_1_/_03.25.2020).mp4
https://gounlimited.to/ruzh9flppmse
https://gounlimited.to/rv162mhbsyk7/Www.brazzersbox.in_teamskeetextras.20.06.15.shay.evans.the.bodyguard.int.mp4
https://gounlimited.to/rvizu55sxbub/Day.With.A.Pornstar.-.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.-.Brazzers.mp4
https://gounlimited.to/rvs0y57xbhjq
https://gounlimited.to/rvxay8480y70/_BrazzersExxtra_Emily_Willis_ALLWAYSWELL.mp4
https://gounlimited.to/rw2oohcaea8p/Www.brazzersbox.in__BrazzersExxtra.20.04.22.Adriana.Chechik.The.Malcontent.Mistress.Part.2.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rwaefp7hzpoj/GoodzonaNET_ShareMyBF.20.06.14.Nadia.Jay.And.Lala.Ivey.Girlfriend.Meets.Side.Chick.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rwfw6fanykbb/BrazzersExxtra.20.03.31.Krissy.Lynn.One.Sneaky.Stripper.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/rwiqjeqto601/Www.brazzersbox.in_Private.20.05.29.Lya.Missy.Wife.And.Maid.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/rwozs4t6q9m2/Real_Wife_Stories_Nicolette_Shea_ALLWAYSWELL.mp4
https://gounlimited.to/rwyjazup12y4/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me_Horny_/_06.11.2020).mp4
https://gounlimited.to/rx4bki8mzjxn/momsbangteens.20.03.08.kimmy.granger.and.eva.notty.do.not.fuck.around.with.my.stepmom.mp4
https://gounlimited.to/rx86slbre4yt/BigTitsAtWork_-_Lena_Paul_-_Porn_Habits_(30_04_2018).mp4
https://gounlimited.to/rx8plyw6liz1/Www.brazzersbox.in_[MonstersOfCock]_Rachael_Cavalli_Gets_a_Monster_(31.05.2020)_rq.mp4
https://gounlimited.to/rxjm15org0ih/WeLiveTogether.20.03.09.Harmony.Wonder.Katie.Kush.And.Jewelz.Blu.Pick.Your.Pleasure.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/rxoou9negk7p/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rxqxvmkcauf7/Www.brazzersbox.in__SneakySex.20.04.20.Gabbie.Carter.And.La.Sirena.I.Fucked.Your.Boyfriend.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rxyoy4mgga7m/RK_Prime___Realitykings_-_Raul_Costa,_Asia_Rae_Boyfriend_Snatcher.mp4
https://gounlimited.to/ryb8ss630u9o/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rydhkoqi8jf8/girlsgonepink.20.04.13.aidra.fox.and.jewelz.blu.jewelz.sexy.kitchen.mp4
https://gounlimited.to/rysx05qr2c65/Girls_Gone_Pink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.mp4
https://gounlimited.to/ryt1gvu90sg3/[DayWithAPornstar]_Joanna_Angel_-_Getting_Joanna_Out_Of_The_Shower_(01.06.2020).mp4

https://gounlimited.to/ryzm5onbisv0/Www.brazzersbox.in_NubileFilms.20.05.15.Lana.Bunny.Private.Session.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/rz0zljxmnky5/BrazzersExxtra_-_Barbie_Sins_-_Tight_As_Tape_(03_05_2018).mp4
https://gounlimited.to/rzg76of5rot8/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4
https://gounlimited.to/rzjna0njgzvg/iknowthatgirl.20.04.19.abby.tatum.chores.with.horny.abby.mp4
https://gounlimited.to/rzqldy5s0tdm/Twistys.20.05.16.Molly.Stewart.Mollys.Kitchen.Kink.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/rzuyquavaay8.html
https://gounlimited.to/s0ftsgi0wcad
https://gounlimited.to/s0goy3x84x64
https://gounlimited.to/s0iy0bo6lqxm/Erito.20.03.31.Reikos.I-Cup.Paizuri.Titty.Fuck.JAPANESE.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/s0k9nss41p98
https://gounlimited.to/s150jgtppigf/lilhumpers.20.06.11.alexis.fawx.lil.jailbird.mp4
https://gounlimited.to/s1724kxvrxde/Www.brazzersbox.in_[Vixen]_Teanna_Trump_-_All_That_Glitters_(01.05.2020)_rq.mp4
https://gounlimited.to/s19z3zgrtwf3/[FakeTaxi]_Martina_Smeraldi_(Stay_Safe_Edition_/_03.22.2020).mp4
https://gounlimited.to/s1agdt4vh294/Kimmy_Granger_-_Pedicure_Her_-_Look_At_Her_Now.mp4
https://gounlimited.to/s1bprfgzuy0e/FakeAgent_May_Thai_ALLWAYSWELL.mp4
https://gounlimited.to/s1d80jwmjuel/bignaturals.20.04.27.kendra.sunderland.teasing.kendra.mp4
https://gounlimited.to/s1e5aeah76h7/BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s1mw3guprpqe/BrazzersExxtra.20.04.03.Lana.Sharapova.Pocket.Pussy.Anal.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s1vnz25chga0/Www.brazzersbox.in_[HandsOnHardcore]_Honey_Demon_-_Pussy_Pounding_Gym_Workout_(04.06.2020)_rq.mp4
https://gounlimited.to/s1y6jg45vbg1/Www.brazzersbox.in_WeLikeToSuck.20.05.22.Dolce.Vita.First.Time.Fuck.Buddy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s273qf7lxbtz/[SneakySex]_Gabriela_Lopez_(Family_Road_Trip_Dick_/_06.01.2020).mp4
https://gounlimited.to/s2a6pkgtw1yq/www.0xxx.ws_FakeHostel.20.05.05.Kathy.Anderson.And.Isabella.Deltore.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s2apxp6mnj6i/_DigitalPlayground_Vanessa_Sky_.mp4
https://gounlimited.to/s2f234qdwl7r
https://gounlimited.to/s2js1nqgrx67/TransAngels_presents_Daisy_Taylor_Bitch_Craft_Part_1___05.06.2020.mp4
https://gounlimited.to/s2t11k8q2ay9/trueamateurs.20.05.29.aila.donovan-sample.mp4
https://gounlimited.to/s342c0sbm0w3
https://gounlimited.to/s34zbhkgkaui/Kenzie_Taylor,_Seth_Gamble_-_Kenzie_Chooses_Dick_Over_Dishes_-_Day_With_A_Pornstar_-_Brazzers.mp4
https://gounlimited.to/s3dxd5xrbdnn/RealityKings_-_Violet_Starr.mp4
https://gounlimited.to/s3jqhr3w9eo2
https://gounlimited.to/s3k0w4h41td8/PlumperPass.20.01.15.Danica.Danali.Cum.Slut.Step-Mom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s3pioaumbxbt/rkprime.20.06.03.bridgette.b.the.pornstar.experience.mp4
https://gounlimited.to/s3wvm33glil3/[IKnowThatGirl]_Arietta_Adams_(Personal_Cleaner_/_02.19.2020).mp4
https://gounlimited.to/s3z93rlhbcx3/Www.brazzersbox.in__TeamSkeetAllstars.20.04.12.Emily.Willis.Sensual.Easter.Sunday.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s47x4n9g6mos/[RKPrime]_Luna_Star_(Bunny_Curves_/_04.12.2020).mp4
https://gounlimited.to/s48vyfe02m2z

https://gounlimited.to/s4b9zzt9yzgq
https://gounlimited.to/s4t4ah2h721l/RKPrime_-_Bridgette_B_-_The_Pornstar_Experience.mp4
https://gounlimited.to/s58drobxy9e3/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_/_06.01.2020).mp4
https://gounlimited.to/s5ddjr4j5n3i/BrazzersExxtra.20.02.05.Keira.Croft.Fuckin.Fountain.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/s5gepqxwh163/BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s5ms60b1gmcq/TrueAmateurs.20.06.05.Hayliexo.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/s5ndlwh78lbe/DontBreakMe_Aften_Opal_ALLWAYSWELL.mp4
https://gounlimited.to/s63d5uuie7ne/Www.brazzersbox.in_Vixen.20.05.08.Jia.Lissa.And.Lacy.Lennon.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s6bihyagvadz/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s6j4m4b8muvt/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s6q94ebjtekg/BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.mp4
https://gounlimited.to/s6qrqjyhqt0s/sharemybf.20.05.25.maya.kendrick.and.alex.coal.midnight.threesome.mp4
https://gounlimited.to/s6v6e58sk3v2/Www.brazzersbox.in__BrattySis.20.04.17.Katie.Kush.My.Step.Sisters.Sexy.Ass.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s77ui5wb6ed7/[FakeHostel]_Sofia_Lee,_Aaeysha_(A_Sneaky_Rendezvous_/_03.06.2020).mp4
https://gounlimited.to/s7cuuvag4x9n/DigitalPlayground.20.01.29.Abigail.Mac.And.Lena.Paul.Sleepless.Nights.Part.3.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s7cv56uzphlj/Realitykings_Lesbehonest_Part_1_02.06.2020.mp4
https://gounlimited.to/s7potifyykro
https://gounlimited.to/s7xcyssbvbim/Dane_Jones.20.05.17.Best.Of.Intimate.Anal.XXX.1080p.mp4
https://gounlimited.to/s7xu9uh460dm/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/s8auyvraibbd/transangels.20.02.01.pietra.radi.strong.independent.angel.mp4
https://gounlimited.to/s8kxzhku5zkh/Www.brazzersbox.in_RKDupes.20.04.28.The.Great.MILF.Hunt.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s8szgcjaaljm/BabyGotBoobs.20.04.03.Jade.Kush.Shadowplay.2.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s8u207x4331k/RealityKings_-_RKPrime_presents_Kataljna_Kittin_-_Wet_Kittin___29.05.2020.mp4
https://gounlimited.to/s8ynxydmhrir/Fake_Taxi_Isabella_Deltore_ALLWAYSWELL.mp4
https://gounlimited.to/s94jq155wmgp/[BigButtsLikeItBig]_Ashley_Fires_(Sock_My_Cock_/_04.11.2020).mp4
https://gounlimited.to/s9fozkn1e7u0/[FakeTaxi]_Romy_Indy:_The_Dominatrix_and_the_Big_D.mp4
https://gounlimited.to/s9kcruotgr1v/FakeHostel.20.05.18.Sofia.The.Bum.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/s9kyo0x7oety/TeensLoveHugeCocks.19.12.01.Skylar.Vox.Punishing.A.Perv.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/s9odsxlcb6nr/TeensLikeItBig.20.06.13.Kennedy.Leigh.21.Hump.Street.REMASTERED.XXX.SD.MP4-.mp4
https://gounlimited.to/sa1pq0jvrwfa
https://gounlimited.to/saatv089pqen/[WeLiveTogether]_Stella_Flex,_Jia_Lissa_(A_Perfect_Flexible_Pair_/_03.20.2020).mp4
https://gounlimited.to/sadhr130dsmt/TrueAmateurs_presents_Mia_Bandini_in_Braided_Hair_Cutie_Gets_Anal_Creampie___01.06.2020.mp4

https://gounlimited.to/sanbwiwlq4yp/DigitalPlayground.20.03.25.Anya.Olsen.And.Ana.Foxxx.Matriarch.Part.1.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/sb128iogdd3b/RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sb4jt8wxhepg/HotAndMean.20.04.28.Maserati.And.Alice.Pink.Dommed.By.Her.Dads.Girlfriend.Part.1.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sb8y659lluf3/[DigitalPlayground]_Aidra_Fox_(Kill_Code_87_Part_1_/_02.26.2020).mp4

https://gounlimited.to/sbc6n4l1hy7r/Twistys.20.05.09.Kira.Noir.Kira.At.Birds-_Eye.XXX.1080p.mp4

https://gounlimited.to/sc1dk9s7xq4s

https://gounlimited.to/sc1dk9s7xq4s/RealWifeStories_Alina_Lopez_ALLWAYSWELL.mp4

https://gounlimited.to/sc3831lper9n

https://gounlimited.to/sc7jkgyhe9r3/Crazy.Ex-Girlfriend.S04E18.Yes.Its.Really.Us.Singing.720p.WEB-HD.x264-Pahe.in.mp4

https://gounlimited.to/sccfiaoth132/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sclnwaxvsauh/[RKPrime]_Kataljna_Kittin_(Wet_Kittin_/_05.29.2020).mp4

https://gounlimited.to/scx7vven2lu0/[DayWithAPornstar]_Josephine_Jackson_(Josephine's_Intense_Workout_/_04.14.2020).mp4

https://gounlimited.to/scy89xiqx4x7/DontBreakMe.20.03.28.Alice.Merches.And.Sadie.Hartz.Two.Bunnies.One.Cock.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sd2wk2g4qodx/Mofos_Sierra_Nicole_Public_Pick_Ups_.mp4

https://gounlimited.to/sdbe26866np0/BrazzersExxtra_-_Monique_Alexander_-_Wrong_Side_Of_The_Bed.mp4

https://gounlimited.to/sdcysrlsc2en/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sdo50ab87njc

https://gounlimited.to/sdsjnmkve1gi.html

https://gounlimited.to/sdxtc6a2pjqy/HotAndMean.13.09.24.Chanel.Preston.Brooklyn.Chase.Abigail.Mac.And.Ashli.Ames.INTERNAL.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/se1y0t7299sr/BrazzersExxtra_-_Best_Of_Brazzers_Anal_Extravaganza.mp4

https://gounlimited.to/sei38sh5h1ia/HotAndMean.20.02.10.Casey.Calvert.And.Kendra.Spade.Bunk.Bed.Bang.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/seklvuftktlk/welivetogether.20.05.04.adriana.maya.and.natalie.porkman.make.out.artist.mp4

https://gounlimited.to/sen7zfw95jk2/Www.brazzersbox.in_MomDrips.20.04.26.Tiffany.Fox.Deep.Inside.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sengx51w387r/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.SD.MP4-.mp4

https://gounlimited.to/seu8gpjsua1m/DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.mp4

https://gounlimited.to/sey0fnu4t3c5/Public_Pickups_-_Martina_Smeraldi.mp4

https://gounlimited.to/sf1w9vdxyquo/DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sf22yks4kpgh/Gianna_Dior,_Ricky_Johnson_-_Sex_Inherited_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/sfe5svs0c9hw/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sff8emfe1be3/Www.brazzersbox.in_DayWithAPornstar.20.05.09.Vanna.Bardot.Vannas.Sneaky.Masturbation.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sffodfuz4jif/Bae.Egypt.Desperately.Seeking.Panties.RKPrime.brown.mp4

https://gounlimited.to/sfhxa27dnhzz

https://gounlimited.to/sfjayokkhep3/Www.brazzersbox.in_TeenPies.20.05.09.Binky.Beaz.Hijab.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sfqme9q7hl8p/Www.brazzersbox.in_EroticaX.20.05.20.Jessie.Saint.Surprise.Weekend.Getaway.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sg0f6tngjo01/TrueAmateurs.20.04.30.Bella.Tina.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/sg49rqfxdfvv/Subil_Arch,_Vera_Jarw,_Thomas_J_-_Fake_Family_Stuck_In_A_Tent_-_Fakehub_Originals_-_FakeHub.mp4

https://gounlimited.to/sga9z84zybip/RealityKings_-_Sophia_Leone_-_Hot_Slut_Next_Door_(18_04_2018).mp4

https://gounlimited.to/sgrggrz8cob4/RKPrime.20.05.26.Liv.Wild.And.Vanessa.Sky.Wild.Sky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sgtx0lccxcua/SneakySex.20.06.17.Scarlit.Scandal.Sneaking.In.With.Scarlit.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sgvwijyaf86s/TrueAmateurs.20.03.31.Teena.Booty.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/sgxsmsolrmnf/DaneJones_presents_Kaisa_Nord_-_Isolation_self_love_and_anal_play___04.06.2020.mp4

https://gounlimited.to/sh8d1rdf1ab3/Sneaky_Sex_Katana_Kombat_ALLWAYSWELL.mp4

https://gounlimited.to/shboxpjhcrt1

https://gounlimited.to/shl0t7uiorq6/BrazzersExxtra.20.04.29.Luna.Star.All.Dolled.Up.Anal.Edition.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/shl20w87vjpt/DayWithAPornstar.20.04.25.Aubree.Valentine.Aubrees.On.The.List.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/sifq3wt9xb9v/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me_Horny_/_06.11.2020).mp4

https://gounlimited.to/sii5fb0t33d7/RKPrime_-_Abella_Danger_-_The_Pirate_Gets_The_Booty.mp4

https://gounlimited.to/sii9xx60u0p6/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/sipqpwhamywb/BigTitsAtWork_-_Susy_Gala_-_Foot_Clerk_At_Work_(16_06_2018).mp4

https://gounlimited.to/sj0dh0jesecr/Mofos_[PublicPickUps]_Sasha_Rose_.mp4

https://gounlimited.to/sjf8j81m2sgp/www.0xxx.ws_HotAndMean.20.04.10.Karma.RX.And.Abella.Danger.Neon.Dreaming.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sjim8wxjrrh0/[ElegantAnal]_Ana_Foxxx_(It_Happened_One_Night_Part_4_/_06.02.2020).mp4

https://gounlimited.to/sjqexqgg5ill/TransAngels_presents_Korra_Del_Rio_Long_Distance_Love___12.06.2020.mp4

https://gounlimited.to/sjsmtllz00rm

https://gounlimited.to/sjvl8z7ho5gq/bignaturals.20.03.11.gabriela.lopez.big.titty.barista.mp4

https://gounlimited.to/sjywr3rndkf0/TransAngels.19.04.27.Jessica.Fox.Coming.For.You.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/sk1jcon7j6l8/twistys.20.06.06.sabina.rouge.naked.yoga.with.sabina.rouge.mp4

https://gounlimited.to/sk4542fmijim/[BrazzersExxtra]_Gina_Valentina_(Squirtboarding_/_03.23.2020).mp4

https://gounlimited.to/skeoccil9e05/BrazzersExxtra.-.Best.Of.Brazzers.Sneakiest.Moments.mp4

https://gounlimited.to/skkb3ndtgaoh/Milfs_Like_it_Big_Romi_Rain_ALLWAYSWELL.mp4

https://gounlimited.to/skks40rer6vw/PublicAgent.20.06.03.Lydia.Black.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sklx4m7pr230/Jane.Wilde.and.Emily.Willis.Face.To.Face.RKPrime.masturbation.mp4

https://gounlimited.to/skpwzb6wq2a8/Www.brazzersbox.in__BigNaturals.20.04.15.Indica.Flower.Pour.Something.Sweet.On.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/skvvzyij74fs/[RKPrime]_Adriana_Chechik_(While_You_Wait_/_03.15.2020).mp4

https://gounlimited.to/sl0uxstxbo52

https://gounlimited.to/sl4hxp79v67a/Www.brazzersbox.in__AllBlackX.20.04.05.Chanel.Skye.Chanels.First.DP.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/slj8kgm2xb5c/Peta_Jensen_-_Best_Of_Brazzers:_Peta_Jensen.mp4

https://gounlimited.to/slk83ks3zff9/Erito.20.05.15.Waitress.Gets.Pounded.Doggystyle.JAPANESE.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/slv0vm75gxcq/BigTitsAtWork_-_Nicole_Aniston_-_Summertime_And_The_Livin_Is_Sleazy_(20_07_2018).mp4

https://gounlimited.to/slva4x0qing7

https://gounlimited.to/slzd7fblbj5c/DaneJones.20.05.07.Honour.May.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sm1l483qb3bu/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4

https://gounlimited.to/sm4gec8bj6kw/Gianna.Dior.Sex.Inherited.RKPrime.hardcore.mp4

https://gounlimited.to/sm5w3q7yus1t/teenslovehugecocks.20.06.17.makenna.reise.tiny.makenna.takes.it.mp4

https://gounlimited.to/smcki166jp4l/True_Amateurs.20.05.22.Serena.Avery.XXX.1080p.mp4

https://gounlimited.to/sml6io0dbzru/SimplyAnal.20.05.25.Alina.V.And.Sofia.Like.Share.My.Boyfriend.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/smw9x6uhg577

https://gounlimited.to/smy052vhccuo/Abella_Danger,_Manuel_Ferrara_-_His_Hands_Are_Tied_-_Brazzers_Exxtra_-_Brazzers.mp4

https://gounlimited.to/smyvyzas275j/teenslovehugecocks.20.06.15.aften.opal.massage.mutiny.mp4

https://gounlimited.to/sn06ow4t47jo/MassageRooms.20.04.29.Scarlet.Rebel.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/snmyeo66jhkj

https://gounlimited.to/snmyeo66jhkj/BigWetButts_Remy_Lacroix_.mp4

https://gounlimited.to/snqhziw0gao8/Mofos_-_PublicPickup_eps_107.mp4

https://gounlimited.to/so295conywdy/welivetogether.20.04.17.episode.1.welcome.home.mp4

https://gounlimited.to/so4v6qbn2ift/www.0xxx.ws_DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valentine.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/so60bazvlj50/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.mp4

https://gounlimited.to/soc40liqh30t/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sojtp8rsfqqj/FakeTaxi.20.06.01.Mia.Rose.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sokb0r1fjnan

https://gounlimited.to/soqb0q5q1f2o

https://gounlimited.to/soz5m8lt71ct/Www.brazzersbox.in_MonstersOfCock.20.05.17.Tiffany.Fox.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sp8p8ll7d38q/RKPrime_20_05_02_Demi_Sutra_Sexy_Neighborhood.mp4

https://gounlimited.to/splwnspo6glg

https://gounlimited.to/spnnq3y4ryed

https://gounlimited.to/spocc7l5dblk/www.0xxx.ws_RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/spxgr2ga4fof/www.0xxx.ws_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/spxkhcz90s11

https://gounlimited.to/sq1rucc2lsv3/MassageRooms.19.11.27.Lady.Bug.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sqaj8mnjrjjl/Bae_Egypt,_Johnny_The_Kid_-_Desperately_Seeking_Panties_-_RK_Prime_-_Reality_Kings.mp4

https://gounlimited.to/sqcc75h9rp8i/TeensLoveHugeCocks_-_Laney_Grey_-_Please_Don't_Tell.mp4

https://gounlimited.to/sqeh3p033r2a/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sqg7lz4btw01/PornstarsLikeItBig_-_August_Taylor,_Nicolette_Shea_-_All_Dolled_Up_Spring_Break_Edition_(16_05_2018).mp4

https://gounlimited.to/sqha10o8dka5/[RKPrime]_Rosalyn_Sphinx,_Kylie_Kingston_(Sit_On_It_/_06.07.2020).mp4

https://gounlimited.to/sqhmrtmuusxc/Real_Wife_Stories_Katana_Kombat_ALLWAYSWELL.mp4

https://gounlimited.to/sqm6p442xxhk/MilfsLikeItBig_-_Cherie_Deville_-_Sneaking_Around_With_Her_BFF_s_Son_(04_06_2018).mp4

https://gounlimited.to/sqsuiujjtv32/Bridgette_B,_Aubree_Valentine,_Xander_Corvus_-_Falling_From_Grace_Scene_4_-_Digital_Playground.mp4

https://gounlimited.to/sqvsxayalmqy/Yoga_Freaks-_Episode_Four___Brazzers_-_XxxFiles.com.mp4

https://gounlimited.to/sr1hkbjtlxwc/[WeLiveTogether]_Lily_Rader,_Zoey_Taylor_(Poolside_/_06.03.2020).mp4

https://gounlimited.to/sr91t0yf70u2/RKPrime.20.01.29.Kara.Lee.House.Keeper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/srhn5a1hy7lq/Www.brazzersbox.in_FosterTapes.20.05.03.Jewelz.Blu.And.Aaliyah.Love.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ss0q7zpx8ibs/TrueAmateurs.20.06.08.Portia.Paris.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ss6xltxvb3az/[MilfsLikeItBig]_Anissa_Kate_(Not_Here_For_The_Coffee_/_03.28.2020).mp4

https://gounlimited.to/ssdoetb8ozbt/erito.20.02.04.marina.is.a.handy.babe.jp.mp4

https://gounlimited.to/ssdzekxqpzc9/RKPrime.20.04.22.Sofia.The.Bum.College.Tomboy.Fucks.Nerd.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/sso5fx7m8ouy/Fake_Driving_School.20.06.10.Lady.Dee.XXX.1080p.mp4

https://gounlimited.to/sst4shbt6id3/RKPrime.20.05.24.Hope.Howell.They.Fuck.Her.Rollin.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/sstoorgwszyl/Www.brazzersbox.in_SimplyAnal.20.06.08.Sally.Brown.Insatiable.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/st1t0n6lzuaf/BigNaturals.20.03.23.Melody.Foxx.Second.Thoughts.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/st4yu09hq4uq/www.0xxx.ws_RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/stqzvidz5qc6/[BrazzersExxtra]_Azul_Hermosa_(Diva_For_A_Day_/_03.21.2020).mp4

https://gounlimited.to/str09oqruxse/Anya_Olsen_&_April_Brookes_&_Ariella_Ferrera_&_Casey_Calvert_&_Cassidy_Banks_&_Gia_Milana_&_Kendall_Kayden_&_Missy_Martinez_&_Sydney_Cole_&_Syren_De_Mer_%E2%80%93_Best_Of_Brazzers_Sharing_Stepsiblings.mp4

https://gounlimited.to/su24mqiv39ui/Fakehub.Originals.-.Best.Of.Cosplay.mp4

https://gounlimited.to/su7ql8o553uq/Cassidy-Klein-Brazzers-Best-Of-Brazzers:-First-Anals-2020-06-05.mp4

https://gounlimited.to/sujchrxixuqp/Fakedrivingschool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sv7wpauir04c/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/svbasryyov9e/[RKPrime]_Kira_Queen,_Aruna_Aghora_(Threesome_/_05.30.2020).mp4

https://gounlimited.to/svck5tefjhle

https://gounlimited.to/svck5tefjhle/TrueAmateurs_Jessica_Kyle.mp4

https://gounlimited.to/svd7db2ee80m

https://gounlimited.to/svhj9a433xo5

https://gounlimited.to/sw006f7hvf6a

https://gounlimited.to/sw1k5zv99wrj/Www.brazzersbox.in_AllBlackX.20.05.10.Amari.Anne.Amaris.Personal.Trainer.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/swjqcu27w6e5

https://gounlimited.to/swo1avvbydwo/FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/swofnuvloyuo/Nicolette_Shea,_Charles_Dera_-_Always_Read_The_Instructions!_-_Dirty_Masseur_-_Brazzers.mp4

https://gounlimited.to/swr9uinwxel4/www.0xxx.ws_DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/swxsgr4qsc39/[PornstarsLikeItBig]_Janice_Griffith_(Watch_Party_/_03.07.2020).mp4

https://gounlimited.to/swykgjf0zuhr/www.fxpornhd.com_MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sx1tn94jd7bg/[DaneJones]_Isabelle_Deltore_(Pure_passion_with_Aussie_beauty_/_04.22.2020).mp4

https://gounlimited.to/sxf7fk37w46h/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sxgtcjjtnefd/brazzersl.20.02.29.valentines.day.affair.best.moments.mp4

https://gounlimited.to/sxjzx6x7fgc0/www.0xxx.ws_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sxkohcarf1bw/Www.brazzersbox.in_RealityJunkies.20.05.08.Becky.Bandini.Band.Slut.Becky.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/sxvhu8gt0fpi/RKDupes.20.06.02.Lesbehonest.Part.1.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/sy42wizf23fh/momslickteens.20.02.05.kit.mercer.and.binky.beaz.what.a.pretty.mouth.mp4

https://gounlimited.to/sybwdpkoxc2f/www.0xxx.ws_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/syed0j2lla1a/Www.brazzersbox.in_blackedraw.20.06.15.aria.lee.mp4

https://gounlimited.to/syuq0hmxrwtq/DigitalPlayground.20.03.25.Ryan.Keely.Matriarch.Part.3.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/sywn7vh5gevw/rkprime.20.05.29.kataljna.kittin.wet.kittin.mp4

https://gounlimited.to/syym7jx9s5ir/MassageRooms.20.01.08.Polina.Max.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sz4hqyktt3wg/www.0xxx.ws_BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/sz7vcaxgxbtf/Www.brazzersbox.in_HandsOnHardcore.20.06.11.Julia.Rain.Horny.Ukrainian.Enjoys.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/szd7f546t1g1/Lilhumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/szd7n669iuro/StrandedTeens.20.03.12.Paige.Owens.Hop.On.My.Scooter.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/szkvq0kcosm6/www.0xxx.ws_BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/szl6bbf6yjtp/www.0xxx.ws_BigButtsLikeItBig.20.05.28.Kendra.Spade.Asses.In.Pajamas.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/szpim8nvounx/Www.brazzersbox.in_blackedraw.20.05.18.lika.star.and.angelika.grays.mp4

https://gounlimited.to/szsgb8i8o7sz/www.0xxx.ws_RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/szslctqtzn9h

https://gounlimited.to/t00qja6ur08q/BigNaturals.20.03.30.Skye.Blue.Seduce.My.Masseuse.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/t088egkebcw7/twistys.20.05.27.whitney.wright.all.oiled.up.with.whitney.mp4

https://gounlimited.to/t0avlerra6uk/BrazzersExxtra_-_Halle_Hayes_-_A_Wild_And_Crazy_Cock_Stuffing_Party.mp4

https://gounlimited.to/t0b0ghf00mnq

https://gounlimited.to/t0c7osz7mr8j/DayWithAPornstar.20.04.12.Aidra.Fox.Aidra.Gets.Her.Fill.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/t0kg10sfjsav/BrazzersExxtra.20.05.03.Madison.Ivy.Revel.In.A.Blue.Dress.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t0otsjpfjf42/Maya.Kendrick.and.Alex.Coal.Midnight.Threesome.ShareMyBF.mp4

https://gounlimited.to/t0pk3f106f8q/RKPrime_-_Bridgette_B_-_The_Pornstar_Experience.mp4

https://gounlimited.to/t0s5b6va4hhb/Www.brazzersbox.in__BrazzersExxtra.20.04.20.Anastasia.Brokelyn.Roo
m.Service.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/t0v0xxvfitdf/SneakySex.20.04.29.Bunny.Colby.Over.Easy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/t0w9584fwl25/Jennifer_White,_Xander_Corvus_-_Hustle_And_Blow_-
_Real_Wife_Stories_-_Brazzers.mp4
https://gounlimited.to/t0y56r134zql/Www.brazzersbox.in__5BGotMylf_5D_Tucker_Stevens_-
_Billiards_(22.05.2020)_rq.mp4
https://gounlimited.to/t139a4v5ulln/TransAngels.20.03.26.Aspen.Brooks.And.Charlotte.Sins.A.Hole.For.A.Hol
e.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/t18dpn2bnyve/FakeTaxi.20.03.22.Martina.Smeraldi.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/t1v9g470atel/Www.brazzersbox.in_HandsOnHardcore.20.06.05.Rebecca.Volpetti.And.Ti
na.Kay.Afternoon.DP.Orgy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/t1yfiz2m8971/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4
https://gounlimited.to/t235qqkzg8yz/DaneJones.20.05.27.Best.Of.Big.Tits.Beauties.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/t24u0w59nlti/RKPrime.-.Aidra.Fox.A.Cock.For.Your.Thots.-.Reality.Kings.mp4
https://gounlimited.to/t270mdza5ztc/BrazzersExxtra_-_Gabbie_Carter_Easy_Ride-Her_[720p_HD].mp4
https://gounlimited.to/t285u94az1wl
https://gounlimited.to/t2cntqdsuhhq/[SneakySex]_Arietta_Adams,_Kylie_Le_Beau_(Conference_Call_/_02.29.
2020).mp4
https://gounlimited.to/t2g8lx355xkl/Www.brazzersbox.in_tiny4k.20.06.04.skye.blue.sexy.kitty.mp4
https://gounlimited.to/t2gee21ummp6/RKPrime.20.05.20.Cecilia.Lion.Vs.Ricky.Johnson.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/t2r9gy9wa6nu/DayWithAPornstar.20.05.23.Sybil.Shows.Off.Her.Pussy.XXX.1080p.MP
4-KTR.mp4
https://gounlimited.to/t2w4p3xgxyjd/True_Amateurs_-_Portia_Paris.mp4
https://gounlimited.to/t32ntm3luqs7/Fakehub_Originals.20.05.11.Sofia.Lee.And.Asia.Rae.XXX.1080p.mp4
https://gounlimited.to/t370skqyxjlc
https://gounlimited.to/t3dqs797mgvv/danejones.20.06.11.alina.crystall.mp4
https://gounlimited.to/t3ut9hacpbzv
https://gounlimited.to/t3wb04cg5zy2/[JulesJordan]_Skylar_Vox_(19_Year_Old_Teen_Skylar_Vox_Shows_Off
_Her_34_DD_Big_Naturals_/_06.01.2020).mp4
https://gounlimited.to/t3wwr6k3onqo/www.0xxx.ws_TrueAmateurs.20.06.01.Mia.Bandini.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/t3xul351uihk
https://gounlimited.to/t3yc40cux62z/Www.brazzersbox.in_passion.hd.20.06.13.sybil.tryst.in.the.tub.mp4
https://gounlimited.to/t3zpnum1endt/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4
https://gounlimited.to/t4hxn10llaax
https://gounlimited.to/t4kwznfz4b64/MilfsLikeItBig_Ariella_Ferrera_Dinner_For_One_Table_For_Two-
[xFilmas].mkv
https://gounlimited.to/t4umk1iqo0c1/DigitalPlayground_Ivy_Lebelle_Kill_Code_87_Scene_3_ALLWAYSWE
LL.mp4
https://gounlimited.to/t4z0108ig7on/Telegram_@getnewlink_dani_daniels_Brazzers_House_Episode_Four_-
_BRAZZERS.mp4
https://gounlimited.to/t55onsgwd4cb/Www.brazzersbox.in_PervMom.20.05.30.Havana.Bleu.Rekindling.With.S
tepmom.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/t55tl0wuh8p3/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06
.11.2020).mp4
https://gounlimited.to/t56kbils8kum/Candice_Dare,_Xander_Corvus_-_Lesbehonest_Part_2_-
_Look_At_Her_Now_-_Reality_Kings.mp4
https://gounlimited.to/t5778mbmk887

https://gounlimited.to/t5ibyqna115k/StrandedTeens.20.05.27.Nella.Jones.Fucking.Stepdad.For.A.Ride.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/t5t8mch3f8bx/MommyGotBoobs.20.05.26.Rebecca.More.Just.One.Clit.Away.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/t633j0oqwkns/www.0xxx.ws_FakeAgent.20.03.05.Mishelle.Klein.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t6b05edbgws4/[PornstarsLikeItBig]_Kendra_Sunderland_(Dripping_Wet_/_03.25.2020).mp4

https://gounlimited.to/t6gbn0dk9t3c/Valentina_Nappi_-_Motorcycles_And_Monster_Curves.mp4

https://gounlimited.to/t6hnga8bug2a/Big_Wet_Butts_-_Remy_Lacroix.mp4

https://gounlimited.to/t6j3ov84h89f/www.0xxx.ws_BrazzersExxtra.20.06.17.Riley.Reid.And.Melissa.Moore.Almost.Sisters.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t6nersmqur84

https://gounlimited.to/t6no2im23lgz/RK_Prime_20_04_22_Sofia_The_Bum_College_Tomboy_Fucks_Nerd.mp4

https://gounlimited.to/t6pk0gpu4uuv/FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t6r25bct8aq6/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t6x6vytftsn3/transangels.19.01.31.natalie.mars.everyones.a.critic.mp4

https://gounlimited.to/t6xcb9il8ten/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t74c86t94ii1/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4

https://gounlimited.to/t77rfpf9nrbz/Brazzers_-_BrazzersExxtra_presents_Cassidy_Klein___Isis_Love___Jenna_Ivory___etc_-_Best_Of_Brazzers__First_Anals___05.06.2020.mp4

https://gounlimited.to/t7o0br2lxozy/transangels.19.09.19.daisy.taylor.angel.of.the.house.mp4

https://gounlimited.to/t7rqnk8hg0ni/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4

https://gounlimited.to/t7sj4s9bztl0/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/t7wfilgcdap0/[WhenGirlsPlay]_Alex_Blake,_Scarlit_Scandal_(05.30.2020).mp4

https://gounlimited.to/t7z796qakn2l/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t85k2jqbdp7e/Www.brazzersbox.in__NFBusty.20.03.27.Nathaly.Cherie.Simply.Delicious.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/t87wi7ykvfbd/Monster_Curves_Canela_Skin_ALLWAYSWELL.mp4

https://gounlimited.to/t8e9g9e88hmi

https://gounlimited.to/t8god42ooipz/Www.brazzersbox.in_[LookAtHerNow]_Kimmy_Granger_-_Pedicure_Her_(16.06.2020)_rq.mp4

https://gounlimited.to/t8i75keweyft

https://gounlimited.to/t8tuwj5crbwf/Stranded_Teens.20.05.27.Nella.Jones.1080p.mp4

https://gounlimited.to/t8yglrkc9kls/_BrazzersExxtra_Halle_Hayes.mp4

https://gounlimited.to/t91pp0eqpei2/MommyBlowsBest.20.03.18.Katie.Monroe.Sad.Mom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/t9c4e3o4lwl4/[BigWetButts]_Remy_Lacroix_(Remy's_Ring_Toss_REMASTERED_/_06.03.2020).mp4

https://gounlimited.to/t9m2fjclhi2q/TrueAmateurs_presents_Aila_Donovan_-_Babe_Gets_Facial___29.05.2020.mp4

https://gounlimited.to/t9pn51c8zvvg/BigWetButts.20.03.01.Abella.Danger.The.Artist.Is.Fucking.Present.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/t9ze9l28anq0/www.0xxx.ws_WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.An d.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ta1wn2ep8r6b/Www.brazzersbox.in_exotic4k.20.05.29.maya.farrell.maya.facialed.mp4

https://gounlimited.to/ta49dwemq4y2

https://gounlimited.to/ta49dwemq4y2/DayWithAPornstar.20.04.28.Phoenix.Marie.Phoenix.Works.Herself.Out. XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/tahtc3fu85tr/Realitykings_-_Wet_Kittin_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/taj1g3ka01l9/FakehubOriginals_presents_Ebony_Babes___31.05.2020.mp4

https://gounlimited.to/tajll3nyixzi/A_D_Well_Earned_-_Stacy_Cruz_-_BigTitsAtSchool_-_Brazzers.mp4

https://gounlimited.to/tajpq76s8o58/Www.brazzersbox.in_Www.brazzersbox.in_Tushy_-_Mary_Rock_-_Opportunity.mp4

https://gounlimited.to/tapbfo7ow916/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela .XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tas3asse1ywn/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p. MP4-KTR.mp4

https://gounlimited.to/tb1xwqypexia/twistys.20.06.08.dakota.on.display.mp4

https://gounlimited.to/tb2kwio89tfs/transangels.19.04.18.jessy.dubai.get.clean.mp4

https://gounlimited.to/tb2u8q3orngn

https://gounlimited.to/tb6jk84kb1rc/RKPrime.20.03.23.Savannah.Sixx.Cum.Through.My.Window.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/tbko0xmouow6/DigitalPlayground.19.11.27.Emily.Willis.And.Molly.Stewart.The.Auditi on.Part.3.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tbsq1fke973x/PureTaboo.20.05.12.Syren.De.Mer.Taking.Care.Of.Mom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/tbzjsw3l9bo2

https://gounlimited.to/tc8rqs0rdujw/FakeTaxi.20.06.05.Romy.Indy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/tcjlp8g84lid

https://gounlimited.to/tctukeofgxlc/BabyGotBoobs.20.03.02.Violet.Smith.Pump.Up.The.Volume.XXX.1080p. MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/tcz7w0igxnwi/dontbreakme.20.04.23.evie.ling.petite.asian.stretched.out.mp4

https://gounlimited.to/tddbs45uoxil/Mofos_-_New_Study_Buddies.mp4

https://gounlimited.to/tddyklylw489/trueamateurs.20.05.18.jessica.miller.mp4

https://gounlimited.to/tdh6czw6jp8o/PervsOnPatrol.20.03.02.Payton.Preslee.More.Than.A.Pool.Fix.XXX.1080 p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/tdl2ev94qad1/DontBreakMe.20.02.07.Aria.Banks.Dont.Break.Aria.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/tdm5r4w73ymb/[BrazzersExxtra]_Eliza_Ibarra_(Hopping_On_A_Cock_/_04.12.2020).m p4

https://gounlimited.to/tdnh9mdll9ig/DoctorAdventures.20.04.27.Bella.Rose.Big.Thermometer.Energy.XXX.10 80p.MP4-KTR.mp4

https://gounlimited.to/tdomkyqm3vhc/dontbreakme.20.05.05.jane.wilde.breaking.wilde.mp4

https://gounlimited.to/tdrkogl7y5kg/FakeAgent.20.02.06.Madison.Mcqueen.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/te1tie6ot5mz/Www.brazzersbox.in_RKPrime.20.05.20.Cecilia.Lion.Vs.Ricky.Johnson.X XX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/te453ruaieff/RKPrime_Kataljna_Kittin_ALLWAYSWELL.mp4

https://gounlimited.to/te4fhkvmkm7v/www.0xxx.ws_Lesbea.20.06.01.Cindy.Shine.And.Alina.Crystall.XXX.10 80p.MP4-KTR.mp4

https://gounlimited.to/teagxx9fczjf/www.0xxx.ws_DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.O ut.Of.The.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tej1tldcqrpt/DigitalPlayground.20.04.20.Lucky.Seven.Episode.6.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/teqleup6u0k3/IKnowThatGirl.20.04.19.Abby.Tatum.Chores.With.Horny.Abby.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/texumn3s8bg5/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06.09.2020).mp4
https://gounlimited.to/tfg4932bihaa/We.Live.Together.-.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.-.Reality.Kings.mp4
https://gounlimited.to/tfiy723sp3r3/Luna_Star,_Markus_Dupree_-_Fuck_My_Girl_-_RK_Prime_-_Reality_Kings.mp4
https://gounlimited.to/tfvewel74ubf/Brazzers_Exxtra_20_05_03__Madison__Ivy__Revel__In__A__Blue__Dress.mp4
https://gounlimited.to/tfxydsrc3knd/Brazzers_Exxtra_20_05_11_Casey_Calvert_And_Adria_Rae_Anal_Double_Dip.mp4
https://gounlimited.to/tg1nem6ajcuu/Nathaly.Cherie.FakeTaxi.bigtits.mp4
https://gounlimited.to/tg8p7gk7slwi/trueamateurs.20.03.11.jamie.young.mp4
https://gounlimited.to/tgecwdvi8vad/Www.brazzersbox.in_MyFriendsHotMom.20.05.20.Elle.Mcrae.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/tggzufjv85io/girlsgonepink.20.06.08.aidra.fox.and.desiree.dulce.prank.wars.mp4
https://gounlimited.to/tghcfmxr65yr/[BrazzersExxtra]_Emily_Willis_(Where's_Your_Ring_Part_2_/_02.28.2020).mp4
https://gounlimited.to/tghgxgvqovrx/FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/tgjy7fnrnmh5/MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/tgvnhuzht2ay/Real_Wife_Stories_20_05_04_Portia_Paris_In-Depth_Tour.mp4
https://gounlimited.to/th3ob2v4qsj1/RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/th67aauso5im/LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.mp4
https://gounlimited.to/th8v9q0xw8wb
https://gounlimited.to/thdfddp5l42m/Www.brazzersbox.in_LittleAsians.20.05.25.Diamond.Banks.And.Elle.Voneva.Chalk.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/thf93svezyko/Twistys_-_Cherie_DeVille.mp4
https://gounlimited.to/thg29fvcsijk/IKnowThatGirl.20.03.28.Kylie.Rocket.Miami.Trip.Memories.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/thj6q5ocmhrq/rkprime.20.03.13.kara.lee.bathroom.attendant.mp4
https://gounlimited.to/thukvxybpbd1/True_Amateurs_Natalissa.mp4
https://gounlimited.to/ti48tf2me998/faketaxi.20.02.26.aaeysha.mp4
https://gounlimited.to/tig15xpr2wsh/BrazzersExxtra.20.05.22.Best.Of.Brazzers.Ava.Addams.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/tj59z11x5vls/Brazzers_-_Allison_Moore.mp4
https://gounlimited.to/tjbb7w68ou7v/Gabriela_Lopez_-_Family_Road_Trip_Dick_(SneakySex.01.06.2020.720p)_VHQ_[CENTURION].mp4
https://gounlimited.to/tjcfmbmilnaq/RKPrime_-_Rosalyn_Sphinx,_Kylie_Kingston_-_Sit_On_It.mp4
https://gounlimited.to/tjd3uwmqj2rd
https://gounlimited.to/tjdk04n1qx1q/Www.brazzersbox.in_BBCParadise.20.05.25.Kenzie.Taylor.BBC.Birthday.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/tjj0fvbm73jj/Twistys.20.06.10.Vina.Sky.Not.A.Cloud.in.the.Sky.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/tjpm4mvkw26r/BrazzersExxtra.20.03.10.Khloe.Kapri.Checkmate.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/tjt7gvbsmrz0
https://gounlimited.to/tk2s26i84jb8/www.0xxx.ws_MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/tkgb4vczt6x4/[RKDupes]_Edible_Aubrey_(Meter_Maid_/_06.09.2020).mp4

https://gounlimited.to/tkglcq5vl71y/Www.brazzersbox.in_KinkyFamily.20.05.30.Lily.Larimar.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/tks4eg53ncup/Www.brazzersbox.in_dwp.20.03.29.victoria.june.mp4

https://gounlimited.to/tl4hmmu1q771/DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tl6gzsnrn4bt/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/tldzwo10i1em/transangels.19.08.17.andrea.zhay.winner.takes.it.all.mp4

https://gounlimited.to/tlsow5bjljnt/Fakehub.Originals.-.Best.Of.Cosplay.mp4

https://gounlimited.to/tlufrk3gxgrc

https://gounlimited.to/tlvxg0i0y150/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4

https://gounlimited.to/tm0ycrm4toz5/RoundAndBrown.20.03.31.Ashley.Aleigh.Spring.Showers.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/tm28slbzhyzh/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tm2d1m448hzp/PublicPickUps_-_Elle_Rose_-_Ukrainian_Babe_Loves_Public_Sex_(07_04_2018).mp4

https://gounlimited.to/tm75pop8fgb0/[MassageRooms]_Victoria_Pure_(Blonde_needs_loving_after_hard_day_/_03.18.2020).mp4

https://gounlimited.to/tmca99rbixcc/Www.brazzersbox.in__5BRawCouples_5D_Ria_-_Couple_fills_love_nest_with_lust_(23.05.2020)_rq.mp4

https://gounlimited.to/tmcdse9mz2ej/Twistys.20.06.08.Dakota.On.Display.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/tmhbkyq7xsd5/RK_Prime_20_04_21_Paige_Owens_Paige_Owes_Me_A_Shower.mp4

https://gounlimited.to/tmj05keupmpa/MilfsLikeItBig.20.02.08.Casca.Akashova.Is.That.A.Dick.In.Your.Pocket.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/tmx68jeo9r1n/www.0xxx.ws_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tn1ej9wxo2v9/MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tn9ttyrw4pqs/fakehostel.20.03.27.vera.jarw.and.aaeysha.mp4

https://gounlimited.to/tnlu5kqtfs6h/PublicPickup-102.mp4

https://gounlimited.to/t2790w9mu4u

https://gounlimited.to/to8dh6ohic61/Jennifer_White,_Xander_Corvus_-_Hustle_And_Blow_-_Real_Wife_Stories_-_Brazzers.mp4

https://gounlimited.to/tohmksw717oa/BrazzersExxtra.20.04.13.Kenzie.Reeves.Piped.Down.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ton1uvnrg3rk/rkprime.20.06.07.rosalyn.sphinx.and.kylie.kingston.sit.on.it.mp4

https://gounlimited.to/totn5o96i4n2/porn4k_PornstarsLikeItBig.20.06.10.Casca.Akashova.All.Dolled.Up.Beauty.Queen.Edition.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/towwkpyndp5x/Www.brazzersbox.in_CastingCouch-X.20.04.19.Catalina.Ossa.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/tozmxijwigds/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/tpfs6qs8175h/Www.brazzersbox.in__MyDaughtersHotFriend.20.04.16.Harmony.Wonder.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tpg2tal676z4/[StrandedTeens]_Katana_Kombat_(Naked_Neighbor_/_03.05.2020).mp4

https://gounlimited.to/tpk48prv7aev/RKPrime.20.03.22.Alyssia.Kent.Lend.Alyssia.A.Hand.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/tq1fe59o2nn1/bignaturals.20.03.11.gabriela.lopez.big.titty.barista.mp4

https://gounlimited.to/tq80tf3fuymd/GFRevenge_Evelin_Stone_-_Makeup_Room_Slut.mp4

https://gounlimited.to/tqapfefbz2gc/Pamela_Morrison,_Alex_Legend_-_Breaking_Pamela_-_Don't_Break_Me_-_Mofos.mp4

https://gounlimited.to/tqgnir72sxot/RKPrime.20.01.22.Adriana.Chechik.Cumming.Home.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tquliuuh0t4o/DayWithAPornstar_-_Joanna_Angel_-_Getting_Joanna_Out_Of_The_Shower.mp4

https://gounlimited.to/tqvduwd5x80c

https://gounlimited.to/tr20xolv3979/[Fakehub_Originals]_Best_Of_Cosplay_(PervyVideos.com).mp4

https://gounlimited.to/tr9dn6uqi9kz/DayWithAPornstar.20.04.30.Eva.Elfie.Playing.With.Eva.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/trlwxv9el7xh/Www.brazzersbox.in__BangBros18.20.04.17.Sloan.Harper.And.Natalie.Porkman.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/trr3q23ca1sy/Fakehub_Originals.20.05.17.Best.Of.Big.Black.Cock.Rides.XXX.1080p.mp4

https://gounlimited.to/ts1wmeg19dzf/Mofos.Maya.And.Alex.1080p.mp4

https://gounlimited.to/ts31u3gm69je/Www.brazzersbox.in_Private.20.06.06.Alexis.Crystal.Anal.Inspiration.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ts4aqzxx2qpw/[RKPrime]_Bae_Egypt_(Desperately_Seeking_Panties_/_05.31.2020).mp4

gounlimited.to/tsj8ddzgctir

https://gounlimited.to/tt00bzyv83at/RealityKings_-_Angela_White_-_Slick_Swimsuit_(20_06_2018).mp4

https://gounlimited.to/ttncadsenppu/Www.brazzersbox.in_HandsOnHardcore.20.06.12.Angelika.Grays.DP.Tag.Team.Training.Session.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ttsi7ulvahzz/danejones.20.05.17.best.of.intimate.anal.mp4

https://gounlimited.to/tu3n7slte7jg/Realitykings_-_Aruna_And_Kira_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/tuil3f20z6gb/BrazzersExxtra.20.02.28.Emily.Willis.Wheres.Your.Ring.Part.2.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/tujkf2l1bc51/IKnowThatGirl.20.05.09.Luxury.Girl.Luxury.Cooking.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tul4tfbd88kv/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome_/_06.12.2020).mp4

https://gounlimited.to/tulxepzsryzq.html

https://gounlimited.to/tus1szx6q4f7/Mofos.Luxury.Girl.9.5.2020.1080p.mp4

https://gounlimited.to/tutv5n0trs3v/Www.brazzersbox.in__SisLovesMe.20.03.22.Spencer.Bradley.Inspecting.My.Stepsisters.Pussy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tuxhxl7cl72y/FakeHostel.20.02.28.Josephine.Jackson.And.Marilyn.Sugar.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/tv91fljmxqsl/DigitalPlayground.19.11.27.Gianna.Dior.And.Emily.Willis.The.Audition.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tvc559g5vyeq/SneakySex.20.05.25.Azul.Hermosa.Sizing.Up.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tvcri423315s/RKPrime.19.11.14.Isabella.Deltore.MILF.Hunted.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tvj0goke4l9v/www.0xxx.ws_DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tvm0vzqs1osx/Www.brazzersbox.in_NubileFilms.20.03.22.Azazai.Face.To.Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/tvvjgdacm738/trueamateurs.20.04.14.jessica.starling.mp4

https://gounlimited.to/tvwx627ey6lj/MassageRooms.20.03.11.Asia.Rae.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/tw338qqufez8/Www.brazzersbox.in__Exotic4K.20.03.29.Alina.Lopez.Seductive.Latina.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/tw691uycja4z
https://gounlimited.to/twhbavy5sb0k/BigButtsLikeItBig.20.05.14.Abella.Danger.Stalkfucking.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/twq5qzup2jsy/BigNaturals.20.03.11.Gabriela.Lopez.Big.Titty.Barista.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/tx69rhjx16lq/Teens_Love_Huge_Cocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.mp4
https://gounlimited.to/txbnmiso5oxu/GirlsGonePink.20.04.13.Aidra.Fox.And.Jewelz.Blu.Jewelz.Sexy.Kitchen.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/txgpb3v54hlp/fakehuboriginals.20.04.30.best.of.filthy.milfs.mp4
https://gounlimited.to/txiy2kyyikbr/Www.brazzersbox.in__BigNaturals.20.03.23.Melody.Foxx.Second.Thoughts.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/txm2b9ctysru/rkprime.20.06.16.anya.ivy.one.day.fare.mp4
https://gounlimited.to/ty747itfkrm7/trueamateurs.20.05.04.jessica.kyle.mp4
https://gounlimited.to/ty7ikdr93y1z/Lesbea.20.06.01.Cindy.Shine.and.Alina.Crystall.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ty8926vxfjst/rkprime.20.04.26.lacey.channing.the.milkmaid.mp4
https://gounlimited.to/ty8ot55bnd7m/Teens.Love.Huge.Cocks.-.Dolly.Little.A.Little.Love.-.Reality.Kings.mp4
https://gounlimited.to/tyfba5mh19tn/LookAtHerNow.20.05.02.Ellie.Eilish.Taste.Tester.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/tyh09k0iucq7/TrueAmateurs.20.05.15.Vanessa.Skye.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/tz3v2jeo3zt2/Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.DayWithAPornstar.bigtits.mp4
https://gounlimited.to/tz5czxrx7wsg/[Twistys]_Paige_Owens_(Paige's_Pantyhose_Squirt_/_05.13.2020).mp4
https://gounlimited.to/tzbd5il1x1x0/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.SD.MP4-.mp4
https://gounlimited.to/tzh9dctjcs2g/momxxx.20.04.27.kathy.anderson.and.isabelle.deltore.mp4
https://gounlimited.to/tzi8y365ojvh/dontbreakme.20.05.05.jane.wilde.breaking.wilde.mp4
https://gounlimited.to/tzinaf2qus6a/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfriend.To.Make.You.Mad.XXX.720p.MP4-MaMi.mp4
https://gounlimited.to/tzofnpsy8516/DaneJones.20.03.02.Lady.Dee.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/tzt6f2u52kep/Lenina.Crowne.Lenina.Gets.A.Workout.DayWithAPornstar.redhead.mp4
https://gounlimited.to/u07okvzk5195/Brazzers_Extra_Riley_Reid_-_Riley's_Private_Show.mp4
https://gounlimited.to/u0a9pja8r81w/WhenGirlsPlay_Izzy_Lush_ALLWAYSWELL.mp4
https://gounlimited.to/u0k626pimoi8/www.0xxx.ws_PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/u0vhyw7z3x12/[TeensLoveHugeCocks]_Vina_Sky_(Anal_In_The_Sun_/_06.08.2020).mp4
https://gounlimited.to/u14k3cnjmvvc
https://gounlimited.to/u1ep0vic1xbq/HotAndMean.20.03.24.Luna.Star.And.Ember.Snow.The.Maid.Cums.Clean.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/u1lzdvymuch2/www.0xxx.ws_DirtyMasseur.20.06.06.Luna.Star.Honeymoon.Rubdown.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/u1rkia89b85s/[DontBreakMe]_Pamela_Morrison_(Breaking_Pamela_/_06.05.2020).mp4
https://gounlimited.to/u1uh3rexrm8k/BrazzersExxtra.20.04.07.Carly.Rae.Getting.Fucked.On.My.Side.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/u1uimii9ykvv/Www.brazzersbox.in_Private.20.05.14.Tiffany.Tatum.And.The.Unfaithful.Husband.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/u1uxo9umohon/Www.brazzersbox.in_monstersofcock.20.06.14.gianna.dior.and.kira.perez.mp4

146

https://gounlimited.to/u26ru96mtaw8/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XX
X.1080p.MP4-KTR.mp4

https://gounlimited.to/u2bwkptrshgn/DayWithAPornstar.20.05.18.Kenzie.Taylor.Kenzie.Gets.Stuck.XXX.1080
p.MP4-KTR.mp4

https://gounlimited.to/u2qzgmoobxjp/TrueAmateurs.20.02.06.Luventa.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/u2seow14mmue/Www.brazzersbox.in_Private.20.05.07.Anastasia.Brokelyn.Horny.In.Th
e.Office.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/u2tkozlb5ux0

https://gounlimited.to/u2vmoxrk3ehz/BrazzersExxtra.20.05.06.Best.Of.Brazzers.Nurse.Appreciation.Day.XXX.
SD.MP4-KLEENEX.mp4

https://gounlimited.to/u2xrj2qmmcra/Fakehub_Originals.20.05.13.Fiamurr.XXX.1080p.mp4

https://gounlimited.to/u383e2dvmol4/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4

https://gounlimited.to/u3c296zu5mp7/LetsTryAnal_Mia_Bandini_ALLWAYSWELL.mp4

https://gounlimited.to/u3l7yycqe1eh/TrueAmateurs.20.06.01.Mia.Bandini.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u3pky4rlw4ms/[DontBreakMe]_Avery_Black_(Sweet_And_Small_/_02.21.2020).mp4

https://gounlimited.to/u3srk83kofrr

https://gounlimited.to/u3wysfprzozh/TrueAmateurs.20.06.12.Reislin.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u48mbqj3482n/www.0xxx.ws_Twistys.20.06.03.Cherie.Deville.A.Taste.Of.Cherie.XXX.
1080p.MP4-KTR.mp4

https://gounlimited.to/u4jo43rooqwu/elegantanal.20.04.23.angela.white.wet.and.ready.mp4

https://gounlimited.to/u4jo9zjmvrxr/Simplyanal_-
_Alina_V_And_Sofia_Like_Share_My_Boyfriend_[720p_HD].mp4

https://gounlimited.to/u4kgr2tssq7s/rkprime.20.06.07.rosalyn.sphinx.and.kylie.kingston.sit.on.it.mp4

https://gounlimited.to/u4l2c9un5331/BrazzersExxtra_Best_Of_Brazzers_ALLWAYSWELL.mp4

https://gounlimited.to/u4wysevapzsh/MomsInControl.20.05.18.Vanna.Bardot.And.Becky.Bandini.To.The.Step
mom.Goes.The.Threesome.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/u51zh2ex3w95/www.0xxx.ws_BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.X
XX.1080p.MP4-KTR.mp4

https://gounlimited.to/u533bfz9vhwi

https://gounlimited.to/u533bfz9vhwi/BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Tied.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/u5cg3y2cpdak/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-
Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u5d0g4fqidsp/www.0xxx.ws_TurningTwistys.20.06.01.Sabina.Rouge.And.Liv.Wild.Eve
n.Cowgirls.Get.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u5j0lu3d5q2n/WeLiveTogether.20.04.17.Episode.1.Welcome.Home.XXX.MP4-
SDCLiP.mp4

https://gounlimited.to/u5p6q01qu3c8/Www.brazzersbox.in_MyDirtyMaid.20.04.28.Lilly.Hall.XXX.SD.MP4-
KLEENEX.mp4

https://gounlimited.to/u5sce1anft7s/Day.With.A.Pornstar.-.Lenina.Crowne.Lenina.Gets.A.Workout.-
.Brazzers.mp4

https://gounlimited.to/u63p0617sbh5

https://gounlimited.to/u63wz5441ker/BrazzersExxtra.20.05.19.Best.Of.Brazzers.Meanest.Lesbians.MP4-
KTR.mp4

https://gounlimited.to/u67ofy6jij8l/IKnowThatGirl.19.11.30.Alina.Belle.Banging.Workout.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/u68gyvypn8o1/WhenGirlsPlay.20.03.15.Abigail.Mac.And.Gianna.Dior.A.New.Start.XX
X.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/u6athpgcov0d/DayWithAPornstar.20.04.16.Luxury.Girl.Luxurys.New.Jeans.XXX.MP4-
SDCLiP.mp4

https://gounlimited.to/u6czrnckogm1/Day_With_A_Pornstar.20.05.25.Katie.Kush.And.Kenzie.Madison.Get.Flexible.XXX.1080p.mp4

https://gounlimited.to/u6eef9ern9rq/www.0xxx.ws_BrazzersExxtra.20.05.16.Valentina.Nappi.Jumping.For.Jizz.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u6gl5zt07sgj

https://gounlimited.to/u6gl5zt07sgj/PublicAgent_Florane_Russell_ALLWAYSWELL.mp4

https://gounlimited.to/u72qd1n9graq/[TurningTwistys]_Sabina_Rouge,_Liv_Wild_(Even_Cowgirls_Get_Horny_/_06.01.2020).mp4

https://gounlimited.to/u73uno362gx2/[FakeTaxi]_Blue_Angel_(The_Londoner_in_the_Hungarian_/_02.12.2020).mp4

https://gounlimited.to/u76s2u0c6v2e/Massage_Rooms.20.05.15.Romy.Indy.XXX.1080p.mp4

https://gounlimited.to/u7bw8wwxs9n3/bex.20.05.13.best.of.brazzers.madison.ivy.mp4

https://gounlimited.to/u7ctu3m38tk5.html

https://gounlimited.to/u7o6e42vnqqo/Brazzers_-_DirtyMasseur_presents_Luna_Star_in_Honeymoon_Rubdown___06.06.2020.mp4

https://gounlimited.to/u7ra779k8bvq/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u7xf9u2yczr2/Telegram_@getnewlink_dani_daniels_Danis_Hidden_Talents_-_BRAZZERS.mp4

https://gounlimited.to/u82z27hf8nvj/RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/u88vm61dnk2u/Www.brazzersbox.in_babes.20.06.14.abella.danger.bella.of.the.ball.mp4

https://gounlimited.to/u8bgle7jg570/[Fake_Taxi]_Isabella_Deltore_-_Blonde_Australian_fucked_senseless_(PervyVideos.com).mp4

https://gounlimited.to/u8extvqpl3eg/The_Half_Pint_Stripper_-_Bridgette_B_-_LilHumpers_-_RealityKings.mp4

https://gounlimited.to/u8o1hvm7prhh/LilHumpers.20.04.21.Joslyn.James.Lil.Lawn.Gnome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/u92g9djs5915/Big_Tits_at_Work_Romi_Rain_Work_Hard_Fuck_Harder.mp4

https://gounlimited.to/u98kylch09b0/TrueAmateurs_presents_NoFaceGirl_in_Babe_With_Hot_Body_Gets_Creampie___15.06.2020.mp4

https://gounlimited.to/u9adg0v1mfb8/Liv.Wild.and.Vanessa.Sky.Wild.Sky.RKPrime.threesome.mp4

https://gounlimited.to/u9i037e17qot/Www.brazzersbox.in_blackedraw.20.04.27.kyler.quinn.mp4

https://gounlimited.to/u9j0r8yniak5

https://gounlimited.to/u9nfvv15bbwx/StrandedTeens_Carmen_Caliente.mp4

https://gounlimited.to/ua3tp6ypb8mp/RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uah36ijrgzgz

https://gounlimited.to/uai3nubhcb6s/DayWithAPornstar.20.05.16.Showering.With.Mara.Swan.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uakzo7yb8b3j/www.0xxx.ws_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ualtu7m78qn1/RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uayvucrv8982/transangels.20.02.29.daisy.taylor.angels.big.assets.mp4

https://gounlimited.to/ube5fyk6rorv/LookAtHerNow.20.04.02.Lexi.Lore.Clothing.Haul.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ubipnx05dud1/MommyGotBoobs_-_Cherie_Deville_-_Stuck_On_Your_Mom.mp4

https://gounlimited.to/ubnfb6rv98ed/rkprime.20.05.19.scarlet.homework.and.cocksucking.mp4

https://gounlimited.to/ubts5yvd3ft4

https://gounlimited.to/ubugq88591s5/Ariella_Ferrera,_Kyle_Mason_-_Dinner_For_One,_Table_For_Two_-_Milfs_Like_It_Big_-_Brazzers.mp4

https://gounlimited.to/ubw5qu548fwx

https://gounlimited.to/ubw5qu548fwx/FakeDrivingSchool_Lady_Dee.mp4
https://gounlimited.to/ubwkq3j4q631/RK_Prime.20.05.26.Liv.Wild.And.Vanessa.Sky.Wild.Sky.XXX.1080p.mp4
https://gounlimited.to/uc5xsa6q0a5c
https://gounlimited.to/uc8sjy0male5/TrueAmateurs.20.04.04.Jessica.Starling.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/uck1kon0mzfc/[DaneJones]_Asia_Rae_(Ebony_UK_babe_cant_get_enough_/_02.24.2020).mp4
https://gounlimited.to/uckvktfub1xl/DayWithAPornstar.20.05.16.Showering.With.Mara.Swan.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ucud075rv5a4/Publicpickups.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ucx1p36nv81v/SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ud06ji4nqb3n/teenslovehugecocks.20.03.01.kyler.quinn.kylers.office.quickie.mp4
https://gounlimited.to/ud0h7b82fdgo/[DayWithAPornstar]_Jessica_Starling_Makes_Music_(17.05.2020)_rq.mp4
https://gounlimited.to/ud2e7qdmrzm7/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4
https://gounlimited.to/udahqthdq5hw
https://gounlimited.to/uddquocnona2/BrazzersExxtra.20.04.22.Desiree.Dulce.Clitical.Check.Up.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/udviyftrf6rf
https://gounlimited.to/ue0lwjnh6f42/pervsonpatrol.20.02.05.aria.kai.stretch-sister.mp4
https://gounlimited.to/uel4aqs4ph64/Teens_Like_It_Big.20.06.13.Kennedy.Leigh.21.Hump.Street.REMASTERED.XXX.1080p.mp4
https://gounlimited.to/uel9zrw31gn8/BigNaturals_Indica_Flower_ALLWAYSWELL.mp4
https://gounlimited.to/ueohvl0d8a8f/Twistys.20.05.06.Gianna.Dior.Vibing.At.Home.With.Gianna.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/ueu6mlpma7lj/[RKPrime]_Nicolette_Shea:_Big_Dick_Energy_(PervyVideos.com).mp4
https://gounlimited.to/uf45boplb8to
https://gounlimited.to/ufds5fghg83w/Www.brazzersbox.in__LegalPorno.2020.Klara.Kinky.Interracial.DP.720p.XXX.MP4-CLiP.mp4
https://gounlimited.to/ufgiuq7160yf/Twistys.20.05.02.Molly.Stewart.Poolside.With.Molly.XXX.1080p.mp4
https://gounlimited.to/ufnf6iuargrz/[DaneJones]_Aaeysha_(Real_romance_with_pretty_Pakistani_/_02.21.2020).mp4
https://gounlimited.to/ufr4tmw5d4cn
https://gounlimited.to/ufzak1k8ydka
https://gounlimited.to/ug1rgd903hy2/Www.brazzersbox.in_[BangBus]_Opal_Essex_-_Raver_Opal_Gets_On_The_Bus_To_Fuck_(06.05.2020)_rq.mp4
https://gounlimited.to/ug7dnxnkj0zo/Www.brazzersbox.in_RKPrime.20.06.08.Luna.Star.Fuck.My.Girl.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ugmmkq1joa56/www.0xxx.ws_RKPrime.20.06.06.Bailey.Brooke.Surprised.By.The.Big.Package.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ugo099z7azln/Www.brazzersbox.in_DigitalPlayground.20.05.18.Aubree.Valentine.Falling.From.Grace.Part.2.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/uh4nyd5hikm5/Brazzers_-_Abella_Danger,_Kira_Noir,_Danny_D_Maid_For_A_Threesome.mp4
https://gounlimited.to/uh564cjqtinr/Aletta_Ocean_&_Madison_Ivy_&_Monique_Alexander_-_Best_Of_Brazzers_Madison_Ivy.mp4
https://gounlimited.to/uhirtvw9of9u/dontbreakme.20.03.24.binky.beaz.breaking.binky.mp4

https://gounlimited.to/uhnevqdjyg33/[MomsLickTeens]_Maggie_Green,_Sofie_Reyez_(Come_Home_With_Me_/_05.27.2020).mp4

https://gounlimited.to/uhnoifuof2wc/TrueAmateurs.20.05.15.Vanessa.Skye.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uht30y6ys1j7/Www.brazzersbox.in__RealWifeStories.20.04.10.Ember.Snow.The.Silent.Treatment.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uhwby7it54ae/DigitalPlaygroundMatriarchPart1ALLWAYSWELL.mp4

https://gounlimited.to/ui0rzt3uyedt/FakeTaxi.20.02.05.Asia.Rae.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uieypmv72zxj/BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uifj8be4mwna/HotAndMean.20.05.06.Kendra.James.And.Casca.Akashova.Caught.Red.Handed.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uihzur0ddksn/TrueAmateurs.20.06.05.Hayliexo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uijtfzrydqiq/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uikevttl3s18/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4

https://gounlimited.to/uiu7hkur1075/Www.brazzersbox.in_DevilsFilm.20.05.24.Ember.Snow.An.Open.Position.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ujg1m9k5crdi/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4

https://gounlimited.to/ujr3ukwnqcdw/DigitalPlayground.19.11.11.India.Summer.Pick.A.Room.Episode.2.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ujzgkrme2m2a/TeensLoveHugeCocks.20.04.13.Natalie.Porkman.Sloppy.Schoolgirl.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/uk14gkm0ehq5/Katrin.Tequila.Working.Overtime.Stranded.Teens.POV.mp4

https://gounlimited.to/uk7274fmy081/www.0xxx.ws_RKPrime.20.06.15.Gianna.Dior.Sex.Inherited.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ukcg7hue3voa/Riley-Reid-Brazzers-Almost-Sisters:-Remastered-2020-06-17.mp4

https://gounlimited.to/ukfuy46449vg/BigNaturals.20.03.09.Gabbie.Carter.Alone.With.The.Roomate.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ukgn0rs0oikq/TrueAmateurs_presents_NoFaceGirl_in_Babe_With_Hot_Body_Gets_Creampie___15.06.2020.mp4

https://gounlimited.to/ukkpsz4aydm8

https://gounlimited.to/uklpvylmrefz/TrueAmateurs.20.04.20.Reislin.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ukly6ybdpq1b

https://gounlimited.to/ukxwuwnf1x9u/fakehuboriginals.20.02.01.lovita.fate.and.adara.love.mp4

https://gounlimited.to/ukz53cacg4ms/www.0xxx.ws_BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ul1sfpiywjd6

https://gounlimited.to/ul49ntn3zv5p/Www.brazzersbox.in_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ul9276pcctu5/www.0xxx.ws_DaneJones.20.06.11.Alina.Crystall.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ul9y8tuflmle/sneakysex.20.04.08.alina.belle.cant.talk.now.mp4

https://gounlimited.to/ulcrq41ml6l2

https://gounlimited.to/ulkvssmfcdd3/MilfsLikeItBig_-_Tommie_Jo_-_MILF_In_The_Closet.mp4

https://gounlimited.to/ulrqhe3ubc9g/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uluigtn8wvfd/Phoenix.Marie.Feeling.Up.Phoenix.DayWithAPornstar.bigtits.mp4

https://gounlimited.to/ulzwqc90yrgs/WhenGirlsPlay.20.03.18.Abella.Danger.And.Naomi.Swann.Slumber.Party.Secret.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/um58an400vpu/Bodacious_Bikini_Threesome_-_Kendra_Sunderland,_Madison_Ivy_-_BrazzersExxtra_-_Brazzers.mp4

https://gounlimited.to/umbn6kjts51a/fakehuboriginals.20.04.24.best.of.asian.girls.mp4

https://gounlimited.to/ume6tt5swliw/BigTitsAtSchool.20.03.08.Sofia.Rose.Disciplinary.Action.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/umj84md3zyo8/www.0xxx.ws_PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/umjkpsli6c7u/sharemybf.20.03.06.desiree.dulce.and.aubree.valentine.cumming.home.early.surprise.mp4

https://gounlimited.to/umk0bfgi3zdj

https://gounlimited.to/umkp3tsmfrk4/Www.brazzersbox.in_DayWithAPornstar.20.04.12.Aidra.Fox.Aidra.Gets.Her.Fill.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/umqbh56qr5jt/Come_Home_With_Me_-_Maggie_Green,_Sofie_Reyez_-_MomsLickTeens_-_RealityKings.mp4

https://gounlimited.to/umthpy8r50a4/fakehuboriginals.20.05.11.sofia.lee.and.asia.rae.mp4

https://gounlimited.to/umvz6pj0zs3k

https://gounlimited.to/umwkc8spha31/www.0xxx.ws_StrandedTeens.20.06.17.Scarlit.Scandal.Helpful.Neighbor.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/un1y9om5cr7p/RK_Prime_20_05_20_Cecilia_Lion_Vs_Ricky_Johnson.mp4

https://gounlimited.to/un27cgbule3s/RK_Prime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.1080p.mp4

https://gounlimited.to/un84yzkh3c96/Alina_Crystall_Intimate_Love_With_Gorgeous_Russian_(DaneJones_11_06_2020_720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/unglj6znrvbh/TransAngels.20.02.06.Aubrey.Kate.Not.Playing.Myself.Again.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ungwx9vdffbc/Milfslikeitbig.20.05.30.Tommie.Jo.Milf.in.the.Closet.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/unhoepgpseuo/Lesbea.20.05.10.Best.Of.Scissoring.Orgasms.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uniz7z73sn33/PornstarsLikeItBig.20.03.07.Janice.Griffith.Watch.Party.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/unufcuyezxnz/strandedteens.20.03.05.katana.kombat.naked.neighbor.mp4

https://gounlimited.to/unv2h1hapg3d/Brazzers_-_BigWetButts_presents_Angela_White_-_Jean_Queen___16.06.2020.mp4

https://gounlimited.to/unvkp2qokgew

https://gounlimited.to/unvkp2qokgew/Ava_Addams_-_Best_Of_Brazzers.mp4

https://gounlimited.to/uo0kcoikocu0/SneakySex.20.06.17.Scarlit.Scandal.Sneaking.In.With.Scarlit.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uo3hupzqvyev/www.0xxx.ws_RKDupes.20.05.28.The.Lil.Freak.Under.The.Sheets.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/uob8i84tjwz1

https://gounlimited.to/uoqz0n8k60ll/[DayWithAPornstar]_Kenzie_Taylor_-_Chooses_Dick_Over_Dishes_(31.05.2020).mp4

https://gounlimited.to/uordoguoi5nq/[RKPrime]_Abella_Danger_(Balloon_Booty_/_02.20.2020).mp4

https://gounlimited.to/uotl7yzw3c9z/[BigWetButts]_Keira_Croft_-_Keira_s_Ass_Craves_Cock_(29.05.2020).mp4

https://gounlimited.to/uou2btb5f0b2/Www.brazzersbox.in_sweetsinner.20.04.25.vanna.bardot.mp4

https://gounlimited.to/uow5nvahkbed/Daywithapornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.of.the.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/upigt3olm14x/TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/upnola3kqhhq/transangels.20.02.20.bianca.meirelles.poolside.ride.mp4

https://gounlimited.to/uq403r1v1633/Www.brazzersbox.in_MonstersOfCock.20.05.10.Elsa.Jean.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uqc9r987g1se/[MomXXX]_Florane_Russell_(Naughty_couple_break_lockdown_rules_/_06.13.2020).mp4

https://gounlimited.to/uqd6kgwn0znk/Share_My_BF.Izzy.And.La_Siena69.11.5.2020.1080p.mp4

https://gounlimited.to/uqp8iryeabwy/Www.brazzersbox.in__PropertySex.20.04.17.Gabbie.Carter.Where.The.Magic.Happens.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uqy0kdv7d4jb/HotAndMean.20.02.04.Karma.RX.And.Amber.Jade.Amber.In.The.Hills.Part.1.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ur3cxt32tjmp

https://gounlimited.to/ur3cxt32tjmp/_DayWithAPornstar_Rebecca_More_.mp4

https://gounlimited.to/ur8ql7on3i0d/www.0xxx.ws_WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/urbyanmss60p/lilhumpers.20.02.18.kenzie.taylor.p.i.humper.mp4

https://gounlimited.to/urf0tb6aktqv

https://gounlimited.to/urh7c6qakk1n/FakeAgent_Alex_Bee_ALLWAYSWELL.mp4

https://gounlimited.to/urpvsz3mubq7/Www.brazzersbox.in_lubed.20.05.02.jade.kush.slippery.jade.mp4

https://gounlimited.to/urrc2o3td3t6/BrazzersExxtra.20.03.07.Jennifer.White.I.Thought.You.Hated.Yoga.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/urwpj8015uy1/MilfsLikeItBig.20.05.30.Tommie.Jo.MILF.In.The.Closet.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uryd5z5kur5w/[PublicPickUps]_Jeanie_Marie_Sulivan_(Man's_Best_Friend_/_02.20.2020).mp4

https://gounlimited.to/us01ilrd3zdl

https://gounlimited.to/us4bb2592x6q/[LetsTryAnal]_Lilly_Hall_(Treasure_Trail_/_03.17.2020).mp4

https://gounlimited.to/us62p8104ylv/RKPrime.20.03.13.Kara.Lee.Bathroom.Attendant.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/us7ztjzi1a3a/Www.brazzersbox.in_RKPrime.20.05.17.Lara.De.Santis.Splish.Splash.Anal.Oil.Bath.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/us9688b48k8i/Www.brazzersbox.in_NubileFilms.20.05.27.Chloe.Temple.And.Evelyn.Claire.Threesome.To.Make.Her.Cum.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/usfz5gmxqwhf/BrazzersExxtra.20.05.25.Bella.Rolland.And.Scarlit.Scandal.Rough.And.Raunchy.Group.Fuck.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uspy76ua6cti/transangels.19.08.03.jessy.dubai.whats.in.her.pants.part.2.mp4

https://gounlimited.to/usv3eafj6prh/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4

https://gounlimited.to/usvmswqh7atf/RKPrime.20.01.31.Alura.Jenson.And.Lexi.Lore.Lexi.Wants.It.Bad.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/utg8ej7n20st/DevilsFilm.20.03.14.Misty.Stone.The.Hot.MILF.Next.Door.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/utnvzzru4t4p/TransAngels.20.02.27.Claire.Tenebrarum.Big.Tip.For.The.Waitress.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/utnx2cpp08iv/[WhenGirlsPlay]_Alex_Blake,_Scarlit_Scandal_(05.30.2020).mp4

https://gounlimited.to/utogwqkdaioc/RKPrime_Mimi_Curvaceous_ALLWAYSWELL.mp4

https://gounlimited.to/utw5epbqar4c/p5Public_Agent-102.mp4

https://gounlimited.to/utwyeesf6532/DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uu3g9yfj1oar/BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uu4u82cqxlfk

https://gounlimited.to/uuezjfy99mpu/twistys.20.06.08.dakota.on.display.mp4

https://gounlimited.to/uuge91edke2g/FakeTaxi_Romy_Indy_.mp4

https://gounlimited.to/uup8sw0jqptf/WhenGirlsPlay.20.05.15.Demi.Sutra.Molly.Stewart.And.Desiree.Dulce.Sky.Bound.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uupty6lwgico/MomXXX_Best_Of_MILF_Seduction.mp4

https://gounlimited.to/uuqbeqf8h3jg/Day_With_A_Pornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.mp4

https://gounlimited.to/uutjzsydvida/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uv16znwheyco/PublicAgent.20.03.24.Caty.Kiss.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uv4sxlslitv7

https://gounlimited.to/uv4sxlslitv7/RKDupes.20.05.05.Pounding.The.Panty.Thief.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uvafnnva0nhy/Www.brazzersbox.in_BurningAngel.20.05.15.Kenzie.Reeves.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uvdg0nlibykc/www.0xxx.ws_DontBreakMe.20.05.05.Jane.Wilde.Breaking.Wilde.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uvvegrvsxe45

https://gounlimited.to/uvvegrvsxe45/DaneJones_Best_Of_Ebony_ALLWAYSWELL.mp4

https://gounlimited.to/uvzfmnwe8mlg/www.0xxx.ws_BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uw8bw8h3lcs6

https://gounlimited.to/uwkrbsejq782/Ariella_Ferrera,_Kyle_Mason_-_Dinner_For_One,_Table_For_Two_-_Milfs_Like_It_Big_-_Brazzers.mp4

https://gounlimited.to/uwqmmpdz7qu5/PublicPickUps.20.03.16.Val.Steele.More.Than.A.Prank.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/uwueob4xls2z/danejones.20.05.12.rebecca.volpetti.mp4

https://gounlimited.to/uwxvrexyw45r/TeensLoveHugeCocks.20.03.16.Ellie.Eilish.Does.Your.Mom.Know.Youre.Here.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ux1ahlwpwt7i/ShareMyBF.20.03.06.Desiree.Dulce.And.Aubree.Valentine.Cumming.Home.Early.Surprise.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ux2fs9t8dx69/Aubree-Valentine-Brazzers-Soaking-Wet-And-Fully-Satisfied-2020-06-04.mp4

https://gounlimited.to/ux41crbpaqfx/www.fxpornhd.com_PervMom.20.05.30.Havana.Bleu.Rekindling.With.Stepmom.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uxev7ca3d6ps/DigitalPlayground_-_Vanessa_Sky_-_Falling_From_Grace_Scene_3.mp4

https://gounlimited.to/uxewcqzgfwnc/MassageRooms.20.04.01.Sofia.Lee.And.Kinuski.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uxfv8c844ys4

https://gounlimited.to/uxfv8c844ys4/BrazzersExxtra.20.05.03.Madison.Ivy.Revel.In.A.Blue.Dress.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uxme8kgaxpkl

https://gounlimited.to/uxppxtovjio6/TrueAmateurs.20.04.26.Portia.Paris.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uxpxm4voywng/1080.mp4

https://gounlimited.to/uxqqj5djjkid/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uy21jilmyg2j/rkprime.20.02.20.abella.danger.balloon.booty.mp4

https://gounlimited.to/uy7gujz6jq4e/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/uyawzlkuvok6/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uyhewmdbd828/TrueAmateurs.20.04.08.Belleniko.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uykpa67yvpf2/Www.brazzersbox.in_monstersofcock.20.03.29.kira.perez.mp4

https://gounlimited.to/uytdeu6vg6zw/danejones.20.06.07.best.of.creampies.mp4

https://gounlimited.to/uyxfuj69493p/IKnowThatGirl.20.03.28.Kylie.Rocket.Miami.Trip.Memories.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uz9109bblt1y/Zoey_Monroe_Kimber_Woods_Kristen_Scott_Sir_%E2%80%93_Keiran

https://gounlimited.to/uzcq6pgn78bi/Blonde_With_Big_Boobs_Gets_Facial_-_Portia_Paris_-_TrueAmateurs.mp4

https://gounlimited.to/uzcun99xl7y8/[MilfsLikeItBig]_Jess_Scotland_(Jess_Screams_Yes_For_The_Dress_/_02.26.2020).mp4

https://gounlimited.to/uzhy8ux4xihb/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/uzl6m0y4uoij

https://gounlimited.to/uznrtx7v9gyb/Www.brazzersbox.in_MyFriendsHotMom.20.04.29.Mckenzie.Lee.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/uzx585ji1elf/Momxxx.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v07mn3ea4dym/Www.brazzersbox.in__NubileFilms.20.04.18.Jenny.Wild.O.Is.For.Orgasm.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v0aj4cs57t7w/trueamateurs.20.05.25.sativa.booty.mp4

https://gounlimited.to/v0czu78rczhu/www.0xxx.ws_FakeTaxi.20.04.01.Ava.Austen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v0kav2shzpux/Lil_Humpers_Brooklyn_Blue.mp4

https://gounlimited.to/v0vowzrd5ehg/sneakysex.20.02.04.alex.coal.tapping.your.sister.mp4

https://gounlimited.to/v0whvejzp7i1/PervsOnPatrol.20.05.03.Catalina.Ossa.Showering.Catalina.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v1fc90dl7nai/Twistys.20.06.03.Cherie.Deville.A.Taste.Of.Cherie.XXX.720p.mp4

https://gounlimited.to/v1xilph2deq8/Stranded_Teens_-_Scarlit_Scandal.mp4

https://gounlimited.to/v1xyfrn73omf/[WhenGirlsPlay]_Abigail_Mac,_Gianna_Dior_(A_New_Start_/_03.15.2020).mp4

https://gounlimited.to/v1y61bsrxg8y/Lesbea.20.03.15.Scarlet.Rebel.And.Romy.Indy.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/v24enrowq0kb

https://gounlimited.to/v295hb4t5pts/Girls_Gone_Pink_Alice_Bong_ALLWAYSWELL.mp4

https://gounlimited.to/v2a9gz9f2qao

https://gounlimited.to/v2fycwl63mef/Abella-Danger-Brazzers-Maid-For-A-Threesome-2020-06-12.mp4

https://gounlimited.to/v33iosnaprij/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v3bfzr2avznr/Doctor_Adventures.20.04.27.Bella.Rose.Big.Thermometer.Energy.XXX.1080p.mp4

https://gounlimited.to/v3htyp3etsat/Digital_Playground_-_Vanessa_Sky.mp4

https://gounlimited.to/v3j7qcfiky2k/RKDupes.20.06.16.Pedicure.Her.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/v3m666lf7gy4/PublicPickUps.20.03.23.Scarlett.Fall.Asking.Cutie.For.Directions.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/v3qmfgbtu0md/PublicAgent_Lexi_ALLWAYSWELL.mp4

https://gounlimited.to/v3qvcnbsfven/trueamateurs.20.04.28.jessica.miller.mp4

https://gounlimited.to/v3qxs677q62y/Digital_PlayGround_-_Ella_Hughes_-_Freshman_Meat.mp4

https://gounlimited.to/v3sagrupafsa/PublicAgent_-_373.mp4

https://gounlimited.to/v3tufnx0f7jx/IKnowThatGirl.20.04.19.Abby.Tatum.Chores.With.Horny.Abby.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/v3u5gv5vl4to/twistys.20.04.01.kendra.sunderland.totm.april.2020.mp4

https://gounlimited.to/v486k22ncsq1/AnalMom.20.03.19.Dana.Dearmond.The.Anal.MILF.Next.Door.XXX.1080p.mp4

https://gounlimited.to/v4gz3seyi8oz

https://gounlimited.to/v4lftpdt6zap/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.SD.MP4-.mp4

https://gounlimited.to/v4owj5lq7eqb/BigButtsLikeItBig.20.03.21.Phoenix.Marie.Yoga.Freaks.Episode.Thirteen.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/v507vg1tdn3x/LetsTryAnal.20.03.17.Lilly.Hall.Treasure.Trail.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/v5408b6f5neb/BrazzersExxtra.20.04.02.Romi.Rain.She.Slithers.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/v5e19r29h1mm/FakehubOriginals_Best_ALLWAYSWELL.mp4

https://gounlimited.to/v5evnnsvmaa4

https://gounlimited.to/v5j94j2giecq/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v5lxc56wc4ml/Www.brazzersbox.in_mydirtymaid.20.06.02.vina.sky.mp4

https://gounlimited.to/v5n80kdd6b1z/rkprime.20.03.17.lexi.dona.lithe.lexi.mp4

https://gounlimited.to/v5w9llve73or

https://gounlimited.to/v65egswu1ggl/recklessinmiami.20.03.04.luna.star.lowrider.mp4

https://gounlimited.to/v6b45k59pdnk

https://gounlimited.to/v6fb4nll06nx

https://gounlimited.to/v6u1a0fu89e3

https://gounlimited.to/v6vkyh2utw8j/RecklessInMiami.19.12.11.Brittany.Benz.Quicksand.Part.2.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v73gaehymv7q/www.0xxx.ws_Twistys.20.06.17.Jewelz.Blu.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v73j886r2dpn/Nathaly_Doesnt_Like_It_Dirty_-_Nathaly_Cherie_-_FakeTaxi_-_FakeHub.mp4

https://gounlimited.to/v78z8fmvyn3g/Www.brazzersbox.in__Hustler.20.03.23.Vienna.Rose.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/v7abw5akzuy7/Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.BigWetButts.anal.mp4

https://gounlimited.to/v7lgov8l4og5/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_Edition_/_06.10.2020).mp4

https://gounlimited.to/v8az2hh7xr6v/Sneaky_Sex_-_Gabriela_Lopez.mp4

https://gounlimited.to/v8fya7pji692/Www.brazzersbox.in__BigButtsLikeItBig.20.04.01.La.Sirena.Party.Like.A.Fingers.Up.Your.Ass.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v8gzrig7icgk/[TransAngels]_Casey_Kisses_-_Spring_Cleaning_Part_2_(29-05-2020)_720p.mp4

https://gounlimited.to/v8pu4199qnee/Bigwetbutts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v94tnu0f41w8/Twistys.20.06.03.Cherie.Deville.A.Taste.of.Cherie.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/v9ftsxtfwtqz/DigitalPlayground.20.05.18.Aubree.Valentine.Falling.From.Grace.Part.2.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/v9p4qtduk4w0/WhenGirlsPlay.20.03.15.Abigail.Mac.And.Gianna.Dior.A.New.Start.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/v9rpy0lrzs4p/WhenGirlsPlay.20.05.30.Alex.Blake.And.Scarlit.Scandal.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/v9xtkbliwmz2/Www.brazzersbox.in__PureMature.20.04.14.Anissa.Kate.MILF.Alarm.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/va0egzm9049t/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/va7fgkhf61j1/bex.20.05.12.best.of.brazzers.titty.tuesday.mp4

https://gounlimited.to/vajr77vz3p5k/bex.20.05.27.best.of.brazzers.anal.extravaganza.mp4

https://gounlimited.to/vak2hz94b4xt/Brazzersbox.in.mp4

https://gounlimited.to/vanz55wg8if2/rkprime.20.05.09.stacy.snake.snake.charmer.mp4

https://gounlimited.to/vaveoelzca3j/teenslovehugecocks.20.03.25.aria.lee.and.vanessa.sky.fuck.me.while.you.wait.mp4

https://gounlimited.to/vb6dh1oj9fzf/PervsOnPatrol.20.03.15.Kamryn.Jayde.Kamryn.Caught.In.The.Living.Room.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/vb8fhz0ajue7/transangels.19.05.11.foxxy.sticking.it.to.my.obnoxious.mother-in-law.mp4

https://gounlimited.to/vbar8rolkj41/trueamateurs.20.03.21.sabrina.spice.mp4

https://gounlimited.to/vbf7i5afab1h

https://gounlimited.to/vbqbg3a1cwjd/DayWithAPornstar_-_Anny_Aurora_And_Texas_Patti_Clean_Up_[720p_HD].mp4

https://gounlimited.to/vbuboj15ziob/Www.brazzersbox.in_RoccoSiffredi.20.05.23.Martina.Smeraldi.And.Kiki.Minaj.Fitness.Sluts.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vbvwlij37120/FemaleFakeTaxi.20.04.20.Jasmine.Jae.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/vbwjqb885kvp/BrazzersExxtra.20.03.16.Monique.Alexander.Wrong.Side.Of.The.Bed.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/vbx1nmiapub0/GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vbyl0eo1wu3s/TrueAmateurs.20.03.17.Kriss.Kiss.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vc7we1zph8z8/HotAndMean.20.01.28.Julie.Cash.Jenna.Foxx.And.Maserati.Ill.Fuck.Who.Shes.Fucking.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vco7ngsslz69/LetsTryAnal.20.03.07.Bella.Rolland.Bellas.Anal.Video.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/vcz6kn26nwip/www.0xxx.ws_BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vd1z7schei08

https://gounlimited.to/vd59589i8hz5/www.0xxx.ws_Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.MILF.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vd6nvkztrftk/MommyGotBoobs_-_Rebecca_More_-_Just_One_Clit_Away.mp4

https://gounlimited.to/vd77m51jo8fb/bex.20.05.13.best.of.brazzers.madison.ivy.mp4

https://gounlimited.to/vdf371xnou95/girlsgonepink.20.03.19.kit.mercer.and.kylie.le.beau.revenge.sex.tape.with.my.bff.mp4

https://gounlimited.to/vdjyioerlwb9/RKPrime_Alex_Coal_ALLWAYSWELL.mp4

https://gounlimited.to/vdnig5r3jmnb/twistys.20.06.08.dakota.on.display.mp4

https://gounlimited.to/vdwi71m0hoy1/RKPrime.20.03.29.Mary.Rock.Cant.Resist.Mary.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ve6cho5kdlhr/HotAndMean.20.04.14.Adriana.Chechik.And.Penny.Pax.The.Malcontent.Mistress.Part.1.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/veg8ivsacsrq/DigitalPlayground_Lucky_Seven.mp4

https://gounlimited.to/veshs2eda7bv/rkprime.20.05.29.kataljna.kittin.wet.kittin.mp4

https://gounlimited.to/vetg662ztgrv/Fashionistas_Safado_Sc4_Jenna_Haze_Sasha_Grey_Adrianna_Nicole_Katsuni_Marie_Luv_Flower_Tucci_Nicole_Sheridan_Nici_Sterling_Jewell_Marceau_Gianna_Michaels.mp4

https://gounlimited.to/veu3912v5k84.html

https://gounlimited.to/vevv7jmx9odv/Mofos_-_POV_-_Busty_thicc_Latina_Autumn_Falls_licks_cum_off_her_big_tits_(_720P_).mp4

https://gounlimited.to/veww68llf2ag/Sex_Inherited_%E2%80%93_Gianna_Dior_%E2%80%93_RKPrime_%E2%80%93_RealityKings.mp4

https://gounlimited.to/vf20y8am4lhm/www.0xxx.ws_WhenGirlsPlay.20.05.30.Alex.Blake.And.Scarlit.Scandal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vf8blhbkuzxs/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vf8sp3bynimy/RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vfcgposfioyw/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06.07.2020).mp4

https://gounlimited.to/vfgs736oq760/FakeTaxi_-_Romy_Indy_-_The_Dominatrix_and_the_Big_D.mp4

https://gounlimited.to/vfpr5bn16r7r/Public_Pickups.mp4

https://gounlimited.to/vfsk0fnkoksl/Brazzersexxtra.20.06.04.Aubree.Valentine.Soaking.Wet.and.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vg0ge54phmc7/danejones.20.02.28.aaeysha.mp4

https://gounlimited.to/vg2cng97fjd9

https://gounlimited.to/vg2cng97fjd9/FakeTaxi_Canela_Skin_ALLWAYSWELL.mp4

https://gounlimited.to/vg50994sonm7

https://gounlimited.to/vg76satlgaug/trueamateurs.20.05.15.vanessa.skye.mp4

https://gounlimited.to/vgiw98usbwbv/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vgo7efi844j2

https://gounlimited.to/vgpftegle19e/Www.brazzersbox.in_TeamSkeetExtras.20.06.16.Katana.Dessert.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vgucg6pdofm2/TrueAmateurs.20.05.08.Sola.Zola.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vh2x6q0ki0w1/Krissy_Lynn,_Nikki_Delano_and_Rose_Monroe_(Big_Wet_Butts_-_Triassathlon).mp4

https://gounlimited.to/vh7skm9h6qki/ElegantAnal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vhcxs8fm6hu7/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).mp4

https://gounlimited.to/vhmux3o5mfxo/publicpickups.20.03.16.val.steele.more.than.a.prank.mp4

https://gounlimited.to/vhvqr87uw9af/RKPrime.19.12.09.Gianna.Dior.Runners.High.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vi135vm9vtts

https://gounlimited.to/vijzeryl9zyz/Realitykings_-_Surprised_by_the_Big_Package_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/viob9zy5ezjd/Www.brazzersbox.in_BrazzersExxtra.20.05.06.Best.Of.Brazzers.Nurse.Appreciation.Day.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vit31qb8859v/teenslovehugecocks.20.05.04.rachel.rivers.brave.brace.face.mp4

https://gounlimited.to/viwfa950jetq/massagerooms.20.04.01.sofia.lee.and.kinuski.mp4

https://gounlimited.to/vj0v73a22acp/twistys.20.05.11.ariana.marie.big.black.chair.mp4

https://gounlimited.to/vj9rc3oaecqw/Nicolette.Shea.Big.Dick.Energy.RKPrime.MILF.bigtits.mp4

https://gounlimited.to/vjds0wjspo0g/Day_WithAPornstar_ALLWAYSWELL.mp4

https://gounlimited.to/vjf23m5bik71/Dirty_Masseur_Julianna_Vega_ALLWAYSWELL.mp4

https://gounlimited.to/vjf5nzfsxjwn/PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/vjg6aeao35ah

https://gounlimited.to/vjg6aeao35ah/DontBreakMe_Pamela_Morrison.mp4

https://gounlimited.to/vjpw7quqw6bv/MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.mp4

https://gounlimited.to/vjtcu68n2178

https://gounlimited.to/vjwa2rx3n6cu/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vjxd4chzz2jz/RKPrime_Kataljna_Kittin_ALLWAYSWELL.mp4

https://gounlimited.to/vk0clbajebsj/RKPrime.20.06.08.Luna.Star.31.CU.Fuck.My.Girl.ek84.mp4

https://gounlimited.to/vk2xqrt56nrw/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vk4bya4rlkaz/Kira.Queen.and.Aruna.Aghora.Threesome.RKPrime.mp4
https://gounlimited.to/vk61ylyxpk82/[BrazzersExxtra]_Best_Of_Brazzers_First_Anals_(06.05.2020).mp4
https://gounlimited.to/vkiwi63uyk58.html
https://gounlimited.to/vkjvy39yj5m9/[DaneJones]_Best_Of_Creampies_(06.07.2020).mp4
https://gounlimited.to/vklmnatruc5k/[WhenGirlsPlay]_Alex_Blake,_Scarlit_Scandal_(05.30.2020).mp4
https://gounlimited.to/vks5noudw07z/BRAZZERS_-
_LANA_RHOADES_WILL_USE_HER_THROAT,_PUSSY,_ASS_AND_FEET_TO_SATISFY.mp4
https://gounlimited.to/vkzq2phyhr6x/IKnowThatGirl.20.03.03.Cleo.Clementine.Satisfying.Cleo.XXX.1080p.M
P4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/vl4hjlv6sted/Brazzers_Exxtra_-_Best_Of_Brazzers:_Sneakiest_Moments.mp4
https://gounlimited.to/vl6ozwm1kov5/BrazzersLive_Valentines_Day_ALLWAYSWELL.mp4
https://gounlimited.to/vlf4upfjdj7w/MommyGotBoobs.20.03.14.Holly.Hotwife.Just.Ignore.Him.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/vmhxsxrr5ff6/www.0xxx.ws_BigWetButts.20.06.16.Angela.White.Jean.Queen.XXX.108
0p.MP4-KTR.mp4
https://gounlimited.to/vmjubce2u655/RK_Prime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.mp4
https://gounlimited.to/vmyjywztj4ym/FemaleFakeTaxi.20.04.20.Jasmine.Jae.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/vmzebjdftfc5/[Big_Wet_Butts]_Remy_Lacroix:_Remy%E2%80%99s_Ring_Toss_REM
ASTERED.mp4
https://gounlimited.to/vnc3yno7wa5z/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome
_/_06.12.2020).mp4
https://gounlimited.to/vo02a66geify/Fake_Hostel_Anissa_Kate_Kathy_ALLWAYSWELL.mp4
https://gounlimited.to/vo911is1dpsg/Www.brazzersbox.in_YoungCourtesans.20.06.02.Lizi.Smoke.XXX.SD.M
P4-KLEENEX.mp4
https://gounlimited.to/voh7selc7aei/DaneJones.20.05.19.Romy.Indy.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/voln1a1xs213/rkprime.20.06.01.asia.rae.boyfriend.snatcher.mp4
https://gounlimited.to/vorifbzzf97s/RoundAndBrown.20.03.05.Bad.Kittyyy.Balloons.And.Booty.Party.XXX.M
P4-SDCLiP.mp4
https://gounlimited.to/vovlxh3h31yg/RKDupes_Lesbehonest_.mp4
https://gounlimited.to/vozj3npcfpsp/Best_Of_Brazzers_Peta_Jensen_720p.mp4
https://gounlimited.to/vpe71le8vf3i/DaneJones_presents_-_Creampies_Compilation___07.06.2020.mp4
https://gounlimited.to/vpfv4q8qikgv/DaneJones.20.05.22.Baby.Nicols.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/vpj08m8xwbsd/Www.brazzersbox.in_Hustler.20.05.16.Tasha.Reign.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/vq2julgj6evb/[PublicPickUps]_Martina_Smeraldi_(New_Study_Buddies_/_06.11.2020).
mp4
https://gounlimited.to/vq8ib0twub80/TransAngels.20.03.05.Natalie.Mars.Who.Needs.Manners.XXX.MP4-
SDCLiP.mp4
https://gounlimited.to/vq9h8ia7lwjg/SneakySex.20.03.28.Aidra.Fox.Lingerie.Love.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/vqc7x1hs1vcz/transangels.19.03.21.alisia.rae.like.magic.mp4
https://gounlimited.to/vqcbr7bpegz4/True_Amateurs.20.06.01.Mia.Bandini.XXX.1080p.mp4
https://gounlimited.to/vqjuzg61zyou/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threes
ome.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vr26vq5ivr1h/BrazzersExxtra.Best.Of.Brazzers.Peta.Jensen.XXX.1080p.mp4
https://gounlimited.to/vr497osboph6
https://gounlimited.to/vr54436lrn69/_RoundAndBrown_Anya_Ivy_.mp4
https://gounlimited.to/vrb9ee00jbgx/transangels.19.04.25.casey.kisses.horny.housewife.mp4
https://gounlimited.to/vre21qpwpiye/MomsInControl.20.05.10.Sarah.Vandella.And.Lana.Sharapova.The.More.
The.Merrier.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vrfvb0nniqed/momxxx.20.05.02.best.of.milf.seduction.mp4

https://gounlimited.to/vrjmhlhzl718/publicpickups.20.03.11.ginebra.bellucci.car.loving.hottie.horny.for.cock.mp4

https://gounlimited.to/vrl61hkm7hai/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vrlq9rp2onoa

https://gounlimited.to/vrlzravsudlu/Www.brazzersbox.in__AllBlackX.20.04.19.Nia.Nacci.BBC.Anal.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/vrqtji5sulaq/Fake_Agent.20.05.01.Sofia.The.Bum.XXX.1080p.mp4

https://gounlimited.to/vrs5npp3gq7x/BrazzersExxtra_-_Abella_Danger_And_Kira_Noir_-_Maid_For_A_Threesome.mp4

https://gounlimited.to/vrty6zhyrvvg/Www.brazzersbox.in_SeducedByACougar.20.05.06.Emily.Addison.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vrw27eeke4qn/FitnessRooms_Alecia_Fox_Charlie_Red_ALLWAYSWELL.mp4

https://gounlimited.to/vs33wmpqpqdy/www.0xxx.ws_GirlsGonePink.20.06.08.Aidra.Fox.And.Desiree.Dulce.Prank.Wars.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vs4kkehp653s

https://gounlimited.to/vsinaxlq2t2j/RKPrime.-.Asia.Rae.Boyfriend.Snatcher.-.Reality.KIngs.mp4

https://gounlimited.to/vskfp25x7js0/Www.brazzersbox.in_ClubSeventeen.20.05.15.Mary.Rock.Hardcore.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vskhcaoog100/WeLiveTogether_Episode_3.mp4

https://gounlimited.to/vsm7cw81jn1g/www.0xxx.ws_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vsoz3vgzbxi3/lesbea.20.05.24.scarlet.and.romy.indy.mp4

https://gounlimited.to/vsvyoi20us60/RKDupes.20.04.28.The.Great.MILF.Hunt.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/vswecrsomxgq/TeensLoveHugeCocks_-_Dolly_Little_-_A_Little_Love_(PervyVideos.com).mp4

https://gounlimited.to/vsyeowds1ki2/FakehubOriginals.20.04.30.Best.Of.Filthy.MILFs.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vt4x8dylkf51

https://gounlimited.to/vtbork9kkppb/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/vtjyidje10c9/BrazzersExxtra.20.04.22.Desiree.Dulce.Clitical.Check.Up.XXX.1080p.mp4

https://gounlimited.to/vtqmnze0udlm/[Brazzers_Exxtra]_Abella_Danger_Kira_Noir:_Maid_For_A_Threesome_(PervyVideos.com).mp4

https://gounlimited.to/vtsqm3vmy9mz/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/vtu1wfrey133/SneakySex.20.02.04.Alex.Coal.Tapping.Your.Sister.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/vtze2fcyqn8b/[BigWetButts]_Kagney_Linn_-_Karter_Anally_Reamed_In_Her_Jeans_(31.05.2020).mp4

https://gounlimited.to/vu8s8qs1xa7u/ShareMyBF.20.04.07.Kiara.Cole.And.Leda.Bear.Sweet.And.Juicy.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/vucz4ubiqh1v/[DayWithAPornstar]_Siouxsie_Q_(Anal_Kitchen_Cleaning_/_06.11.2020).mp4

https://gounlimited.to/vuhfgfan823x/TransAngels_presents_Aspen_Brooks_A_Hole_For_A_Hole___26.03.2020.mp4

https://gounlimited.to/vuwjlsp39iir/girlsgonepink.20.03.30.abella.danger.and.aria.banks.slutty.confrontation.mp4

https://gounlimited.to/vv585xfvcl4z/Rkprime_-_Nicolette_Shea_Big_Dick_Energy_[720p_HD].mp4

https://gounlimited.to/vvm5f5wruslw/lesbea.20.02.16.tiny.tina.and.mishelle.klein.mp4

https://gounlimited.to/vvr4o5n6ealx/RKPrime.19.12.30.Abigail.Mac.Sand.Dune.Siren.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/vvrmzfytq53h/Brazzers_-_Tommie_Jo_MILF_In_The_Closet_MilfsLikeItBig_porn_VEPORN.mp4
https://gounlimited.to/vvufba891lq6/Www.brazzersbox.in_HandsOnHardcore.20.05.16.Polly.Pons.Sexy.Asian.Ass.Fucked.By.BBC.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/vw0gd4sqgv90
https://gounlimited.to/vwd06et6tsjj/faketaxi.20.03.15.sabrina.spice.mp4
https://gounlimited.to/vwq1tb3ur3wk/DayWithAPornstar_Luna_Star_Lunas_Oiled.mp4
https://gounlimited.to/vwtf7izmb2v9/PublicAgent.20.03.31.Isabella.Deltore.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/vwu89k72gze7/Twistys.20.05.11.Ariana.Marie.Big.Black.Chair.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vwy77joyykam/RKPrime.20.01.07.Zanna.Blue.Wakey.Wakey.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/vx5f5epdx55h
https://gounlimited.to/vx7em81vrqt7/DontBreakMe_-_Pamela_Morrison_-_Breaking_Pamela.mp4
https://gounlimited.to/vxi1luwe03jn/bex.20.05.19.best.of.brazzers.meanest.lesbians.mp4
https://gounlimited.to/vxio2deu8vy8/www.fxpornhd.com_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/vxj3st9aqvdv
https://gounlimited.to/vxj3st9aqvdv/_DaneJones_Best_Of_Creampies.mp4
https://gounlimited.to/vxxfo1etlcmv/Day_With_A_Pornstar_20_05_16_Showering_With_Mara_Swan.mp4
https://gounlimited.to/vy92v0lnk9a8/rkprime.20.03.16.aubree.valentine.cock.sock.mp4
https://gounlimited.to/vybeu9htgpcb
https://gounlimited.to/vyhwlhz7ibsg/IKnowThatGirl.20.03.21.Joanna.Angel.Squirting.Biker.Babe.Fucks.The.Mechanic.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vyt0eimefqwf/www.0xxx.ws_MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/vyt2dnlho82d
https://gounlimited.to/vz1tsr3v53s4/bigwetbutts-kagney-linn-karter-anally-reamed-in-her-jea_360p.mp4
https://gounlimited.to/vz3l9mrqbie0/Telegram_@getnewlink_dani_daniels_My_Husbands_Mistress-_Part_One_-_BRAZZERS.mp4
https://gounlimited.to/vz4tcysn4atq
https://gounlimited.to/vzi3c12j73cb/Www.brazzersbox.in_DirtyWivesClub.20.05.11.Tia.Cyrus.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/vzl57jyqpn11/Twistys.20.05.23.Bridgette.B.Bridgettes.Boob.Wash.XXX.1080p.mp4
https://gounlimited.to/vzn51b3srx3f
https://gounlimited.to/vzoituv8pbqe/DontBreakMe.20.05.15.Natalie.Knight.Petite.Blonde.Cutie.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vzoyb5m59zme/TrueAmateurs.20.05.25.Sativa.Booty.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vzpww83kpoay/DayWithAPornstar.20.05.17.Jessica.Starling.Jessica.Makes.Music.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/vzq34k8nv6un/[DontBreakMe]_Val_Steele_(Little_Val_Takes_Big_Dick_/_03.08.2020).mp4
https://gounlimited.to/vztfzgjwc6bl/Sneakysex_-_Azul_Hermosa_Sizing_Up_[720p_HD].mp4
https://gounlimited.to/vzu1is5ph58c
https://gounlimited.to/vzut05npxsc2/FakehubOriginals.19.11.30.Luna.Corazon.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/vzye72rflrbz/www.0xxx.ws_BigWetButts.20.06.03.Remy.Lacroix.Remys.Ring.Toss.REMASTERED.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w0emd3gh68xv/teenslovehugecocks.20.06.08.vina.sky.anal.in.the.sun.mp4
https://gounlimited.to/w0h295wmis8o/RealityKings_-_Katrina_Jade_-_Play_Me_(26_06_2018).mp4

https://gounlimited.to/w0hhft49gcjz/Daywithapornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dish
es.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w0l1gy24hiz1/Ariella_Ferrera,_Kyle_Mason_-_Driving_Mommy_Wild_-
_Mommy_Got_Boobs_-_Brazzers.mp4
https://gounlimited.to/w0o8p0my1aym/RKPrime.20.04.18.Julie.Kay.Wait.On.Me.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/w0q4uvafuh2m/RKPrime_Amber_Jade_ALLWAYSWELL.mp4
https://gounlimited.to/w0rg5z2m1pr2/RKPrime_-_Bailey_Brooke_-_Surprised_By_The_Big_Package.mp4
https://gounlimited.to/w1r9bwpr42xt/transangels.19.01.31.natalie.mars.everyones.a.critic.mp4
https://gounlimited.to/w2066fp83u4l
https://gounlimited.to/w21lnrw2595l/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.
MP4-TRASHBIN.mp4
https://gounlimited.to/w28jvoqifutj/[SneakySex]_Gabriela_Lopez_(Family_Road_Trip_Dick_/_06.01.2020).mp
4
https://gounlimited.to/w2ao6uiga77q/teamskeetselects.20.03.04.best.of.sneaky.sex.compilation.mp4
https://gounlimited.to/w2debclcg5dx/BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.P
arty.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w2gbq580tw3d/round.and.brown43-pbu.mp4
https://gounlimited.to/w2p0rpzfo4mt/[Twistys]_Alexis_Fawx_(Alexis_Faux_The_Boudoir_MILF_/_06.13.202
0).mp4
https://gounlimited.to/w2suulmkwt64/RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/w2uf8e6are03/daywithapornstar-lenina-crowne-gets-a-workout_360p.mp4
https://gounlimited.to/w2yt7ktqlzu7
https://gounlimited.to/w32t4dk0ol1v/Mofos_B_Sides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.mp4
https://gounlimited.to/w34ci8ze3vuq/HotAndMean.20.01.06.Karlee.Grey.And.La.Sirena.The.Maids.Make.A.M
ess.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w3m6jfv5chnz
https://gounlimited.to/w40o52kkov8g
https://gounlimited.to/w443ug22ge3c/www.0xxx.ws_Erito.20.06.12.Creampie.For.Harukas.Pretty.Pussy.JAPA
NESE.XXX.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/w45olcptf5xc/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4
https://gounlimited.to/w46ovwafigme/[RK_Prime]_Rosalyn_Sphinx,_Kylie_Kingston_-
_Sit_On_It_(PervyVideos.com).mp4
https://gounlimited.to/w4csu63j78qk/[FakehubOriginals]_Amaris,_Charlie_Red_(Fake_Fantasy:_She's_Too_Y
oung_/_03.07.2020).mp4
https://gounlimited.to/w4dkq3d347g6/Www.brazzersbox.in__DeepLush.20.04.15.Haley.Reed.Deep.In.To.You.
XXX.INTERNAL.1080p.MP4-KTR.mp4
https://gounlimited.to/w4fm0epnft76/Www.brazzersbox.in_HandsOnHardcore.20.06.02.Milena.Devi.Poolside.
Fuck.Date.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/w4iw0qramenu/[DirtyMasseur]_Luna_Star_(Honeymoon_Rubdown_/_06.06.2020).mp4
https://gounlimited.to/w4nkjgm1r1qs/RealityKings.20.04.20.Quinton.James.Gabbie.Carter.I.Fucked.Your.Boyfr
iend.To.Make.You.Mad.XXX.720p.MP4-MaMi.mp4
https://gounlimited.to/w4v64sq0nuqq/[DayWithAPornstar]_Josephine_Jackson_(Josephine's_Intense_Workout
_/_04.14.2020).mp4
https://gounlimited.to/w59u35ru7gap/rkprime.20.04.11.abella.danger.think.pink.mp4
https://gounlimited.to/w5e35qa2man8/[BrazzersExxtra]_Aubree_Valentine_(Soaking_Wet_And_Fully_Satisfie
d_/_06.04.2020).mp4
https://gounlimited.to/w5u1c6lvz4y9/DigitalPlayground.19.10.30.Gina.Valentina.And.Romi.Rain.The.Summon
ing.Part.2.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w5uuykwdqf6j/wankitnow.20.03.11.lucy.alexandra.milf.next.door.mp4
https://gounlimited.to/w5v8gnoh5z4e/fitnessrooms.20.03.12.lady.dee.and.stacy.cruz.mp4

https://gounlimited.to/w65er4z7ojl1/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/w65vocj72hqi/BrazzersExxtra_-_Aubree_Valentine_-_Soaking_Wet_And_Fully_Satisfied.mp4
https://gounlimited.to/w6658g7o0q5z/rkprime.20.03.12.ginebra.bellucci.show.it.all.off.mp4
https://gounlimited.to/w67auy5arghm
https://gounlimited.to/w68tvuqoe0ms/FakehubOriginals.19.11.23.Anastasia.Brokelyn.And.Martina.Smeraldi.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w69961qnfslk/Maya.Kendrick.and.Alex.Coal.Midnight.Threesome.ShareMyBF.mp4
https://gounlimited.to/w6dboh39a3w8/Angela.White.Vs.Rob.Piper.RKPrime.black.bigtits.mp4
https://gounlimited.to/w6edqicvml13/Monster_Curves.20.05.18.Minka.And.Kayla.Kleevage.Jiggling.Their.Jugs.XXX.1080p.mp4
https://gounlimited.to/w6g934d8rrk3
https://gounlimited.to/w73f41dkfrvx/Dane_Jones.20.06.16.Jenny.Wild.Solo.XXX.1080p.mp4
https://gounlimited.to/w79ysaeawuz9/FakehubOriginals.19.12.21.Nesty.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w7cgyn2ytd6i/WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w7p2k2h0bcrq/[DaneJones]_Gina_Varney_(British_babe_adores_her_boyfriend_/_03.23.2020).mp4
https://gounlimited.to/w7u714lq0ulx/ZZ_Series_Romi_Rain_Ayda_Swinger_ALLWAYSWELL.mp4
https://gounlimited.to/w8468rq15u34/www.0xxx.ws_TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w86e8isonx97/Skylar_Vox_-_19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals.mp4
https://gounlimited.to/w8d2j998dxou/TransAngels.20.05.22.Angelina.Please.Cupcake.Delight.XXX.1080p.MP4-WEIRD.mp4
https://gounlimited.to/w8h0a7eob3sv/Www.brazzersbox.in_HandsOnHardcore.20.05.28.Tiffany.Tatum.A.Thorough.Pussy.Fucking.Training.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/w8hxe2d35g0k/teenslovehugecocks.20.06.10.dolly.little.a.little.love.mp4
https://gounlimited.to/w8ivxh8kmdjb/rkprime.20.05.17.lara.de.santis.splish.splash.anal.oil.bath.mp4
https://gounlimited.to/w8ll3o3e4q5n/Vanessa_Sky,_Charles_Dera_-_Falling_From_Grace_Scene_3_-_Blockbuster_-_Digital_Playground.mp4
https://gounlimited.to/w8odse9zjfvb/[LilHumpers]_Alexis_Fawx_(Lil_Jailbird_/_06.11.2020).mp4
https://gounlimited.to/w9095cz3d6rt
https://gounlimited.to/w91fotu37ivk/GoodzonaNET_BrazzersExxtra.20.06.14.Nicolette.Shea.School.Of.Hard.Knockers.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w99ai876eljh/MassageRooms.20.02.01.Mishelle.Klein.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/w9agujdhgwwc/BrazzersExxtra.20.06.02.Best.Of.Brazzers.Sneakiest.Moments.XXX.1080p.mp4
https://gounlimited.to/w9kgv58bzs2z/Www.brazzersbox.in_mfp.20.05.14.step.sisters.friend.likes.to.watch.mp4
https://gounlimited.to/w9lfydnsowbk
https://gounlimited.to/w9zfcyk5t45s/PublicAgent_-_Camilla_Moon_1080p.mp4
https://gounlimited.to/wa5l5sdf7tu7
https://gounlimited.to/wa6f7q5a9b30/Www.brazzersbox.in_BlowJobFridays.20.06.05.Havana.Bleu.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wa9vicpgqdvh/Philavise.19.09.16.Rachael.Cavalli.New.Cock.For.The.New.Stepmom.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/wah5iymqrbmy/MilfsLikeItBig_-_Cherie_Deville_-_Spring_Cumming.mp4
https://gounlimited.to/wak459jyzuc3/ElegantAnal_-_Ana_Foxxx_-_It_Happened_One_Night_Part_4.mp4
https://gounlimited.to/wamwcefs87zp/BigButtsLikeItBig.Kendra.Spade.Asses.In.Pajamas.XXX.1080p.mp4
https://gounlimited.to/wb3xu1i163zq

https://gounlimited.to/wb665j6l39aj/www.0xxx.ws_RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wb8dqrhh70hp/[DigitalPlayground]_Alexis_Fawx,_Izzy_Lush,_Joanna_Angel,_Judy_Jolie_(Unbound_Episode_3_/_03.20.2020).mp4

https://gounlimited.to/wben4enlzd63/elegantanal.20.06.02.ana.foxxx.it.happened.one.night.part.4.mp4

https://gounlimited.to/wbeuayf5msje/Www.brazzersbox.in_21FootArt.20.05.29.Azure.Angel.Rock.My.Feet.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/wbwrqqodq202/TrueAmateurs.20.04.28.Jessica.Miller.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wc1xy6pycoka/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/wc61p7ahf6by/DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.mp4

https://gounlimited.to/wc6p1jcl90d4/lookathernow.20.02.06.natalie.porkman.making.the.sale.2.mp4

https://gounlimited.to/wchd9njgbwly/DaneJones_-_Alina_Crystall_-_Intimate_love_with_gorgeous_Russian.mp4

https://gounlimited.to/wcpwoalk2grk

https://gounlimited.to/wcq9d69ptwm9/FakeHostel.20.03.20.Subil.Arch.And.Jennifer.Mendez.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/wcr4drj6lpjy/[FakeTaxi]_Romy_Indy_(The_Dominatrix_and_the_Big_D_/_06.05.2020).mp4

https://gounlimited.to/wcz4rkyzyq3u/www.0xxx.ws_DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wd3p0pi4new0/RKPrime.20.06.09.Angela.White.Vs.Rob.Piper.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wdd39n2rwqs3/[TurningTwistys]_Sabina_Rouge,_Liv_Wild_(Even_Cowgirls_Get_Horny_/_06.01.2020).mp4

https://gounlimited.to/wdsdz4iv7h7c

https://gounlimited.to/wdu3yjwu7003/Www.brazzersbox.in_RoccoSiffredi.20.06.13.Malena.And.Martina.Smeraldi.Oiled.Hard.Sex.Fantasy.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/wdx37vbsq8yw/[DayWithAPornstar]_Lenina_Crowne_(Lenina_Gets_A_Workout_/_05.30.2020).mp4

https://gounlimited.to/wea5dwl4wpe3/DontBreakMe.20.05.05.Jane.Wilde.Breaking.Wilde.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/wet7kk38kgy5/[BigNaturals]_Codi_Vore_(Cum_For_Codi_/_03.06.2020).mp4

https://gounlimited.to/weygrn79r45n/SneakySex_Gabriela_Lopez_.mp4

https://gounlimited.to/wf1a64k9bf5i/Www.brazzersbox.in_PornFidelity.E839.Leah.Winters.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wf1j8905278h/BigTitsAtWork_?_Samantha_Saint_Titty_Tipper.mp4

https://gounlimited.to/wf6duvor1g2y/WeLiveTogether.20.03.27.Avi.Love.And.Savannah.Sixx.Listen.And.Lust.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/wfke4yu8k693/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wfoh19cwqa2a/_Twistys_Sabina_Rouge_.mp4

https://gounlimited.to/wg0b3kuomg7f/Www.brazzersbox.in_BBCParadise.20.06.01.Alex.Chance.Car.Trouble.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/wg2r6vrpxmt3/twistys.20.05.02.molly.stewart.poolside.with.molly.mp4

https://gounlimited.to/wg4co87r3ijq/Erito.20.05.29.Airis.Unlimited.Erotic.Appetites.JAPANESE.XXX.SD.mp4

https://gounlimited.to/wgfqll6fvysn/Www.brazzersbox.in_BrazzersExxtra.20.04.18.Abby.Lee.Brazil.Dicklivery.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wgj3swwt78p0/Erito.20.06.12.Creampie.For.Harukas.Pretty.Pussy.JAPANESE.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/wgr1f8gvjwxj/lesbea.20.05.10.best.of.scissoring.orgasms.mp4

https://gounlimited.to/wgve3cn701z9/danejones.20.06.11.alina.crystall.mp4

https://gounlimited.to/wgx1v7irj7jp/Hooded_Lovers_-_Karma_Rx.mp4
https://gounlimited.to/wh2rwtejl42n/Www.brazzersbox.in_BigNaturals.20.04.27.Kendra.Sunderland.Teasing.Kendra.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wh6t74x63wlk/Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.BigWetButts.anal.mp4
https://gounlimited.to/wh7yficd5h1q/TeensLoveHugeCocks.20.06.10.Dolly.Little.A.Little.Love.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/whcyiw9k1fop/Brazzers_-_DayWithAPornstar_presents_Lenina_Crowne_-_Lenina_Gets_A_Workout__30.05.2020.mp4
https://gounlimited.to/whgky7vrnsa6/www.0xxx.ws_Lesbea.20.04.04.Lexi.Dona.And.Gina.Varney.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/whjitq73aqw2/Www.brazzersbox.in__HotAndMean.20.03.30.Alexis.Fawx.And.Mackenzie.Moss.All.In.A.Days.Squirt.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/whqrpsuh3scf/teenslovehugecocks.20.05.04.rachel.rivers.brave.brace.face.mp4
https://gounlimited.to/wi0vm4rnv4mv/Pussycraft_-_Leda_Bear_-_TeensLikeItBig_-_Brazzers.mp4
https://gounlimited.to/wiarmdt7nws0
https://gounlimited.to/wiarmdt7nws0/BrazzersExxtra_Milly_Marks_Grinding_A_Gamer.mp4
https://gounlimited.to/wihuhlqk0n4v/FakehubOriginals.20.06.17.Best.Of.Sexy.Squirters.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wilv4rcq7mbd/[BrazzersExxtra]_Milly_Marks_(Grinding_A_Gamer_/_02.28.2020).mp4
https://gounlimited.to/wiw7zv929rsn/PublicPickUps_-_Cassie_Right_-_Brunette_Babe_s_Public_Fuck_(26_05_2018).mp4
https://gounlimited.to/wj03tvdbj1k5/DigitalPlayground.Matriarch.XXX.720p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/wjodveb91cfp/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wjtpjrqx1xkc/[BrazzersExxtra]_Jennifer_White_(I_Thought_You_Hated_Yoga_/_03.07.2020).mp4
https://gounlimited.to/wk1p8yn2lwj5/Www.brazzersbox.in_hustl3r.20.05.30.carolina.cortez.mp4
https://gounlimited.to/wk7pce3w6yr7/Www.brazzersbox.in_SpyFam.20.05.17.Charlotte.Sins.Stepbro.Finds.Stepsis.Naked.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wkpxevw5zpy5/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wkufvt29c5o0/Www.brazzersbox.in_GrandpasFuckTeens.20.06.02.Nikki.Fox.The.Young.Domme.From.Next.Door.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wkv7zu3zcvnf
https://gounlimited.to/wkzg8xowre5y/Www.brazzersbox.in_MyDirtyMaid.20.06.09.Dani.Blu.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wl1ysxvfqthq/BrazzersExxtra.20.06.05.Best.Of.Brazzers.First.Anals.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wl4x2327x8io/transangels.19.09.21.natalie.mars.and.korra.del.rio.just.ignore.him.mp4
https://gounlimited.to/wli17wrjxah6/Www.brazzersbox.in_RealityJunkies.20.05.15.Crystal.Rush.Naughty.Stepmom.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wliumjbh2ybk/[BrazzersExxtra]_Madison_Ivy_(Red_Hot_/_02.14.2020).mp4
https://gounlimited.to/wljocwr17lhp/Www.brazzersbox.in_RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wlmiv0fautkx/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wln8ihp9snym/www.0xxx.ws_BrazzersExxtra.20.06.01.Halle.Hayes.A.Wild.And.Crazy.Cock.Stuffing.Party.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wlo2pchtn6oz/_DigitalPlayground_Bridgette_B_.mp4
https://gounlimited.to/wlxxqt5sxeew/PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wm2mb1j7g7wf/Erito_presents_Creampie_for_Haruka_s_Pretty_Pussy__Uncen____12.06.2020.mp4

https://gounlimited.to/wm3moyif45sj/[JulesJordan]_Skylar_Vox_-_19_Year_Old_Teen_Skylar_Vox_Shows_Off_Her_34_DD_Big_Naturals_(PervyVideos.com).mp4

https://gounlimited.to/wm60lqnb640u/Ava_Addams_in_Moms_Boobs_II_by_Digital_Playground.mp4

https://gounlimited.to/wmf7s7h3piro/Www.brazzersbox.in__SeducedByACougar.20.04.17.London.River.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wmjzsejyb5w9/www.0xxx.ws_HotAndMean.14.04.10.Phoenix.Marie.Kiara.Mia.Anal.Lessons.Part.One.INTERNAL.XXX.1080p.MP4-PORNCHiVE.mp4

https://gounlimited.to/wmkladthoyr9/BrazzersExxtra.20.03.19.Desiree.Dulce.Used.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/wmoaffiwg4s1

https://gounlimited.to/wmuea4oxpvh3/Www.brazzersbox.in__StepSiblingsCaught.20.04.12.Avery.Cristy.Quarantined.With.My.Step.Sis.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wn1dh2o6ixex/StrandedTeens_Binky_Beaz_ALLWAYSWELL.mp4

https://gounlimited.to/wnaalsn683kp/RealWifeStories.20.05.23.Abella.Danger.Til.Cock.Do.Us.Part.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/wnho9dcfikhb/FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wo145y16yf9x/teenslovehugecocks.20.04.13.natalie.porkman.sloppy.schoolgirl.mp4

https://gounlimited.to/wob9cckaqz0r/transangels.19.05.18.lena.kelly.rub.rubber.rub.her.mp4

https://gounlimited.to/wop5i8esxky3/Www.brazzersbox.in__PervMom.20.04.11.Lisey.Sweet.She.Just.Wants.Attention.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wovctg2ectw7/Reality_Kings_-LaSirena69_deepthroats_roommat_and_cucks_bf_over_phone_(_720P_).mp4

https://gounlimited.to/wpejn404ej4x/BrazzersExxtra_LQ-_Kendra_Sunderland_Madison_Ivy_-_Bodacious_Bikini_Threesome.mp4

https://gounlimited.to/wpjhyf66n5p6/Telegram_@getnewlink_dani_daniels_Are_You_Still_Awake_-_BRAZZERS.mp4

https://gounlimited.to/wpwd5q7stntg/LilHumpers.20.04.07.Reagan.Foxx.I.Love.Yoga.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/wq7auz7lxzkj/[MomsBangTeens]_Christie_Stevens_Natalie_Knight_(A_Little_Guidance_/_02.24.2020).mp4

https://gounlimited.to/wqk0yu0izre0

https://gounlimited.to/wqzuhi5qiwgi/BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wr1984qekjoq/Mofos_-_Nicole_Aniston_?__Bent_Over_and_Plowed.mp4

https://gounlimited.to/wrkzz7p1o3dk/PublicPickUps.20.05.21.Winter.Bell.Water.Balloon.Prank.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wrnbp73n2j7x

https://gounlimited.to/wrruad4sqycj/www.0xxx.ws_BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wrww629iavxi/RealWifeStories_-_Isis_Love_-_Boning_Her_Bodyguard_(10_04_2018).mp4

https://gounlimited.to/wsalg3lphm2k

https://gounlimited.to/wsfdnzvg2afa

https://gounlimited.to/wson0ksklil0/Brazzers_-_Thicc_Ashley_fires_get_ass_fucked_through_yoga_pants_(_720P_).mp4

https://gounlimited.to/wsptpqrwxm1t/www.0xxx.ws_Twistys.20.06.08.Dakota.On.Display.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/wsr1wbv14z5z/_DaneJones_Best_Of_Creampies.mp4

https://gounlimited.to/wss1eaimdatg/www.0xxx.ws_PervsOnPatrol.20.05.31.Kiara.Edwards.Pervy.Yoga.Spy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wsui7p9ifl2e/FakeTaxi.20.06.05.Romy.Indy.XXX.SD.MP4-.mp4
https://gounlimited.to/wsxfpnavaiy5
https://gounlimited.to/wt2d5vtsm6wx/Www.brazzersbox.in__MilfBody.20.04.19.Anissa.Kate.Sweat.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wt6nf6qav168/fakehostel.20.03.06.sofia.lee.and.aaeysha.mp4
https://gounlimited.to/wtbhze1i8d3z/ShareMyBF_Aubree_Valentine_ALLWAYSWELL.mp4
https://gounlimited.to/wtbudwl3rkbo/Jade_Kush_%E2%80%93_cfnmassage.mp4
https://gounlimited.to/wtilhgx1nkwm/MommyGotBoobs_-_Cory_Chase_-_Help_Me_Out_(10_06_2018).mp4
https://gounlimited.to/wtotzd4rlzpq/Brazzers_Exxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.mp4
https://gounlimited.to/wtpdn8vcysik/www.0xxx.ws_TrueAmateurs.20.05.29.Aila.Donovan.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wts3zrfb9fn0
https://gounlimited.to/wtvajvktezus/[Twistys]_Sabina_Rouge_(Naked_Yoga_With_Sabina_Rouge_/_06.06.2020).mp4
https://gounlimited.to/wu0mxlueixsq/Www.brazzersbox.in_StepSiblingsCaught.20.03.24.Fooling.Around.With.My.Step.Brother.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wu2i5k3af3b1/[RKPrime]_Abella_Danger,_Scarlett_Fall_(Ride_Sharing_/_03.02.2020).mp4
https://gounlimited.to/wufjs36p500g/Www.brazzersbox.in_OyeLoca.20.04.28.Kimberly.Rey.Goal.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wufnw8uq4asb/[RKPrime]_Abella_Danger_(Think_Pink_/_04.11.2020).mp4
https://gounlimited.to/wuh0le6rt53h/www.0xxx.ws_WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wul7ytv7veqb/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wumi1zr1aamt/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4
https://gounlimited.to/wutqdpbpazhw/IKnowThatGirl.20.01.27.Anny.Aurora.Influence.Her.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wux9z7ej40gg/Kimmy_Granger,_Xander_Corvus_-_Pedicure_Her_-_Look_At_Her_Now_-_Reality_Kings.mp4
https://gounlimited.to/wuz2bj99i11w/RK_Prime_-_Lacy_Lennon_And_Jewelz_Blu_Hot_And_Cold.mp4
https://gounlimited.to/wv2m8kiizwlq/massagerooms.20.04.29.scarlet.rebel.mp4
https://gounlimited.to/wv533l7tx4kg/roundandbrown.20.03.05.bad.kittyyy.balloons.and.booty.party.mp4
https://gounlimited.to/wv8iplk3htu1
https://gounlimited.to/wvchhztuqlzs/Realitykings_-_Sneaky_coeds_Megan_Rain_&_Gia_Derza_share_friend&-_039;s_brother_(_720P_).mp4
https://gounlimited.to/wvcrdlitifz1/Www.brazzersbox.in_TeenPies.20.06.06.Alina.Belle.Virgins.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wvdfpure8f3p/Ariella_Ferrera,_India_Summer,_Jordi_El_Nino_Polla_-_Roommate_Rivalry_-_Lil_Humpers_-_Reality_Kings.mp4
https://gounlimited.to/wvjvyrx23jdd/RKPrime.20.03.26.Aria.Kai.And.Indica.Flower.My.Secret.Wet.Hookup.Part.2.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/wvnjahl8xk14/erito.20.02.14.creampie.for.slutty.maid.jp.mp4
https://gounlimited.to/wvnvzwjqlvc1/lesbea.20.03.05.cristal.caitlin.and.atlanta.moreno.mp4
https://gounlimited.to/wvo4ufd1f7lh/RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/wvr9c8u8g4sv/bex.20.05.22.best.of.brazzers.ava.addams.mp4

https://gounlimited.to/wvsd04kgsg2i/rkprime.20.06.12.aidra.fox.a.cock.for.your.thots.mp4
https://gounlimited.to/wvw1vakgaetg
https://gounlimited.to/wvxpnsa97t8x/www.0xxx.ws_BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/ww6139gc2kx4/[Big_Wet_Butts]_Kagney_Linn_Karter_-_Anally_Reamed_In_Her_Jeans_(PervyVideos.com).mp4
https://gounlimited.to/ww8r08hx1di6/Www.brazzersbox.in__SweetSinner.20.03.28.Avi.Love.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wwchpw7a39ai
https://gounlimited.to/wwkob3pm4rvh/welivetogether.20.05.15.karlee.gray.and.catalina.ossa.sleepover.sex.mp4
https://gounlimited.to/wwp0akhjnnfm/[PublicAgent]_Lydia_Black_(The_Pre-Lockdown_Fuck_/_06.03.2020).mp4
https://gounlimited.to/wwz8v9abbi5k/We_Live_Together_20_05_04_Adriana_Maya_And_Natalie_Porkman_Make_Out_Artist.mp4
https://gounlimited.to/wxiyzomjsyso
https://gounlimited.to/wxrxyteyj1rn
https://gounlimited.to/wxwe7eae13sw/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wy58t7fukdx1/trueamateurs.20.06.01.mia.bandini.mp4
https://gounlimited.to/wy7nhlks2898/transangels.19.07.20.jessica.fox.motorcycle.club.2.mp4
https://gounlimited.to/wygz03yiwmjs/[Twistys]_Vina_Sky_(Not_A_Cloud_In_The_Sky_/_06.10.2020).mp4
https://gounlimited.to/wyhtqqlv7bcy/PornstarsLikeItBig.20.03.30.Abella.Danger.ASSMR.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/wyjtlt8zfkj9/TrueAmateurs.20.06.01.Mia.Bandini.XXX.SD.MP4-.mp4
https://gounlimited.to/wynnv0llwux9
https://gounlimited.to/wysvc4hvzbpw/RKPrime.20.01.20.Angela.White.Pornographic.Service.Announcement.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wytpzcsiruai/[DayWithAPornstar]_Lenina_Crowne_(Lenina_Gets_A_Workout_/_05.30.2020).mp4
https://gounlimited.to/wz0e0f3n2ey6/bex.20.06.09.best.of.brazzers.sharing.stepsiblings.mp4
https://gounlimited.to/wz3nkc8msrjh/MassageRooms.20.03.18.Victoria.Pure.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/wzi0z651dd6w/www.0xxx.ws_BrazzersExxtra.20.04.01.Nicolette.Shea.Day.With.A.Porn.Writer.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/wzjqbh86u5v4/Www.brazzersbox.in_[LilHumpers]_Ariella_Ferrera,_India_Summer_-_Roommate_Rivalry_(21.05.2020)_rq.mp4
https://gounlimited.to/x01xol7vlqsa/[BigWetButts]_Keira_Croft_(Keira's_Ass_Craves_Cock_/_05.29.2020).mp4
https://gounlimited.to/x04mkd69x3sl
https://gounlimited.to/x06fcpnrkwy1/Www.brazzersbox.in__Hustler.20.04.09.Bunny.Colby.XXX.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/x0efa90pdcyi/transangels.19.08.01.paty.cameron.busting.on.the.balcony.mp4
https://gounlimited.to/x0gx9aggz17x/WeLiveTogether.20.06.10.Emily.Willis.Scarlett.Bloom.And.Liv.Wild.Color.Me.Horny.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/x0qcepjpagyp/Erito.20.03.27.Playing.With.Mikakos.Big.Titties.JAPANESE.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/x0v8nc4kmypv/FakeTaxi.20.04.15.Victoria.Pure.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/x0w8g2x2k3in/Phoenix_Marie_-_Phoenix_Works_Herself_Out_-_Day_With_A_Pornstar_-_Brazzers.mp4
https://gounlimited.to/x142qxb3xshl/Www.brazzersbox.in_exotic4k.20.05.29.maya.farrell.maya.facialed.mp4
https://gounlimited.to/x17syq90lrms/www.0xxx.ws_HotAndMean.20.06.03.Bridgette.B.And.Kiara.Cole.Fucking.Fight.Me.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/x1lae2v11wgu
https://gounlimited.to/x1ntci4m1n40
https://gounlimited.to/x1ntci4m1n40/RKPrime.20.05.05.Nicolette.Shea.Personal.Session.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/x1p1exilbnsc/MilfsLikeItBig.20.03.26.Brandi.Love.Red-Hot.Calendar.Shoot.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/x1rvom8ofgb7/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/x262x3bfavti/[DayWithAPornstar]_Desiree_Dulce_(03.03.2020).mp4
https://gounlimited.to/x2bojz2mu002/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4
https://gounlimited.to/x2gmcu0euxiy/RKDupes.20.05.26.Humped.And.Focused.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/x2n99hvflgek
https://gounlimited.to/x2qw5e1d7z9z/[MilfsLikeItBig]_Tommie_Jo_(MILF_In_The_Closet_/_05.30.2020).mp4
https://gounlimited.to/x2y595qrkc68
https://gounlimited.to/x3493aj58dym/momxxx.20.03.21.isabella.deltore.mp4
https://gounlimited.to/x3b3f11kjyf3/Www.brazzersbox.in_BlowJobFridays.20.06.05.Havana.Bleu.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/x3bq7ovd0j8o/DayWithAPornstar.20.05.11.Molly.Stewart.Mollys.Making.Breakfast.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/x3ffk6bv39ok/Tommie.Jo.MILF.In.The.Closet.MilfsLikeItBig.bigtits.mp4
https://gounlimited.to/x3o980w98h0y/DayWithAPornstar.20.05.16.Showering.With.Mara.Swan.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/x3yo19dklh1p
https://gounlimited.to/x404yixh7w2d/RKPrime.20.06.01.Asia.Rae.Boyfriend.Snatcher.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/x408fdg0f24k/Trueamateurs_-_Molly_Pills_[720p_HD].mp4
https://gounlimited.to/x413j3aa5ec1/ShareMyBF.20.03.25.Emily.Right.And.Kiara.Edwards.Join.Us.By.The.Pool.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/x44ztwl2zct1/Www.brazzersbox.in__AssParade.20.03.30.Kosame.Dash.XXX.2160p.MP4-KTR.mp4
https://gounlimited.to/x4b1j7uwooh0/_RKPrime_Asia_Rae_.mp4
https://gounlimited.to/x4e36xgjbik2/Day_With_A_Pornstar_20_04_30_Eva_Elfie_Playing_With_Eva.mp4
https://gounlimited.to/x4hk00s9c0l1/Brazzersexxtra.20.06.12.Abella.Danger.and.Kira.Noir.Maid.for.A.Threesome.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/x4k62sgzzl9l/StreetBlowJobs_-_Haley_Mae_Fuck_Me_Pay_Me_1080p.mp4
https://gounlimited.to/x4m3rv94yc1x/Www.brazzersbox.in__HandsOnHardcore.20.03.25.Honey.Demon.Fucking.On.The.First.Date.XXX.2160p.MP4-KTR.mp4
https://gounlimited.to/x4mcxhvstonk/sneakysex.20.02.15.athena.faris.turn.on.the.radio.mp4
https://gounlimited.to/x4ts0nfgw0vc
https://gounlimited.to/x56jqjn6z0i8/TeensLikeItBig_-_Anna_De_Ville_-_Anal_Probe_Experiments_Britain_(23_07_2018).mp4
https://gounlimited.to/x5m9bydr0oda/rkprime.20.06.09.angela.white.vs.rob.piper.mp4
https://gounlimited.to/x5vuyvad17ks/BrazzersExxtra_-_Nicolette_Shea_-_Mrs_Shea_s_Room_Service_(02_06_2018).mp4
https://gounlimited.to/x5wdx5hxmo8g/Www.brazzersbox.in_RKPrime.20.05.31.Bae.Egypt.Desperately.Seeking.Panties.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/x5ywaxa7jt4a/analmom.20.03.19.dana.dearmond.the.anal.milf.next.door.mp4
https://gounlimited.to/x60zkt4ufrll

https://gounlimited.to/x69vjb1qzaeu/RKPrime.20.05.30.Kira.Queen.And.Aruna.Aghora.Threesome.XXX.1080
p.mp4
https://gounlimited.to/x6byjcki9jys/RecklessInMiami.19.12.18.Jessie.Saint.Grab.N.Go.XXX.1080p.MP4-
KTR.mp4
https://gounlimited.to/x6m1q4981v6g/DontBreakMe_Aria_Banks.mp4
https://gounlimited.to/x6r3zll42a7z/GirlsGonePink_presents_Aidra_Fox__Desiree_Dulce_in_Prank_Wars___0
7.06.2020.mp4
https://gounlimited.to/x74hz0t1lut6/BrazzersExxtra.20.03.19.Desiree.Dulce.Used.XXX.1080p.MP4-
KTR_[Pornxbit.com].mp4
https://gounlimited.to/x763u7348e20/rkprime.20.06.11.jane.wilde.and.emily.willis.face-to-face.mp4
https://gounlimited.to/x76qy4hksqzt/Angela_White_-_Big_Naturals_In_Slow_Motion.mp4
https://gounlimited.to/x79fulb0qd5v/WhenGirlsPlay.20.03.14.Emma.Hix.And.Vina.Sky.Girl.Crush.XXX.1080p
.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/x7b6x6d5dspa/WeLiveTogether_-_Lily_Rader,_Zoey_Taylor_-_Poolside.mp4
https://gounlimited.to/x7emgxw6z1a6/fakehuboriginals.20.06.12.eva.elfie.solo.mp4
https://gounlimited.to/x7mvrxbrslyp/faketaxi.20.06.01.mia.rose.mp4
https://gounlimited.to/x8424bm24r8w
https://gounlimited.to/x86v1sx8rfjj/Teens_Love_Huge_Cocks_-_Kimmy_Granger_-
_Bikes_and_Butt_plugs.mp4
https://gounlimited.to/x87940eody8g/Www.brazzersbox.in__TeensLikeItBig.20.03.23.Lana.Harding.Time.And
.Again.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/x8hppkguziyg/We_Live_Together.20.04.24.Episode.2.New.Arrivals.XXX.1080p.mp4
https://gounlimited.to/x8je9ln465vq/RKPrime.19.11.12.Haley.Reed.And.Rachael.Cavalli.Too.Hard.To.Choose.
XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/x8melzy5wqoj/[SneakySex]_Aften_Opal_(Creampie_Please_/_03.07.2020).mp4
https://gounlimited.to/x8ov9h16nqvn/Www.brazzersbox.in__NewSensations.20.04.17.Adira.Allure.XXX.1080
p.MP4-KTR.mp4
https://gounlimited.to/x8ycb7nd2w2v/Www.brazzersbox.in__HandsOnHardcore.20.03.30.Lana.Roy.Seductive.
Russians.Threesome.Fantasy.XXX.2160p.MP4-KTR.mp4
https://gounlimited.to/x8zp8jim1mih/transangels.19.03.23.jane.marie.do.it.for.money.mp4
https://gounlimited.to/x90umritroc5/Ariella_Ferrera_&_Eva_Notty_&_Jasmine_James_&_Misty_Stone_&_Nic
olette_Shea_&_Sarah_Banks_&_Skyler_Mckay_-_Best_Of_Brazzers_Sneakiest_Moments.mp4
https://gounlimited.to/x91o2ha2btbe/[FakehubOriginals]_Eva_Elfie_(Solo_/_06.12.2020).mp4
https://gounlimited.to/x93dmvng4ks3/dontbreakme.20.02.29.kaitlyn.katsaros.newbie.takes.big.dick.mp4
https://gounlimited.to/x954oot52vcu/www.0xxx.ws_Lesbea.20.06.01.Cindy.Shine.And.Alina.Crystall.XXX.10
80p.MP4-KTR.mp4
https://gounlimited.to/x9kzy2doekf3/MomXXX.20.04.27.Kathy.Anderson.And.Isabelle.Deltore.XXX.1080p.m
p4
https://gounlimited.to/x9mt1pdv5hp9/Romy_Indy_-_The_Dominatrix_And_The_Big_D_-_Fake_Taxi_-
_FakeHub.mp4
https://gounlimited.to/x9oaam0hr2yh/StrandedTeens.20.05.27.Nella.Jones.Fucking.Stepdad.For.A.Ride.XXX.S
D.MP4-KLEENEX.mp4
https://gounlimited.to/x9qfpyrspbtz
https://gounlimited.to/x9ymmyr4tczp/[PornstarsLikeItBig]_Abigail_Mac_(Anatomy_Of_A_Sex_Scene_2_/_02
.22.2020).mp4
https://gounlimited.to/xa477tx0xsts/sneakysex.20.04.20.gabbie.carter.and.la.sirena.i.fucked.your.boyfriend.mp4
https://gounlimited.to/xaaxezbqo44g/rkprime.20.05.03.sweet.cat.now.kitty.kitty.mp4
https://gounlimited.to/xagnd10a1lcv/PublicAgent.20.06.03.Lydia.Black.XXX.SD.MP4-.mp4
https://gounlimited.to/xb16h84x369t
https://gounlimited.to/xb16h84x369t/_DayWithAPornstar_Katrina_Jade.mp4
https://gounlimited.to/xbr3xzxx2ur5.html

https://gounlimited.to/xbuc0b58kuai/www.0xxx.ws_FakeDrivingSchool.20.06.10.Lady.Dee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xbujzm0qyzc6

https://gounlimited.to/xbx9aws812x0/dontbreakme.20.02.13.aften.opal.ogling.opal.mp4

https://gounlimited.to/xc2tigxg2zfw/LilHumpers.-.Alexis.Fawx.Lil.Jailbird.-.Reality.Kings.mp4

https://gounlimited.to/xc3ri5ngkfut/MomXXX.20.06.13.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xc875fh0qhzx/danejones.20.05.22.baby.nicols.mp4

https://gounlimited.to/xc9atu2dd7f7

https://gounlimited.to/xchcsiutf20q/Erito.20.05.29.Airis.Unlimited.Erotic.Appetites.JAPANESE.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/xclxaddf4v8b/FakehubOriginals.19.12.07.Charlie.Red.And.Anastasia.Brokelyn.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xcw7tiej8v29/Www.brazzersbox.in__BigTitsRoundAsses.20.04.09.La.Sirena.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/xczs7okze4wn/welivetogether.20.05.08.episode.4.saying.goodbye.mp4

https://gounlimited.to/xd2yy7sbe7u8/Mommy_Got_Boobs_20_05_04_Maserati_Dommed_By_Her_Dads_Girlfriend_Part_2.mp4

https://gounlimited.to/xd9wwdtz4wm8/_BrazzersExxtra_Aubree_Valentine_.mp4

https://gounlimited.to/xdthtg292boy/[RoundAndBrown]_Bad_Kittyyy_(Balloons_And_Booty_Party_/_03.05.2020).mp4

https://gounlimited.to/xdvvx3gnz78v/Www.brazzersbox.in_AssParade.20.05.11.Sahara.Leone.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/xdxvx68tqgtv/PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xdyg56zd3o0e/www.0xxx.ws_LilHumpers.20.06.11.Alexis.Fawx.Lil.Jailbird.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xdylzjhv7fgq/DigitalPlayground.20.01.13.Desiree.Dulce.What.Friends.Are.For.Episode.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xdzbyzvnk232/Alexis.Fawx.Lil.Jailbird.LilHumpers.bigtits.mp4

https://gounlimited.to/xe8t9vwy3o8r/transangels.20.05.08.casey.kisses.and.kylie.le.beau.spring.cleaning.part.1.mp4

https://gounlimited.to/xehacyaf9sb9

https://gounlimited.to/xekk2ln06239/39_Natasha_Nice_And_Her_Big_Naturals_Are_Ready_To_Fuck.mp4

https://gounlimited.to/xeswca1omg6g/RKPrime.20.06.02.Abella.Danger.The.Pirate.Gets.The.Booty.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xffl5qmtp729/Www.brazzersbox.in__RealityJunkies.20.04.17.Liv.Wild.Wild.Knockout.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/xfpfx69a0gr6

https://gounlimited.to/xftnakkmi3re/www.0xxx.ws_PublicPickUps.20.06.11.Martina.Smeraldi.New.Study.Buddies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xga49zgoytfk/BrazzersExxtra.20.06.12.Abella.Danger.And.Kira.Noir.Maid.For.A.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xggqaq47lnk6/DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xgjpysck9vx4/[PublicAgent]_Lydia_Black_(The_Pre-Lockdown_Fuck_/_06.03.2020).mp4

https://gounlimited.to/xgkpw44rqgpx/RKDupes.20.06.05.Lesbehonest.Part.2.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/xgm39w1v3j9h/www.0xxx.ws_RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xgq80qwe96sr/Just_One_Clit_Away_-_Rebecca_More_-_MommyGotBoobs_-_Brazzers.mp4

https://gounlimited.to/xh1inegedkl5/welivetogether.20.06.10.emily.willis.scarlett.bloom.and.liv.wild.color.me.horny.mp4

https://gounlimited.to/xh9xfg04mv4i/www.0xxx.ws_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Chooses.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xherqb8id5kz/[FakeHostel]_Vera_Jarw,_Aaeysha.mp4

https://gounlimited.to/xhgijvxmbnre/[RKPrime]_Jane_Wilde,_Emily_Willis_(Face-To-Face_/_06.11.2020).mp4

https://gounlimited.to/xhmarxscvzfk/trueamateurs.20.02.26.aria.banks.mp4

https://gounlimited.to/xhqdga0edlla/Www.brazzersbox.in__DadCrush.20.04.12.Judy.Jolie.Consoled.By.My.Stepdaughter.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xhrlixawi0re

https://gounlimited.to/xhse9egssh1i/[DayWithAPornstar]_Rebecca_More_(Rebecca's_Shower_Time_Fun_/_06.07.2020).mp4

https://gounlimited.to/xhwy7cjd28ql/RoundAndBrown.20.04.20.Anya.Ivy.Playing.In.Ivy.REMASTERED.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/xi9kii1lregi/LilHumpers_-_Luna_Star_-_Dicking_In_Disguise.mp4

https://gounlimited.to/xifrhwm1dh07/Www.brazzersbox.in_RKPrime.20.05.26.Liv.Wild.And.Vanessa.Sky.Wild.Sky.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/xil4qkhdb8p8/Lesbea_Cindy_Shine_.mp4

https://gounlimited.to/xinuszuo09aa/transangels.19.06.27.aspen.brooks.pluck.you.buddy.mp4

https://gounlimited.to/xislbeuw36ym/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xj1ss6pcr1bq/transangels.19.06.15.foxxy.lollicock.sucker.mp4

https://gounlimited.to/xj3emt69kf7u/[WeLiveTogether]_Emily_Willis,_Scarlett_Bloom,_Liv_Wild_(Color_Me_Horny_/_06.11.2020).mp4

https://gounlimited.to/xj88biipwnby/Www.brazzersbox.in_spizoo.20.05.25.cherie.deville.bbc.creampie.with.queen.milf.mp4

https://gounlimited.to/xjb09pibb97x/[StrandedTeens]_Emily_Willis_(Deep_In_The_Woods_/_02.22.2020).mp4

https://gounlimited.to/xjlgsp3n7cme/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xjrxxubiynqz/www.0xxx.ws_TeensLoveHugeCocks.20.06.08.Vina.Sky.Anal.In.The.Sun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xjuim5l9ai0d/transangels.19.04.06.jane.marie.do.it.for.love.mp4

https://gounlimited.to/xjv99ydh6ag9/[BrazzersExxtra]_Abella_Danger,_Kira_Noir_(Maid_For_A_Threesome_/_06.12.2020).mp4

https://gounlimited.to/xjvydep1v0ni

https://gounlimited.to/xjxj17orsmlp/MommyGotBoobs.20.03.22.Bridgette.B.Two.For.One.Special.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/xk02d7880es5/publicpickups.20.06.11.martina.smeraldi.new.study.buddies.mp4

https://gounlimited.to/xk8bg878uh1q/Www.brazzersbox.in__Hustler.20.04.13.Winter.Jade.XXX.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/xkn00ovdozf3/TeensLikeItBig.15.05.30.Gina.Gerson.National.Pornographic.The.Teen.Porn.Star.INTERNAL.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/xksjmixse8ny/RealityKings_-_SneakySex_presents_Gabriela_Lopez_-_Family_Road_Trip_Dick___01.06.2020.mp4

https://gounlimited.to/xkwsns91953e/Public_Pickups_-_Anastasia_Knight_-_Blonde_Braceface_Fucks_Outdoors.mp4

https://gounlimited.to/xl1jmym9azer

https://gounlimited.to/xl81m8qm9sib/Www.brazzersbox.in_POVLife.20.04.26.Baby.Sid.Hot.Girls.Welcome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/xljs9yblpu20/Rachel.Starr.Stranger.Danger.DirtyMasseur.massage.mp4
https://gounlimited.to/xlr1qvuvnj5w/rkprime.20.05.16.emily.willis.a.goddess.on.her.own.terms.mp4
https://gounlimited.to/xlwtjlqzm52n/FakeHostel.20.04.03.Isabella.Deltore.And.Martina.Smeraldi.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/xm0vpepmrqa5/BigNaturals.20.02.07.Violet.Starr.Starring.Violet.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/xm1t512wg8e5/transangels.19.03.30.jane.marie.do.it.for.power.mp4
https://gounlimited.to/xm26zih9c3ia/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/xm7vl9dnhakl/RKDupes.20.05.27.Making.The.Sale.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/xm9rsefhd6gu/www.0xxx.ws_RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/xmv6fmntywii/faketaxi.20.02.05.asia.rae.mp4
https://gounlimited.to/xmxqzszh7873/PornstarsLikeItBig_-_Angela_White,_Kagney_Linn_Karter,_Phoenix_Marie_-_Dinner_For_Cheats_(01_05_2018).mp4
https://gounlimited.to/xn8sqopqes0h
https://gounlimited.to/xnerr5pz8yoy/Www.brazzersbox.in_[TeamSkeetXSpankMonster]_Mackenzie_Mace_-_Wet_(20.05.2020)_rq.mp4
https://gounlimited.to/xnfw25h5tveu/BabyGotBoobs.20.04.09.Autumn.Falls.Vip.Treatment.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4
https://gounlimited.to/xnjnsc95jcnt
https://gounlimited.to/xnkx4helie8p/Www.brazzersbox.in__Blacked.20.04.18.Avery.Cristy.XXX.2160p.MP4-KTR.mp4
https://gounlimited.to/xnn9wrncsh7l/[9xMovie.Kim]_His_Hands_Are_Tied_2020_BraZZers_Adult_Video_480p_HDRip_250MB_[7StarHD1.Win].mp4
https://gounlimited.to/xo4hfjg86nup/PublicPickUps_presents_Martina_Smeraldi_in_New_Study_Buddies___11.06.2020.mp4
https://gounlimited.to/xo75tiyoz466/[Fakehub_Originals]_Eva_Elfie:_Teen_Dream_Masturbation_(PervyVideos.com).mp4
https://gounlimited.to/xoal97o1vtz3/Brazzers_Exxtra_lena_paul_avoiding_dicktection.mp4
https://gounlimited.to/xocrx9uirlh3/Brazzers_Exxtra_-_Cherie_DeVille_-_Cherie_Peeping.mp4
https://gounlimited.to/xou2k84pfvvd
https://gounlimited.to/xowfuzv9jm6n/transangels.19.09.14.karina.abelha.cutting.loose.mp4
https://gounlimited.to/xoxxlx5g7d50
https://gounlimited.to/xozgh3d66q0q/FakehubOriginals.20.03.07.Amaris.And.Charlie.Red.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/xp4ocm6b6fff/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06.09.2020).mp4
https://gounlimited.to/xp4ybugrr2wg/Kagney-Linn-Karter-Brazzers-Kagney-Cums-With-You-2020-06-19.mp4
https://gounlimited.to/xpaarhrsjen1/Www.brazzersbox.in__StepSiblingsCaught.20.04.23.My.Step.Sisters.Masturbate.Together.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/xpbpskosrhqs/Www.brazzersbox.in_MyDaughtersHotFriend.20.05.13.Kenna.James.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/xpgpbol5iwiu/www.0xxx.ws_RKPrime.20.06.12.Aidra.Fox.A.Cock.For.Your.Thots.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/xpirwqo7usxy/[FakeHostel]_Lovita_Fate,_Mishelle_Klein_-_Sex_Robots_(17.01.2020)_rq.mp4
https://gounlimited.to/xpvye2wu8usl/Www.brazzersbox.in_RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/xq3ttj2obqqt/fitnessrooms.20.02.13.alecia.fox.and.charlie.red.mp4

https://gounlimited.to/xq8je4syqm75/Www.brazzersbox.in_PervMom.20.05.16.Desiree.Dulce.My.Stepmom.Is.
Too.Hot.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/xqkl58485k1k/[Twistys]_Maria_(Fun_In_The_Sun_/_05.25.2020).mp4

https://gounlimited.to/xqnp4v1yw0u5/SneakySex.20.03.07.Aften.Opal.Creampie.Please.XXX.1080p.MP4-
KTR_[Pornxbit.com].mp4

https://gounlimited.to/xqvpbzebrvxd/Elegantanal.20.06.02.Ana.Foxxx.It.Happened.One.Night.Part.4.XXX.1080
p.MP4-KTR.mp4

https://gounlimited.to/xqxtt00e5u61/www.0xxx.ws_Twistys.20.06.06.Sabina.Rouge.Naked.Yoga.With.Sabina.
Rouge.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xqzslk4ysw5d/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_0
6.02.2020).mp4

https://gounlimited.to/xr3upqgsg4g8/[MilfsLikeItBig]_Tommie_Jo_(MILF_In_The_Closet_/_05.30.2020).mp4

https://gounlimited.to/xrk1vf2a5p0i/rkprime.20.06.16.anya.ivy.one.day.fare.mp4

https://gounlimited.to/xsnf8b1cabm8/BrazzersExxtra_-_Adriana_Chechik_-
_That_Warm_And_Fuzzy_Feeling_(05_04_2018).mp4

https://gounlimited.to/xso5j1efv8bt

https://gounlimited.to/xssxk22w4cze/www.0xxx.ws_BrazzersExxtra.20.06.02.Abella.Danger.His.Hands.Are.Ti
ed.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xtf4q0akew0e

https://gounlimited.to/xtf4q0akew0e/DayWithAPornstar_Aidra_Fox_.mp4

https://gounlimited.to/xtryon6rgkwp/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfi
ed.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xts8ry2lsy7y/rkprime.20.05.31.bae.egypt.desperately.seeking.panties.mp4

https://gounlimited.to/xu3nhjwbm2m1/We_Live_Together_%E2%80%93_Cute_Couple_Malena_Morgan__Ev
a_Lovia.mp4

https://gounlimited.to/xur5fcqjf4gi/[FemaleFakeTaxi]_Amber_Jayne,_Atlanta_Moreno_(Two_Dirty_Northern_
Sluts_/_03.02.2020).mp4

https://gounlimited.to/xusil2n8qjg3/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4

https://gounlimited.to/xvbvm4h0jxft/transangels.19.09.26.t.s.rebecka.angel.after.dark.mp4

https://gounlimited.to/xvhlbpvmzezq/[PornstarsLikeItBig]_Casca_Akashova_(All_Dolled_Up_Beauty_Queen_
Edition_/_06.10.2020).mp4

https://gounlimited.to/xvnpk4smsb25/Www.brazzersbox.in__BangBros18.20.04.21.Kylie.Rocket.XXX.1080p.
MP4-KTR.mp4

https://gounlimited.to/xvs6ys8gjex3/Mommy_Got_Boobs_Mason_Storm_ALLWAYSWELL.mp4

https://gounlimited.to/xvtmikju9u0x/Aila-Donovan-Brazzers-Feeling-Up-Aila-2020-06-22.mp4

https://gounlimited.to/xvw9lt8q9zs2

https://gounlimited.to/xvw9lt8q9zs2/BrazzersExxtra_Eliza_Ibarra_ALLWAYSWELL.mp4

https://gounlimited.to/xwbl63e4bw5k/MassageRooms.19.12.18.Jenny.Wild.And.Lady.Bug.XXX.1080p.MP4-
KTR.mp4

https://gounlimited.to/xwc6g2gifyat

https://gounlimited.to/xwlk01p7ez30/RealWifeStories_-_Ariella_Ferrera_-
_Had_Some_Fun,_Gotta_Run!_(27_08_2018).mp4

https://gounlimited.to/xwqzuagnyulm/[BigNaturals]_Melody_Foxx_(Second_Thoughts_/_03.23.2020).mp4

https://gounlimited.to/xx1gwt7ijidn/[TeensLikeItBig]_Alina_Belle_(Learning_To_Ride_/_03.19.2020).mp4

https://gounlimited.to/xx6plcnrow7n/[RKPrime]_Nicolette_Shea_(Big_Dick_Energy_/_06.04.2020).mp4

https://gounlimited.to/xx70mrr9d8ip/RKPrime_Abella_Danger_.mp4

https://gounlimited.to/xxc3bkie6cqp

https://gounlimited.to/xxd30g8ro4zt/www.0xxx.ws_DayWithAPornstar.20.05.31.Kenzie.Taylor.Kenzie.Choose
s.Dick.Over.Dishes.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xxxs8q3l81wf/Pervs_On_Patrol_-_Keisha_Grey_-
_Busty_Neighbor_Catches_Peeing_Tom.mp4

https://gounlimited.to/xy0gi1nvvdpy/RKPrime.20.02.27.Eliza.Ibarra.Into.Eliza.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/xy1x6v9u3qsv/PornstarsLikeItBig.20.03.07.Janice.Griffith.Watch.Party.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/xy2c7eyq6eod

https://gounlimited.to/xynrj8auf4kc/[GirlsGonePink]_Aidra_Fox,_Desiree_Dulce_(Prank_Wars_/_06.08.2020).mp4

https://gounlimited.to/xz2l47vwdc5w/Www.brazzersbox.in_MilfsLikeItBig.20.03.28.Anissa.Kate.Not.Here.For.The.Coffee.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xzgh7hrxmyb0/MilfsLikeItBig.19.12.06.Stacey.Saran.A.Very.Neighborly.Affair.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xzk0xkc56o40/Www.brazzersbox.in_NubileFilms.20.04.12.Claudia.Macc.Burning.Love.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/xztbdemftvag/_RKPrime_Emerald_Ocean_ALLWAYSWELL.mp4

https://gounlimited.to/xzxjijnpmudj/LilHumpers.20.04.23.Jasmine.Jae.Keep.It.In.Your.Pants.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/y00vcntv654z/danejones.20.04.17.best.of.ebony.girls.mp4

https://gounlimited.to/y0geuwjt18r5/danejones.20.04.17.best.of.ebony.girls.mp4

https://gounlimited.to/y0m37huqly6o

https://gounlimited.to/y0pcr7j94b1e/massagerooms.20.02.19.sofia.lee.and.asia.rae.mp4

https://gounlimited.to/y0ruge3ujee2/AllGirlMassage.20.04.27.Marie.Mccray.And.Goldie.Glock.Tricking.My.New.Step-Mom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/y0u5v84rufnp/Dontbreakme.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y0vx4nxce7b6/WeLiveTogether.20.05.25.Abella.Danger.And.Havana.Bleu.Shes.The.Boss.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y0zt6funv5ak/[BrazzersExxtra]_Best_Of_Brazzers_Sneakiest_Moments_(06.02.2020).mp4

https://gounlimited.to/y156ghi47e1t/transangels.20.03.19.aubrey.kate.unplug.it.mp4

https://gounlimited.to/y1627dmin9n6/[SneakySex]_Arietta_Adams,_Kylie_Le_Beau_(Conference_Call_/_02.29.2020).mp4

https://gounlimited.to/y1gsmh10jbko/DayWithAPornstar.20.04.19.Hime.Marie.Himes.Cleaning.House.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/y21mkrqm7hm2/IKnowThatGirl.20.04.27.Kiara.Cole.Massage.Gun.Trial.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y2c0cup361fk/Www.brazzersbox.in_BlackedRaw.20.03.23.Khloe.Kapri.And.Chanel.Grey.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y2ed4tqu3676/DayWithAPornstar.20.02.27.Monique.Alexander.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/y2k1nkimt2x8/PublicAgent.20.06.03.Lydia.Black.XXX.1080p.mp4

https://gounlimited.to/y2pq1g0ef5cx/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.1080p.mp4

https://gounlimited.to/y2qu1p9j0xpr/Www.brazzersbox.in_RKPrime.20.03.23.Savannah.Sixx.Cum.Through.My.Window.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y2sd1x1hfynn/[Hot_And_Mean]_Bridgette_B,_Kiara_Cole:_Fucking_Fight_Me.mp4

https://gounlimited.to/y30z1ryteuw8/FakeDrivingSchool_-_Lady_Dee_-_Suck_My_Disinfected_Burning_Cock.mp4

https://gounlimited.to/y31sfjkzkown/Www.brazzersbox.in_DogHouseDigital.20.06.03.Rebecca.Black.Double.Stuff.Rebecca.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y32umtobjriz/Www.brazzersbox.in_OyeLoca.20.05.12.Lulu.Ninfo.Alt.Girl.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y3doz6ktqdxu/Www.brazzersbox.in_SneakySex.20.05.06.Kyler.Quinn.College.Party.Quickie.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y3fhl27vgy97/BrazzersExxtra.20.05.15.Abigail.Mac.And.Azul.Hermosa.A.Mistress.For.All.Seasons.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y3icog3nzq0d

https://gounlimited.to/y3ly5tyocfct/Mofos_-_ShareMyBF_presents_Kiara_Cole__Leda_Bear_-_Sweet_and_Juicy_Threesome___07.04.2020.mp4

https://gounlimited.to/y3o8yy3yof1s/Brazzers_-_The_next_day_-_Romi_Rain.mp4

https://gounlimited.to/y3rp8twb0m0p/Brazzers_-_Sexy_lifeguards_Nicolette_Shea_&_Savannah_Bond_save_a_cock_(_720P_).mp4

https://gounlimited.to/y3tiz82cscen/Www.brazzersbox.in_PropertySex.20.05.01.Catalina.Ossa.A.Picky.Picky.Home.Buyer.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y40yf1fwvd96/WhenGirlsPlay.20.03.21.Molly.Stewart.And.Freja.Noir.Sugar.And.Spice.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/y44rh9u49s99

https://gounlimited.to/y46i63a80xhg/MofosBSides_Lexie_Fux_.mp4

https://gounlimited.to/y485if5t8ck5/RoundAndBrown.20.03.31.Ashley.Aleigh.Spring.Showers.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/y4i27qk1t61u/Www.brazzersbox.in__Tushy.20.03.22.Gia.Derza.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y4o3dwq1tx5i/Day_With_A_Pornstar_20_05_23_Sybil_Shows_Off_Her_Pussy.mp4

https://gounlimited.to/y4pcqys780vj/Aften.Opal.Massage.Mutiny.TeensLoveHugeCocks.massage.mp4

https://gounlimited.to/y4rye8233ejv

https://gounlimited.to/y51lnl1048ma/BrazzersExxtra.20.05.29.Best.Of.Brazzers.Peta.Jensen.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y53epsf12m9j

https://gounlimited.to/y57vluyrizag/BigTitsAtWork_-_Tia_Cyrus_-_Company_Lunch_(03_08_2018).mp4

https://gounlimited.to/y5mjywn35jnu/PublicAgent_Anna_ALLWAYSWELL.mp4

https://gounlimited.to/y5uh6zct3kln/publicagent-alexis-bardot.mp4

https://gounlimited.to/y5yutc3t616y/WeLiveTogether.20.06.03.Lily.Rader.And.Zoey.Taylor.Poolside.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y64y6jeuq3eh/MomsBangTeens_-_Cory_Chase,_Sheila_Daniels_-_Double_Rub_Down_(02_07_2018).mp4

https://gounlimited.to/y66thxh0cd1p/FakeHospital.17.05.10.Camilla.Moon.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y6ej5xubsted/Best_Of_Brazzers_Peta_Jensen_360p.mp4

https://gounlimited.to/y6mv8rhnpha1

https://gounlimited.to/y6nh09fci7ju/Www.brazzersbox.in_Family.20.05.25.Katlyn.James.Will.You.Keep.My.Secret.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y6wh03fio8n5

https://gounlimited.to/y6xbpbwsr8ay/Day_With_A_Pornstar_-_Joanna_Angel_-_Getting_Joanna_Out_Of_The_Shower.mp4

https://gounlimited.to/y6za0p414brt/DaneJones.20.05.12.Rebecca.Volpetti.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y6zkga4hupyb/Various_-_Ebony_Babes_Compilation_(FakeHubOriginals.31.05.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/y71j0yupmnq9/rkprime.20.04.26.lacey.channing.the.milkmaid.mp4

https://gounlimited.to/y7903sbln13h/www.0xxx.ws_DaneJones.20.06.07.Best.Of.Creampies.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y7l2sobh589i

https://gounlimited.to/y7mgywhdljg3/Telegram_@getnewlink_dani_daniels_Handcuffed_Housewife_-_BRAZZERS.mp4

https://gounlimited.to/y7um6apugsm4/DontBreakMe.20.03.08.Val.Steele.Little.Val.Takes.Big.Dick.XXX.MP4
-SDCLiP.mp4

https://gounlimited.to/y7wnfefdzzmy/FakehubOriginals.20.05.13.Fiamurr.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/y87nfxei1zfa/trueamateurs.20.02.06.luventa.mp4

https://gounlimited.to/y8k0chdmb3qm/rkprime.20.02.21.amber.jade.all.anal.for.amber.mp4

https://gounlimited.to/y8ucbkpe5t7r/RKPrime.20.05.16.Emily.Willis.A.Goddess.On.Her.Own.Terms.XXX.MP
4-SDCLiP.mp4

https://gounlimited.to/y99m1mwomja3/Www.brazzersbox.in_SisLovesMe.20.05.15.Allie.Nicole.Forgot.Stepsis
s.Birthday.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/y9ef9mdppjhz

https://gounlimited.to/y9ef9mdppjhz/_FemaleFakeTaxi_Jasmine_Jae_.mp4

https://gounlimited.to/y9k54yvwuk8q/Look_At_Her_Now_-_Kimmy_Granger.mp4

https://gounlimited.to/y9kbui8wjrir/dontbreakme.20.06.05.pamela.morrison.breaking.pamela.mp4

https://gounlimited.to/y9p7hpinquad/BrazzersExxtra.20.05.13.Serena.Santos.And.Vanessa.Sky.The.Threesome.
Tutorial.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/y9ubwg1nqdte/DaneJones.20.06.07.Best.Of.Creampies.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/y9wls6850rwk/girlsgonepink.20.03.10.jade.baker.and.winter.jade.looking.out.for.each.ot
her.mp4

https://gounlimited.to/y9yhruew7h5e/MilfHunter_-_Olivia_Austin_(Produce_Aisle_Poonani).mp4

https://gounlimited.to/yafe8mt6b5qc/BrazzersExxtra.20.03.10.Khloe.Kapri.Checkmate.XXX.MP4-
SDCLiP.mp4

https://gounlimited.to/yagmg162qevd/RealityKings_-_Carolina_Sweets,_Cadey_Mercury_-
_Hide_That_Big_Booty_(16_06_2018).mp4

https://gounlimited.to/yasu08mvi3b5/Www.brazzersbox.in_Private.20.06.03.Briana.Banderas.Maid.On.A.Missi
on.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/yb2gc6otzya4/DayWithAPornstar_-Victoria_June_[720p_HD].mp4

https://gounlimited.to/yb36oohtapri

https://gounlimited.to/yb36oohtapri/BrazzersExxtra_Ms_Yummy_ALLWAYSWELL.mp4

https://gounlimited.to/yb6y0h17szpk/RKPrime.20.03.11.Brooklyn.Gray.Brooklyns.Got.Brains.XXX.1080p.MP
4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ybb83kprxbs7

https://gounlimited.to/yboz8p1caavm/[WeLiveTogether]_Lily_Rader,_Zoey_Taylor_-
_Poolside_(03.06.2020).mp4

https://gounlimited.to/ybukpv1esxry/fakehuboriginals.20.03.21.lexi.dona.and.asia.rae.mp4

https://gounlimited.to/yc33uy1shrio/Lesbea.20.04.19.Lady.Dee.And.Atlanta.Moreno.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yc88f2nz7i72/StrandedTeens.20.05.13.Briana.Banderas.Stranded.Briana.XXX.1080p.MP
4-KTR.mp4

https://gounlimited.to/yc8l4307tn8d/rkprime.20.06.09.angela.white.vs.rob.piper.mp4

https://gounlimited.to/ycajtiupsoqm/Pornstars_Like_It_Big_20_05_01_Nicolette_Shea_Sheas_Got_The_Look.
mp4

https://gounlimited.to/ycfz9oqk8u2l/TransAngels_presents_Casey_Kisses_Spring_Cleaning_Part_2___29.05.2
020.mp4

https://gounlimited.to/ycgacw77f442/DirtyMasseur_-_Elsa_Jean_-
_Hippie_Ending_Massage_(23_07_2018).mp4

https://gounlimited.to/yckhfmbbmmbj/fakehuboriginals.20.05.07.best.of.creampies.mp4

https://gounlimited.to/yco73ho7cmy7/Fake.Driving.School.-
.Lady.Dee.Suck.My.Disinfected.Burning.Cock.mp4

https://gounlimited.to/yd0mhh8zhqnx/DayWithAPornstar.20.04.11.Phoenix.Marie.Feeling.Up.Phoenix.XXX.10
80p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/yd0vlsrw94mn/Www.brazzersbox.in_wicked.20.05.22.victoria.vo.swipe.right.mp4

https://gounlimited.to/yd1uqgvqkg2r/PublicAgent.20.02.27.Sabrina.Spice.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/yd5s3wt8wnqf/sharemybf.20.03.14.savannah.sixx.and.morgan.rain.roommate.thief.shares.bf.mp4

https://gounlimited.to/yd66lj0gltne/_RKPrime_Nicolette_Shea_Big_Dick_Energy_.mp4

https://gounlimited.to/ydb3jxfswu6n/MofosBSides.20.06.02.Lexie.Fux.Porn.Pleasure.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ydpunk0mpxsk/StrandedTeens.20.04.01.Mackenzie.Mace.Tipping.The.Waitress.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ydq8t4b846gx/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ydv1tyth7flq/www.0xxx.ws_BrazzersExxtra.20.05.12.Best.Of.Brazzers.Titty.Tuesday.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ye2a6voai3cn/Www.brazzersbox.in_LegalPorno.2020.Nicole.Love.Gets.Dylan.Brown.Up.Her.Ass.720p.XXX.MP4-CLiP.mp4

https://gounlimited.to/yehsl27fzpet/transangels.19.06.01.yulia.masakowa.amicable.exes.mp4

https://gounlimited.to/yem8aox8pbfk/BrazzersExxtra.20.05.03.Madison.Ivy.Revel.In.A.Blue.Dress.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yf9j9bycrlrf

https://gounlimited.to/yfa3vxdft6yo/www.0xxx.ws_RKPrime.20.06.11.Jane.Wilde.And.Emily.Willis.Face-To-Face.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yfbaz09h1y0l/trueamateurs.20.06.01.mia.bandini.mp4

https://gounlimited.to/yfnjvpr4wj1q/transangels.20.03.07.bianca.demarchi.and.alice.marques.lucky.lurker.mp4

https://gounlimited.to/yfrc1pj5dgwj/publicagent.20.03.12.kinuski.mp4

https://gounlimited.to/yfu7i5txjsqa/Bella.Rolland.and.Scarlit.Scandal.Rough.And.Raunchy.Group.Fuck.BrazzersExxtra.threesome.mp4

https://gounlimited.to/ygnzb74e30lq/Realitykings_-_The_Pirate_Gets_The_Booty_porn_%E2%80%93_Pornmz.mp4

https://gounlimited.to/ygspvjkwln7u/[RKDupes]_Candice_Dare_(Lesbehonest_Part_2_/_06.05.2020).mp4

https://gounlimited.to/ygyqzovuhi7w/twistys.20.03.01.gianna.dior.totm.march.2020.mp4

https://gounlimited.to/yh8lh81wztr3/DirtyMasseur.20.05.05.Karma.RX.How.To.Fuck.Your.Masseur.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yhajq5krads6/DayWithAPornstar.20.04.14.Josephine.Jackson.Josephines.Intense.Workout.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yhxjc0nefuvg/HotAndMean_Bridgette_B_.mp4

https://gounlimited.to/yhzw515bwerf/Take_Notes_-_Bridgette_B_-_SneakySex_-_RealityKings.mp4

https://gounlimited.to/yi53su1mbk4l/Mommy_Got_Boobs_?__Liza_Del_Sierra_-_Giving_Him_The_Talk.mp4

https://gounlimited.to/yi7ttupsjuzl

https://gounlimited.to/yia4vbe8645h/Autumn.Falls.Vip.Treatment.BabyGotBoobs.bigtits.mp4

https://gounlimited.to/yifqv26o3120/Public_Agent_-_Jimena_Lago.mp4

https://gounlimited.to/yiqzgkhgygl5

https://gounlimited.to/yit81fqikm4h/faketaxi.20.06.01.mia.rose.mp4

https://gounlimited.to/yitlfadj1sx3/Milfs_Like_it_Big_Alexis_Fawx_ALLWAYSWELL.mp4

https://gounlimited.to/yizob225yrfr/rkprime.20.06.01.asia.rae.boyfriend.snatcher.mp4

https://gounlimited.to/yj0uewha4jty/Www.brazzersbox.in_HandsOnHardcore.20.05.19.Angelika.Grays.Dirty.Nurse.On.Duty.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/yj3hh3azxhrd/BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yj622t8746j4/Www.brazzersbox.in__Private.20.04.23.Lulu.Love.The.Apartment.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/yj64ha16ngib/FakeHostel.20.01.03.Luna.Corazon.And.Marilyn.Sugar.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yj9pawmksai7/MomXXX.20.06.13.Florane.Russell.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/yju3toufzxyh/Adriana_Chechik_&_Franceska_Jaimes_&_Holly_Hendrix_&_Isis_Love_&_Kayla_Kayden_&_Mandy_Muse_%E2%80%93_Best_Of_Brazzers_Anal_Extravaganza.mp4

https://gounlimited.to/yjudk7mcm0ix/[RKPrime]_Oxana_Chic_(Play_And_Get_Played_/_03.06.2020).mp4

https://gounlimited.to/yjuo7tttxmoz/RKPrime.20.01.10.Ember.Snow.Rainy.Day.Rescue.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yjv6zzfvm89f/RKPrime.20.01.06.Abella.Danger.Bus.N.Nut.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yjvqem9ebtw1/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4

https://gounlimited.to/yk0dddmh6x49/www.0xxx.ws_DaneJones.20.06.04.Kaisa.Nord.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ykj1hoqlkb1s/Adriana_Chechik,_Alexis_Fawx,_Ashley_Graham,_Bonnie_Rotten,_Cytherea,_Mia_Malkova,_Zoey_Monroe_-_Best_Of_Brazzers:_Squirt_Fest.mp4

https://gounlimited.to/ykn0x55r2e2s/WhenGirlsPlay.20.05.15.Demi.Sutra.Molly.Stewart.And.Desiree.Dulce.Sky.Bound.Part.4.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ykpsk2ylw5rc/TrueAmateurs_-_Reislin.mp4

https://gounlimited.to/yl9pp9hjwc71

https://gounlimited.to/ylgvuy1h19v8/[Fakehub_Originals]_Best_Of_Ebony_Babes_(31.05.2020).mp4

https://gounlimited.to/yliycqvxvk3j/fakehostel.20.03.20.subil.arch.and.jennifer.mendez.mp4

https://gounlimited.to/ylk4nkbe6jzs/danejones.20.05.19.romy.indy.mp4

https://gounlimited.to/yll8d2p7wg0j/Www.brazzersbox.in__TushyRaw.20.04.01.Riley.Steele.And.Casey.Calvert.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ylo7m5a6ma8f/www.shhprn.uno.mp4

https://gounlimited.to/ylpxd53zgu8q/welivetogether.20.05.08.episode.4.saying.goodbye.mp4

https://gounlimited.to/ymcicgsdbty1/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/ymdygkirqame

https://gounlimited.to/ymftwsreeop4/trueamateurs.20.04.26.portia.paris.mp4

https://gounlimited.to/ymilh6s2zgu5/DigitalPlayground.20.01.29.Lena.Paul.Sleepless.Nights.Part.1.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ymkduzk4dsew/Ariella_Ferrera_&_Eva_Notty_&_Jasmine_James_&_Misty_Stone_&_Nicolette_Shea_&_Sarah_Banks_&_Skyler_Mckay_-_Best_Of_Brazzers_Sneakiest_Moments.mp4

https://gounlimited.to/ymlidjlcy84a/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Reccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ymlsiejflpnw/[LookAtHerNow]_Gabriella_Paltrova,_Candice_Dare_-_Lesbehonest_Part_1_(02.06.2020).mp4

https://gounlimited.to/ympbks7m2jq6/Www.brazzersbox.in__RKPrime.20.04.04.Aubree.Valentine.Panty.Obsessed.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ymq3d8en84l1

https://gounlimited.to/ymrbnx7nlwgb/wankitnow.20.03.11.lucy.alexandra.milf.next.door.4k.mp4

https://gounlimited.to/ymuy5n4ock0h/Www.brazzersbox.in_Babes.20.05.27.Gabbie.Carter.It.Happened.One.Night.Part.3.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ymv6azaeotid/Www.brazzersbox.in__AllBlackX.20.03.22.Jada.Doll.Hot.Ebony.School.Girl.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ynmztr53ck91

https://gounlimited.to/ynnkrn59ibws/[RealWifeStories]_Ember_Snow_(The_Silent_Treatment_/_04.10.2020).mp4

https://gounlimited.to/ynnvlg1ocya9/BrazzersExxtra_-_Desiree_Dulce_Out_From_The_Deep_[720p_HD].mp4

https://gounlimited.to/yo3283aufvwo/DayWithAPornstar.20.04.09.Cherie.Deville.Home.Alone.With.Cherie.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/yo3px2xkj4to/BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yo9mdb2i1ull

https://gounlimited.to/yook5dd2t2hk/Alessandra_Jane_&_Anastasia_Doll_-_A_Hot_And_Mean_Proposition.mp4

https://gounlimited.to/yop6qbz5fhmc/momxxx.20.03.21.isabella.deltore.mp4

https://gounlimited.to/yors70gsc8rr

https://gounlimited.to/yorxvrplxpey/zzPublicAgent_-_Agnes_White_sexy_teacher_fucked_in_a_car.mp4

https://gounlimited.to/ypqkep4kshu6/www.0xxx.ws_BrazzersExxtra.20.06.09.Best.Of.Brazzers.Sharing.Stepsiblings.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yptzl1go8e23/RKPrime.20.06.16.Anya.Ivy.One.Day.Fare.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ypuf6qv6fuuk/BrazzersExxtra.20.06.04.Aubree.Valentine.Soaking.Wet.And.Fully.Satisfied.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ypxv865msxxr/Www.brazzersbox.in_hustl3r.20.06.01.vina.sky.mp4

https://gounlimited.to/yq57jnxu3jvp/lilhumpers.20.06.11.alexis.fawx.lil.jailbird.mp4

https://gounlimited.to/yq9bgqcb3sum

https://gounlimited.to/yqbji4otw03z/letstryanal.20.03.07.bella.rolland.bellas.anal.video.mp4

https://gounlimited.to/yqezu2c8dvrc/Www.brazzersbox.in_BFFS.20.05.31.Athena.Faris.Valentina.Nappi.And.Karma.RX.Scammers.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/yqio60xcfqnt/BrazzersExxtra.20.05.15.Best.Of.Brazzers.Squirt.Fest.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yqpjml77brvc/[BigWetButts]_Abella_Danger_(The_Artist_Is_Fucking_Present_/_03.01.2020).mp4

https://gounlimited.to/yrcipjycmpts

https://gounlimited.to/yre8aygzhsp6/MomsTeachSex.20.05.20.Kiara.Cole.And.Lexi.Luna.My.Girlfriends.Mom.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yrgnxod3fxlr/[FakeAgent]_Adara_Love_(Spanish_babe_rides_agent's_cock_/_04.05.2020).mp4

https://gounlimited.to/yrj8b4s9sy3h

https://gounlimited.to/yrlmz444m7la

https://gounlimited.to/yrnexup7tslc/fakehuboriginals.20.06.08.best.of.cosplay.mp4

https://gounlimited.to/yrqt6l4jemuw/pranksters_russia_in_008_FAKETAXI_in_Russian__a_Girl_Cheated_on_a_Guy_with_a_Taxi_Driver_for_Money.mp4

https://gounlimited.to/yrt9piwhh6xg

https://gounlimited.to/ysbu22v0bx8i

https://gounlimited.to/yscrfnbeae48/Trueamateurs_-_Hayliexo_[720p_HD].mp4

https://gounlimited.to/ysfau18wpbfj/iknowthatgirl.20.02.04.skylar.vox.domestic.rewards.mp4

https://gounlimited.to/ysquci0u31z4/RKDupes.20.06.09.Meter.Maid.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/yswqr1ukim4l/BrazzersExxtra_-_Athena_Palomino_-_The_Pageant_Queen_(14_06_2018).mp4

https://gounlimited.to/yt98tzkkv8re/RKPrime.20.06.03.Bridgette.B.The.Pornstar.Experience.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ytm6q2cxnodm/[RKPrime]_Jane_Wilde,_Emily_Willis_-_Face-To-Face:_Emily_&_Jane_(PervyVideos.com).mp4

https://gounlimited.to/ytougeiu39kl/Alice_March_&_Dillion_Harper_&_Staci_Silverstone_-_A_Brazzers_Christmas_Party.mp4

https://gounlimited.to/yttm5481fqk8/Fake.Taxi.-.Mia.Rose.4.Loads.Of.Spunk.For.Teen.mp4

https://gounlimited.to/yu3z2bb9eorm/StrandedTeens.20.02.28.Katrin.Tequila.Working.Overtime.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/yu4r6z19sw81/_PornstarsLikeItBig_Nicolette_Shea.mp4
https://gounlimited.to/yudntpfmrk7c
https://gounlimited.to/yughbzawy8l4/MomXXX.20.06.13.Florane.Russell.XXX.SD.MP4-.mp4
https://gounlimited.to/yuj0r6r7slkx/Brazzers_Exxtra_-_Katrina_Jade_-_Pornstar_Of_My_Dreams.mp4
https://gounlimited.to/yujeif5hjh0t/[Mom_XXX]_Florane_Russel:_Naughty_couple_break_lockdown_rules_(P
ervyVideos.COM).mp4
https://gounlimited.to/yujyp04txvj1/Day.With.A.Pornstar.Joanna.Angel.Getting.Joanna.Out.Of.The.Shower.PO
V.MILF.Jewish.BigTits.Tits.Ass.Booty.Whooty.BubbleButt.Butt.Doggy.Doggystyle.Backshots.CumInMouth.F
acial.Roleplay.mp4
https://gounlimited.to/yuscbfdmoq5v/Www.brazzersbox.in__DontBreakMe.20.03.28.Alice.Merches.And.Sadie.
Hartz.Two.Bunnies.One.Cock.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/yuwjg3x697ew
https://gounlimited.to/yuwjg3x697ew/Bigwetbutts_Phoenix_ALLWAYSWELL.mp4
https://gounlimited.to/yv49nof5ckzc/DayWithAPornstar.20.06.11.Siouxsie.Q.Anal.Kitchen.Cleaning.XXX.108
0p.MP4-KTR.mp4
https://gounlimited.to/yvcmssmt0v4s/MassageRooms.19.11.23.Luna.Corazon.And.Anastasia.Brokelyn.XXX.10
80p.MP4-KTR.mp4
https://gounlimited.to/yvdr6gdg80ks/Brazzers_Exxtra.20.05.15.Abigail.Mac.And.Azul.Hermosa.A.Mistress.For
.All.Seasons.XXX.1080p.mp4
https://gounlimited.to/yvn5mmayg15z
https://gounlimited.to/ywbr5le2ichh/Www.brazzersbox.in_NubileFilms.20.05.30.Skye.Blue.More.Than.A.Crus
h.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/ywgzl7xn5oo5/Www.brazzersbox.in__MonstersOfCock.20.03.22.Valentina.Nappi.XXX.
2160p.MP4-KTR.mp4
https://gounlimited.to/ywq69k680e3a/BrazzersExxtra.20.03.27.Gabbie.Carter.Easy.Ride-Her.XXX.1080p.MP4-
KTR_[Pornxbit.com].mp4
https://gounlimited.to/ywqp4xiuwtn7
https://gounlimited.to/ywsvua6r818g/Www.brazzersbox.in_HandsOnHardcore.20.05.22.Kinuski.Finnish.Babe.
DPd.In.The.Office.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/yx4wsdpjnk8q/DaneJones.20.06.09.Alexis.Crystal.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/yx77lfmipii5/[MilfsLikeItBig]_Aubrey_Black_(Welcum_Home_/_02.21.2020).mp4
https://gounlimited.to/yx7bcxo6ncsa/Www.brazzersbox.in_TeamSkeetExtras.20.05.16.Dillion.Harper.Tabloids.
XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/yx9agoapw7yd/Www.brazzersbox.in_[HandsOnHardcore]_Josephine_Jackson_-
_Babe_Banged_In_The_Steam_Room_(15.04.2020)_rq.mp4
https://gounlimited.to/yxb5ysgaf4dx/True_Amateurs.20.04.24.Molly.Pills.XXX.1080p.mp4
https://gounlimited.to/yxgat7myjrkm/Lesbea.20.05.05.Lady.Bug.And.Gina.Varney.XXX.1080p.mp4
https://gounlimited.to/yxk8sf388utt/www.0xxx.ws_SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick
.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/yxl3hug9v4ln/Best_Of_Brazzers_Sneakiest_Moments_-
_Ariella_Ferrera,_Eva_Notty,_Jasmine_James,_Misty_Stone,_Nicolette_Shea,_Sarah_Banks,_Skyler_Mckay.
mp4
https://gounlimited.to/yxsqcpjt833e/Nathaly.Cherie.FakeTaxi.bigtits.mp4
https://gounlimited.to/yy03lt8hyxrh
https://gounlimited.to/yy0i95cpfl6l/iknowthatgirl.20.03.03.cleo.clementine.satisfying.cleo.mp4
https://gounlimited.to/yy58e5sb4ba1/rkprime.20.04.19.kiara.edwards.home.care.mp4
https://gounlimited.to/yy6l1wos3ltn/transangels.19.05.09.natalie.mars.popping.off.mp4
https://gounlimited.to/yyagtmbepzx7
https://gounlimited.to/yybr9czamq56/FakehubOriginals.20.05.31.Best.Of.Ebony.Babes.XXX.SD.MP4-
KLEENEX.mp4
https://gounlimited.to/yydgkfcbd39o/Stacy_Cruz_-_Massage_Rooms.mp4

https://gounlimited.to/yyqdntu3q5ce/RKPrime.20.03.10.Abigail.Mac.I.Fucked.My.BNB.Host.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/yyr3dlypk7rb

https://gounlimited.to/yyy8fo84evfd/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/yz5ylr81d1fq/[MILFs_Like_It_Big]_Tommie_Jo_-_MILF_In_The_Closet_(PervyVideos.com).mp4

https://gounlimited.to/yz8kmcqegoyn/DayWithAPornstar.20.03.29.Victoria.June.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/yzcb6fwjo5hu

https://gounlimited.to/yzfim65082z4/[AnalMom]_Dana_Dearmond_(The_Anal_MILF_Next_Door_/_03.22.2020).mp4

https://gounlimited.to/yzg4147j1303/Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.RKPrime.threesome.mp4

https://gounlimited.to/yzk2aqy1zwxg/Www.brazzersbox.in_FosterTapes.20.03.22.Hazel.Moore.Foster.Daughter.Uses.Body.To.Settle.Debts.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yznv3e6ns3vq/HotAndMean.20.05.27.Serena.Santos.And.Alina.Belle.Masseuse.Rivalry.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/yzo2j8mmbep4

https://gounlimited.to/yzvltatnes1c/[Public_Pick_Ups]_Martina_Smeraldi_-_New_Study_Buddies_(PervyVideos.com).mp4

https://gounlimited.to/yzz4o4d3pddp/BrazzersExxtra.20.03.20.Halle.Hayes.Hide.The.Pickle.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/z05kvmk86anl/IKnowThatGirl.19.11.23.Kit.Mercer.Mad.Mama.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z06ao8sp8rb7/Big_Wet_Butts_Kagney_Linn_ALLWAYSWELL.mp4

https://gounlimited.to/z07ql8jg4ag6/Www.brazzersbox.in_Deeper.20.04.16.Dixie.Lynn.XXX.2160p.MP4-KTR.mp4

https://gounlimited.to/z08eydqpkisv/TurningTwistys.20.06.01.Sabina.Rouge.And.Liv.Wild.Even.Cowgirls.Get.Horny.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z0nb424b9aan/BigButtsLikeItBig.20.05.28.Kendra.Spade.Asses.In.Pajamas.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/z0of0ss20jvl/www.0xxx.ws_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z0svdpyutv1o/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/z0xypn6zvgrm/www.0xxx.ws_DayWithAPornstar.20.06.07.Rebecca.More.Rebeccas.Shower.Time.Fun.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z0yhajpfmx8g/Jane.Wilde.and.Emily.Willis.Face.To.Face.RKPrime.masturbation.mp4

https://gounlimited.to/z145ksm8db2d/Www.brazzersbox.in_BigTitsAtSchool.20.05.02.Stacy.Cruz.A.D.Well.Earned.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/z145tprrgm6q/fitnessrooms.20.04.10.lexi.dona.and.romy.indy.mp4

https://gounlimited.to/z16jkk7atfaw/RKPrime.20.06.04.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z18d6lgqyvsx/strandedteens.20.04.15.binky.beaz.cheating.binky.tied.up.mp4

https://gounlimited.to/z19kuwww8v8y/RKPrime_-_Bridgette_B_-_The_Pornstar_Experience.mp4

https://gounlimited.to/z1n8vo3g51ed/Www.brazzersbox.in_AssholeFever.20.04.18.Angie.Lynx.Playing.Innocent.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z1v5aw0je8zw/Kagney_Linn_Karter_-_Anally_Reamed_In_Her_Jeans_(BigWetButts.31.05.2020.720p)_VHQ_[CENTURION].mp4

https://gounlimited.to/z1vhl9x1pxjo/letstryanal.20.05.29.mia.bandini.come.in.for.some.tea.and.anal.mp4

https://gounlimited.to/z1xbaphzd2z8/MomsBangTeens.20.05.10.London.River.And.Aften.Opal.Hes.No.Good.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z20mg2b8t74z/BrazzersExxtra_720p-_Kendra_Sunderland,_Madison_Ivy_-_Bodacious_Bikini_Threesome.mp4
https://gounlimited.to/z20z0cic0g5j/dontbreakme.20.05.15.natalie.knight.petite.blonde.cutie.mp4
https://gounlimited.to/z21rfckodzlg/Www.brazzersbox.in_DevilsFilm.20.06.07.Mckenzie.Lee.Touching.Reunion.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/z2cdlg1u0y4w/Nicolette_Shea,_Van_Wylde_-_Big_Dick_Energy_-_RK_Prime_-_Reality_Kings.mp4
https://gounlimited.to/z2mrj1hk6g75/Best_Of_Brazzers_Peta_Jensen_-_Peta_Jensen,_Valentina_Nappi.mp4
https://gounlimited.to/z2ypuetsu4sd/RKDupes.20.05.26.Humped.And.Focused.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/z3clh9ibixn9/www.0xxx.ws_FakeTaxi.20.06.15.Nathaly.Cherie.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z3e43vrh2cpv/BigWetButts.20.05.01.Abella.Danger.So.Fresh.And.So.Clean.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z3ixcxp7djgi/[FakeTaxi]_Candice_Demellza_(One_Last_Fuck_Before_Good_Bye_/_03.11.2020).mp4
https://gounlimited.to/z3ozyvknqy74/DirtyMasseur.20.05.22.Anissa.Kate.One.Tight.Ass.Client.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z3rgo4e4bsvc/LetsTryAnal_Purple_Bitch.mp4
https://gounlimited.to/z3ryy8z04kw8/Who_Owns_Whom_-_Tru_Kait_-_BrazzersExxtra_-_Brazzers.mp4
https://gounlimited.to/z3va5g74uhhx/BrazzersExxtra_Best_Of_Brazzers_Sneakiest.mp4
https://gounlimited.to/z3y7iealmnuz/Martina_Smeraldi_-_New_Study_Buddies.mp4
https://gounlimited.to/z4my1k0gfpvq
https://gounlimited.to/z4my1k0gfpvq/Doctor_Adventures_Bella_Rose_ALLWAYSWELL.mp4
https://gounlimited.to/z4rhrm169yx6/goodzona.net_PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z4xwpcle5h93/_HotAndMean_Madison_Ivy_.mp4
https://gounlimited.to/z58u3xb9h67f/[TeensLoveHugeCocks]_Dolly_Little_(A_Little_Love_/_06.11.2020).mp4
https://gounlimited.to/z5hopjmthqub/Www.brazzersbox.in__HandsOnHardcore.20.04.01.Mia.Split.Babe.Spread.Eagle.In.Cowgirl.For.Deep.Fucking.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z5peeeozqrwy/[BrazzersExxtra]_Aubree_Valentine_-_Soaking_Wet_And_Fully_Satisfied_(04.06.2020).mp4
https://gounlimited.to/z5q5exlciuxm/RKDupes.20.05.14.Dr.Jordi.Lil.MD.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/z5ql5wjgzxsx/Www.brazzersbox.in_stayhomepov.20.05.10.nella.jones.bored.mp4
https://gounlimited.to/z67za3rm3gg4/DigitalPlayground.20.06.01.Vanessa.Sky.Falling.From.Grace.Part.3.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z6bl32l6mqn9/MassageRooms.20.04.29.Scarlet.Rebel.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/z6mrlzrkahli/DaneJones.20.05.29.Aislin.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z6n2j61xzest/Fuck_My_Girl_-_Luna_Star_-_RKPrime_-_RealityKings.mp4
https://gounlimited.to/z6xm2ekrj9s8/[BrazzersExxtra]_Havana_Bleu_(Destination_Pleasure_/_03.05.2020).mp4
https://gounlimited.to/z6xp4zu1bmtk/RealityKings_-_TeensLoveHugeCocks_presents_Dolly_Little_-_A_Little_Love___10.06.2020.mp4
https://gounlimited.to/z7168amhbavv/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z7bw8e72jbix/MilfsLikeItBig.19.11.02.Ava.Addams.Red.Carpet.Streaker.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/z7h6yfsnlk9b
https://gounlimited.to/z7ldy0jv5os7/RKPrime.20.05.29.Kataljna.Kittin.Wet.Kittin.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/z81k3kqv05od/FakeHostel.19.12.13.Tiffany.Rousso.And.Florane.Russell.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z8agfubuzqdo

https://gounlimited.to/z8hi25u6fpu7/Www.brazzersbox.in__HandsOnHardcore.20.04.13.Cayenne.Klein.And.Isabelle.Deltore.Kinky.Threesome.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z8kezfypp9u7/[FakehubOriginals]_Eva_Elfie_(Solo_/_06.12.2020).mp4

https://gounlimited.to/z8lvpznah9va/publicagent.20.03.12.kinuski.mp4

https://gounlimited.to/z8o0gn71jrsw/fakehuboriginals.20.04.27.josephine.jackson.mp4

https://gounlimited.to/z9dob3dg7yiv

https://gounlimited.to/z9e1tm4cpxe2/Www.brazzersbox.in_BrazzersExxtra.20.04.02.Romi.Rain.She.Slithers.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z9mip0chv0st

https://gounlimited.to/z9nmznsyi3b7/www.0xxx.ws_FakeTaxi.20.06.05.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/z9spm4b2ww3r/www.0xxx.ws_RKDupes.20.06.05.Lesbehonest.Part.2.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4

https://gounlimited.to/z9ufpyq4nhff/Share_My_BF_20_04_21_Alice_Bong_And_Leah_Meow_Unfaithful_Turnaround_Part_1.mp4

https://gounlimited.to/zacs8mdscbvl/rkprime.20.05.23.alexis.fawx.honey.tonk.hottie.mp4

https://gounlimited.to/zacwht4pcrdx/LetsTryAnal_-_Alex_Blake_-_Call_Girl_s_First_Time_(15_05_2018).mp4

https://gounlimited.to/zaeur00ilua4/trueamateurs.20.03.13.jessica.starling.mp4

https://gounlimited.to/zarlotwfzbci/SharemyBF_-_Tia_Cyrus_And_Katana_Kombat_Bikini_Black_Friday_(_720P_).mp4

https://gounlimited.to/zas1y4dhf89g/rkprime.20.06.02.abella.danger.the.pirate.gets.the.booty.mp4

https://gounlimited.to/zav68b8wm9rm/Fake_Taxi.20.05.21.Isabella.Deltore.XXX.1080p.mp4

https://gounlimited.to/zb8xx1q2kjj6/BrazzersExxtra.20.06.08.Madison.Ivy.And.Kendra.Sunderland.Bodacious.Bikini.Threesome.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/zbjdz9i9uqor/Www.brazzersbox.in_BlackedRaw_-_Alex_Coal_-_Double_Tap.mp4

https://gounlimited.to/zbuhh61piux2/[TeensLikeItBig]_Avery_Black_(My_Boss's_Daughter_/_02.19.2020).mp4

https://gounlimited.to/zc3m983rjq6m/[FakeTaxi]_Tiny_Tina_(Lesbian_tries_cock_for_first_time_/_03.04.2020).mp4

https://gounlimited.to/zc43ue9e12o1

https://gounlimited.to/zc51169zo5pm

https://gounlimited.to/zc51169zo5pm/_FakeTaxi_Liza_Billberry_ALLWAYSWELL.mp4

https://gounlimited.to/zc67dgntse35/TrueAmateurs.20.05.02.GiveMeYourSoul.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/zcbd48lnt6sp/MomsInControl_-_Alexis_Fawx,_Aubree_Valentine_-_Sneak,_Peek_and_Fuck.mp4

https://gounlimited.to/zco35l9va3fr/RKPrime_Bailey_Brooke_.mp4

https://gounlimited.to/zd14p31ns4gn/StrandedTeens.20.03.29.Leah.Lee.Stuck.And.Fucked.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/zddf1473txw3/www.0xxx.ws_FakehubOriginals.20.06.08.Best.Of.Cosplay.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zdg9i52dvy0n/rkprime.20.05.13.tiffany.tatum.tiffany.wants.a.taste.mp4

https://gounlimited.to/zdi7dojo22vr/FakehubOriginals.20.06.12.Eva.Elfie.Solo.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zdrxbjucz4ux/PervsOnPatrol.20.05.03.Catalina.Ossa.Showering.Catalina.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/ze0iygmth450/[BrazzersExxtra]_Best_Of_Brazzers_Sharing_Stepsiblings_(06.09.2020).mp4

https://gounlimited.to/ze1427n95ia1/Www.brazzersbox.in__BangPOV.20.04.18.Misty.Quinn.XXX.2160p.MP4
-KTR.mp4

https://gounlimited.to/ze5moem8p95l/BrazzersExxtra.20.04.04.Sophie.Anderson.Eye.Of.The.Cuckold.XXX.SD
.MP4-KLEENEX.mp4

https://gounlimited.to/ze6iaa20e4vp/[DaneJones]_Alexis_Crystal_(Sweet_sexy_school_uniform_roleplay_/_06.
09.2020).mp4

https://gounlimited.to/ze8jtd74nlql/lesbea.20.02.22.alecia.fox.and.tasty.stacey.mp4

https://gounlimited.to/ze9g11kxvuly/[MassageRooms]_Sofia_Lee,_Aaeysha_(Hot_masseuse_thrills_cute_Asia
n_/_03.04.2020).mp4

https://gounlimited.to/zed8d2ue98bb/[FakehubOriginals]_Best_Of_Cosplay_(06.08.2020).mp4

https://gounlimited.to/zegqqn3s7q5v/goodzona.net_Twistys.20.06.13.Alexis.Fawx.Alexis.Faux.The.Boudoir.MI
LF.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zehxuf0vkzsm/TransAngels_presents_Casey_Kisses_Spring_Cleaning_Part_1___08.05.2
020.mp4

https://gounlimited.to/zemcjdpbazso/[RKPrime]_Aidra_Fox_(A_Cock_For_Your_Thots_/_06.12.2020).mp4

https://gounlimited.to/zerys33yoz8z/danejones.20.06.16.jenny.wild.solo.mp4

https://gounlimited.to/zexl3cko13rg/DayWithAPornstar.20.05.30.Lenina.Crowne.Lenina.Gets.A.Workout.XXX
.SD.MP4-.mp4

https://gounlimited.to/zf1idq4g9c16/MomXXX.20.02.06.Angel.Wicky.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zfsf8rkviii5/[RKPrime]_Angela_White_Vs_Rob_Piper_(06.09.2020).mp4

https://gounlimited.to/zfvacmh7h1ky/SneakySex.20.04.08.Alina.Belle.Cant.Talk.Now.XXX.SD.MP4-
KLEENEX.mp4

https://gounlimited.to/zfwmg1j6ogxo/www.0xxx.ws_DayWithAPornstar.20.06.01.Joanna.Angel.Getting.Joanna
.Out.Of.The.Shower.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zfy8wn5xzb1s/Brazzers_-_Dani_Daniels_lemonade.mp4

https://gounlimited.to/zgn46ix6trp4/Digital_Flesh_Episode_1_-_Desiree_Dulce_-_DigitalPlayground.mp4

https://gounlimited.to/zgqusb90uoas/Dancing_Domme_-_Abella_Danger_-_PornstarsLikeItBig_-
_Brazzers.mp4

https://gounlimited.to/zgu82kju80rr/www.0xxx.ws_PervMom.20.06.13.Becky.Bandini.Sticking.Up.For.Stepmo
m.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zgz4134w7bds/trueamateurs.20.03.15.mihanika.mp4

https://gounlimited.to/zh396qo7lidi/DayWithAPornstar.20.04.21.Katrina.Jade.Katrinas.Kitchen.Cock.XXX.SD.
MP4-KLEENEX.mp4

https://gounlimited.to/zhc079nyjfrf/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.
1080p.MP4-KTR.mp4

https://gounlimited.to/zhs7q9gbj8uo/I_Know_That_Girl.20.04.27.Kiara.Cole.Massage.Gun.Trial.XXX.1080p.m
p4

https://gounlimited.to/zhxx45rnkntc/[PervsOnPatrol]_Kamryn_Jayde_(Kamryn_Caught_In_The_Living_Room
_/_03.15.2020).mp4

https://gounlimited.to/zhzaodj13xzv/www.0xxx.ws_RKDupes.20.06.02.Lesbehonest.Part.1.XXX.INTERNAL.1
080p.MP4-TRASHBIN.mp4

https://gounlimited.to/zi78gxfz3sw4

https://gounlimited.to/zirc4t9vh7jg

https://gounlimited.to/zivtvl2egijm/Big_Wet_Butts_Abella_Danger_ALLWAYSWELL.mp4

https://gounlimited.to/zj8smwoombgq/Www.brazzersbox.in_AssholeFever.20.05.23.Tina.Kay.Anal.Enchantres
s.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/zjbd0zv5ot4r

https://gounlimited.to/zjbd0zv5ot4r/True_Amateurs_Reislin_ALLWAYSWELL.mp4

https://gounlimited.to/zjbesg35vacm/BrazzersExxtra.20.05.07.Anny.Aurora.A.Very.Anal.Maid.XXX.MP4-
SDCLiP.mp4

https://gounlimited.to/zjbt33vymm4m/SneakySex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zjg9ugyjhi70/TrueAmateurs.20.04.04.Jessica.Starling.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zjgwpjjm7hqx/www.0xxx.ws_RKPrime.20.06.Nicolette.Shea.Big.Dick.Energy.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zjrssr36288s/Www.brazzersbox.in__TeamSkeetDupes.20.04.21.Hippie.Love.XXX.INTERNAL.1080p.MP4-TRASHBIN.mp4
https://gounlimited.to/zjxwiof34rl7/Fakehub_Originals.20.06.08.Best.Of.Cosplay.XXX.1080p.mp4
https://gounlimited.to/zk2jpxyxjbh4/www.0xxx.ws_RKPrime.20.06.07.Rosalyn.Sphinx.And.Kylie.Kingston.Sit.On.It.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zkazvuahmwt1/DigitalPlayground.20.06.15.Bridgette.B.And.Aubree.Valentine.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zki7fxgz4hyl/MilfsLikeItBig.20.03.26.Brandi.Love.Red-Hot.Calendar.Shoot.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zkj30q1hfyh5/[Twistys]_Dakota_(On_Display_/_06.08.2020).mp4
https://gounlimited.to/zkjcnq5mg67n/[RKDupes]_Gabriella_Paltrova,_Candice_Dare_(Lesbehonest_Part_1_/_06.02.2020).mp4
https://gounlimited.to/zktvy8cch2mb/FakeHostel.20.01.24.Kayla.Green.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zkxgb8u80z0u/RealityKings_-_RKPrime_presents_Bridgette_B_-_The_Pornstar_Experience___03.06.2020.mp4
https://gounlimited.to/zln2wdwu2skz/Kagney_Linn_Karter,_Scott_Nails_-_Anally_Reamed_In_Her_Jeans_-_Big_Wet_Butts_-_Brazzers.mp4
https://gounlimited.to/zlt2okewbsw8/[Twistys]_Sabina_Rouge_-_Naked_Yoga_With_Sabina_Rouge_(06.06.2020).mp4
https://gounlimited.to/zlydecn8l3uy
https://gounlimited.to/zlydecn8l3uy/_BrazzersExxtra_Alice_Judge_ALLWAYSWELL.mp4
https://gounlimited.to/zm24bmud0vgu/Brazzers_Exxtra.20.05.15.Best.Of.Brazzers.Squirt.Fest.XXX.1080p.mp4
https://gounlimited.to/zmey5vguvius/BigTitsAtWork.20.03.12.Alena.Croft.Shes.A.Smooth.Operator.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zmtqjfwwys3c/[DaneJones]_Alina_Crystall_(Intimate_love_with_gorgeous_Russian_/_06.11.2020).mp4
https://gounlimited.to/zmu7drgqjigg/Erito.20.05.15.Waitress.Gets.Pounded.Doggystyle.JAPANESE.XXX.SD.mp4
https://gounlimited.to/zmyrhwwbic2m/TrueAmateurs.20.05.15.Vanessa.Skye.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/znaxf4h9ky1w/[RKPrime]_Bridgette_B_(The_Pornstar_Experience_/_06.03.2020).mp4
https://gounlimited.to/znf8127nj4g6/BrazzersExxtra.20.05.24.Desiree.Dulce.Out.From.The.Deep.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/znq6pqb0qr5q/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4
https://gounlimited.to/znuo8tu1juae/[MommyGotBoobs]_Alena_Croft_(But_Her_Mom_Will_/_02.19.2020).mp4
https://gounlimited.to/znzllgjw1h86/roundandbrown.20.03.05.bad.kittyyy.balloons.and.booty.party.mp4
https://gounlimited.to/zo30xu58kvzp/fakehuboriginals.20.05.13.fiamurr.mp4
https://gounlimited.to/zoaaq4rfb243.html
https://gounlimited.to/zomzt69gtor8/MommyBlowsBest.20.01.22.Crystal.Rush.Donuts.And.Mom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zp6400lvoaxm
https://gounlimited.to/zphzigzhhn37/DayWithAPornstar_Jessica_Starling_.mp4
https://gounlimited.to/zps7ptxbq03y/Keira.Croft.Keiras.Ass.Craves.Cock.BigWetButts.anal.mp4
https://gounlimited.to/zpx0bcvt608i/_RKPrime_Demi_Sutra_.mp4

https://gounlimited.to/zq2mnl0jihul/Www.brazzersbox.in__BrazzersExxtra.20.04.03.Lana.Sharapova.Pocket.Pussy.Anal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zq5e7ktv0bpb/Www.brazzersbox.in_BrattySis.20.05.22.Kiara.Cole.Cumming.On.My.Step.Sisters.Feet.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/zqbejh6aelyy/[BrazzersExxtra]_Halle_Hayes_(A_Wild_And_Crazy_Cock_Stuffing_Party_/_06.01.2020).mp4

https://gounlimited.to/zqgm2j9l21zx/GirlsGonePink.20.05.07.Lilu.Moon.And.Mia.Bandini.Soap.Swap.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/zqin5l8ahxe7/[MilfsLikeItBig]_Robbin_Banx_(Streetwalking_Seduction_/_02.12.2020).mp4

https://gounlimited.to/zqjlu907gtfl/rkprime.20.04.19.kiara.edwards.home.care.mp4

https://gounlimited.to/zqndey05mp85/[LetsTryAnal]_Lana_Bunny_(Cruising_For_Anal_/_02.17.2020).mp4

https://gounlimited.to/zqvjurcu3jio

https://gounlimited.to/zr7ij9rnixww.html

https://gounlimited.to/zrcui4ct7dyf/www.0xxx.ws_BigWetButts.20.05.31.Kagney.Linn.Karter.Anally.Reamed.In.Her.Jeans.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zrr3947applt/RealWifeStories.20.05.04.Portia.Paris.In-Depth.Tour.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zs3vyp8llzn3/[HotAndMean]_Bridgette_B,_Kiara_Cole_-_Fucking_Fight_Me_(03.06.2020).mp4

https://gounlimited.to/zsbig7si1ufk/Pervs.On.Patrol.-.Kiara.Edwards.Pervy.Yoga.Spy.-.Mofos.mp4

https://gounlimited.to/zsqj7u3jootn/www.0xxx.ws_TrueAmateurs.20.06.08.Portia.Paris.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zsxrov8la31y/bex.20.05.29.best.of.brazzers.peta.jensen.mp4

https://gounlimited.to/zt0ydecsuby5/bignaturals.20.03.09.gabbie.carter.alone.with.the.roomate.mp4

https://gounlimited.to/zt5vchsfa97s/Day_With_A_Pornstar_-_Joanna_Angel.mp4

https://gounlimited.to/zt7k5ebslvpg/Www.brazzersbox.in_MomsInControl.20.05.18.Vanna.Bardot.And.Becky.Bandini.To.The.Stepmom.Goes.The.Threesome.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/ztbb2okxiovv/WeLiveTogether.20.05.08.Episode.4.Saying.Goodbye.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/ztgxd720d9ev/[BigWetButts]_Abella_Danger_(The_Artist_Is_Fucking_Present_/_03.01.2020).mp4

https://gounlimited.to/ztkew4uvg4cx/rkprime.20.06.03.bridgette.b.the.pornstar.experience.mp4

https://gounlimited.to/ztvhqsiblq7o/TeensLoveHugeCocks.20.03.01.Kyler.Quinn.Kylers.Office.Quickie.XXX.1080p.MP4-KTR_[Pornxbit.com].mp4

https://gounlimited.to/ztvy2dmalbvc/[BrazzersExxtra]_Madison_Ivy,_Kendra_Sunderland_(Bodacious_Bikini_Threesome_/_06.08.2020).mp4

https://gounlimited.to/zugwg8yqfsju/Www.brazzersbox.in_TheWhiteBoxxx.20.04.09.Liya.Silver.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zuimy3e1h3bu

https://gounlimited.to/zulp3ozdvdv7/BabyGotBoobs.20.04.03.Jade.Kush.Shadowplay.2.XXX.SD.MP4-KLEENEX.mp4

https://gounlimited.to/zurejw6cozvk/TrueAmateurs.20.05.18.Jessica.Miller.XXX.MP4-SDCLiP.mp4

https://gounlimited.to/zurir9t0y82j/[PornstarsLikeItBig]_Nicolette_Shea_(Nicolette_Shea's_First_Anal_/_02.29.2020).mp4

https://gounlimited.to/zuv84uxnnwrv/LetsTryAnal.20.05.29.Mia.Bandini.Come.In.For.Some.Tea.And.Anal.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zv69kc1aq1w4/Www.brazzersbox.in__FitnessRooms.20.04.10.Lexi.Dona.And.Romy.Indy.XXX.1080p.MP4-KTR.mp4

https://gounlimited.to/zvds088pglg7/PornstarsLikeItBig_-_Luna_Star_-_Porn_Star_Sex_Tips_2_(26_04_2018).mp4

https://gounlimited.to/zvhw3si31hx7/round.and.brown46-pbu.mp4
https://gounlimited.to/zvjgy9e0jchi
https://gounlimited.to/zvqx064qadlx/Sneaky_Sex.20.06.01.Gabriela.Lopez.Family.Road.Trip.Dick.XXX.1080p.mp4
https://gounlimited.to/zvu5quo1myzy
https://gounlimited.to/zvxn7ow1w598/FakehubOriginals.20.01.11.Jennifer.Mendez.And.Marilyn.Sugar.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zw5ib7k367dh/Sina_Velvet_-_Milf_Hunter_Meets_Austrian_Pussy.mp4
https://gounlimited.to/zwanzb9ela7r/BrazzersExxtra_Milly_Marks_Grinding_A_Gamer.mp4
https://gounlimited.to/zwlwj6hlnply/Riley_Reid,_Megan_Rain_-_Happy_Birthday_Twistys!.mp4
https://gounlimited.to/zwwyve0d471g/www.0xxx.ws_DontBreakMe.20.06.05.Pamela.Morrison.Breaking.Pamela.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zxivqn8zqnjv
https://gounlimited.to/zxp9gju3225a/SneakySex.20.04.20.Gabbie.Carter.And.La.Sirena.I.Fucked.Your.Boyfriend.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zxpav4e50bzp/Rkprime_-_Kara_Lee_Bathroom_Attendant_[720p_HD].mp4
https://gounlimited.to/zxs66p4t9r3y/welivetogether.20.06.03.lily.rader.and.zoey.taylor.poolside.mp4
https://gounlimited.to/zxt67cd7a2eu/Gabriela_Lopez,_Johnny_The_Kid_-_Family_Road_Trip_Dick_-_Sneaky_Sex_-_Reality_Kings.mp4
https://gounlimited.to/zyen9ir01i72/lesbea.20.04.19.lady.dee.and.atlanta.moreno.mp4
https://gounlimited.to/zyl8op5td6nm/BrazzersExxtra.20.05.12.Tru.Kait.Who.Owns.Whom.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zyuyrjvlsg82/www.0xxx.ws_BigWetButts.20.05.29.Keira.Croft.Keiras.Ass.Craves.Cock.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zz2ogy4g55mo/FakeHostel.19.10.31.Katy.Rose.And.Charlie.Red.XXX.1080p.MP4-KTR.mp4
https://gounlimited.to/zz4ealzf9yxf/DaneJones.20.03.09.Tiny.Tina.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/zze7swni3xz7
https://gounlimited.to/zzes83p6pe8h/Www.brazzersbox.in_SweetSinner.20.06.16.Scarlit.Scandal.Obsessed.XXX.SD.MP4-KLEENEX.mp4
https://gounlimited.to/zzig53rmtoy3/DaneJones.20.05.17.Best.Of.Intimate.Anal.XXX.MP4-SDCLiP.mp4
https://gounlimited.to/zzsejt8qxrmg/Www.brazzersbox.in_[Blacked]_-_Cayenne_Klein_-_Spontaneous_[NEW_May_2,_2020].mp4
https://gounlimited.to/zzt7c3dwedk8/Www.brazzersbox.in_PureTaboo.20.05.26.Sovereign.Syre.Keeping.A.Piece.Of.You.XXX.SD.MP4-KLEENEX.mp4

Jason Tucker
+1 
SKYPE:
Twitter:

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.